# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   North Dakota

In Re.  MonDak Portables, LLC    §
§
§    Case No.   25-30429
_____    §
Debtor(s)    §

☐ Jointly Administered

## Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 11/30/2025          Petition Date: 09/29/2025

Months Pending: 2          Industry Classification: | 5 | 6 | 2 | 9 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          15

Debtor's Full-Time Employees (as of date of order for relief):          15

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Katherine M. Zent
Signature of Responsible Party                    Katherine M. Zent
                                                  Printed Name of Responsible Party
12/22/2025
Date

                                                  13008 60th St NW, Epping, ND 58843
                                                  Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $130,620 | |
| b.  Total receipts (net of transfers between accounts) | $217,851 | $502,902 |
| c.  Total disbursements (net of transfers between accounts) | $303,282 | $568,035 |
| d.  Cash balance end of month (a+b-c) | $45,189 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $303,282 | $568,035 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $567,596 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $69,809 | |
| c.  Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 | |
| d   Total current assets | $567,596 | |
| e.  Total assets | $637,615 | |
| f.  Postpetition payables (excluding taxes) | $68,474 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $68,474 | |
| k.  Prepetition secured debt | $0 | |
| l.  Prepetition priority debt | $0 | |
| m.  Prepetition unsecured debt | $0 | |
| n.  Total liabilities (debt) (j+k+l+m) | $68,474 | |
| o.  Ending equity/net worth (e-n) | $569,141 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $216,180 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $138,428 | |
| c.  Gross profit (a-b) | $77,752 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $136,021 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $1,623 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-59,892 | $-15,436 |

Debtor's Name  MonDak Portables, LLC                                          Case No.  25-30429

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  MonDak Portables, LLC                                          Case No.  25-30429

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  MonDak Portables, LLC                                              Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name MonDak Portables, LLC                                    Case No. 25-30429

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name MonDak Portables, LLC                                    Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name MonDak Portables, LLC                                    Case No.  25-30429

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $7,868 | $31,477 |
| e. | Postpetition property taxes paid | $7,159 | $12,928 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $5,513 | $9,917 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ |
| i. | Do you have:  Worker's compensation insurance? | Yes ⦿  No ○ |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ○ |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ○ |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ |

Debtor's Name  MonDak Portables, LLC                                      Case No.  25-30429

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Katherine M. Zent                                   Katherine M. Zent
_____                         _____
Signature of Responsible Party                          Printed Name of Responsible Party

President                                               12/22/2025
_____                         _____
Title                                                   Date

Debtor's Name MonDak Portables, LLC                                    Case No. 25-30429

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name MonDak Portables, LLC                    Case No.   25-30429

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name MonDak Portables, LLC                                         Case No. 25-30429



PageThree

PageFour



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768          TRN          S          Y          ST01

Account Number:
◼◼◼◼◼◼1472

Statement Period:
Nov 3, 2025
through
Nov 28, 2025

Page 1 of 10

106481627629818 EB

․ֈ֮֊ֈ֮ֈ֮ֈ֊ֈ֮ֈ֮ֈ֮ֈֈ֮ֈ֊ֈ֮ֈ֮ֈ֊ֈ֮ֈ֮ֈ֮ֈֈ֮ֈ֮ֈֈ֮ֈ֮ֈ
ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720



☎                                _To Contact U.S. Bank_

**_24-Hour Business_**
**_Solutions:_**                                     _800-673-3555_

**_U.S. Bank accepts Relay Calls_**
**_Internet:_**                                     _usbank.com_

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



---

## INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the _Business Pricing Information_ document that may have an impact on your account. To obtain a current copy of the _Business Pricing Information_ document, you can view it online at **usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised _Business Pricing Information_ document**

All business checking and savings account types
- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  - o  Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  - o  Adding Business Online Banking
    - ▪  Standard Plan - No Charge
    - ▪  Pro Plan Monthly Subscription (up to 3 users) - $15.00
      - •  Additional Pro Plan users (per user, per month) - $15.00
    - ▪  Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  - o  Currency Ordered (per strap) - $1.00 (increased from $0.85)
  - o  Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  - o  Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  - o  Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  - o  Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  - o  Coin Deposited (per roll) - $0.28 (increased from $0.25)
  - o  Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  - o  Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  - o  First Account - $15.00 (increased from $12.00)
  - o  Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  - o  Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# **us bank.**

**Business Statement**

Account Number:
████████1472

Statement Period:
Nov 3, 2025
through
Nov 28, 2025

Page 3 of 10

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## INFORMATION YOU SHOULD KNOW                                (CONTINUED)

- o Premium Checking Night Deposit Processing (per deposit) - $3.25 (increased from $3.00)
- o Premium Checking Cash Deposit Adjustment (per adjustment) - $9.25 (increased from $9.00)
- SinglePoint® Essentials Online Banking
  - o Previous Day Summary and Detail Monthly Maintenance
    - Premium Checking - Up to 3 Accounts - $21.95 (increased from $20.95)

Preferred Business Money Market and Platinum Business Money Market
- Monthly Cash Deposit Fee - $0.35 per $100 over 100 units (increased from $0.33 per $100)

Basic Business Savings
- Monthly Cash Deposit Fee - $0.35 per $100 over 25 units (increased from $0.33 per $100)

Premium Business Money Market
- Monthly Maintenance Fee - $34.00 (increased from $30.00)
- Paper Statement (per statement cycle)
  - o Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
- Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
- Cash and Coin Services
  - o Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

---

## U.S. BANK GOLD - BUSINESS CHECKING                        *Member FDIC*

U.S. Bank National Association                        **Account Number** ████████1472

### Account Summary

|                                    | # Items |    |              |
|------------------------------------|---------|----|--------------|
| Beginning Balance on Nov 3         |         | $  | 76,277.89    |
| Customer Deposits                  | 12      |    | 78,305.83    |
| Other Deposits                     | 47      |    | 184,900.65   |
| Other Withdrawals                  | 113     |    | 239,688.93-  |
| Checks Paid                        | 31      |    | 30,106.48-   |
| **Ending Balance on Nov 30, 2025** |         | $  | **69,688.96** |

Number of Days in Statement Period                        30

### Customer Deposits

| Number | Date   | Ref Number | Amount    | Number | Date   | Ref Number | Amount    |
|--------|--------|------------|-----------|--------|--------|------------|-----------|
|        | Nov 4  | 8350533606 | 1,523.00  |        | Nov 17 | 8053283448 | 3,181.94  |
|        | Nov 5  | 8650397125 | 2,872.45  |        | Nov 19 | 8650747607 | 8,947.95  |
|        | Nov 10 | 8052332520 | 641.00    |        | Nov 21 | 9250632480 | 316.00    |
|        | Nov 12 | 8651879436 | 13,786.27 |        | Nov 21 | 9250998750 | 18,336.38 |
|        | Nov 14 | 9251644834 | 6,806.04  |        | Nov 25 | 8351719945 | 17,833.86 |
|        | Nov 17 | 8051568835 | 1,965.09  |        | Nov 26 | 8650730643 | 2,095.85  |

|  |  | **Total Customer Deposits** | $ | **78,305.83** |
|--|--|-----------------------------|---|---------------|

### Other Deposits

| Date  | Description of Transaction |                           | Ref Number | Amount   |
|-------|----------------------------|---------------------------|------------|----------|
| Nov 3 | Electronic Deposit         | From MERCHANT SVCS        |            | $ 1,418.15 |
|       | REF=253070086560710N00     | 1999999991IPSMXASETL403903000148840 |  |  |
| Nov 3 | Electronic Deposit         | From LARRY SOOKDEO WE     |            | 1,605.00 |
|       | REF=253040197846430N00     | 9215986202BILL_PAY  LARRY SOOKDEO W |  |  |
| Nov 4 | Electronic Deposit         | From TALLGRASS MLP OP     |            | 262.60   |
|       | REF=253070177767480N00     | 1900934239PAYABLES  145232 |  |  |



**Business Statement**

Account Number:
░░░░░1472
Statement Period:
Nov 3, 2025
through
Nov 28, 2025

Page 4 of 10

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING                    (CONTINUED)
U.S. Bank National Association                    **Account Number** ░░░░░-1472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------|
| Nov 4 | Electronic Deposit | From Continental Reso | | 869.50 |
| | REF=253070144377430Y00 | 173076754900005585232000629372 | | |
| Nov 5 | Electronic Deposit | From MERCHANT SVCS | | 212.00 |
| | REF=253090068078280N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Nov 5 | Electronic Deposit | From GOODNIGHT MIDSTR | | 1,581.00 |
| | REF=253080160314400N00 | 18414   ACH Batch 18751464 | | |
| Nov 5 | Electronic Deposit | From MonDak Portables | | 27,850.00 |
| | REF=253090067764780N00SD | 2822557284MercuryACHMRCR-MTD32OYICB | | |
| Nov 6 | Electronic Deposit | From SON OILFIELD SER | | 9,252.68 |
| | REF=253090068415600N00 | 453507368 EXPENSES  10/08/25 | | |
| Nov 6 | Electronic Deposit | From MERCHANT SVCS | | 23,664.31 |
| | REF=253100103758300N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Nov 7 | Electronic Deposit | From CNTTERM3172 | | 510.00 |
| | REF=253100147910770N00 | 1933133993PAYMENTS  MonDak Portable | | |
| Nov 7 | Electronic Deposit | From MMC POLAR | | 918.00 |
| | REF=253100150195510N00 | 9791385001TRADE PAY 201722 | | |
| Nov 7 | Electronic Deposit | From MERCHANT SVCS | | 1,486.25 |
| | REF=253110120719760N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Nov 7 | Electronic Deposit | From LIME ROCK RESOUR | | 1,615.00 |
| | REF=253100138094940N00 | 2261406213Payment  MON026 | | |
| Nov 7 | Electronic Deposit | From DAKOTA CHEMICAL | | 1,810.55 |
| | REF=253100102947020N00 | 1455280892Bill Pay | | |
| Nov 7 | Electronic Deposit | From MMC DIVIDE | | 1,863.80 |
| | REF=253100150195490N00 | 9792706001TRADE PAY 201722 | | |
| Nov 10 | Electronic Deposit | From Black Hills Truc | | 726.00 |
| | REF=253110165329870N00 | 1830236354SINGLE | | |
| Nov 10 | Electronic Deposit | From MERCHANT SVCS | | 945.50 |
| | REF=253140122397280N00 | 1999999991IPSMXASETL403903000148840 | | |
| Nov 12 | Electronic Deposit | From MERCHANT SVCS | | 75.00 |
| | REF=253160175910470N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Nov 12 | Electronic Deposit | From MonDak Portables | | 2,470.33 |
| | REF=253160196468270N00SD | 2822557284MercuryACHMRCR-MU7KTAVUE3 | | |
| Nov 12 | Electronic Deposit | From Continental Reso | | 6,393.00 |
| | REF=253140181067090Y00 | 173076754900005592212000630519 | | |
| Nov 13 | Electronic Deposit | From WEST DAKOTA WATE | | 151.00 |
| | REF=253170083230580N00 | 1455620059WDW111225 MOPORT | | |
| Nov 13 | Electronic Deposit | From Savage Infrastru | | 572.00 |
| | REF=253160238491080N00 | 1870387049EDI PYMNTS638169 | | |
| Nov 13 | Electronic Deposit | From MERCHANT SVCS | | 2,236.40 |
| | REF=253170124471630N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Nov 13 | Electronic Deposit | From IHD LIQUIDS MANA | | 3,032.52 |
| | REF=253170083229570N00 | 1352441450IHL111225 MOPORT | | |
| Nov 14 | Electronic Deposit | From MonDak Portables | | 195.00 |
| | REF=253170191759480N00 | 2822557284MercuryACHMRCR-L0TT0XBN3S | | |
| Nov 14 | Electronic Deposit | From LARRY SOOKDEO WE | | 1,850.97 |
| | REF=253170168231600N00 | 9215986202BILL_PAY  LARRY SOOKDEO W | | |
| Nov 14 | Electronic Deposit | From MERCHANT SVCS | | 3,243.75 |
| | REF=253180150891970N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Nov 17 | Electronic Deposit | From MERCHANT SVCS | | 265.00 |
| | REF=253210065213660N00 | 1999999991IPSMXASETL403903000148840 | | |
| Nov 17 | Electronic Deposit | From TRUE OIL LLC | | 710.00 |
| | REF=253180205067560N00 | 1830176199SINGLE | | |
| Nov 19 | Electronic Deposit | From ASGARD RESOURCES | | 1,090.00 |
| | REF=253220118588990N00 | 1831643098ASG111825 MOPORT | | |

# us bank

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**
Account Number:
████████1472
Statement Period:
Nov 3, 2025
through
Nov 28, 2025
Page 5 of 10

## U.S. BANK GOLD - BUSINESS CHECKING                                   (CONTINUED)

U.S. Bank National Association                        **Account Number** ████████1472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|-------:|
| Nov 19 | Electronic Deposit | From MERCHANT SVCS | | 7,441.70 |
| | REF=253230086094980N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Nov 19 | Internet Banking Transfer | From Account████████8625 | | 25,000.00 |
| Nov 20 | Electronic Deposit | From STALLION OILFIEL | | 303.00 |
| | REF=253240119995790N00SD | 2743072101PAYABLES  86481 | | |
| Nov 20 | Electronic Deposit | From MERCHANT SVCS | | 7,535.72 |
| | REF=253240169648220N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Nov 21 | Electronic Deposit | From Continental Reso | | 1,326.00 |
| | REF=253240114209550Y00 | 1730767549000056041520006632737 | | |
| Nov 21 | Electronic Deposit | From MERCHANT SVCS | | 3,574.86 |
| | REF=253250156497060N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Nov 24 | Electronic Deposit | From MERCHANT SVCS | | 777.47 |
| | REF=253280041995010N00 | 1999999991IPSMXASETL403903000148840 | | |
| Nov 24 | Electronic Deposit | From MUREX PETROLEUM | | 2,093.10 |
| | REF=253240114394410Y00 | 2841343864SPT ACH  1003739 | | |
| Nov 25 | Electronic Deposit | From TALLGRASS MLP OP | | 282.60 |
| | REF=253280157577070N00 | 1900934239PAYABLES  147444 | | |
| Nov 25 | Electronic Deposit | From UNITED RENTALS | | 589.60 |
| | REF=253280065598470N00 | 2061493538CORP PYMNT2062079 | | |
| Nov 26 | Electronic Deposit | From Eighty-Eight Oil | | 300.00 |
| | REF=253290129391330N00 | 1836002947SINGLE | | |
| Nov 26 | Electronic Deposit | From ANDERSON & WOOD | | 1,140.24 |
| | REF=253290124266860N00 | 9542056001CONS PAY  MDPORT | | |
| Nov 26 | Internet Banking Transfer | From Account████████8625 | | 30,000.00 |
| Nov 28 | Electronic Deposit | From ORMAT NEVADA | | 260.00 |
| | REF=253320021127790N00 | 1880278853PAYMENTS | | |
| Nov 28 | Electronic Deposit | From TOOZ CONSTRUCTIO | | 919.30 |
| | REF=253300117298280N00 | 450345656 MonDak Por | | |
| Nov 28 | Electronic Deposit | From BAKER CONSULTING | | 1,970.75 |
| | REF=253320091018990N00SD | 1272929142AP | | |
| Nov 28 | Electronic Deposit | From MERCHANT SVCS | | 2,511.00 |
| | REF=253320042365260N00 | 1999999991IPSMXASETL403903000148840 | | |
| | | **Total Other Deposits** | **$** | **184,900.65** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|-------:|
| Nov 3 | Electronic Withdrawal | To 2D VECTRENENERGY | $ | 19.24- |
| | REF=253040117592980N00 | 1350793669IGC ACH DR000013356413 | | |
| Nov 3 | Electronic Withdrawal | To 2D VECTRENENERGY | | 19.24- |
| | REF=253040117592990N00 | 1350793669IGC ACH DR000013356429 | | |
| Nov 3 | Electronic Withdrawal | To Unum Life | | 111.00- |
| | REF=253070100563060N00 | 9044595004Life Insur120878043244261 | | |
| Nov 3 | Electronic Withdrawal | To TOWNOF FAIRMOUNT | | 153.69- |
| | REF=253070045390810N00 | 0000063576UTILITY  9309658 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74758098 | | 185.21- |
| | REF=253070038658230N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 283.54- |
| | REF=253070038658050N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 424.13- |
| | REF=253070038658150N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To SONS OF NORWAY | | 513.50- |
| | REF=253070137128080N00SD | 1410547795PAYMENT  0061591148238 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 540.00- |
| | REF=253070038658160N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To SONS OF NORWAY | | 541.50- |
| | REF=253070137128070N00SD | 1410547795PAYMENT  0061591148236 | | |



**Business Statement**

Account Number:
████████1472
Statement Period:
Nov 3, 2025
through
Nov 28, 2025

Page 6 of 10

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING                                     (CONTINUED)
U.S. Bank National Association                            Account Number ████████-1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 573.31- |
| | REF=253070038658100N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 592.35- |
| | REF=253070038658140N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 637.16- |
| | REF=253070038658060N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To AMEX EPAYMENT | | 761.19- |
| | REF=2530401336481800N00 | 0005000008ACH PMT  W3124 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 777.86- |
| | REF=253070038658130N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 1,037.65- |
| | REF=253070038658170N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To SONS OF NORWAY | | 1,038.70- |
| | REF=253070137128090N00SD | 1410547795PAYMENT  0061591151577 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 1,178.01- |
| | REF=253070038658110N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 1,365.94- |
| | REF=253070038658120N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 1,432.35- |
| | REF=253070038658080N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 1,442.20- |
| | REF=253070038658070N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 1,891.77- |
| | REF=253070038658180N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 1,968.45- |
| | REF=253070038658090N00 | 4462800242PAYROLL  1101169 | | |
| Nov 3 | Electronic Withdrawal | To INTUIT 74444652 | | 2,217.67- |
| | REF=253070038658190N00 | 4462800242PAYROLL  1101169 | | |
| Nov 4 | Digital ACH Payment | REF eamViewer Germany GMBH | | 647.66- |
| | | ID = 2F7495B1C89413C | | |
| Nov 4 | Internet Banking Transfer | To Account ████████8625 | | 20,000.00- |
| Nov 5 | Electronic Withdrawal | To GATEWAY FEES | | 20.76- |
| | REF=253080194061600N00 | 4460522024PURCHASE MONDAK | | |
| | | PORTABLE | | |
| Nov 5 | Electronic Withdrawal | To IRS | | 32.82- |
| | REF=253080136375200N00 | 3387702000USATAXPYMT270570995843633 | | |
| Nov 5 | Electronic Withdrawal | To COMCAST-XFINITY | | 176.65- |
| | REF=253080081188750N00 | 0000213249CABLE SVCS0594700 | | |
| Nov 5 | Electronic Withdrawal | To COMCAST-XFINITY | | 190.60- |
| | REF=253080081188740N00 | 0000213249CABLE SVCS0594513 | | |
| Nov 5 | Electronic Withdrawal | To GOOGLE | | 440.14- |
| | REF=253090059073310N00SD | F770493581ADWORDS:72US0048YXGL | | |
| Nov 5 | Electronic Withdrawal | To IRS | | 5,638.21- |
| | REF=253080100603890N00 | 3387702000USATAXPYMT270570935796693 | | |
| Nov 6 | Electronic Withdrawal | To INTUIT * | | 570.00- |
| | REF=253090054955850N00 | 0000754636QBooks Pay1054590 | | |
| Nov 7 | Electronic Withdrawal | To Deere Credit Ser | | 446.14- |
| | REF=253100148786190N00 | 7935336000PAYMENTS  7900007061102JF | | |
| Nov 7 | Electronic Withdrawal | To MERCHANT SVCS | | 3,110.64- |
| | REF=253100170097300N00 | 1999999991MEMX103125403903000148840 | | |
| Nov 7 | Digital ACH Payment | REF ntegrity Auto and Diesel Re | | 3,864.97- |
| | | ID = E5DC0850058B6AA | | |
| Nov 7 | Digital ACH Payment | REF ooty Calls Septic Service | | 5,787.50- |
| | | ID = AEB3EAEC967B23C | | |
| Nov 7 | Internet Banking Transfer | To Account ████████8625 | | 20,000.00- |
| Nov 10 | Electronic Withdrawal | To TRAVELERS | | 120.00- |
| | REF=253140099993160N00 | 0000408976BUS INSUR 2322635 | | |

# U.S.bank.

**Business Statement**

Account Number:
███████1472

Statement Period:

Nov 3, 2025

through

Nov 28, 2025

Page 7 of 10

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

---

## U.S. BANK GOLD - BUSINESS CHECKING                                    (CONTINUED)
U.S. Bank National Association                              **Account Number** ███████-1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------|
| Nov 10 | Electronic Withdrawal | To TRAVELERS | | 120.00- |
| | REF=253140099993310N00 | 0000408976BUS INSUR 2327186 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 336.06- |
| | REF=253140089818370N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 451.40- |
| | REF=253140089818310N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 462.96- |
| | REF=253140089818350N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 540.00- |
| | REF=253140089818330N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 649.86- |
| | REF=253140089818280N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 799.80- |
| | REF=253140089818300N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To Workforce Safety | | 886.85- |
| | REF=253110165732270N00 | 9456002495WSIACHEPAY1290674 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 1,018.66- |
| | REF=253140089818360N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 1,037.64- |
| | REF=253140089818270N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 1,432.35- |
| | REF=253140089818320N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 1,487.20- |
| | REF=253140089818260N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 1,611.28- |
| | REF=253140089818340N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 1,725.24- |
| | REF=253140089818240N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 1,968.45- |
| | REF=253140089818290N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To INTUIT 75377467 | | 2,430.08- |
| | REF=253140089818250N00 | 4462800242PAYROLL  1101169 | | |
| Nov 10 | Electronic Withdrawal | To BCBSNDPREMIUM | | 4,829.74- |
| | REF=253110152642290N00 | R450173185EDI PYMNTS51071934 | | |
| Nov 10 | Electronic Withdrawal | To AMEX EPAYMENT | | 6,087.00- |
| | REF=253110152473110N00 | 0005000008ACH PMT  W8270 | | |
| Nov 12 | Electronic Withdrawal | To NORTHWEST COMMUN | | 326.13- |
| | REF=253160195984700N00SD | 0       TELE BILL 000001821800 | | |
| Nov 12 | Electronic Withdrawal | To MOUNTRAIL-WILLIA | | 1,616.61- |
| | REF=253140242395680N00 | 450216732 MWEC BILL 0020302000 | | |
| Nov 12 | Electronic Withdrawal | To ISN SOFTWARE COR | | 2,850.00- |
| | REF=253140143911510N00 | 5752903718ISN     542142423424 | | |
| Nov 12 | Electronic Withdrawal | To IRS | | 5,183.15- |
| | REF=253140160970040N00 | 3387702000USATAXPYMT270571643349688 | | |
| Nov 12 | Digital ACH Payment | REF M Mfg Inc. | | 9,702.00- |
| | | ID = 52BAE4278391EF6 | | |
| Nov 12 | Electronic Withdrawal | To ALLEGIANCE PREMI | | 9,935.80- |
| | REF=253160077146810N00 | 1472319830PAYMENTS 27627496 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 540.00- |
| | REF=253180147108500N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 565.29- |
| | REF=253180147108550N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 591.90- |
| | REF=253180147108520N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 611.50- |
| | REF=253180147108560N00SD | 4462800242PAYROLL  1101169 | | |



**Business Statement**

Account Number:
████1472

Statement Period:
Nov 3, 2025
through
Nov 28, 2025

Page 8 of 10

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                              Account Number ████1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|------------|--------|
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 993.20- |
| | REF=253180147108460N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 1,037.65- |
| | REF=253180147108530N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 1,259.64- |
| | REF=253180147108480N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 1,317.28- |
| | REF=253180147108570N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 1,412.20- |
| | REF=253180147108510N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 1,432.35- |
| | REF=253180147108580N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 1,442.20- |
| | REF=253180147108490N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 1,580.35- |
| | REF=253180147108540N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 1,968.44- |
| | REF=253180147108590N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 14 | Electronic Withdrawal | To INTUIT 76205085 | | 2,053.98- |
| | REF=253180147108470N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 17 | Electronic Withdrawal | To INVOICE CLOUD | | 1.95- |
| | REF=253210040572900N00 | 0000063576WEBPAYMENT4367677 | | |
| Nov 17 | Electronic Withdrawal | To COMCAST CORP | | 301.12- |
| | REF=253180038362410N00 | 0000213249CABLE SVCS4749323 | | |
| Nov 17 | Electronic Withdrawal | To AMEX EPAYMENT | | 436.93- |
| | REF=253210032893500N00 | 0005000008ACH PMT  W5724 | | |
| Nov 17 | Electronic Withdrawal | To AMER ELECT PWR | | 455.22- |
| | REF=253180180964940N00 | 1350410455CPPWDRAWAL0411279535 | | |
| Nov 17 | Electronic Withdrawal | To IRS | | 540.00- |
| | REF=253210042409200N00 | 3387702000USATAXPYMT200572193200791 | | |
| Nov 17 | Electronic Withdrawal | To AMER ELECT PWR | | 612.37- |
| | REF=253180180964950N00 | 1350410455CPPWDRAWAL0440479761 | | |
| Nov 17 | Electronic Withdrawal | To SONS OF NORWAY | | 1,653.25- |
| | REF=253210106392840N00SD | 1410547795PAYMENT  0413501187845 | | |
| Nov 17 | Electronic Withdrawal | To BCBSNDPREMIUM | | 4,900.00- |
| | REF=253180183451860N00 | R450173185EDI PYMNTS51080384 | | |
| Nov 17 | Electronic Withdrawal | To GRANT COUNTY TR | | 7,157.48- |
| | REF=253210040527880N00 | 0000063576TAXES    4367675 | | |
| Nov 18 | Electronic Withdrawal | To GOOGLE | | 500.00- |
| | REF=253220054567820N00SD | F770493581ADWORDS:72US00493ZW3 | | |
| Nov 19 | Electronic Withdrawal | To IRS | | 5,783.84- |
| | REF=253220040243030N00 | 3387702000USATAXPYMT270572332235500 | | |
| Nov 20 | Wire Debit REF000434 | VERITEX COMMUNITY  251120B00B1T | | 25,000.00- |
| | BNF=NORTH AVENUE CAPITAL | LLC 816 A1A N SUITE 30 | | |
| Nov 21 | Electronic Withdrawal | To LSIC PREM | | 122.30- |
| | REF=253240138558940N00 | M231745172INS PREM 2217972071 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 200.00- |
| | REF=253250139395150N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 444.89- |
| | REF=253250139395030N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 476.03- |
| | REF=253250139395010N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 540.00- |
| | REF=253250139395120N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 717.22- |
| | REF=253250139395070N00SD | 4462800242PAYROLL  1101169 | | |

# U.S. bank.

**Business Statement**

Account Number:

████████ 1472

Statement Period:

Nov 3, 2025

through

Nov 28, 2025

Page 9 of 10

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING                                        (CONTINUED)

U.S. Bank National Association                                **Account Number** ████████ -1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 785.71- |
| | REF=253250139395140N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 820.29- |
| | REF=253250139395020N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 1,086.64- |
| | REF=253250139395160N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 1,118.21- |
| | REF=253250139395170N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 1,132.81- |
| | REF=253250139395090N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To DOR ITS PAYMENTS | | 1,219.38- |
| | REF=253240154053260N00 | 9207000TAXINDORITS 12447438 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 1,365.94- |
| | REF=253250139395110N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 1,432.35- |
| | REF=253250139395060N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 1,465.17- |
| | REF=253250139395080N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 1,645.33- |
| | REF=253250139395050N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 1,968.45- |
| | REF=253250139395100N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 2,089.92- |
| | REF=253250139395040N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 21 | Electronic Withdrawal | To INTUIT 76209215 | | 2,426.47- |
| | REF=253250139395130N00SD | 4462800242PAYROLL  1101169 | | |
| Nov 24 | Electronic Withdrawal | To BCBSNDPREMIUM | | 4,850.00- |
| | REF=253250176849560N00 | R450173185EDI PYMNTS51104886 | | |
| Nov 26 | Electronic Withdrawal | To IRS | | 6,396.86- |
| | REF=253290058851240N00 | 3387702000USATAXPYMT270573004581285 | | |
| Nov 28 | Electronic Withdrawal | To IN BIZ AD CnFee | | 1.81- |
| | REF=253300135282710N00 | T261233097Payment  0-66302E6C3711 | | |
| Nov 28 | Electronic Withdrawal | To IN SOS AutoDealr | | 145.00- |
| | REF=253300135282730N00 | T356000158Payment  0-66302E6C3711 | | |
| Nov 28 | Electronic Withdrawal | To BCBSNDPREMIUM | | 4,850.00- |
| | REF=253300176309650N00 | R450173185EDI PYMNTS51150422 | | |

**Total Other Withdrawals**          $          **239,688.93-**

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1021 | Nov 4 | 8351999367 | 78.00 | 1044 | Nov 17 | 8011323685 | 505.00 |
| 1025* | Nov 3 | 8010301856 | 78.00 | 1045 | Nov 14 | 9212251848 | 163.07 |
| 1029* | Nov 3 | 8012870107 | 110.00 | 1046 | Nov 21 | 9210938949 | 445.34 |
| 1030 | Nov 4 | 8313737291 | 165.00 | 1049* | Nov 25 | 8352835266 | 82.50 |
| 1032* | Nov 10 | 8010614626 | 140.35 | 1050 | Nov 25 | 8311542794 | 37.80 |
| 1033 | Nov 14 | 9211063986 | 5,337.26 | 1052* | Nov 19 | 8652358846 | 100.00 |
| 1034 | Nov 13 | 8911028352 | 5,534.16 | 1053 | Nov 25 | 8351288070 | 452.40 |
| 1035 | Nov 10 | 8012588471 | 110.00 | 1054 | Nov 25 | 8312135816 | 62.55 |
| 1036 | Nov 7 | 9210496334 | 111.47 | 1055 | Nov 21 | 9210352447 | 471.28 |
| 1037 | Nov 10 | 8011255429 | 445.34 | 1056 | Nov 24 | 8054196417 | 1,235.00 |
| 1038 | Nov 5 | 8612676783 | 3,000.00 | 1057 | Nov 21 | 9210352826 | 2,992.94 |
| 1039 | Nov 7 | 9211094054 | 3,000.00 | 1059* | Nov 26 | 8611308198 | 242.21 |
| 1040 | Nov 17 | 8052427259 | 110.00 | 1062* | Nov 26 | 8652143986 | 350.00 |
| 1041 | Nov 18 | 8311815625 | 445.34 | 1063 | Nov 26 | 8652143987 | 350.00 |
| 1042 | Nov 19 | 8610280466 | 111.47 | 1064 | Nov 26 | 8610297012 | 3,000.00 |
| 1043 | Nov 20 | 8952165856 | 840.00 | | | | |



ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
██████1472

Statement Period:

Nov 3, 2025

through

Nov 28, 2025

Page 10 of 10

## U.S. BANK GOLD - BUSINESS CHECKING                    (CONTINUED)

U.S. Bank National Association                  **Account Number** ████-1472

**Checks Presented Conventionally (continued)**

| * Gap in check sequence | Conventional Checks Paid (31) | $ | 30,106.48- |
|---|---|---|---|

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov  3 | 59,407.38 | Nov 12 | 35,151.11 | Nov 20 | 32,384.75 |
| Nov  4 | 41,171.82 | Nov 13 | 35,608.87 | Nov 21 | 30,971.32 |
| Nov  5 | 64,188.09 | Nov 14 | 25,398.32 | Nov 24 | 27,756.89 |
| Nov  6 | 96,535.08 | Nov 17 | 14,847.03 | Nov 25 | 45,827.70 |
| Nov  7 | 68,417.96 | Nov 18 | 13,901.69 | Nov 26 | 69,024.72 |
| Nov 10 | 42,040.20 | Nov 19 | 50,386.03 | Nov 28 | 69,688.96 |

Balances only appear for days reflecting change.

This page intentionally left blank

1021

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

10/24/2025

PAY TO THE
ORDER OF     Team Professional Service

$  **78.00

Seventy-eight and 00/100************************************************************************************

DOLLARS

Team Professional Service
PO Box 649202
Dallas, TX  75264

MEMO

AUTHORIZED SIGNATURE

⑈"00 10 2 1⑈  ⑊09 13000 23⑊        14 7 2⑈"

11/04/2025 GRB Wholesale 010428 238

**Deposited to the credit of
the within named payee
Absence of Endorsement Guaranteed
GRAND BANK TULSA**
>     2875<

Pay to the Order of
Grand Bank - OK, Tulsa, OK
For Deposit Only
Team Professional Services Inc.
5377    2875

1025

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

10/24/2025

PAY TO THE
ORDER OF      Western Area Water Supply Authority                    $  **78.00

Seventy-eight and 00/100*********************************************************************************    DOLLARS

Western Area Water Supply Authority
PO Box 2343
Williston, ND  58802-2343

MEMO
        Inv. 14279-C

AUTHORIZED SIGNATURE

⑈0010 25⑈  ⑆091 3000 23⑈      14 7 2⑈

MerchantCap >█████0285< 12354387000100   10/31/2025

For Deposit Only
Western Area Water Supply Authority

NAME OF FINANCIAL INSTITUTION

DATE



**MONDAK PORTABLES LLC**
13009 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-8/913

1029

10/24/2025

PAY TO THE
ORDER OF    Indiana State Central Collection Unit    $  **110.00

One hundred ten and 00/100******************************************************************  DOLLARS

Indiana State Central Collection Unit
PO Box 6219
Indianapolis, IN 46206-6219

MEMO    Chad Southard 0007892146, 0001207651

*AUTHORIZED SIGNATURE*

⑈0010 29⑈  ⑆091300023⑆          1472⑈        ⑈00000 1 1000⑈*

FOR DEPOSIT ONLY ACCT#        0229        0258 20

11/03/2025
For deposit to :HUNTINGTON

1030

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

Oct. 24 2025

PAY TO THE
ORDER OF  Axiom Medical Consulting LLC                    $165.00

One hundred sixty five and 00/100                                      DOLLARS

MEMO Cust 3013, Inv 51160879                 Katherine Iqut
                                             AUTHORIZED SIGNATURE

⑈"001030"⑈ ⑈:091300023⑈: ▮▮▮▮▮ 1472"⑈

CREDIT TO THE ACCT OF THE
NAMED PAYEE-W/O PREJUDICE
WELLS FARGO BANK N.A.
IRVING TX 75063
Acct. 20797604
Doc_Num: 20718
ELECTRONICALLY DEPOSITED 20251104

1032

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

10/31/2025

PAY TO THE
ORDER OF    Big Sky Batteries                                     $ **140.35

One hundred forty and 35/100************************************************************************    DOLLARS

Big Sky Batteries
324 26th Street East
Williston, ND 58801 US

MEMO                                                    AUTHORIZED SIGNATURE

⑈001032⑈ ⑈091300023⑈                    1472⑈

0515< 20251107
AMERICAN STATE BANK & TRUST
Drawer/Trans#: 02027/0010
HIN:                    0042

Pay American State Bank
FOR DEPOSIT ONLY
Big Sky Battery
3280

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

AT                                    DATE

1033

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

10/31/2025

PAY TO THE
ORDER OF    Integrity Auto & Diesel Repair

$    **5,337.26

Five thousand three hundred thirty-seven and 26/100************************************************************    DOLLARS

Integrity Auto & Diesel Repair
5301 Saddleridge Circle
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

⑆001033⑆ ⑉091300023⑉ ⬛⬛⬛⬛ 1472⑆

ISN#⬛⬛⬛8046
Date 11/13/2025

11/13/2025 First International Bank ⬛⬛⬛⬛5002

1034

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

10/31/2025

PAY TO THE
ORDER OF     OK Tire Store

$ **5,534.16

Five thousand five hundred thirty-four and 16/100************************************************************ DOLLARS

OK Tire Store
5010 138th Ave, NW
P.O. Box 2076
Williston, ND  58802

MEMO

AUTHORIZED SIGNATURE

⑈"001034"  ⑉:091300023⑈:            1472"

ISN# 000039017935
Date 11/12/2025

11/12/2025 First International Bank ▮▮▮▮▮ 5002

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AT
NAME OF FINANCIAL INSTITUTION
DATE
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE



**MONDAK PORTABLES LLC**
13006 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

1035

10/31/2025

PAY TO THE
ORDER OF      Indiana State Central Collection Unit                    $    **110.00

One hundred ten and 00/100************************************************************    DOLLARS

Indiana State Central Collection Unit
PO Box 6219
Indianapolis, IN  46206-6219

MEMO      Chad Southard 0007892146, 0001207651                    AUTHORIZED SIGNATURE

⑆001035⑆ ⑆091300023⑆        1472⑈    ⑆0000011000⑆

FOR DEPOSIT ONLY ACCT# 01 11/10/2025
For deposit to :HUNTINGTON 10

**1036**

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

10/31/2025

PAY TO THE
ORDER OF    Credit Bureau of Bismarck Inc.    $  **111.47

One hundred eleven and 47/100********************************************************************************************************

DOLLARS

Credit Bureau of Bismarck, Inc.
4700 Ottawa Street Ste C
Bismarck, ND 58503

MEMO    Alysha Younker # 53-2024-CV-01352

AUTHORIZED SIGNATURE

⑈00⑈036⑈ ⑈09⑈3000⑈23⑈ ⑈⑈72⑈

-BranchName=SECURITY FIRST BANK OF ND
-BusDt=11/06/25
-TranDt=11/06/25
-ItemNum=████████8802-TlrID=3

NAME OF FINANCIAL INSTITUTION

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

DATE



1037

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/013

10/31/2025

PAY TO THE
ORDER OF    DCI

$    **445.34

Four hundred forty-five and 34/100****************************************************************    DOLLARS

DCI
PO Box 1347
Dickinson, ND 58602

MEMO    Chaz Trowbridge 53-2019-CV-00860

AUTHORIZED SIGNATURE

812/98

⑈00⑈0⑈7⑈ ⑉09⑈3000⑈3⑈    ⑈⑈7⑈⑈

Bravera Bank
Drawer#/Trans#: 00103/0038
HIN: ⑈0155

1038

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/04/2025

PAY TO THE
ORDER OF    Rick Rogers

$ **3,000.00

Three thousand and 00/100********************************************************************************    DOLLARS

Rick Rogers

MEMO

Lease Payment

AUTHORIZED SIGNATURE

⑈"001038⑈  ⑈091300023⑈                1472⑈"

AT

NAME OF FINANCIAL INSTITUTION    DATE

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

For Mobile Deposit Only



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

1039

11/06/2025

PAY TO THE ORDER OF    Pallet Green Recycling                                    $   **3,000.00

Three thousand and 00/100*************************************************************    DOLLARS

Pallet Green Recycling
PO Box 10504
Williston, ND  58803

MEMO    Purchased Blue Chemical, Truck Wash, Laundry Wa

AUTHORIZED SIGNATURE

⑈001039⑈ ⑆091300023⑈       1472⑈

ISN#        4602
Date 11/6/2025

11/06/2025  First International Bank        3002

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

FIRST INTERNATIONAL BANK & TRUST
CREDITED TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE

3253210216

1040

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/07/2025

PAY TO THE
ORDER OF          Indiana State Central Collection Unit                                $    **110.00

One hundred ten and 00/100***************************************************************************

DOLLARS

Indiana State Central Collection Unit
PO Box 6219
Indianapolis, IN  46206-6219

MEMO       Chad Southard 0007892146, 0001207651

AUTHORIZED SIGNATURE

⑈00 1040⑈ ⑈09 1300023⑈       1472⑈

FOR DEPOSIT ONLY PNC BANK
ACCT # ████ 0346
AMT: 110.00
3253210216

1041

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/07/2025

PAY TO THE
ORDER OF          DCI                                                    $    **445.34

Four hundred forty-five and 34/100**********************************************************    DOLLARS

DCI
PO Box 1347
Dickinson, ND 58602

Barb Rogers
AUTHORIZED SIGNATURE

MEMO        Chaz Trowbridge 53-2019-CV-00860

812198

⑈00 104 1⑈  ⑈09 13000 23⑈            14 7 2⑈

0615< 20251117
Bravera Bank
Drawer#/Trans#: 00107/0042
HIN:          0171

0615> 107 42 11/17/25

AT _____
NAME OF FINANCIAL INSTITUTION
DAKOTA CREDIT
DATE _____

CHECK HERE FOR DEPOSIT
DAKOTA CREDIT
000620

PAY TO THE ORDER OF
Bravera Bank
0615
FOR DEPOSIT ONLY

1042

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/07/2025

PAY TO THE
ORDER OF    Credit Bureau of Bismarck Inc.

$    **111.47

One hundred eleven and 47/100********************************************************************

DOLLARS

Credit Bureau of Bismarck, Inc.
4700 Ottawa Street Ste C
Bismarck, ND  58503

MEMO    Alysha Younker 53-2024-CV-01352

AUTHORIZED SIGNATURE

⑈00 104 2⑈  ⑆09 1300 023⑆         14 7 2⑈

-BranchName=SECURITY FIRST BANK OF ND
-BusDt=11/18/25
-TranDt=11/17/25
-ItemNum=         6484-TlrID=2

NAME OF FINANCIAL INSTITUTION

Received for account of payer-absence
or endorse
For

CHECK/DRAFT/PAYABLE OR REMOTE DEPOSIT ONLY

DATE

1043

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/07/2025

PAY TO THE
ORDER OF    WDH Enterprises, LLC    $ **840.00

Eight hundred forty and 00/100******************************************************    DOLLARS

WDH Enterprises, LLC
2503 29th Ave W
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

⑈001043⑈ ⑆091300023⑆          ⑈472⑈

**Gate City Bank** 0918
11/20/2025, 10:09:36
AWILT
TMID 6570

WDH Enterprises LLC
Dawn Hollingsworth
11/20/2025

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1044

US BANK
77-2/913

10/05/2025

PAY TO THE
ORDER OF     Pro Safe Pest Control

$ **505.00

Five hundred five and 00/100******************************************************************************** DOLLARS

Pro Safe Pest Control
725 8th Ave E
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

⑈001044⑈ ⑈091300023⑈ ▓▓▓▓▓ 1472⑈

ISN# ▓▓▓▓2126
Date 11/14/2025

11/14/2025 First International Bank ▓▓▓▓▓ 1002

PAY TO THE ORDER OF
FIRST INTL BANK AND TRUST
FOR DEPOSIT ONLY
Pro Safe Pest Control
3936
DEPOSIT ONLY

CHECK HERE

NAME OF FINANCIAL INSTITUTION
OR SIGNATURE OF FINANCIAL INSTITUTION USE

AT

DATE

1045

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/14/2025

PAY TO THE
ORDER OF     Rogers, Barbara

$     **163.07

One hundred sixty-three and 07/100*************************************************************************

DOLLARS

Rogers, Barbara

MEMO     Reimburse

AUTHORIZED SIGNATURE

⑅"00 1045"  ⑅:09 13000 23⑅:  ▮▮▮  1472"

Gate City Bank▮▮▮▮0918
11/14/2025, 16:25:58
EREYNOLDS
TMID▮▮▮▮9151

1046

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

11/14/2025

PAY TO THE
ORDER OF    DCI    **445.34

$

Four hundred forty-five and 34/100******************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Chaz Trowbrideg 53-2019-CV-00860

AUTHORIZED SIGNATURE

812198

⑈⑈001046⑈⑈  ⑈:091300023⑈:    1472⑈

0615< 20251120
Bravera Bank,
Drawer#/Trans#: 00108/0013
HIN:          0124

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AT

NAME OF FINANCIAL INSTITUTION

CHECK HERE FOR MOBILE/REMOTE DEPOSIT ONLY
FOR DEPOSIT ONLY
000620

PAY TO THE ORDER OF
Bravera Bank
0615

ENDORSE HERE

DATE

1049

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

Nov. 14, 2025

PAY TO THE
ORDER OF    Axium Medical Consulting, LLC

$82.50

Eighty two and 50/100 ———————————— DOLLARS

MEMO  Cust. 3013, Inv. 51162679

Katherine Yes
AUTHORIZED SIGNATURE

⑈001049⑈ ⑉091300023⑉ ▮▮▮▮▮ 1472⑈

AT

NAME OF FINANCIAL INSTITUTION

CHECK DATE: 20251125
CHECK NUM: 207292
ELECTRONICALLY DEPOSITED 20251125
Acct: 7607604
IRVING, TX 75063
WELLS FARGO BANK, N.A.
NAMED PAYEE-W/O PREJUDICE
CREDIT TO THE ACCT OF THE

FOR MOBILE OR REMOTE DEPOSIT ONLY

DATE



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

1050

11/14/2025

PAY TO THE
ORDER OF    Basin Printers

$ **37.80

Thirty-seven and 80/100***************************************************************    DOLLARS

Basin Printers
PO Box 1000
Will, ND 58802-1000

MEMO

AUTHORIZED SIGNATURE

For Deposit Only
BASIN PRINTERS, INC
9113

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

1052

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/14/2025

PAY TO THE
ORDER OF     Chamley Pipe & Salvage LLC            $ **100.00

One hundred and 00/100******************************************************************************************** DOLLARS

Chamley Pipe & Salvage LLC
P O Box 2537
Williston, ND 58802-2537

MEMO
000039

AUTHORIZED SIGNATURE

⑈OO⅄O5 2⑈ ⑆O9⅄3OOO 23⑆ ⅄⅄7 2⑈

PAY TO THE ORDER OF
GATE CITY BANK
WILLISTON, ND 58802-0878
19918
FOR DEPOSIT ONLY
CHAMLEY PIPE & SALVAGE LLC
583060

NAME OF FINANCIAL INSTITUTION

DATE



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1053

US BANK
77-2/913

11/14/2025

PAY TO THE
ORDER OF    Enviro-Waste Solutions, LLC    $ **452.40

Four hundred fifty-two and 40/100••••••••••••••••••••••••••••••••••••••••••    DOLLARS

Enviro-Waste Solutions, LLC
PO Box 1263
Stanley, ND 58784

MEMO

AUTHORIZED SIGNATURE

⑈001053⑈ ⑆091300023⑆ 1472⑈

1054

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

11/14/2025

PAY TO THE
ORDER OF        Linde Gas & Equipment Inc.

$ **62.55

Sixty-two and 55/100*********************************************************************************************    DOLLARS

Linde Gas & Equipment Inc.
Dept Ch 10660
Palatine, IL  60055-0660 USA

MEMO
        71890192

AUTHORIZED SIGNATURE

⑈⑈001054⑈  ⑈091300023⑈                    147  2⑈

0053
11-25-2025        'BNYMELLON
                CRED TO PAYEE
                ABS END GUAR

NAME OF FINANCIAL INSTITUTION

DATE

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT O..

1055

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

11/14/2025

PAY TO THE
ORDER OF    Tri County Glass                                        $  **471.28

Four hundred seventy-one and 28/100************************************************************    DOLLARS

Tri County Glass
1206- 2nd Ave West
P.O. Box 1111
Williston, ND  58802-1111 USA

MEMO

AUTHORIZED SIGNATURE

⑈001055⑈ ⑈091300023⑈ ▮▮▮▮▮ 1472⑈

ISN#▮▮▮▮▮6970
Date 11/20/2025

11/20/2025 First International Bank ▮▮▮▮▮ 2011

1056

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

11/14/2025

PAY TO THE
ORDER OF    WDH Enterprises, LLC    $ **1,235.00

One thousand two hundred thirty-five and 00/100************************************************************    DOLLARS

WDH Enterprises, LLC
2503 29th Ave W
Williston, ND  58801

MEMO    _____    AUTHORIZED SIGNATURE

⑈001056⑈ ⑉091300023⑊ ▉ ⑈1472⑈

Gate City Bank 291370918
11/22/2025, 10:10:45
RHULL
TMID ▉6643

1057

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

11/14/2025

PAY TO THE
ORDER OF    Earl's Electric

$ **2,992.94

Two thousand nine hundred ninety-two and 94/100************************************************************** DOLLARS

Earl's Electric
PO Box 576
Williston, ND  58802-0576

MEMO

AUTHORIZED SIGNATURE

⑈"001057⑈  ⑆091300023⑈:    147 2⑈"

ISN# 001015039805
Date 11/20/2025

PAY TO THE ORDER OF
FIRST STATE BANK & TRUST
CHECK HERE FOR REMOTE DEPOSIT ONLY
FOR DEPOSIT ONLY
EARL'S ELECTRIC, INC.

1059

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/21/2025

PAY TO THE
ORDER OF    DCI

$    **242.21

Two hundred forty-two and 21/100*********************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO
Citaz Trowbridge-53-2019-CV-00060-Final-Payment-

8/2/98

*Bav Rogus*
AUTHORIZED SIGNATURE

⑈0010591⑈ ⑆091300023⑇ ⬛ 1472⬛

---

Bravera Bank
Drawer#/Trans#: 00404/0031
HIN: ⬛⬛⬛0159

<⬛⬛0615> 404 31 11/25/25

ENDORSE HERE

PAY TO THE ORDER OF
Bravera Bank
0615

FOR DEPOSIT ONLY
000620

CHECK HERE FI DAKOTA AG CREDIT PE DEPOSIT ONLY

DATE

AT
NAME OF FINANCIAL INSTITUTION

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

12/12/25, 12:00 PM



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

1062

Oct. 31 2025

PAY TO THE
ORDER OF  Salty Dog Trash

$ 350.⁰⁰

Three hundred fifty and 00/100

DOLLARS

MEMO  Inv 21113

Katherine Zent
AUTHORIZED SIGNATURE

⑈00106 2⑈ ⑈091300023⑈ ⬛⬛⬛ 1472⑈

about:blank

1/1



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1063

US BANK
77-2/913

Nov. 19 2025

PAY TO THE
ORDER OF   Salty Dog Trash

$350⁰⁰

Three hundred fifty and ⁰⁰/₁₀₀

DOLLARS

MEMO   21116

AUTHORIZED SIGNATURE

⑈00 1063⑈ ⑆09 1300 023⑈   1472⑈





**Business Statement**

**bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768      TRN              S          Y      ST01

Account Number:

████████1464

Statement Period:
Nov 3, 2025
through
Nov 28, 2025

Page 1 of 5

106481627586183 EB



ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

☎                                        *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                              800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                              usbank.com

---

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

---

## INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the *Business Pricing Information* document that may have an impact on your account. To obtain a current copy of the *Business Pricing Information* document, you can view it online at **usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised *Business Pricing Information* document**

All business checking and savings account types
- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  o Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  o Adding Business Online Banking
    ▪ Standard Plan - No Charge
    ▪ Pro Plan Monthly Subscription (up to 3 users) - $15.00
      • Additional Pro Plan users (per user, per month) - $15.00
    ▪ Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  o Currency Ordered (per strap) - $1.00 (increased from $0.85)
  o Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  o Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  o Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  o Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  o Coin Deposited (per roll) - $0.28 (increased from $0.25)
  o Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  o Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  o First Account - $15.00 (increased from $12.00)
  o Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  o Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**Business Statement**

Account Number:
████████1464

Statement Period:
Nov 3, 2025
through
Nov 28, 2025

Page 3 of 5

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## INFORMATION YOU SHOULD KNOW                                          (CONTINUED)

- o   Premium Checking Night Deposit Processing (per deposit) - $3.25 (increased from $3.00)
- o   Premium Checking Cash Deposit Adjustment (per adjustment) - $9.25 (increased from $9.00)
- • SinglePoint® Essentials Online Banking
  - o   Previous Day Summary and Detail Monthly Maintenance
    - ▪   Premium Checking - Up to 3 Accounts - $21.95 (increased from $20.95)

Preferred Business Money Market and Platinum Business Money Market
- • Monthly Cash Deposit Fee - $0.35 per $100 over 100 units (increased from $0.33 per $100)

Basic Business Savings
- • Monthly Cash Deposit Fee - $0.35 per $100 over 25 units (increased from $0.33 per $100)

Premium Business Money Market
- • Monthly Maintenance Fee - $34.00 (increased from $30.00)
- • Paper Statement (per statement cycle)
  - o   Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
- • Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
- • Cash and Coin Services
  - o   Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

---

## U.S. BANK SILVER - BUSINESS CHECKING                                    *Member FDIC*
U.S. Bank National Association                                    Account Number ████████-1464

### Account Summary

|  | # Items |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Beginning Balance on Nov 3 |  | $ | 34,547.30 | Number of Days in Statement Period | 30 |
| Other Deposits | 2 |  | 15,750.00 |  |  |
| Other Withdrawals | 6 |  | 38,753.46- |  |  |
| Checks Paid | 7 |  | 10,959.73- |  |  |
| **Ending Balance on  Nov 30, 2025** | **$** |  | **584.11** |  |  |

### Other Deposits

| Date | Description of Transaction |  |  | Ref Number |  | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| Nov 20 | Electronic Deposit | From Pacific Beach Te |  |  | $ | 14,750.00 |
|  | REF=253240108705280N00SD | 1294287528MDP571 | e74168725 |  |  |  |
| Nov 26 | Internet Banking Transfer | From Account ████████3625 |  |  |  | 1,000.00 |
|  |  |  | **Total Other Deposits** |  | **$** | **15,750.00** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number |  | Amount |
| --- | --- | --- | --- | --- | --- |
| Nov 10 | Electronic Withdrawal | To AMEX EPAYMENT |  | $ | 2,082.40- |
|  | REF=253110152473070N00 | 0005000008ACH PMT   W6468 |  |  |  |
| Nov 12 | Electronic Withdrawal | To Cabinotch Inc |  |  | 14,442.05- |
|  | REF=253140177453890N00 | 1611311379Receipt   230094 |  |  |  |
| Nov 13 | Electronic Withdrawal | To CapitalOne |  |  | 1,072.20- |
|  | REF=253160238285390N00 | 1202010130CAPITAL ON |  |  |  |
| Nov 17 | Analysis Service Charge |  | 1700000000 |  | 102.50- |
| Nov 24 | Electronic Withdrawal | To AMEX EPAYMENT |  |  | 3,948.77- |
|  | REF=253250176520900N00 | 0005000008ACH PMT   W8208 |  |  |  |



**Business Statement**

Account Number:

████████1464

Statement Period:

Nov 3, 2025

through

Nov 28, 2025

Page 4 of 5

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK SILVER - BUSINESS CHECKING                                  (CONTINUED)

U.S. Bank National Association                                    Account Number ████████1464

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Nov 26 | Electronic Withdrawal | To AMEX EPAYMENT | | 17,105.54- |
| | REF=253290145126780N00 | 0005000008ACH PMT  W2028 | | |

| | Total Other Withdrawals | $ | 38,753.46- |
|--|--|--|--|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 0505 | Nov 6 | 8910241402 | 254.39 | 1004* | Nov 13 | 8951405641 | 365.00 |
| 0601* | Nov 7 | 9211407557 | 826.90 | 1007* | Nov 25 | 8352026316 | 5,234.36 |
| 0602 | Nov 10 | 8052410740 | 175.56 | 1009* | Nov 26 | 8652499226 | 3,967.00 |
| 1002* | Nov 6 | 8911476788 | 136.52 | | | | |

* Gap in check sequence                         **Conventional Checks Paid (7)**     $     **10,959.73-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Nov 6 | 34,156.39 | Nov 13 | 15,192.28 | Nov 24 | 25,891.01 |
| Nov 7 | 33,329.49 | Nov 17 | 15,089.78 | Nov 25 | 20,656.65 |
| Nov 10 | 31,071.53 | Nov 20 | 29,839.78 | Nov 26 | 584.11 |
| Nov 12 | 16,629.48 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: October 2025

| | | | |
|--|--|--|--|
| Account Number: | ████1464 | $ | 4.00 |
| Account Number: | ████1472 | $ | 92.00 |
| Account Number: | ████0920 | $ | 6.50 |
| Analysis Service Charge assessed to | ████1464 | $ | 102.50 |

### Service Activity Detail for Account Number ████-1464

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|---------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 18 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **ACH Services** | | | |
| Digital Domestic ACH Payment | 4 | 1.00000 | 4.00 |
| ACH Received Addenda Item | 1 | | No Charge |
| Subtotal: ACH Services | | | 4.00 |
| Fee Based Service Charges for Account Number ████-1464 | | $ | 4.00 |

### Service Activity Detail for Account Number ████-1472

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|---------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 273 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **Wire Transfers** | | | |
| DIGITAL DOMESTIC WIRE PAYMENT | 2 | 30.00000 | 60.00 |
| Wire Advice Mail | 2 | 12.00000 | 24.00 |
| Subtotal: Wire Transfers | | | 84.00 |
| **Faster Payments** | | | |
| Inst Pmt-RTP Receipt | 3 | | No Charge |



**Business Statement**

Account Number:
XXXX1464

Statement Period:
Nov 3, 2025
through
Nov 28, 2025

Page 5 of 5

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

### Service Activity Detail for Account Number XXXX-1472 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Subtotal: Faster Payments | | | 0.00 |
| **ACH Services** | | | |
| Digital Domestic ACH Payment | 8 | 1.00000 | 8.00 |
| ACH Received Addenda Item | 47 | | No Charge |
| Subtotal: ACH Services | | | 8.00 |
| **Branch Coin/Currency Services** | | | |
| Night Dep Processing-per Dep | 5 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number XXXX-1472 | | $ | 92.00 |

### Service Activity Detail for Account Number XXXX-0920

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Truncated Paper Stmt | 1 | 6.50000 | 6.50 |
| Subtotal: Depository Services | | | 6.50 |
| Fee Based Service Charges for Account Number XXXX-0920 | | $ | 6.50 |

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

505

Date Oct 23, 2025

PAY TO THE ORDER OF __FASTENAL__    $ 254 39

Two Hundred Fifty Four Dollars — 39/100 Dollars

← Heat Reactive Ink

US bank.

Memo ShopSupplies

Catherine ___

MP

⑉091300023⑉    ■■■■■■ 1464⑉0505

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

ENDORSE HERE

FASTENAL COMPANY
P.O. BOX 978
2001 THEURER BLVD.
WINONA, MN 55987-DEPOSIT
CHECK

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

000367->091900193<00002-11/05/2025-12:10:47

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION                                                             601
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720                          Date  10-31-25

PAY TO THE
ORDER OF  AMC                                              $ 826 90/100

Eight hundred Twenty-six  90/100  Dollars          ← Heat Reactive Ink

**US bank.**

Memo  TRim metal ONLY        Katherine ___               MP

⑈09130002⑈  _____  1464⑈0601

LOOK FOR FRAUD DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK  DETAILS ON BACK

FOR DEPOSIT ONLY
ALUMINUM METALS CO

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

602

Date OCT 31, 25

PAY TO THE
ORDER OF    FAIRMOUNT Pro Hardware    $ 175.56

One Hundred Seventy Five Dollars and 56/100    Dollars

← Heat
Reactive
Ink

US bank.

Memo Postage for Galpin    Katherine Zet    MP

⑆091300023⑆    1464 ⑆0602

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
*RESERVED FOR FINANCIAL INSTITUTION USE*

4280 2025-11-08

BOFD  >        4365<
Fairmount
2025-11-07
        4280

1002

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE Oct 24, 2025    77-2/913

PAY
TO THE
ORDER OF  The Sherwin Williams Co.    $ 136.⁵³

One hundred thirty six and ⁵³⁄₁₀₀    DOLLARS

**us bank.**

FOR Cust 7417-0467-9  Inv. 12489    Katherine Aft

⑈00 100 2⑈ ⑉09 1300023⑉ ▮▮▮ 1464⑈

20251106334973000004 05  0837

Regions Bank > ▮▮▮ 0019<

20251106334973000004 05  0837
Regions Bank > ▮▮▮ 0019<

1004

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE _11-7-25_    77-2/913

PAY
TO THE
ORDER OF _Fckrs_    $ 365⁰⁰/₁₀₀

_Three hundred Sixiy-five and_    ¹⁰⁰/₁₀₀    DOLLARS

**US bank**

FOR _Cffice Ceiling_    _Katherin punt_

⑈0010044⑈ ⑉091300023⑊ ▉ 1464⑈

0020802000596 111225 ▉ 2082

2082<  11\13\2025
**Citizens State Bank of New Castle IN**
BIN: 00020000586

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT ___ NAME OF FINANCIAL INSTITUTION ___ DATE ___

RESERVED FOR FINANCIAL INSTITUTION USE

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

836 409

1007

77-2/913

DATE 11-21-25

PAY TO THE ORDER OF _L & W Supply_    $ 5234 36/100

_Five Thousand Two hundred Thirty-four_ ——— 36/100 DOLLARS

**us bank**

FOR _Tennis Club_

⑈00 100 7⑈ ⑉09 1300023⑈ ⬛⬛⬛ 1464⑈

For Deposit only to
account ⬛⬛⬛ 6269
Cust: L and W Supply Corporation
Loc: 7518 - South Bend, IN
Seq: 1
Dep: 011988
Location Code: 7518

IF DISHONOURED RETURN TO:
<0310-0005>
Date: 2025-11-25

ENDORSE HERE
PAY TO THE ORDER OF
PNC BANK
FOR DEPOSIT ONLY
L&W SUPPLY CORPORATION #7518
OLD FORT BUILDING SUPPLY
CHECK HERE ___ 6269 ___ FOR MOBILE DEPOSIT ONLY
AT ___ NAME OF FINANCIAL INSTITUTION ___ DATE ___
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

1009

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE 11/26/25          77-2/913

PAY TO THE ORDER OF *Park Plastic Products*          $ 3,967.00

*Three Thousand Nine Hundred Sixty-Seven* 00/100 DOLLARS

**US bank.**

FOR *Tennis Club Tank*

⑆00 1009⑆ ⑈0913000 23⑈      1464⑆

1 12625    1552000064888 2>074903719< LCB



**Business Statement**

Account Number:
█████ 8625

Statement Period:
Oct 27, 2025
through
Nov 26, 2025

Page 1 of 3

**bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768        TRN                    S              Y        ST01

106481626924074 EB

ldududududududllldlldludllllllldudulullulullull
ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720



☎                   *To Contact U.S. Bank*

**24-Hour Business
Solutions:**
                                          800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                             usbank.com

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.

---

## INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the *Business Pricing Information* document that may have an impact on your account. To obtain a current copy of the *Business Pricing Information* document, you can view it online at **usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised *Business Pricing Information* document**

All business checking and savings account types

- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  - Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  - Adding Business Online Banking
    - Standard Plan - No Charge
    - Pro Plan Monthly Subscription (up to 3 users) - $15.00
      - Additional Pro Plan users (per user, per month) - $15.00
    - Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  - Currency Ordered (per strap) - $1.00 (increased from $0.85)
  - Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  - Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  - Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  - Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  - Coin Deposited (per roll) - $0.28 (increased from $0.25)
  - Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  - Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  - First Account - $15.00 (increased from $12.00)
  - Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  - Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**Business Statement**

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

Account Number:
■■■■■8625

Statement Period:
Oct 27, 2025
through
Nov 26, 2025

Page 3 of 3

## INFORMATION YOU SHOULD KNOW                                    (CONTINUED)

  o  Premium Checking Night Deposit Processing (per deposit) - $3.25 (increased from $3.00)
  o  Premium Checking Cash Deposit Adjustment (per adjustment) - $9.25 (increased from $9.00)
 •  SinglePoint® Essentials Online Banking
  o  Previous Day Summary and Detail Monthly Maintenance
   ■  Premium Checking - Up to 3 Accounts - $21.95 (increased from $20.95)

Preferred Business Money Market and Platinum Business Money Market
 •  Monthly Cash Deposit Fee - $0.35 per $100 over 100 units (increased from $0.33 per $100)

Basic Business Savings
 •  Monthly Cash Deposit Fee - $0.35 per $100 over 25 units (increased from $0.33 per $100)

Premium Business Money Market
 •  Monthly Maintenance Fee - $34.00 (increased from $30.00)
 •  Paper Statement (per statement cycle)
  o  Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
 •  Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
 •  Cash and Coin Services
  o  Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

## BASIC BUSINESS SAVINGS                                    *Member FDIC*

U.S. Bank National Association

### Account Summary                                    Account Number ■■■■-8625

| | # Items | | | | | |
|---|---|---|---|---|---|---|
| Beginning Balance on Oct 27 | | $ | 25,254.97 | Annual Percentage Yield Earned | | 0.05% |
| Other Deposits | 4 | | 45,002.20 | Interest Earned this Period | $ | 2.20 |
| Other Withdrawals | 3 | | 56,000.00- | Interest Paid this Year | $ | 3.12 |
| | | | | Number of Days in Statement Period | | 33 |
| **Ending Balance on Nov 26, 2025** | | **$** | **14,257.17** | | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct 28 | Internet Banking Transfer | From Account ■1472 | | $ | 5,000.00 |
| Nov 4 | Internet Banking Transfer | From Account ■1472 | | | 20,000.00 |
| Nov 7 | Internet Banking Transfer | From Account ■1472 | | | 20,000.00 |
| Nov 26 | Interest Paid | | 2600009121 | | 2.20 |
| | | | **Total Other Deposits** | **$** | **45,002.20** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 19 | Internet Banking Transfer | To Account ■1472 | | $ | 25,000.00- |
| Nov 26 | Internet Banking Transfer | To Account ■1464 | | | 1,000.00- |
| Nov 26 | Internet Banking Transfer | To Account ■1472 | | | 30,000.00- |
| | | | **Total Other Withdrawals** | **$** | **56,000.00-** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **A/R Aging Summary Report** | | | | | | |
| **MonDak Portables, LLC** | | | | | | |
| **As of November 30, 2025** | | | | | | |
| **Customer** | **CURRENT** | **1 - 30** | **31 - 60** | **61 - 90** | **91 AND OVER** | **Total** |
| | 242,747.87 | 151,807.14 | 51,270.19 | 64,110.65 | | 509,935.85 |
| | 441.00 | | | | | 441.00 |
| | 220.50 | | | | | 220.50 |
| | 27,300.00 | | | | | 27,300.00 |
| | | | 24,000.00 | | | 24,000.00 |
| | | | | -700.00 | | -700.00 |
| | | | | | 6,398.41 | 6,398.41 |
| **TOTAL** | **270,709.37** | | **75,270.19** | **63,410.65** | **6,398.41** | **$567,595.76** |

# Profit and Loss

MonDak Portables, LLC

November 2025

| Distribution account | Total |
|---|---|
| **Income** | |
| 4005 Manufacturing Income | 22,950.00 |
| 4010 Toilet Rental & Service - Malmstrom AFB | 27,300.00 |
| 4015 Toilet Rental & Service Williston | 161,588.11 |
| 4020 Misc Operation Income | 4,342.50 |
| 4030 Unapplied Cash Payment Income | 0.00 |
| **Total for Income** | **$216,180.61** |
| **Cost of Goods Sold** | |
| 5000 Cost of Goods Sold | |
| 5005 LABOR  - COG | |
| 5010 Labor - Operations | 50,721.35 |
| 5015 Labor - Sub Contractors | |
| 5017 Dooty Calls Septic Service | 9,500.00 |
| **Total for 5015 Labor - Sub Contractors** | **$9,500.00** |
| **Total for 5005 LABOR  - COG** | **$60,221.35** |
| 5020 MATERIAL - COG | |
| 5021 Manufacturing Materials | 40,951.56 |
| **Total for 5020 MATERIAL - COG** | **$40,951.56** |
| 6000 OVERHEAD - COGS | |
| 6005 Equipment/Truck Rental | 3,000.00 |
| 6015 Fuel | 29,828.24 |
| 6020 Job Supplies | 3,975.10 |
| 6030 Sewer Dumping Expense | 452.40 |
| **Total for 6000 OVERHEAD - COGS** | **$37,255.74** |
| **Total for 5000 Cost of Goods Sold** | **$138,428.65** |
| **Total for Cost of Goods Sold** | **$138,428.65** |
| **Gross Profit** | **$77,751.96** |
| **Expenses** | |

# Profit and Loss

MonDak Portables, LLC

November 2025

| Distribution account | Total |
|---|---|
| 7005 Telephone Expense | 276.03 |
| 7010 Travel Expense | 792.52 |
| 7015 Utilities | 4,067.18 |
| 7020 Advertising | |
|   7021 Advertising- Ads, Toilet Signs, Coats, etc. | 1,709.49 |
| Total for 7020 Advertising | **$1,709.49** |
| 7026 Property Taxes | 5,834.66 |
| 7030 Employee Safety Requirements | 2,357.50 |

# Profit and Loss

MonDak Portables, LLC
November 2025

| Distribution account | Total |
|---|---|
| 7035 Finance | |
| 7036 Service Charges | $102.50 |
| 7038 Interest | 381.76 |
| | 1,622.93 |
| **Total for 7035 Finance** | **$2,107.19** |
| 7060 Insurance | |
| 7050 Benefits | |
| 7051 BCBS Insurance | |
| 7052 Unum Employee Life Ins | 17,734.07 |
| 7053 Owners Life Insurance | 111.00 |
| | 3,746.95 |
| **Total for 7050 Benefits** | **$21,592.02** |
| 7065 Work Comp | |
| 7068 Workforce Safety Insurance - ND | |
| | 886.85 |
| **Total for 7065 Work Comp** | **$886.85** |
| 7070 Allegiance/Leavitt | |
| 7071 EMC Insurance Company | 9,935.80 |
| | 122.30 |
| **Total for 7060 Insurance** | **$32,536.97** |
| 7080 License or Permit | |
| 7090 Meals | 3,131.99 |
| 7095 Merchant Processing fees | 15.75 |
| 7100 Office Expenses | 3,131.40 |
| 7105 Payroll Expenses | 4,382.41 |
| 7110 Postage & Freight | 0.00 |
| 7115 SALARIES /WAGES | 47.26 |
| 7123 Salaries - Management | |
| 7124 Salaries - Owners | 30,301.41 |
| | 11,800.00 |
| **Total for 7115 SALARIES /WAGES** | **$42,101.41** |
| 7200 Shop Expense | |
| 7270 Vehicle Repair | 9,179.92 |
| | 18,415.88 |

# Profit and Loss

MonDak Portables, LLC

November 2025

| Distribution account | Total |
|---|---|
| Employee Expense | |
| Company Pd.- SS, Med, Fed Unemploy. | 7,311.50 |
| Workforce Safety Insurance | 245.22 |
| **Total for Employee Expense** | **$7,556.72** |
| **Total for Expenses** | **$137,644.28** |
| **Net Operating Income** | **-$59,892.32** |
| Other Income | |
| 9005 Non-Ops Income | 191.99 |

4/5

# Profit and Loss

MonDak Portables, LLC
November 2025

| Distribution account | Total |
| --- | --- |
| 9065 Savings Interest | 2.20 |
| Total for Other Income | $194.19 |
| Net Other Income | $194.19 |
| Net Income | -$59,698.13 |