# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   North Dakota

In Re.  MonDak Portables, LLC

§
§
§
§

Debtor(s)

Case No.   25-30429

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2025

Petition Date: 09/29/2025

Months Pending: 3

Industry Classification: | 5 | 6 | 2 | 9 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                              15

Debtor's Full-Time Employees (as of date of order for relief):       15

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Katherine M. Zent
Signature of Responsible Party

Katherine M. Zent
Printed Name of Responsible Party

01/21/2026
Date

13008 60th St NW, Epping, ND 58843
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $84,530 | |
| b. Total receipts (net of transfers between accounts) | $343,619 | $846,521 |
| c. Total disbursements (net of transfers between accounts) | $297,011 | $865,046 |
| d. Cash balance end of month (a+b-c) | $131,138 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $297,011 | $865,046 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $510,761 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $95,389 |
| c. Inventory   (Book ○  Market ○  Other ◉  (attach explanation)) | $0 |
| d. Total current assets | $737,288 |
| e. Total assets | $737,288 |
| f. Postpetition payables (excluding taxes) | $98,661 |
| g. Postpetition payables past due (excluding taxes) | $6,688 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $98,661 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $98,661 |
| o. Ending equity/net worth (e-n) | $638,627 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $336,796 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $91,159 | |
| c. Gross profit (a-b) | $245,637 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $16,825 | |
| f. Other expenses | $154,450 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $73,529 | $58,093 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name  MonDak Portables, LLC                                  Case No.  25-30429

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name MonDak Portables, LLC                                      Case No.  25-30429

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name MonDak Portables, LLC                                    Case No. 25-30429

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                6

Debtor's Name MonDak Portables, LLC                                                    Case No.  25-30429

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  MonDak Portables, LLC                                     Case No.  25-30429

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $9,027 | $40,504 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $5,184 | $15,101 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:　Worker's compensation insurance? | Yes ◉  No ○ | |
| | 　　　　　If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | 　　　　Casualty/property insurance? | Yes ◉  No ○ | |
| | 　　　　　If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | 　　　　General liability insurance? | Yes ◉  No ○ | |
| | 　　　　　If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ | |

Debtor's Name  MonDak Portables, LLC                                  Case No.  25-30429

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Katherine M. Zent                                         Katherine M. Zent
Signature of Responsible Party                               Printed Name of Responsible Party

President                                                    01/21/2026
Title                                                        Date

Debtor's Name MonDak Portables, LLC                                    Case No.  25-30429



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name MonDak Portables, LLC

Case No.  25-30429

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name MonDak Portables, LLC                    Case No.  25-30429



PageThree



PageFour

# MonDak Portables, LLC

## Profit and Loss
December 2025

|  | TOTAL |
|---|---|
| **Income** | |
| 4005 Manufacturing Income | 12,000.00 |
| 4010 Toilet Rental & Service - Malmstrom AFB | 54,600.00 |
| 4015 Toilet Rental & Service Williston | 269,410.01 |
| 4020 Misc Operation Income | 630.00 |
| 4031 Snow Plowing | 156.25 |
| **Total 4020 Misc Operation Income** | **786.25** |
| 4030 Unapplied Cash Payment Income | 0.00 |
| **Total Income** | **$336,796.26** |
| Cost of Goods Sold | |
| 5000 Cost of Goods Sold | |
| 5005 LABOR  - COG | |
| 5010 Labor - Operations | 54,312.88 |
| 5015 Labor - Sub Contractors | |
| 5017 Dooty Calls Septic Service | 19,000.00 |
| **Total 5015 Labor - Sub Contractors** | **19,000.00** |
| **Total 5005 LABOR  - COG** | **73,312.88** |
| 5020 MATERIAL - COG | |
| 5021 Manufacturing Materials | 12,852.48 |
| **Total 5020 MATERIAL - COG** | **12,852.48** |
| 6000 OVERHEAD - COGS | |
| 6005 Equipment/Truck Rental | 3,000.00 |
| 6015 Fuel | 1,054.34 |
| 6020 Job Supplies | 45.94 |
| 6030 Sewer Dumping Expense | 580.79 |
| 6035 Water Purchase | 312.60 |
| **Total 6000 OVERHEAD - COGS** | **4,993.67** |
| **Total 5000 Cost of Goods Sold** | **91,159.03** |
| **Total Cost of Goods Sold** | **$91,159.03** |
| GROSS PROFIT | **$245,637.23** |
| **Expenses** | |
| 7005 Telephone Expense | 1,445.65 |
| 7010 Travel Expense | 2,370.02 |
| 7015 Utilities | 3,705.09 |
| 7020 Advertising | |
| 7021 Advertising- Ads, Toilet Signs, Coats, etc. | 1,249.99 |
| 7022 Advertising- Donation, Gifts, Flowers | 94.78 |
| **Total 7020 Advertising** | **1,344.77** |
| 7030 Employee Safety Requirements | 1,615.00 |
| 7031 Employee Expense | |
| 7030-2 Company Pd.- SS, Med, Fed Unemploy. | 6,708.28 |
| **Total 7031 Employee Expense** | **6,708.28** |
| 7035 Finance | |

| | TOTAL |
|---|---|
| 7036 Service Charges | 50.50 |
| 7038 Interest | 15,430.10 |
| **Total 7035 Finance** | **15,480.60** |
| 7060 Insurance | |
| 7050 Benefits | |
| 7051 BCBS Insurance | -22,425.69 |
| 7052 Unum Employee Life Ins | 129.50 |
| 7053 Owners Life Insurance | 8,153.47 |
| **Total 7050 Benefits** | **-14,142.72** |
| 7070 Allegiance/Leavitt | 12,887.80 |
| 7074 Homesite Insurance 2 Mobile Homes | 122.30 |
| **Total 7060 Insurance** | **-1,132.62** |
| 7080 License or Permit | 9,407.09 |
| 7095 Merchant Processing fees | 2,148.03 |
| 7100 Office Expenses | 1,336.57 |
| 7105 Payroll Expenses | 0.00 |
| 7110 Postage & Freight | 1,758.11 |
| 7115 SALARIES /WAGES | |
| 7123 Salaries - Management | 29,822.16 |
| 7124 Salaries - Owners | 50,344.08 |
| **Total 7115 SALARIES /WAGES** | **80,166.24** |
| 7200 Shop Expense | 14,575.04 |
| 7270 Vehicle Repair | 30,347.24 |
| **Total Expenses** | **$171,275.11** |
| NET OPERATING INCOME | **$74,362.12** |
| Other Income | |
| 9005 Non-Ops Income | -840.76 |
| 9060 Interest Income Customers | 7.01 |
| 9065 Savings Interest | 0.52 |
| **Total Other Income** | **$ -833.23** |
| NET OTHER INCOME | **$ -833.23** |
| NET INCOME | **$73,528.89** |

| Customer | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| **A/R Aging Summary Report** | | | | | | |
| **MonDak Portables, LLC** | | | | | | |
| **As of December 31, 2025** | | | | | | |
| | 316,117.65 | 112,767.25 | 43,715.35 | 77,690.19 | | 550,290.44 |
| | | 37,500.00 | | | | 37,500.00 |
| | 441.00 | | | | | 441.00 |
| | 220.50 | | | | | 220.50 |
| | | | | | 12,000.00 | 12,000.00 |
| | | | | | -700.00 | -700.00 |
| | | | | | 6,398.41 | 6,398.41 |
| **TOTAL** | **316,779.15** | **150,267.25** | **43,715.35** | **77,690.19** | **17,698.41** | **606,150.35** |



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768 TRN S Y ST01

106481673094625 EB

||||·|··||··||·|·||||||··|··||···||·||··|·|·||·|·|··|··||·||||·|··|··|

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

Account Number:
☐☐☐☐☐☐1472

Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 1 of 12

*Checking - Main*

☎ **To Contact U.S. Bank**

**24-Hour Business Solutions:** 800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:** usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the *Business Pricing Information* document that may have an impact on your account. To obtain a current copy of the *Business Pricing Information* document, you can view it online at **usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised *Business Pricing Information* document**

All business checking and savings account types
- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  - Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  - Adding Business Online Banking
    - Standard Plan - No Charge
    - Pro Plan Monthly Subscription (up to 3 users) - $15.00
      - Additional Pro Plan users (per user, per month) - $15.00
    - Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  - Currency Ordered (per strap) - $1.00 (increased from $0.85)
  - Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  - Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  - Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  - Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  - Coin Deposited (per roll) - $0.28 (increased from $0.25)
  - Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  - Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  - First Account - $15.00 (increased from $12.00)
  - Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  - Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires
  - Incoming Wires - $20.00 (increased from $16.00)
- Adding new section, Enhanced Payments
  - Enhanced Payment Monthly Maintenance - $25.00
    - Standard ACH - $0.50
    - Same-day ACH - $1.70
    - Domestic Wire - $16.00
    - International Wire - U.S. Dollars - $35.00
    - Instant Payments - $0.75
- SinglePoint® Essentials Online Banking
  - ACH Transactions (per item) - $0.50 (increased from $0.45)

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**Business Statement**

Account Number:
☐ 1472

Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 3 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## INFORMATION YOU SHOULD KNOW                                                        (CONTINUED)

Premium Business Money Market
- Monthly Maintenance Fee - $34.00 (increased from $30.00)
- Paper Statement (per statement cycle)
  - Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
- Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
- Cash and Coin Services
  - Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

## U.S. BANK GOLD - BUSINESS CHECKING                                              *Member FDIC*

U.S. Bank National Association                                              Account Number ☐ 1472

### Account Summary

|  | # Items | $ | Amount |  |  |
|---|---|---|---|---|---|
| Beginning Balance on Dec 1 |  | $ | 69,688.96 | Number of Days in Statement Period | 31 |
| Customer Deposits | 16 |  | 129,547.72 |  |  |
| Other Deposits | 54 |  | 202,190.50 |  |  |
| Other Withdrawals | 146 |  | 254,674.73- |  |  |
| Checks Paid | 32 |  | 42,156.07- |  |  |
| **Ending Balance on Dec 31, 2025** |  | **$** | **104,596.38** |  |  |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Dec 1 | 8052688335 | 15,125.27 |  | Dec 18 | 8950548492 | 4,306.31 |
|  | Dec 2 | 8350887138 | 3,204.85 |  | Dec 19 | 9251882603 | 15,020.86 |
|  | Dec 4 | 8950915719 | 2,607.26 |  | Dec 23 | 8350844787 | 629.53 |
|  | Dec 8 | 8051866071 | 2,741.08 |  | Dec 26 | 9250754957 | 6,291.97 |
|  | Dec 10 | 8651838505 | 1,244.00 |  | Dec 26 | 9250754967 | 23,384.52 |
|  | Dec 10 | 8650737552 | 11,025.21 |  | Dec 29 | 8052527660 | 15,212.43 |
|  | Dec 12 | 9250871032 | 17,195.43 |  | Dec 31 | 8650758618 | 1,168.00 |
|  | Dec 16 | 8351602397 | 9,000.25 |  | Dec 31 | 8651935093 | 1,390.75 |
|  |  |  |  |  | **Total Customer Deposits** | **$** | **129,547.72** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Dec 2 | Electronic Deposit | From Parkland USA Cor |  | $ | 166.00 |
|  | REF=253350238006340N00 | 2870321996VENDPMT  MON001 |  |  |  |
| Dec 2 | Electronic Deposit | From TARGA RESOURCES |  |  | 915.00 |
|  | REF=253350181554630N00 | 9741404594PAYMENTS  685786 |  |  |  |
| Dec 2 | Electronic Deposit | From TARGA RESOURCES |  |  | 5,312.50 |
|  | REF=253350181554480N00 | 9026670003PAYMENTS  685313 |  |  |  |
| Dec 2 | Electronic Deposit | From MERCHANT SVCS |  |  | 13,347.24 |
|  | REF=253360146658000N00SD | 1999999991IPSMXASETL403903000148840 |  |  |  |
| Dec 3 | Electronic Deposit | From BIG DISP CARTWRI |  |  | 300.00 |
|  | REF=253350209252260N00 | 462332414 462332414 |  |  |  |
| Dec 3 | Electronic Deposit | From BIG DISP IRGENS |  |  | 361.00 |
|  | REF=253350209252520N00 | 461117836 461117836 |  |  |  |
| Dec 4 | Electronic Deposit | From LIME ROCK RESOUR |  |  | 1,445.00 |
|  | REF=253380141966200N00SD | 2261406213Payment  MON026 |  |  |  |



**Business Statement**

Account Number:
████1472
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 4 of 12

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

# U.S. BANK GOLD - BUSINESS CHECKING

U.S. Bank National Association

**(CONTINUED)**

Account Number ████1472

## Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------|
| Dec 5 | Electronic Deposit | From CNTTERM3172 | | 615.00 |
| | REF=253380137845090N00 | 1933133993PAYMENTS  MonDak Portable | | |
| Dec 5 | Electronic Deposit | From MMC POLAR | | 888.00 |
| | REF=253380178109420N00 | 9791385001TRADE PAY 201722 | | |
| Dec 5 | Electronic Deposit | From MMC DIVIDE | | 1,488.80 |
| | REF=253380138777530N00 | 9792706001TRADE PAY 201722 | | |
| Dec 8 | Electronic Deposit | From Eighty-Eight Oil | | 375.00 |
| | REF=253390105118100N00 | 1836002947SINGLE | | |
| Dec 8 | Electronic Deposit | From Black Hills Truc | | 696.00 |
| | REF=253390105118040N00 | 1830236354SINGLE | | |
| Dec 8 | Electronic Deposit | From MERCHANT SVCS | | 18,656.30 |
| | REF=253420065759970N00 | 1999999991IPSMXASETL403903000148840 | | |
| Dec 9 | Electronic Deposit | From MERCHANT SVCS | | 337.00 |
| | REF=253430051954990N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Dec 9 | Electronic Deposit | From LARRY SOOKDEO WE | | 1,920.07 |
| | REF=253420164885930N00 | 9215986202BILL_PAY  LARRY SOOKDEO W | | |
| Dec 10 | Electronic Deposit | From WEST DAKOTA WATE | | 286.00 |
| | REF=253440033158430N00 | 1455620059WDW120925 MOPORT | | |
| Dec 10 | Electronic Deposit | From IHD LIQUIDS MANA | | 1,971.52 |
| | REF=253440033162820N00 | 1352441450IHL120925 MOPORT | | |
| Dec 10 | Electronic Deposit | From MERCHANT SVCS | | 15,991.25 |
| | REF=253440079614350N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Dec 11 | Electronic Deposit | From MUREX PETROLEUM | | 404.25 |
| | REF=253430054060640Y00 | 2841343864SPT ACH  1003739 | | |
| Dec 11 | Electronic Deposit | From Savage Infrastru | | 692.00 |
| | REF=253440130729150N00 | 1870387049EDI PYMNTS641416 | | |
| Dec 11 | Electronic Deposit | From Continental Reso | | 1,676.00 |
| | REF=253440047216180Y00 | 1730767549000056201320000635060 | | |
| Dec 12 | Electronic Deposit | From ENVIROTECH SERVI | | 480.00 |
| | REF=253450150122190N00 | 2841102950ACH PYMNTS32548/25931 | | |
| Dec 12 | Electronic Deposit | From INDEMAND INDUSTR | | 786.30 |
| | REF=253450118163750N00 | 853758326 IDIS-MONDA | | |
| Dec 12 | Electronic Deposit | From STALLION OILFIEL | | 1,090.00 |
| | REF=253450128416360N00 | 2743072101PAYABLES  87205 | | |
| Dec 12 | Electronic Deposit | From DAKOTA CHEMICAL | | 1,236.50 |
| | REF=253450105971150N00 | 1455280892Bill Pay | | |
| Dec 12 | Electronic Deposit | From ZAVANNAENERG5440 | | 7,857.50 |
| | REF=253450134399450N00 | 993377064DPAYMENT   MONDAK | | |
| Dec 15 | Electronic Deposit | From SON OILFIELD SER | | 7,557.70 |
| | REF=253460130949630N00 | 453507368 EXPENSES  12/15/25 | | |
| Dec 15 | Electronic Deposit | From MERCHANT SVCS | | 8,524.15 |
| | REF=253490136442810N00 | 1999999991IPSMXASETL403903000148840 | | |
| Dec 16 | Electronic Deposit | From ASWS LLC | | 225.00 |
| | REF=253490216841350N00 | 2455106419Invoices  MonDak Portable | | |
| Dec 17 | Electronic Deposit | From WEST DAKOTA WATE | | 225.00 |
| | REF=253510019285400N00 | 1455620059WDW121625 MOPORT | | |
| Dec 17 | Electronic Deposit | From IHD LIQUIDS MANA | | 970.00 |
| | REF=253510019291470N00 | 1352441450IHL121625 MOPORT | | |
| Dec 17 | Electronic Deposit | From ASGARD RESOURCES | | 1,180.00 |
| | REF=253500202594370N00 | 1831643098ASG121625 MOPORT | | |
| Dec 17 | Electronic Deposit | From GOODNIGHT MIDSTR | | 1,626.00 |
| | REF=253500202857960N00 | 18414    ACH Batch 19113024 | | |
| Dec 17 | Electronic Deposit | From C3 ENERGY PARTNE | | 1,848.25 |
| | REF=253500146093390N00 | 9882028383ACH Paymen202431753292 | | |
| Dec 18 | Electronic Deposit | From MERCHANT SVCS | | 625.00 |
| | REF=253520112013060N00SD | 1999999991IPSMXASETL403903000148840 | | |



**Business Statement**

Account Number:
████1472
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 5 of 12

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number ████-1472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|-------|
| Dec 19 | Electronic Deposit | From DEAM TREAS 310 | | 7.01 |
| | REF=253520080207620N00 | 9071736170  DOD MISCZN9DVARQLJ34570 | | |
| Dec 19 | Electronic Deposit | From STALLION OILFIEL | | 254.40 |
| | REF=253520121158950N00 | 2743072101PAYABLES  87430 | | |
| Dec 19 | Electronic Deposit | From DEAM TREAS 310 | | 27,300.00 |
| | REF=253520080207550N00 | 9071736170  DOD MISCZN9DVARQLJ34570 | | |
| Dec 22 | Electronic Deposit | From MERCHANT SVCS | | 3,937.07 |
| | REF=253560123558530N00 | 1999999991IPSMXASETL403903000148840 | | |
| Dec 23 | Electronic Deposit | From TALLGRASS MLP OP | | 262.60 |
| | REF=253560207314940N00 | 1900934239PAYABLES  149891 | | |
| Dec 23 | Electronic Deposit | From ZAVANNAENERG5440 | | 9,289.55 |
| | REF=253560178525560N00 | 993377064DPAYMENT  MONDAK | | |
| Dec 24 | Electronic Deposit | From WEST DAKOTA WATE | | 315.00 |
| | REF=253580043245950N00 | 1455620059WDW122325 MOPORT | | |
| Dec 24 | Electronic Deposit | From TRUE OIL LLC | | 625.00 |
| | REF=253570186028260N00 | 1830176199SINGLE | | |
| Dec 24 | Electronic Deposit | From TOOZ CONSTRUCTIO | | 801.50 |
| | REF=253570121135100N00 | 450345656 MonDak Por | | |
| Dec 24 | Electronic Deposit | From ANDERSON & WOOD | | 1,257.00 |
| | REF=253570156499690N00 | 9542056001CONS PAY  MDPORT | | |
| Dec 24 | Electronic Deposit | From DEAM TREAS 310 | | 27,300.00 |
| | REF=253560180101300N00 | 9071736170  DOD MISCZN9DVARQLJ34570 | | |
| Dec 26 | Electronic Deposit | From ORMAT NEVADA | | 230.00 |
| | REF=253580085495400N00 | 1880278853PAYMENTS | | |
| Dec 29 | Electronic Deposit | From TOP KNOT LLC | | 1,255.00 |
| | REF=253600146798510N00 | 9215986202BILL_PAY  TOP KNOT LLC | | |
| Dec 30 | Electronic Deposit | From MERCHANT SVCS | | 571.00 |
| | REF=253640153509890N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Dec 30 | Electronic Deposit | From UNITED RENTALS | | 790.00 |
| | REF=253600084716780N00 | 2061493538CORP PYMNT2075899 | | |
| Dec 30 | Electronic Deposit | From TARGA RESOURCES | | 1,065.00 |
| | REF=253630217311710N00 | 9741404594PAYMENTS  693595 | | |
| Dec 30 | Electronic Deposit | From TARGA RESOURCES | | 6,617.12 |
| | REF=253630217311820N00 | 9026670003PAYMENTS  693750 | | |
| Dec 31 | Electronic Deposit | From Parkland USA Cor | | 166.00 |
| | REF=253640187173460N00 | 4450325753VENDPMT   MON001 | | |
| Dec 31 | Electronic Deposit | From MERCHANT SVCS | | 18,071.92 |
| | REF=253650093927450N00SD | 1999999991IPSMXASETL403903000148840 | | |

| | | **Total Other Deposits** | **$** | **202,190.50** |
|--|--|--|--|--|

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|-------|
| Dec  1 | Electronic Withdrawal | To INTUIT 77328269 | $ | 200.00- |
| | REF=253350066003350N00 | 4462800242PAYROLL  1101169 | | |
| Dec  1 | Electronic Withdrawal | To ACHMA VISB | | 276.03- |
| | REF=253350076189430N00 | 0000751800BILL PYMNT9188199 | | |
| Dec  1 | Electronic Withdrawal | To SONS OF NORWAY | | 513.50- |
| | REF=253350168804430N00SD | 1410547795PAYMENT  0061591148238 | | |
| Dec  1 | Electronic Withdrawal | To INTUIT 77328269 | | 521.61- |
| | REF=253350066003380N00 | 4462800242PAYROLL  1101169 | | |
| Dec  1 | Electronic Withdrawal | To INTUIT 77328269 | | 540.00- |
| | REF=253350066003290N00 | 4462800242PAYROLL  1101169 | | |
| Dec  1 | Electronic Withdrawal | To SONS OF NORWAY | | 541.50- |
| | REF=253350168804420N00SD | 1410547795PAYMENT  0061591148236 | | |
| Dec  1 | Electronic Withdrawal | To INTUIT 77328269 | | 578.64- |
| | REF=253350066003400N00 | 4462800242PAYROLL  1101169 | | |



**Business Statement**

Account Number:
XXXXXXX1472
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 6 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING          **(CONTINUED)**
U.S. Bank National Association

Account Number XXXXXXX-1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 1 | Electronic Withdrawal REF=253350066003340N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 607.44- |
| Dec 1 | Electronic Withdrawal REF=253350066003370N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 607.80- |
| Dec 1 | Electronic Withdrawal REF=253350066003310N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 780.74- |
| Dec 1 | Electronic Withdrawal REF=253350066003330N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 1,037.65- |
| Dec 1 | Electronic Withdrawal REF=253350168804440N00SD | To SONS OF NORWAY 1410547795PAYMENT 0061591151577 | | 1,038.70- |
| Dec 1 | Electronic Withdrawal REF=253350066003360N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 1,070.19- |
| Dec 1 | Electronic Withdrawal REF=253350066003420N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 1,175.38- |
| Dec 1 | Electronic Withdrawal REF=253350066003450N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 1,365.94- |
| Dec 1 | Electronic Withdrawal REF=253350066003390N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 1,432.35- |
| Dec 1 | Electronic Withdrawal REF=253350066003430N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 1,539.81- |
| Dec 1 | Electronic Withdrawal REF=253350066003440N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 1,887.54- |
| Dec 1 | Electronic Withdrawal REF=253350066003320N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 1,968.44- |
| Dec 1 | Electronic Withdrawal REF=253350066003410N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 2,107.25- |
| Dec 1 | Electronic Withdrawal REF=253350066003300N00 | To INTUIT 77328269 4462800242PAYROLL 1101169 | | 2,216.85- |
| Dec 1 | Electronic Withdrawal REF=253320079381320N00 | To NDTAX 1450309764TAX PYMT 467301888 | | 5,513.41- |
| Dec 2 | Digital ACH Payment | REF estlie Truck Center ID = 9E0464E4DA8B2A1 | | 5,820.00- |
| Dec 3 | Electronic Withdrawal REF=253360215969270N00 | To GATEWAY FEES 4460522024PURCHASE MONDAK PORTABLE | | 21.36- |
| Dec 3 | Electronic Withdrawal REF=253360137082330N00 | To Unum Life 9044595004Life Insur123632191943243 | | 129.50- |
| Dec 3 | Electronic Withdrawal REF=253360192373690N00 | To GOOGLE F770493581ADWORDS:72US0049FQJK | | 500.00- |
| Dec 3 | Electronic Withdrawal REF=253360117917320N00 | To IRS 3387702000USATAXPYMT270573761421350 | | 6,253.32- |
| Dec 4 | Electronic Withdrawal REF=253370041295480N00 | To 2D VECTRENENERGY 1350793669IGC ACH DR000013356413 | | 40.88- |
| Dec 4 | Electronic Withdrawal REF=253370041295490N00 | To 2D VECTRENENERGY 1350793669IGC ACH DR000013356429 | | 60.93- |
| Dec 4 | Electronic Withdrawal REF=253380080583820N00 | To PAC-LIFE-LYN-NB 5238304047INSURANCE 2L92648520 | | 1,403.97- |
| Dec 5 | Electronic Withdrawal REF=253380091016860N00 | To TOWNOF FAIRMOUNT 0000063576UTILITY 1309747 | | 151.72- |
| Dec 5 | Electronic Withdrawal REF=253380091017310N00 | To COMCAST-XFINITY 0000213249CABLE SVCS1328872 | | 176.65- |
| Dec 5 | Electronic Withdrawal REF=253380091017300N00 | To COMCAST-XFINITY 0000213249CABLE SVCS1328854 | | 190.60- |
| Dec 5 | Electronic Withdrawal REF=253380172722280N00 | To CapitalOne 1202010130CAPITAL ON | | 730.85- |
| Dec 8 | Electronic Withdrawal REF=253390092151910N00 | To INTUIT 78089225 4462800242PAYROLL 1101169 | | 200.00- |



**Business Statement**

Account Number:
█████ 1472
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 7 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

Account Number █████-1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec 8 | Electronic Withdrawal<br>REF=253390092152010N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 231.61- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092152020N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 258.06- |
| Dec 8 | Electronic Withdrawal<br>REF=253420030627960N00 | To Deere Credit Ser<br>7935336000PAYMENTS 7900007615673JF | | 446.14- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151980N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 539.79- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151950N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 540.00- |
| Dec 8 | Electronic Withdrawal<br>REF=253390036406230N00 | To INTUIT *<br>0000756346QBooks Pay1780295 | | 592.00- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151880N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 753.54- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151990N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 989.49- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092152030N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 1,037.64- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151900N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 1,066.06- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151930N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 1,161.96- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151940N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 1,365.94- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151890N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 1,432.35- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151970N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 1,487.54- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151960N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 1,493.82- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092152000N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 1,968.45- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151920N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 1,992.37- |
| Dec 8 | Electronic Withdrawal<br>REF=253390092151870N00 | To INTUIT 78089225<br>4462800242PAYROLL 1101169 | | 2,069.52- |
| Dec 9 | Electronic Withdrawal<br>REF=253420181665940N00 | To MERCHANT SVCS<br>1999999991MEMX113025403903000148840 | | 2,006.67- |
| Dec 9 | Electronic Withdrawal<br>REF=253420147150190N00 | To BCBSNDPREMIUM<br>R450173185EDI PYMNTS51453431 | | 4,616.39- |
| Dec 10 | Customer Withdrawal | | 8651838498 | 400.00- |
| Dec 10 | Electronic Withdrawal<br>REF=253430036042350N00 | To IRS<br>3387702000USATAXPYMT270574430500612 | | 6,142.27- |
| Dec 11 | Electronic Withdrawal<br>REF=253440121414910N00 | To MOUNTRAIL-WILLIA<br>450216732 MWEC BILL 0020302000 | | 2,009.59- |
| Dec 11 | Mobile Banking Transfer | To Account █████1464 | | 5,000.00- |
| Dec 12 | Analysis Service Charge | | 1200000000 | 46.00- |
| Dec 12 | Electronic Withdrawal<br>REF=253450154208610N00 | To ALLEGIANCE PREMI<br>1472319830PAYMENTS 28210938 | | 9,935.80- |
| Dec 15 | Electronic Withdrawal<br>REF=253490104508080N00 | To INTUIT 78126928<br>4462800242PAYROLL 1101169 | | 200.00- |
| Dec 15 | Electronic Withdrawal<br>REF=253460131338090N00 | To NORTHWEST COMMUN<br>0      TELE BILL 000001821800 | | 326.21- |
| Dec 15 | Electronic Withdrawal<br>REF=253490104508210N00 | To INTUIT 78126928<br>4462800242PAYROLL 1101169 | | 510.66- |
| Dec 15 | Electronic Withdrawal<br>REF=253490104508180N00 | To INTUIT 78126928<br>4462800242PAYROLL 1101169 | | 540.00- |



**Business Statement**

Account Number:
1472
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 8 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

# U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

Account Number 1472

## Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 15 | Electronic Withdrawal REF=253490104508230N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 566.52- |
| Dec 15 | Electronic Withdrawal REF=253490104508130N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 591.31- |
| Dec 15 | Electronic Withdrawal REF=253490104508090N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 623.79- |
| Dec 15 | Electronic Withdrawal REF=253490104508200N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 659.38- |
| Dec 15 | Electronic Withdrawal REF=253490104508240N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 1,037.65- |
| Dec 15 | Electronic Withdrawal REF=253490104508150N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 1,095.37- |
| Dec 15 | Electronic Withdrawal REF=253490104508100N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 1,150.34- |
| Dec 15 | Electronic Withdrawal REF=253490104508220N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 1,432.35- |
| Dec 15 | Electronic Withdrawal REF=253490104508170N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 1,487.54- |
| Dec 15 | Electronic Withdrawal REF=253490104508120N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 1,601.03- |
| Dec 15 | Electronic Withdrawal REF=253490179843120N00SD | To SONS OF NORWAY 1410547795PAYMENT 0413501187845 | | 1,653.25- |
| Dec 15 | Electronic Withdrawal REF=253490104508110N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 1,714.51- |
| Dec 15 | Electronic Withdrawal REF=253490104508190N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 1,878.19- |
| Dec 15 | Electronic Withdrawal REF=253490104508160N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 1,968.45- |
| Dec 15 | Electronic Withdrawal REF=253490104508140N00 | To INTUIT 78126928 4462800242PAYROLL 1101169 | | 2,061.61- |
| Dec 15 | Electronic Withdrawal REF=253460162771600N00 | To BCBSNDPREMIUM R450173185EDI PYMNTS51462004 | | 4,650.00- |
| Dec 16 | Electronic Withdrawal REF=253490174404180N00 | To AMEX EPAYMENT 0005000008ACH PMT W2024 | | 470.80- |
| Dec 16 | Deposited Item Returned | | 1000101506 | 580.75- |
| Dec 17 | Electronic Withdrawal REF=253500114612850N00 | To IRS 3387702000USATAXPYMT270575102636873 | | 6,253.73- |
| Dec 18 | Electronic Withdrawal REF=253510025184540N00 | To COMCAST CORP 0000213249CABLE SVCS6196526 | | 1.25- |
| Dec 19 | Electronic Withdrawal REF=253520133152040N00 | To FRONTIER COMMUNI 7529252911BILL PAY 10147610091 | | 250.73- |
| Dec 19 | Electronic Withdrawal REF=253520069820820N00 | To PAC-LIFE-LYN-NB 5238304047INSURANCE 2L92679290 | | 1,598.58- |
| Dec 19 | Digital ACH Payment | REF ooty Calls Septic Service ID = 57C6EBF43CA4AAB | | 9,500.00- |
| Dec 19 | Wire Debit REF000572 BNF=NORTH AVENUE CAPITAL | VERITEX COMMUNITY 251219B00C1H LLC 816 A1A N SUITE 30 | | 25,000.00- |
| Dec 22 | Electronic Withdrawal REF=253530146414680Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000117182711 | | 143.27- |
| Dec 22 | Electronic Withdrawal REF=253530158085160N00 | To INTUIT 78998117 4462800242PAYROLL 1101169 | | 200.00- |
| Dec 22 | Electronic Withdrawal REF=253560112195250N00 | To ERIEINSURANCEWEB 7530175411PAYMENT 017540002218377 | | 250.00- |
| Dec 22 | Electronic Withdrawal REF=253530146356400Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000117311996 | | 307.42- |
| Dec 22 | Electronic Withdrawal REF=253530158085150N00 | To INTUIT 78998117 4462800242PAYROLL 1101169 | | 398.61- |



**Business Statement**

Account Number:
[REDACTED]1472

Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 9 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

# U.S. BANK GOLD - BUSINESS CHECKING    (CONTINUED)
U.S. Bank National Association

Account Number [REDACTED]-1472

## Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 22 | Electronic Withdrawal | To AMER ELECT PWR | | 445.92- |
| | REF=253530154075090N00 | 1350410455CPPWDRAWAL0411279535 | | |
| Dec 22 | Electronic Withdrawal | To AMER ELECT PWR | | 493.29- |
| | REF=253530154075100N00 | 1350410455CPPWDRAWAL0440479761 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 502.28- |
| | REF=253530158085120N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 505.02- |
| | REF=253530158085010N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 540.00- |
| | REF=253530158085100N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 562.56- |
| | REF=253530158085090N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 584.76- |
| | REF=253530158085070N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To Workforce Safety | | 887.09- |
| | REF=2535301698176 50N00 | 9456002495WSIACHEPAY1290674 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 905.40- |
| | REF=253530158085140N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To DOR ITS PAYMENTS | | 1,048.09- |
| | REF=253530156991200N00 | 9207000TAXINDORITS 12521835 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 1,073.47- |
| | REF=253530158085050N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 1,083.06- |
| | REF=253530158085110N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 1,389.86- |
| | REF=253530158085020N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 1,415.15- |
| | REF=253530158085080N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 1,548.35- |
| | REF=253530158085030N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 1,841.75- |
| | REF=253530158085130N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 1,968.44- |
| | REF=253530158085060N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 2,240.96- |
| | REF=253530158085170N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To INTUIT 78998117 | | 2,489.34- |
| | REF=253530158085040N00 | 4462800242PAYROLL 1101169 | | |
| Dec 22 | Electronic Withdrawal | To LEAVITT GREAT WE | | 3,839.00- |
| | REF=253530161643660N00 | 1472319830PAYMENTS 28388439 | | |
| Dec 22 | Electronic Withdrawal | To BCBSNDPREMIUM | | 4,600.00- |
| | REF=253530156028150N00 | R450173185EDI PYMNTS51475915 | | |
| Dec 22 | Electronic Withdrawal | To AMEX EPAYMENT | | 5,009.77- |
| | REF=253530161834010N00 | 0005000008ACH PMT W3422 | | |
| Dec 23 | Electronic Withdrawal | To LSIC PREM | | 122.30- |
| | REF=253560212694480N00 | M231745172INS PREM 2217972071 | | |
| Dec 23 | Electronic Withdrawal | To VERIZON WIRELESS | | 500.21- |
| | REF=253560147353810N00 | 6223344794PAYMENTS 048636982700001 | | |
| Dec 24 | Electronic Withdrawal | To IRS | | 5,826.75- |
| | REF=253570109789010N00 | 3387702000USATAXPYMT270575855681722 | | |
| Dec 24 | Digital ACH Payment | REF ooty Calls Septic Service | | 9,500.00- |
| | | ID = 1318E43815405B2 | | |
| Dec 29 | Electronic Withdrawal | To IN BIZ Conv Fee | | 1.50- |
| | REF=253600105166090N00 | T261233097Payment 0-2E764F2F25A6 | | |
| Dec 29 | Electronic Withdrawal | To IN SOS BOS | | 20.00- |
| | REF=253600105166030N00 | T356000158Payment 0-2E764F2F25A6 | | |



**Business Statement**

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

Account Number:
1472
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 10 of 12

# U.S. BANK GOLD - BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association

**Account Number** 1472

## Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|-----------|--------|
| Dec 29 | Electronic Withdrawal REF=253600145799370N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 200.00- |
| Dec 29 | Electronic Withdrawal REF=253600145799360N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 295.11- |
| Dec 29 | Electronic Withdrawal REF=253600145799350N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 340.51- |
| Dec 29 | Electronic Withdrawal REF=253600145799320N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 509.50- |
| Dec 29 | Electronic Withdrawal REF=253600145799340N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 540.00- |
| Dec 29 | Electronic Withdrawal REF=253600145799390N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 599.58- |
| Dec 29 | Electronic Withdrawal REF=253600145799300N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 893.61- |
| Dec 29 | Electronic Withdrawal REF=253600145799400N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 912.77- |
| Dec 29 | Electronic Withdrawal REF=253600145799270N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 1,037.65- |
| Dec 29 | Electronic Withdrawal REF=253600145799330N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 1,365.94- |
| Dec 29 | Electronic Withdrawal REF=253630088739470N00 | To PAC-LIFE-LYN-INF 5238209435INSURANCE 2L92648520 | | 1,403.97- |
| Dec 29 | Electronic Withdrawal REF=253600145799310N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 1,417.63- |
| Dec 29 | Electronic Withdrawal REF=253600145799410N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 1,553.19- |
| Dec 29 | Digital ACH Payment | REF ire & Ice Refrigeration ID = FBE5B4786FE05D6 | | 1,826.60- |
| Dec 29 | Electronic Withdrawal REF=253600145799280N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 1,841.75- |
| Dec 29 | Electronic Withdrawal REF=253600145799260N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 1,896.05- |
| Dec 29 | Electronic Withdrawal REF=253600145799290N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 1,968.45- |
| Dec 29 | Electronic Withdrawal REF=253600145799380N00 | To INTUIT 79822450 4462800242PAYROLL 1101169 | | 1,992.36- |
| Dec 30 | Electronic Withdrawal REF=253630244635280N00 | To CapitalOne 1202010130CAPITAL ON | | 500.00- |
| Dec 30 | Electronic Withdrawal REF=253630250666780N00 | To BCBSNDPREMIUM R450173185EDI PYMNTS51547080 | | 4,600.00- |
| Dec 30 | Electronic Withdrawal REF=253630161030460N00 | To NDTAX 1450309764TAX PYMT 1059649024 | | 5,183.56- |
| Dec 31 | Electronic Withdrawal REF=253650044153580N00 | To NATIONAL ASSOCIA 9215986202SALE | | 1,195.00- |
| Dec 31 | Electronic Withdrawal REF=253640102810130N00 | To VERIFORCE, LLC 0000441398PAYMENTS 0214890 | | 2,825.00- |
| Dec 31 | Electronic Withdrawal REF=253640121730820N00 | To IRS 3387702000USATAXPYMT270576521300399 | | 5,345.33- |

**Total Other Withdrawals**    $    **254,674.73-**

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 1060 | Dec 1 | 8052506614 | 110.00 | 1067 | Dec 2 | 8352923638 | 7,637.99 |
| 1061 | Dec 1 | 8054269992 | 200.00 | 1068 | Dec 4 | 8910736010 | 3,321.89 |
| 1065* | Dec 2 | 8311677562 | 154.58 | 1069 | Dec 8 | 8010614690 | 2,517.39 |
| 1066 | Dec 4 | 8910736009 | 3,900.00 | 1070 | Dec 10 | 8652605251 | 80.00 |



ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**

Account Number:
██████1472
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 11 of 12

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

Account Number ██████-1472

### Checks Presented Conventionally (continued)

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 1071 | Dec 23 | 8310754215 | 387.60 | 1083 | Dec 23 | 8310756094 | 3,000.00 |
| 1072 | Dec 17 | 8651176218 | 580.79 | 1084 | Dec 24 | 8610677031 | 80.00 |
| 1073 | Dec 15 | 8010338077 | 312.60 | 1085 | Dec 22 | 8051873972 | 557.46 |
| 1074 | Dec 12 | 9210773247 | 6,820.50 | 1086 | Dec 23 | 8352558702 | 1,871.90 |
| 1075 | Dec 18 | 8951302024 | 110.00 | 1087 | Dec 30 | 8351815034 | 352.29 |
| 1076 | Dec 8 | 8050380867 | 3,000.00 | 1088 | Dec 23 | 8351827553 | 110.00 |
| 1077 | Dec 16 | 8351705316 | 110.00 | 1089 | Dec 23 | 8311913859 | 250.00 |
| 1078 | Dec 12 | 9211006902 | 250.00 | 1090 | Dec 23 | 8311913861 | 167.37 |
| 1079 | Dec 15 | 8011115493 | 167.37 | 1091 | Dec 30 | 8353078298 | 1,235.00 |
| 1080 | Dec 10 | 8652463865 | 139.51 | 1092 | Dec 30 | 8311650738 | 250.00 |
| 1081 | Dec 18 | 8911113891 | 2,730.46 | 1093 | Dec 30 | 8311650739 | 167.37 |
| 1082 | Dec 18 | 8952297919 | 1,484.00 | 1096* | Dec 29 | 8054473735 | 100.00 |

* Gap in check sequence  **Conventional Checks Paid (32)**  $ 42,156.07-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Dec 1 | 56,983.46 | Dec 11 | 69,617.45 | Dec 22 | 52,088.34 |
| Dec 2 | 66,316.48 | Dec 12 | 81,210.88 | Dec 23 | 55,860.64 |
| Dec 3 | 60,073.30 | Dec 15 | 71,064.60 | Dec 24 | 70,752.39 |
| Dec 4 | 55,397.89 | Dec 16 | 79,128.30 | Dec 26 | 100,658.88 |
| Dec 5 | 57,139.87 | Dec 17 | 78,143.03 | Dec 29 | 96,410.14 |
| Dec 8 | 54,464.58 | Dec 18 | 78,748.63 | Dec 30 | 93,165.04 |
| Dec 9 | 50,098.59 | Dec 19 | 84,981.59 | Dec 31 | 104,596.38 |
| Dec 10 | 73,854.79 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: November 2025

| | | | |
|---|---|---|---|
| Account Number: | ██████-1472 | $ | 46.00 |
| Account Number: | ██████-1464 | $ | 0.00 |
| Analysis Service Charge assessed to | ██████-1472 | $ | 46.00 |

### Service Activity Detail for Account Number ██████-1464

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|---------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 13 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **ACH Services** | | | |
| ACH Received Addenda Item | 2 | | No Charge |
| Subtotal: ACH Services | | | 0.00 |
| Fee Based Service Charges for Account Number ██████-1464 | | $ | 0.00 |

### Service Activity Detail for Account Number ██████-1472

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|---------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 258 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **Wire Transfers** | | | |
| DIGITAL DOMESTIC WIRE PAYMENT | 1 | 30.00000 | 30.00 |
| Wire Advice Mail | 1 | 12.00000 | 12.00 |
| Subtotal: Wire Transfers | | | 42.00 |



**Business Statement**

Account Number:
████ 1472

Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 12 of 12

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## ANALYSIS SERVICE CHARGE DETAIL                                    (CONTINUED)

### Service Activity Detail for Account Number ████-1472 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **ACH Services** | | | |
| Digital Domestic ACH Payment | 4 | 1.00000 | 4.00 |
| ACH Received Addenda Item | 25 | | No Charge |
| Subtotal: ACH Services | | | 4.00 |
| **Branch Coin/Currency Services** | | | |
| Night Dep Processing-per Dep | 4 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number ████-1472 | | $ | 46.00 |

1253353119

1060

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/21/2025

PAY TO THE
ORDER OF        Indiana State Central Collection Unit

$        **110.00

One hundred ten and 00/100****************************************************************************************************

DOLLARS

Indiana State Central Collection Unit
PO Box 6219
Indianapolis, IN  46206-6219

*Bawtgers*
AUTHORIZED SIGNATURE

MEMO        Chad Southard 007892146, 0001207651

⑈0010060⑈ ⑆091300023⑈        1472⑈

FOR DEPOSIT ONLY PNC BANK
ACCT #      0346
AMT: 110.00
1253353119



1065

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

11/21/2025

PAY TO THE
ORDER OF    Ft. Union Supply & Trading

$  **154.58

One hundred fifty-four and 58/100********************************************************************************

DOLLARS

Ft. Union Supply & Trading
726 East 4th Street
Williston, ND 58801 USA

MEMO

AUTHORIZED SIGNATURE

⑆00 106 5⑆ ⑈09 13000 23⑈ 14 7 2⑈

0515< 20251201
**AMERICAN STATE BANK & TRUST**
Drawer#/Trans#: 02027/0020
HIN: 946639870000073

0515>2027 20 12/01/25

PAY TO THE ORDER OF
AMERICAN ST. BANK & TRUST
FOR DEPOSIT ONLY
FT. UNION SPLY & TRADING

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

1066

11/21/2025

PAY TO THE
ORDER OF        Integrity Auto & Diesel Repair                        $  **3,900.00

Three thousand nine hundred and 00/100************************************************************************    DOLLARS

Integrity Auto & Diesel Repair
5301 Saddleridge Circle
Williston, ND  58801

MEMO                                                        AUTHORIZED SIGNATURE

⑈"001066"  ⑆091300023⑆      147 2"

ISN# 000036102468
Date 12/3/2025

12/03/2025 First International Bank          2002

1067

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

12/02/2025

PAY TO THE
ORDER OF    Badlands Clutch & Transmission    $ **7,637.99

Seven thousand six hundred thirty-seven and 99/100*************************************************************** DOLLARS

Badlands Clutch & Transmission
4406 2nd Ave W
Williston, ND 58801

MEMO
11S3

AUTHORIZED SIGNATURE

⑈00 1067⑈ ⑆09 13000 23⑆    1472⑈

FOR MOBILE DEPOSIT ONLY

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
AT Gate City Bank
NAME OF FINANCIAL INSTITUTION

RESERVED FOR FINANCIAL INSTITUTION USE

DATE 12-2-2025

BC&T

1068

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/02/2025

PAY TO THE
ORDER OF    Integrity Auto & Diesel Repair    $ **3,321.89

Three thousand three hundred twenty-one and 89/100*************************************************** DOLLARS

Integrity Auto & Diesel Repair
4989 140th Ave NW
Williston, ND 58801

MEMO

AUTHORIZED SIGNATURE

⑈"001068⑈" ⑈091300023⑈:    ⑈472⑈"

ISN# 000036102469
Date 12/3/2025

12/03/2025 First International Bank    2002

CHECK HERE
NAME OF FINANCIAL INSTITUTION

FIRST INTERNATIONAL BANK & TRUST
CREDITED TO THE ACCOUNT OF THE WITHIN NAMED PAYEE
DSIT ONLY

1069

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/02/2025

PAY TO THE
ORDER OF    OK Tire Store

$ **2,517.39

Two thousand five hundred seventeen and 39/100************************************************************************    DOLLARS

OK Tire Store
5010 138th Ave, NW
P.O. Box 2076
Williston, ND  58802

MEMO

AUTHORIZED SIGNATURE

⑈⑈001069⑈⑈ ⑆091300023⑆            1472⑈⑈

ISN# 000003084446
Date 12/5/2025

12/05/2025 First International Bank            1002

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

1070

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

12/02/2025

PAY TO THE
ORDER OF   Orkin

$ **80.00

Eighty and 00/100************************************************************************************    DOLLARS

Orkin
PO Box 740589
Cincinnati, OH 45274-0589

MEMO  3929146?

AUTHORIZED SIGNATURE

⑈⑈00⑈070⑈⑈ ⑈:0913000 23⑈: 14⑈?2⑈⑈

0037    9735Deposit Only
1467    9685 Credit to Account
00080.00  of within named payee without
089 Dyn Prejudice FifthThirdBankNA>    0314<

1071

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/02/2025

PAY TO THE
ORDER OF    Prairie Welding, Inc.                                    $  **387.60

Three hundred eighty-seven and 60/100************************************************************************    DOLLARS

Prairie Welding, Inc.
615 East 20th Street
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

⑈00 10 7 1⑈  ⑊09 13000 23⑈            16 7 2⑈

---

0515< 20251222
AMERICAN STATE BANK & TRUST
Drawer#/Trans#: 04044/0037
HIN: 948739850000143

0515>4044 37 12/22/25

NAME OF FINANCIAL INSTITUTION
RESERVED FOR FINANCIAL INSTITUTION USE

CHECK HEREBY

PAY TO THE ORDER OF
AMERICAN STATE BANK
WILLISTON, ND 58801
PRAIRIE WELDING INC
FOR DEPOSIT ONLY
5154
0126

DATE



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1072

US BANK
77-2/913

12/02/2025

PAY TO THE
ORDER OF    Vac-U-Jet Portables

$ **580.79

Five hundred eighty and 79/100**************************************************************************    DOLLARS

Vac-U-Jet
PO Box 16748
Missoula, MT 59808

MEMO

AUTHORIZED SIGNATURE

⑈001072⑈ ⑆091300023⑆         1472⑈



1464

about:blank

1073

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/02/2025

PAY TO THE
ORDER OF      Western Area Water Supply Authority                    $  **312.60

Three hundred twelve and 60/100************************************************************************************  DOLLARS

Western Area Water Supply Authority
PO Box 2343
Williston, ND  58802-2343

MEMO

_Katherine Kent_
AUTHORIZED SIGNATURE

⑃"OO⑃O73⑃"  ⑃:O9⑃3OOO23⑃:              ⑃4?2⑃"

MerchantCap ▮0285< ▮0030  12/12/2025

For Deposit Only
Western Area Water Supply Authority
To the Account of
12/12/2025
NAME OF FINANCIAL INSTITUTION
REMOTE DEPOSIT ONLY
DATE

1074

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/02/2025

PAY TO THE
ORDER OF    J.T.I., Inc.

$ **6,820.50

Six thousand eight hundred twenty and 50/100*************************************************************    DOLLARS

J.T.I., Inc.
5481 134th Ave NW
PO Box 1307
Williston, ND  58802-1307

MEMO

AUTHORIZED SIGNATURE

⑈00 1074⑈ ⑆09 1300023⑆        1472⑈

AMERICAN STATE BANK & TRUST
Drawer#/Trans#: 03032/0004
HIN: 947639340000008

0515>3032 4 12/11/25

1253493049                                                                                                          1075

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/28/2025

PAY TO THE
ORDER OF    Indiana State Central Collection Unit                              $    **110.00

One hundred ten and 00/100************************************************************************************************

DOLLARS

Indiana State Central Collection Unit
PO Box 6219
Indianapolis, IN  46206-6219

_Barb Pogues_
AUTHORIZED SIGNATURE

MEMO    Chad Southard 0007892146, 0001207651

⑈00 1075⑈ ⑈09 13000 23⑈          14 7 2⑈

FOR DEPOSIT ONLY PNC BANK
ACCT#      0346
AMT: 110.00
1253493049

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

12/12/25, 11:58 AM

1076

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/05/2025

PAY TO THE ORDER OF    Rick Rogers

$    **3,000.00

Three thousand and 00/100************************************************************************************

DOLLARS

Rick Rogers

MEMO    Lease Payment

AUTHORIZED SIGNATURE

⑈OO1076⑈  ⑈O913OOO23⑈    1472⑈

Gate City Bank    0918
12/5/2025, 16:17:51
KGROSZ
TMID 501203392558644

about:blank

1/1

3253500450

1077

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

12/05/2025

PAY TO THE
ORDER OF   Indiana State Central Collection Unit

$   **110.00

One hundred ten and 00/100******************************************************************************************************

DOLLARS

Indiana State Central Collection Unit
PO Box 6219
Indianapolis, IN  46206-6219

MEMO   Chad Southard 007892146, 0001207651

*Baw Rogus*
AUTHORIZED SIGNATURE

⑈00⑈077⑈  ⑈09⑈3000 23⑈       ⑈472⑈

FOR DEPOSIT ONLY PNC BANK
ACCT# ███0346
AMT: 110.00
3253500450

1078

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/05/2025

PAY TO THE
ORDER OF     DCI

$  **250.00

Two hundred fifty and 00/100***********************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO     Chaz Trowbridge 53-2022-CV-01308
2207821

_Ban Rogas_
AUTHORIZED SIGNATURE

⑈"001078⑈ ⑈091300023⑈        1472⑈

Bravera Bank
Drawer#/Trans#: 00106/0032
HIN: 947610420000153

0615> 106 32 12/11/25

PAY TO THE ORDER OF
Bravera Bank
0615
FOR DEPOSIT ONLY
DAKOTA CREDIT
CHECK HERE FOR FINANCIAL
INSTITUTE DEPOSIT ONLY
0000620
AT
NAME OF FINANCIAL INSTITUTION
DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
ENDORSE HERE



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1079

US BANK
77-2/913

12/05/2025

PAY TO THE ORDER OF    DCI

$    **167.37

One hundred sixty-seven and 37/100*************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND 58602

MEMO    Alysha 53-2023-CV-00008
220 4511

AUTHORIZED SIGNATURE

⑈00 1079⑈ ⑈091300023⑈ 1472⑈

0615< 20251212
Bravera Bank
Drawer#/Trans#: 00103/0039
HIN: 9477101700000164

0615> 103 39 12/12/25

**1080**

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/10/2025

PAY TO THE
ORDER OF        Rogers, Barbara

$ **139.51

One hundred thirty-nine and 51/100************************************************************************************

Rogers, Barbara

DOLLARS

MEMO        Yahoo 1.99, Adobe 21.59, dropbox 12.95, Amax 14.9

_Barb Rogers_
AUTHORIZED SIGNATURE

⑈⑈00 1080⑈⑈  ⑆091300023⑆     1472⑈

Gate City Bank▮▮▮0918
12/10/2025, 16:34:48
KGROSZ
TMID 501193442559685

AT _____
NAME OF FINANCIAL INSTITUTION
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
DATE _____

_Barb Rogers_
Deposit Only
9347

1081

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/12/2025

PAY TO THE
ORDER OF    Integrity Auto & Diesel Repair

$ **2,730.46

Two thousand seven hundred thirty and 46/100************************************************************

DOLLARS

Integrity Auto & Diesel Repair
4989 140th Ave NW
Williston, ND 58801

MEMO

AUTHORIZED SIGNATURE

⑈00108⑈ ⑆091300023⑆        147 2⑈

ISN# 000039019698
Date 12/17/2025

12/17/2025 First International Bank        5002

FIRST INTERNATIONAL BANK &
CREDITED TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE
FOR DEPOSIT ONLY

1082

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/12/2025

PAY TO THE
ORDER OF    Byerlys Computer Services,ltd.

$  **1,484.00

One thousand four hundred eighty-four and 00/100********************************************************************************

DOLLARS

Byerlys Computer Services,ltd.
P.O. Box 968
Williston, ND  58802-0968 USA

MEMO

AUTHORIZED SIGNATURE

⑈00108⑈⑈ ⑆091300023⑆    1472⑈

9142< - 0003
340 –       6843
12/18/2025 - 15:54:53

1083

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/12/2025

PAY TO THE
ORDER OF    Earl's Electric

$ **3,000.00

Three thousand and 00/100************************************************************************

DOLLARS

Earl's Electric
PO Box 576
Williston, ND  58802-0576

MEMO

AUTHORIZED SIGNATURE

⑆001083⑆ ⑉091300023⑉            1472⑆

ISN# 001014048232
Date 12/22/2025

PAY TO THE ORDER OF
FIRST STATE BANK & TRUST
0770
1023
FOR DEPOSIT ONLY
EARL'S ELECTRIC INC
INSURANCE DEPOSIT ONLY
CHECK HERE
AT
NAME OF FINANCIAL INSTITUTION
DATE

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1084

US BANK
77-2/913

12/12/2025

PAY TO THE
ORDER OF    Pro Safe Pest Control

$ **80.00

Eighty and 00/100********************************************************************************

DOLLARS

Pro Safe Pest Control
725 8th Ave E
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

⑈00 1084⑈ ⑆09 13000 23⑆    1472⑈

ISN# 000036104113
Date 12/23/2025

12/23/2025 First International Bank ███████2002

PAY TO THE ORDER OF
FIRST INTL BANK AND TRUST
FOR DEPOSIT ONLY
ProSafe Pest Control, LLC
12/23/25 OR REMOTE DEPOSIT ONLY

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1085

US BANK
77-2/913

12/12/2025

PAY TO THE
ORDER OF    Sherwin Williams

$ **557.46

Five hundred fifty-seven and 46/100********************************************************************************    DOLLARS

Sherwin Williams
Account #04679
2040 S. Western Ave
Marion, IN 46953

MEMO

AUTHORIZED SIGNATURE

⑈00 1085⑈  ⑆09 1300023⑆           14 7 2⑈

2025122233497300014605  0859

Regions Bank ▮▮▮▮0019<

2025122233497300014605  0859
Regions Bank ▮▮▮▮0019<

1086

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/12/2025

PAY TO THE
ORDER OF   Tifco Industries

$ **1,871.90

One thousand eight hundred seventy-one and 90/100********************************************************

DOLLARS

Tifco Industries
P. O. Box 40277
Huston, TX 77240-0277

MEMO
2029608

AUTHORIZED SIGNATURE

⑈"001086⑈ ⑈091300023⑈            1472⑈

For Deposit only to
account        0299
Cust: TIFCO INDUSTRIES, INC.
Loc: Tifco Industries Inc
Seq: 78
Dep: 002067
Location Code: 1

IF DISHONOURED RETURN TO:
<0310-0005>
Date: 2025-12-23

AT _____
NAME OF FINANCIAL INSTITUTION
STAMP OR SIGN BELOW THIS LINE
DO NOT WRITE, STAMP OR SIGN BELOW
RESERVED FOR FINANCIAL INSTITUTION USE *
DATE
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
ENDORSE HERE

1/14/26, 4:56 PM

1087

**MONDAK PORTABLES LLC**
13008 80TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/12/2025

PAY TO THE
ORDER OF     Trailer & Truck Equipment

$ **352.29

Three hundred fifty-two and 29/100************************************************************************

DOLLARS

Trailer & Truck Equipment
13356 56th St NW
Williston, ND  58801

MEMO
    1005227

AUTHORIZED SIGNATURE

⑆0010 87⑆ ⑇0913000 23⑇            1472⑆

12302025 02:21 PM CST 0006009815

0000768163071571 5390006 USB :      0022<

12302025 02:21 PM CST 305675609420015

ENDORSE HERE

For Deposit Only
Trailer & Truck Equipment of Williston
1539

AT
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

DATE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

1253563103

1088

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/12/2025

PAY TO THE
ORDER OF    Indiana State Central Collection Unit

$    **110.00

One hundred ten and 00/100**********************************************************************************************

DOLLARS

Indiana State Central Collection Unit
PO Box 6219
Indianapolis, IN  46206-6219

MEMO    Chad Southard 0007892146, 0001207651

*Bank Agins*
AUTHORIZED SIGNATURE

⑈00 1088⑈  ⑈091 3000 23⑈  ▮▮▮▮  14 72⑈

FOR DEPOSIT ONLY PNC BANK
ACCT #▮▮▮▮0346
AMT: 110.00
1253563103

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

DATE





1090

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/12/2025

PAY TO THE
ORDER OF    DCI

$ **167.37

One hundred sixty-seven and 37/100***************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND 58602

MEMO   Alycha Younker 53-2023-CV-00008

*Barb Agnes*

AUTHORIZED SIGNATURE

220 4511

⑃"001090"⑃ ⑃:091300023⑃: ⁞⁞⁞⁞⁞ ⁞⁞⁞ 1472"

0615< 20251222
Bravera Bank.
Drawer#/Trans#: 00405/0040
HIN: 9487105510000180

0615> 405 40 12/22/25

1091

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

12/19/2025

PAY TO THE
ORDER OF    WDH Enterprises, LLC    $    **1,235.00

One thousand two hundred thirty-five and 00/100************************************************************************

DOLLARS

WDH Enterprises, LLC
2503 29th Ave W
Williston, ND  58801

MEMO

_Barb Agus_
AUTHORIZED SIGNATURE

⑈00 1091⑈ ⑊091 3000 23⑈    14 7 2⑈

Gate City Bank    0918
12/30/2025, 15:43:15
EREYNOLDS
TMID 501193642556586

1092

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/19/2025

PAY TO THE
ORDER OF    DCI

**250.00

Two hundred fifty and 00/100**************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Ghaz-Trowbridge-53-2022-CV-01308

_Bawlger_
AUTHORIZED SIGNATURE

2207821

⑈00 10 92⑈ ⑊09 13000 23⑊      14 72⑈

0615< 20251229
Bravera Bank
Drawer#/Trans#: 00404/0034
HIN: 949410510000148

0615> 404 34 12/29/25

PAY TO THE ORDER OF
Bravera Bank
0615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620
CHECK HERE FOR DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION
DATE

1093

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/19/2025

PAY TO THE
ORDER OF    DCI

$ **167.37

One hundred sixty-seven and 37/100************************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND 58602

MEMO    Alysha Younker 53-2023-CV-00008

Baw Rogers
AUTHORIZED SIGNATURE

2204511

⑈001093⑈ ⑈091300023⑈ 1472⑈

0615< 20251229
Bravera Bank
Drawer#/Trans#: 00404/0034
HIN: 949410510000149

0615> 404 34 12/29/25

1096

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/19/2025

PAY TO THE
ORDER OF     Chamley Pipe & Salvage LLC

$ **100.00

One hundred and 00/100************************************************************************************

DOLLARS

Chamley Pipe & Salvage LLC
P O Box 2537
Williston, ND 58802-2537

MEMO
000039

AUTHORIZED SIGNATURE

⑈"001096⑈ ⑉091300023⑉        1472"

Gate City Bank      0918
12/29/2025, 13:53:49
EREYNOLDS
TMID 501193632549809

# us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768        TRN            S        Y        ST01

106481673067100 EB

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
▮▮▮▮ 1464
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 1 of 3

*Manufacturing*

☎        **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                     800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:**                     usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the *Business Pricing Information* document that may have
an impact on your account. To obtain a current copy of the *Business Pricing Information* document, you can view it online at
**usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised *Business Pricing Information* document**

All business checking and savings account types
- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  o Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  o Adding Business Online Banking
    ▪ Standard Plan - No Charge
    ▪ Pro Plan Monthly Subscription (up to 3 users) - $15.00
      • Additional Pro Plan users (per user, per month) - $15.00
    ▪ Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  o Currency Ordered (per strap) - $1.00 (increased from $0.85)
  o Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  o Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  o Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  o Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  o Coin Deposited (per roll) - $0.28 (increased from $0.25)
  o Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  o Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  o First Account - $15.00 (increased from $12.00)
  o Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  o Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires
  o Incoming Wires - $20.00 (increased from $16.00)
- Adding new section, Enhanced Payments
  o Enhanced Payment Monthly Maintenance - $25.00
    ▪ Standard ACH - $0.50
    ▪ Same-day ACH - $1.70
    ▪ Domestic Wire - $16.00
    ▪ International Wire - U.S. Dollars - $35.00
    ▪ Instant Payments - $0.75
- SinglePoint® Essentials Online Banking
  o ACH Transactions (per item) - $0.50 (increased from $0.45)

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or
call 800-872-2657.

# US bank.

**Business Statement**

Account Number:
██████1464

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 3 of 3

## INFORMATION YOU SHOULD KNOW

(CONTINUED)

Premium Business Money Market
- Monthly Maintenance Fee - $34.00 (increased from $30.00)
- Paper Statement (per statement cycle)
  - Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
- Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
- Cash and Coin Services
  - Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

## U.S. BANK SILVER - BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

### Account Summary

Account Number ██████1464

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Dec 1 | | $ | 584.11 | Number of Days in Statement Period | 31 |
| Other Deposits | 2 | | 16,880.00 | | |
| Checks Paid | 3 | | 5,179.88- | | |
| **Ending Balance on Dec 31, 2025** | | $ | **12,284.23** | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 11 | Mobile Banking Transfer | From Account ██████1472 | | $ | 5,000.00 |
| Dec 30 | Real Time Payment Credit On 12/30/25 | From Melio Inc. 021000021P1BRJPC01650008127 | | | 11,880.00 |
| | | | **Total Other Deposits** | $ | **16,880.00** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1010 | Dec 3 | 8651763625 | 199.44 | 1013* | Dec 30 | 8312469623 | 4,930.44 |
| 1011 | Dec 2 | 8352427664 | 50.00 | | | | |

* Gap in check sequence

| | | | | **Conventional Checks Paid (3)** | $ | **5,179.88-** |
|---|---|---|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 2 | 534.11 | Dec 11 | 5,334.67 | Dec 30 | 12,284.23 |
| Dec 3 | 334.67 | | | | |

Balances only appear for days reflecting change.

1010

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE _11-26-25_    77-2/913

PAY
TO THE
ORDER OF _Ickes_    $ 199⁰⁰/100

_One hundred Ninty-nine And ——— ⁰⁰/100_    DOLLARS

**usbank.**

FOR _Tennis Club_

⑈'⌐00⌐10⌐10⌐'  ⌐:09⌐13000⌐23⌐:  ⌐⌐464⌐'

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
NAME OF FINANCIAL INSTITUTION
RESERVED FOR FIN.. .. INC II ... ... .. ..
DATE

2082<  12\03\2025
**Citizens State Bank of New Castle IN**
**BIN: 00020000279**

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1011

PAY TO THE ORDER OF _Jason Thompson_

DATE _12/02/25_    77-2/913

$ _50 00_

_Fifty Dollars_ ——————— _00/100_    DOLLARS

**us bank**

FOR _Snow Removal_    _Katherine Just_

⑆001011⑆ ⑆091300023⑆ ▮▮▮▮▮▮ 1464⑆

-BranchName=Fairmount-TlrID=391
-BusDt=12/02/25
-ItemNum=000979341599

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1013

77-2/913

DATE 12-12-25

PAY TO THE ORDER OF _Counter Tops Plus_

$ 4,930 44/100

_Four Thousand nine hundred Thirty_ ———— 44/100 DOLLARS

**us bank.**

FOR _Counter Tops office Trailer_

⑈0010130⑈ ⑈091300023⑈  ▓▓▓▓▓ 1464⑈

---

0854< 20251230
FARMERS STATE BANK
Drawer#/Trans#: 04041/0036
HIN: 949568640000147

0854 4041 36 12/30/25

**us bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768    TRN    S    Y    ST01

106481667578544 EB

ıllıııllllıllıılıılıʼllıı···ııllllıllıllllllıllıılılıılılı·
ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**

Account Number:
████████8625
Statement Period:
Nov 28, 2025
through
Dec 23, 2025

Page 1 of 3

*Savings*

☎    **To Contact U.S. Bank**

**24-Hour Business
Solutions:**    *800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**    *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the *Business Pricing Information* document that may have an impact on your account. To obtain a current copy of the *Business Pricing Information* document, you can view it online at **usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised *Business Pricing Information* document**

All business checking and savings account types
- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  - Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  - Adding Business Online Banking
    - Standard Plan - No Charge
    - Pro Plan Monthly Subscription (up to 3 users) - $15.00
      - Additional Pro Plan users (per user, per month) - $15.00
    - Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  - Currency Ordered (per strap) - $1.00 (increased from $0.85)
  - Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  - Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  - Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  - Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  - Coin Deposited (per roll) - $0.28 (increased from $0.25)
  - Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  - Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  - First Account - $15.00 (increased from $12.00)
  - Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  - Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires
  - Incoming Wires - $20.00 (increased from $16.00)
- Adding new section, Enhanced Payments
  - Enhanced Payment Monthly Maintenance - $25.00
    - Standard ACH - $0.50
    - Same-day ACH - $1.70
    - Domestic Wire - $16.00
    - International Wire - U.S. Dollars - $35.00
    - Instant Payments - $0.75
- SinglePoint® Essentials Online Banking
  - ACH Transactions (per item) - $0.50 (increased from $0.45)

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**US bank.**

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**
Account Number:
8625
Statement Period:
Nov 28, 2025
through
Dec 23, 2025

Page 3 of 3

## INFORMATION YOU SHOULD KNOW                                  (CONTINUED)

Premium Business Money Market
- Monthly Maintenance Fee - $34.00 (increased from $30.00)
- Paper Statement (per statement cycle)
  - Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
- Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
- Cash and Coin Services
  - Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

## BASIC BUSINESS SAVINGS                                      *Member FDIC*
U.S. Bank National Association                          **Account Number**      -8625
### Account Summary

|                              | # Items |    |           |                                      |    |          |
|------------------------------|---------|----|-----------|--------------------------------------|----|----------|
| Beginning Balance on Nov 28  |         | $  | 14,257.17 | Annual Percentage Yield Earned       |    | 0.05%    |
| Other Deposits               | 1       |    | 0.52      | Interest Earned this Period          | $  | 0.52     |
|                              |         |    |           | Interest Paid this Year              | $  | 3.64     |
| **Ending Balance on  Dec 23, 2025** |  | **$** | **14,257.69** | Number of Days in Statement Period   |    | 27       |

### Other Deposits

| Date   | Description of Transaction | Ref Number |    | Amount |
|--------|----------------------------|------------|----|--------|
| Dec 23 | Interest Paid              | 2300011967 | $  | 0.52   |
|        |                            | **Total Other Deposits** | **$** | **0.52** |