IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA
FARGO DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-30429 |
| MonDak Portables, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |
| | ) |

**NOTICE OF MOTION REQUESTING ENTRY OF AN ORDER TO EXTEND THE EXCLUSIVE PERIODS TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION AND SOLICIT <u>ACCEPTANCES OF A PLAN OF REORGANIZATION</u>**

NOTICE  IS HEREBY GIVEN that MonDak Portables, LLC filed a Motion Requesting Entry of an Order to Extend the Exclusive Periods to File Disclosure Statement and Plan of Reorganization and Solicit Acceptances of a Plan of Reorganization.  A copy of said motion is annexed hereto and served upon you.

NOTICE IS FURTHER GIVEN that written objections to said motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court, whose address is 655 First Avenue North, Suite 210, Fargo, ND 58102-4932, with a copy served on counsel for Debtors whose name and address is listed below, <u>within fourteen (14) days from the date of the mailing of this Notice</u>.  Any objection not filed and served may be deemed waived.

January 27, 2026

                     Respectfully submitted,

CAROTHERS & HAUSWIRTH LLP

*/s/ Gregory W. Hauswirth*
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA  15220
Telephone:  412-414-6996
Facsimile:   412-910-7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

and

Maurice B. VerStandig, Esq.
Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 1st Avenue N Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
christianna@dakotabankruptcy.com

*Attorneys for Debtor,*
*MonDak Portables, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Gregory W. Hauswirth*
Gregory W. Hauswirth