IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA
FARGO DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-30429 |
| MonDak Portables, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |
| | ) |

**ORDER TO EXTEND THE EXCLUSIVE PERIODS TO FILE DISCLOSURE
STATEMENT AND PLAN OF REORGANIZATION
AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION**

**M**onDak Portables, LLC ("Debtor") filed a Motion to Extend the Exclusive Periods to File Disclosure Statement and Plan of Reorganization and Solicit Acceptances of a Plan of Reorganization on January 27, 2026 [Docket No __].  The Court, having determined that the Debtor has shown cause for the relief requested in the motion, and based upon all the files and records of the proceedings herein and no objections having been filed,

**IT IS ORDERED** that Debtor is granted a thirty (90) day extension of the 120-Day Exclusive period through and including February 26, 2026, and a thirty (30) day extension of the 180-Day Exclusive Period through and including April 27, 2026, without prejudice to its right to seek further requests for extensions of the Exclusive Periods as may be necessary and appropriate.

Dated: _____

_____
Shon Hastings, Judge
United States Bankruptcy Court