## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-30429 |
| MonDak Portables, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |
| | ) |

## ORDER GRANTING MOTION TO EXTEND THE EXCLUSIVE PERIODS TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION
## AND TO SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION

MonDak Portables, LLC ("Debtor") filed a Motion Requesting Entry of An Order to Extend the Exclusive Periods to File Disclosure Statement and Plan of Reorganization and Solicit Acceptances of a Plan of Reorganization.  Doc. 63.  The Court finds cause for granting the relief Debtor seeks.

**IT IS ORDERED** that Debtor is granted an extension of the 120-Day Exclusive period through and including February 26, 2026, and an extension of the 180-Day Exclusive Period through and including April 27, 2026, without prejudice to its right to seek further requests for extensions of the Exclusive Periods as may be necessary and appropriate.

Dated: January 28, 2026

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court