United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 25-30429-skh |
| MonDak Portables, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

**Recip ID        Recipient Name and Address**
db          +  MonDak Portables, LLC, 13008 60th St. NW, Epping, ND 58843-9720

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

**Name** | **Email Address**

Caren Stanley
on behalf of Creditor CapFirst Equipment Finance  Inc. cstanley@vogellaw.com, sthompson@vogellaw.com;jschares@vogellaw.com;lstanley@vogellaw.com

Christianna A. Cathcart
on behalf of Debtor MonDak Portables  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Elizabeth Lally
on behalf of Creditor Kapitus Servicing Inc.  as Servicing Agent for Kapitus, LLC elally@lally-legal.com

Gregory Hauswirth
on behalf of Debtor MonDak Portables  LLC ghauswirth@ch-legal.com

Kent Rockstad
on behalf of Creditor USA/SBA Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: pdf2some | Total Noticed: 1 |

Maurice VerStandig
    on behalf of Debtor MonDak Portables LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Patrick W Carothers
    on behalf of Debtor MonDak Portables LLC pcarothers@ch-legal.com

Raye Curry Elliott
    on behalf of Creditor North Avenue Capital raye.elliott@akerman.com jennifer.meehan@akerman.com

Ryan W. Ames
    on behalf of Creditor North Avenue Capital ryan@dakotalawgroup.com bdipersio@northdakotalaw.net

Sarah J. Wencil
    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee
    USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-30429 |
| MonDak Portables, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |
| | ) |

**ORDER GRANTING MOTION TO EXTEND THE EXCLUSIVE PERIODS TO FILE
DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION
AND TO SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION**

MonDak Portables, LLC ("Debtor") filed a Motion Requesting Entry of An Order to Extend the Exclusive Periods to File Disclosure Statement and Plan of Reorganization and Solicit Acceptances of a Plan of Reorganization.  Doc. 63.  The Court finds cause for granting the relief Debtor seeks.

**IT IS ORDERED** that Debtor is granted an extension of the 120-Day Exclusive period through and including February 26, 2026, and an extension of the 180-Day Exclusive Period through and including April 27, 2026, without prejudice to its right to seek further requests for extensions of the Exclusive Periods as may be necessary and appropriate.

Dated: January 28, 2026

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court