# UNITED STATES BANKRUPTCY COURT

FOR THE   DISTRICT OF   NORTH DAKOTA

FARGO DIVISION

In Re.  MonDak Portables, LLC

§
§
§
§

Debtor(s)

Case No.   25-30429

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2026

Petition Date: 09/29/2025

Months Pending: 4

Industry Classification: | 5 | 6 | 2 | 9 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          15

Debtor's Full-Time Employees (as of date of order for relief):          12

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Katherine M. Zent

Signature of Responsible Party

02/23/2026

Date

Katherine M. Zent

Printed Name of Responsible Party

13008 60th St NW, Epping, ND 58843

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  MonDak Portables, LLC                                                   Case No.  25-30429

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $131,138 | |
| b. | Total receipts (net of transfers between accounts) | $338,657 | $1,185,178 |
| c. | Total disbursements (net of transfers between accounts) | $316,732 | $1,181,778 |
| d. | Cash balance end of month (a+b-c) | $153,063 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $316,732 | $1,181,778 |

| Part 2:  Asset and Liability Status | Current Month |
|---|---|
| (Not generally applicable to Individual Debtors. See Instructions.) | |
| a. | Accounts receivable (total net of allowance) | $548,691 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $63,831 |
| c. | Inventory    ( Book ○   Market ○   Other ⊙   (attach explanation)) | $0 |
| d | Total current assets | $548,691 |
| e. | Total assets | $691,132 |
| f. | Postpetition payables (excluding taxes) | $96,227 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $96,227 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $96,227 |
| o. | Ending equity/net worth (e-n) | $594,905 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) | Current Month | Cumulative |
|---|---|---|
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| a. | Gross income/sales (net of returns and allowances) | $361,179 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $119,126 | |
| c. | Gross profit (a-b) | $242,053 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $1,717 | |
| f. | Other expenses | $186,713 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $50,282 | $108,375 |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| **Part 5:  Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name MonDak Portables, LLC                    Case No. 25-30429

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| | lxxix | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name MonDak Portables, LLC                                                    Case No.  25-30429

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name MonDak Portables, LLC                                    Case No.  25-30429

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                              7

Debtor's Name  MonDak Portables, LLC

Case No.  25-30429

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $7,415 | $47,919 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $4,708 | $19,809 |

| **Part 7: Questionnaire - During this reporting period:** |
|---|

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ◯  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ◯  No ◉

c. Were any payments made to or on behalf of insiders?     Yes ◯  No ◉

d. Are you current on postpetition tax return filings?     Yes ◉  No ◯

e. Are you current on postpetition estimated tax payments?     Yes ◉  No ◯

f. Were all trust fund taxes remitted on a current basis?     Yes ◉  No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ◯  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ◯  No ◯  N/A ◉

i. Do you have:     Worker's compensation insurance?     Yes ◉  No ◯

   If yes, are your premiums current?     Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

   Casualty/property insurance?     Yes ◉  No ◯

   If yes, are your premiums current?     Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

   General liability insurance?     Yes ◉  No ◯

   If yes, are your premiums current?     Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ◯  No ◉

k. Has a disclosure statement been filed with the court?     Yes ◉  No ◯

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ◉  No ◯

Debtor's Name MonDak Portables, LLC                    Case No.  25-30429

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


/s/ Katherine M. Zent                          Katherine M. Zent
Signature of Responsible Party                 Printed Name of Responsible Party

President                                      02/23/2026
Title                                          Date

Debtor's Name MonDak Portables, LLC                                    Case No. 25-30429



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  MonDak Portables, LLC                                                    Case No.  25-30429

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name MonDak Portables, LLC

Case No.  25-30429



PageThree



PageFour

## A/R Aging Summary Report
### MonDak Portables, LLC
### As of January 31, 2026

| Customer | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| ███████ | 240,327.86 | 106,869.33 | 61,642.01 | 57,432.59 | | 466,271.79 |
| | | | 37,500.00 | | | 37,500.00 |
| | | 11,000.00 | | | | 11,000.00 |
| | 220.50 | | | | | 220.50 |
| | 27,300.00 | | | | | 27,300.00 |
| | | | | | 6,398.41 | 6,398.41 |
| **TOTAL** | **267,848.36** | **117,869.33** | **99,142.01** | **57,432.59** | **6,398.41** | **548,690.70** |

# Profit and Loss

MonDak Portables, LLC

January 2026

| Distribution account | Total |
|---|---|
| **Income** | |
| 4005 Manufacturing Income | 37,750.00 |
| 4015 Toilet Rental & Service Williston | 312,779.32 |
| 4020 Misc Operation Income | 1,550.00 |
| 4040 Sales of Product Income | 9,100.00 |
| **Total for Income** | **$361,179.32** |
| **Cost of Goods Sold** | |
| 5000 Cost of Goods Sold | |
| 5005 LABOR  - COG | |
| 5010 Labor - Operations | 68,718.91 |
| **Total for 5005 LABOR  - COG** | **$68,718.91** |
| 5020 MATERIAL - COG | $35.31 |
| 5021 Manufacturing Materials | 18,685.54 |
| **Total for 5020 MATERIAL - COG** | **$18,720.85** |
| 6000 OVERHEAD - COGS | |
| 6005 Equipment/Truck Rental | 3,000.00 |
| 6015 Fuel | 22,108.00 |
| 6030 Sewer Dumping Expense | 6,181.70 |
| 6035 Water Purchase | 396.48 |
| **Total for 6000 OVERHEAD - COGS** | **$31,686.18** |
| **Total for 5000 Cost of Goods Sold** | **$119,125.94** |
| **Total for Cost of Goods Sold** | **$119,125.94** |
| **Gross Profit** | **$242,053.38** |
| **Expenses** | |
| 7005 Telephone Expense | 1,325.25 |
| 7010 Travel Expense | 7,402.72 |
| 7015 Utilities | 4,582.76 |
| 7020 Advertising | |

# Profit and Loss

MonDak Portables, LLC

January 2026

| Distribution account | Total |
|---|---:|
| 7021 Advertising- Ads, Toilet Signs, Coats, etc. | 1,599.88 |
| **Total for 7020 Advertising** | **$1,599.88** |
| 7030 Employee Safety Requirements | 1,335.00 |
| 7031 Employee Expense | |
| 7030-2 Company Pd.- SS, Med, Fed Unemploy. | 11,226.07 |
| **Total for 7031 Employee Expense** | **$11,226.07** |
| 7035 Finance | $64.00 |
| 7036 Service Charges | -0.56 |
| 7038 Interest | 53.65 |
| **Total for 7035 Finance** | **$117.09** |
| 7060 Insurance | |
| 7050 Benefits | |
| 7051 BCBS Insurance | 19,523.79 |
| 7052 Unum Employee Life Ins | 138.75 |
| 7053 Owners Life Insurance | 3,018.85 |
| **Total for 7050 Benefits** | **$22,681.39** |
| 7070 Allegiance/Leavitt | 10,764.80 |
| 7074 Homesite Insurance 2 Mobile Homes | 122.30 |
| 7075 Indiana Buildings/Liability- Erie Insurance | 901.00 |
| **Total for 7060 Insurance** | **$34,469.49** |
| 7080 License or Permit | 322.25 |
| 7085 Manufacturing Show | 1,455.00 |
| 7090 Meals | 180.12 |
| 7095 Merchant Processing fees | 2,970.38 |
| 7100 Office Expenses | 1,640.09 |
| 7105 Payroll Expenses | 484.82 |
| 7108 Workers Compensation | |
| 7108-01 Indiana Worker Comp- Erie Insurance | 357.61 |

# Profit and Loss

MonDak Portables, LLC

January 2026

| Distribution account | Total |
|---|---|
| 7108-03 Workforce Safety Ins. | -1,329.89 |
| **Total for 7108 Workers Compensation** | **-$972.28** |
| 7110 Postage & Freight | 4,953.40 |
| 7115 SALARIES /WAGES | |
| 7123 Salaries - Management | 39,446.45 |
| 7124 Salaries - Owners | 14,750.00 |
| **Total for 7115 SALARIES /WAGES** | **$54,196.45** |
| 7200 Shop Expense | 17,478.26 |
| 7270 Vehicle Repair | 43,663.54 |
| **Total for Expenses** | **$188,430.29** |
| **Net Operating Income** | **$53,623.09** |
| Other Income | |
| 9005 Non-Ops Income | 66.61 |
| **Total for Other Income** | **$66.61** |
| Other Expenses | |
| 9105 Professional Fees | 3,408.00 |
| **Total for Other Expenses** | **$3,408.00** |
| **Net Other Income** | **-$3,341.39** |
| **Net Income** | **$50,281.70** |



**US bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768        TRN            S            Y        ST01

106481716910610 EB

╟╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫╫║╟╫║
ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
████████472

Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 1 of 12

☎                                    ***To Contact U.S. Bank***

***24-Hour Business
Solutions:***                        *800-673-3555*

***U.S. Bank accepts Relay Calls
Internet:***                         *usbank.com*

---

# INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the *Business Pricing Information* document that may have
an impact on your account. To obtain a current copy of the *Business Pricing Information* document, you can view it online at
**usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised *Business Pricing Information* document**

All business checking and savings account types
- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  - Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  - Adding Business Online Banking
    - Standard Plan - No Charge
    - Pro Plan Monthly Subscription (up to 3 users) - $15.00
      - Additional Pro Plan users (per user, per month) - $15.00
    - Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  - Currency Ordered (per strap) - $1.00 (increased from $0.85)
  - Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  - Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  - Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  - Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  - Coin Deposited (per roll) - $0.28 (increased from $0.25)
  - Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  - Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  - First Account - $15.00 (increased from $12.00)
  - Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  - Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires
  - Incoming Wires - $20.00 (increased from $16.00)
- Adding new section, Enhanced Payments
  - Enhanced Payment Monthly Maintenance - $25.00
    - Standard ACH - $0.50
    - Same-day ACH - $1.70
    - Domestic Wire - $16.00
    - International Wire - U.S. Dollars - $35.00
    - Instant Payments - $0.75
- SinglePoint® Essentials Online Banking
  - ACH Transactions (per item) - $0.50 (increased from $0.45)

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or
call 800-872-2657.



**Business Statement**

Account Number:
1472
Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 3 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

---

## INFORMATION YOU SHOULD KNOW                                    (CONTINUED)

Premium Business Money Market
- Monthly Maintenance Fee - $34.00 (increased from $30.00)
- Paper Statement (per statement cycle)
  - Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
- Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
- Cash and Coin Services
  - Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

**New Services Terms and Conditions will be effective for U.S. Bank business clients on March 1, 2026.** You can view current and new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2026". If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

For Business Essentials customers only, we wanted to make you aware that a new version of the U.S. Bank Business Essentials Payment Processing Terms of Service and Operating Agreement (February 2026) is available. You can review it here: https://www.usbank.com/dam/documents/pdf/business-banking/business-pricing-information/business-essentials-terms-of-service.pdf

---

## U.S. BANK GOLD - BUSINESS CHECKING                             *Member FDIC*
U.S. Bank National Association                        Account Number          1472

### Account Summary

|                                  | # Items |    |            |
|----------------------------------|---------|----|------------|
| Beginning Balance on Jan 2       |         | $  | 104,596.38 |
| Customer Deposits                | 12      |    | 119,282.96 |
| Other Deposits                   | 61      |    | 203,108.83 |
| Other Withdrawals                | 141     |    | 287,150.03- |
| Checks Paid                      | 32      |    | 46,757.25- |
| **Ending Balance on Jan 31, 2026** |       | $  | **93,080.89** |

Number of Days in Statement Period                                        31

### Customer Deposits

| Number | Date   | Ref Number | Amount    | Number | Date   | Ref Number | Amount    |
|--------|--------|-----------|-----------|--------|--------|-----------|-----------|
|        | Jan 6  | 8350827652 | 12,335.44 |        | Jan 14 | 8651598086 | 19,068.94 |
|        | Jan 7  | 8651424403 | 5,086.29  |        | Jan 16 | 9251553349 | 2,409.00  |
|        | Jan 8  | 8951412438 | 2,469.94  |        | Jan 21 | 8653327567 | 19,734.37 |
|        | Jan 12 | 8052910954 | 226.30    |        | Jan 23 | 9252318905 | 19,467.58 |
|        | Jan 14 | 8651720576 | 1,337.50  |        | Jan 26 | 8054061633 | 21,283.17 |
|        | Jan 14 | 8651598078 | 7,102.10  |        | Jan 29 | 8951496068 | 8,762.33  |

|  |  | **Total Customer Deposits** | $ | **119,282.96** |
|--|--|----------------------------|---|----------------|

### Other Deposits

| Date  | Description of Transaction                              |                                   | Ref Number | Amount   |
|-------|--------------------------------------------------------|-----------------------------------|-----------|----------|
| Jan 2 | Electronic Deposit       From BIG DISP IRGENS          |                                   |           | $ 286.00 |
|       | REF=253650148683240N00   461117836 461117836           |                                   |           |          |
| Jan 2 | Electronic Deposit       From BIG DISP CARTWRI         |                                   |           | 345.00   |
|       | REF=253650148683650N00   462332414 462332414           |                                   |           |          |
| Jan 2 | Electronic Deposit       From TOP KNOT LLC             |                                   |           | 1,235.00 |
|       | REF=260020077129630N00   9215986202BILL_PAY TOP KNOT LLC |                                 |           |          |



**Business Statement**

Account Number:
[          ]1472
Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 4 of 12

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

# U.S. BANK GOLD - BUSINESS CHECKING                                          (CONTINUED)

U.S. Bank National Association                                        **Account Number** [          ]1472

## Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 2 | Electronic Deposit<br>REF=253650123736140N00 | From PETROSHALE (US),<br>9725525664ACHOUT   10279 | | 17,056.50 |
| Jan 5 | Electronic Deposit<br>REF=260050127197100N00 | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 235.00 |
| Jan 6 | Electronic Deposit<br>REF=260060146736890N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 13,824.47 |
| Jan 7 | Electronic Deposit<br>REF=260070074325640N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 337.00 |
| Jan 7 | Electronic Deposit<br>REF=260060146073090N00 | From DAKOTA CHEMICAL<br>1455280892Bill Pay | | 613.75 |
| Jan 7 | Electronic Deposit<br>REF=260060180892360N00 | From GOODNIGHT MIDSTR<br>18414   ACH Batch 19257421 | | 1,586.00 |
| Jan 7 | Electronic Deposit<br>REF=260070026310830N00 | From IHD LIQUIDS MANA<br>1352441450IHL010626 MOPORT | | 2,965.78 |
| Jan 8 | Electronic Deposit<br>REF=260070105676160N00 | From ASWS LLC<br>2455106419Invoices  MonDak Portable | | 285.00 |
| Jan 8 | Electronic Deposit<br>REF=260070111907580N00 | From Savage Infrastru<br>1870387049EDI PYMNTS644624 | | 602.00 |
| Jan 8 | Electronic Deposit<br>REF=260080092799040N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 871.39 |
| Jan 8 | Electronic Deposit<br>REF=260070115153440N00 | From SON OILFIELD SER<br>453507368 EXPENSES  01/08/26 | | 7,419.50 |
| Jan 9 | Electronic Deposit<br>REF=260080117557590N00 | From CNTTERM3172<br>1933133993PAYMENTS  MonDak Portable | | 645.00 |
| Jan 9 | Electronic Deposit<br>REF=260090114692230N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 1,114.30 |
| Jan 9 | Electronic Deposit<br>REF=260080123084930N00 | From LIME ROCK RESOUR<br>2261406213Payment  MON026 | | 1,535.00 |
| Jan 9 | Electronic Deposit<br>REF=260080091576690N00 | From BAKER CONSULTING<br>1272929142AP | | 1,813.53 |
| Jan 9 | Electronic Deposit<br>REF=260080116059340N00 | From ZAVANNAENERG5440<br>993377064DPAYMENT   MONDAK | | 3,931.00 |
| Jan 9 | Electronic Deposit<br>REF=260080117557870N00 | From STALLION OILFIEL<br>2743072101PAYABLES  87860 | | 14,577.50 |
| Jan 12 | Electronic Deposit<br>REF=260090146687990N00 | From Eighty-Eight Oil<br>1836002947SINGLE | | 405.00 |
| Jan 12 | Electronic Deposit<br>REF=260090112965660N00 | From MMC POLAR<br>9791385001TRADE PAY 201722 | | 978.00 |
| Jan 12 | Electronic Deposit<br>REF=260120100989930N00 | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 1,256.43 |
| Jan 12 | Electronic Deposit<br>REF=260090112965640N00 | From MMC DIVIDE<br>9792706001TRADE PAY 201722 | | 1,393.80 |
| Jan 13 | Electronic Deposit<br>REF=260130081758300N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 704.29 |
| Jan 13 | Electronic Deposit<br>REF=260120166991140Y00 | From Continental Reso<br>1730767549000056462120006396 01 | | 851.00 |
| Jan 14 | Electronic Deposit<br>REF=260140060782770N00 | From IHD LIQUIDS MANA<br>1352441450IHL011326 MOPORT | | 405.00 |
| Jan 14 | Electronic Deposit<br>REF=260140060782250N00 | From WEST DAKOTA WATE<br>1455620059WDW011326 MOPORT | | 511.00 |
| Jan 14 | Electronic Deposit<br>REF=260130145010610N00 | From ASGARD RESOURCES<br>1831643098ASG011326 MOPORT | | 960.00 |
| Jan 14 | Electronic Deposit<br>REF=260130116722440N00 | From GOODNIGHT MIDSTR<br>18414   ACH Batch 19313106 | | 1,716.00 |
| Jan 14 | Electronic Deposit<br>REF=260140111809350N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 2,185.00 |



**Business Statement**

Account Number:
████████1472

Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 5 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING                (CONTINUED)

U.S. Bank National Association                    Account Number ████████1472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|-----------|--------|
| Jan 15 | Electronic Deposit<br>REF=260150147165220N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 3,441.00 |
| Jan 16 | Electronic Deposit<br>REF=260150195550060N00 | From ENVIROTECH SERVI<br>2841102950ACH PYMNTS32806/25931 | | 225.00 |
| Jan 16 | Electronic Deposit<br>REF=260150174891140N00 | From STALLION OILFIEL<br>2743072101PAYABLES 88186 | | 23,459.80 |
| Jan 20 | Electronic Deposit<br>REF=260200188199560N00SD | From STALLION OILFIEL<br>2743072101PAYABLES 88262 | | 682.08 |
| Jan 20 | Electronic Deposit<br>REF=260200194725640N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 820.00 |
| Jan 21 | Electronic Deposit<br>REF=260200157274040Y00 | From Continental Reso<br>1730767549000056592520000641627 | | 625.00 |
| Jan 21 | Electronic Deposit<br>REF=260210155947740N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 1,979.50 |
| Jan 22 | Electronic Deposit<br>REF=260210128536290N00 | From UNITED RENTALS<br>2061493538CORP PYMNT2086679 | | 369.94 |
| Jan 22 | Electronic Deposit<br>REF=260210146119410N00 | From ANDV Field SRVCS<br>1343719528PAYMENTS 2000006254 | | 942.50 |
| Jan 22 | Electronic Deposit<br>REF=260210201718090N00 | From K8 ENERGY SVCS<br>1825322507MONDAK | | 1,900.00 |
| Jan 22 | Electronic Deposit<br>REF=260220088912380N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 8,365.92 |
| Jan 23 | Electronic Deposit<br>REF=260220072441710N00 | From TOOZ CONSTRUCTIO<br>450345656 MonDak Por | | 1,023.98 |
| Jan 23 | Electronic Deposit<br>REF=260230110894140N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 2,358.25 |
| Jan 23 | Electronic Deposit<br>REF=260220108193260N00 | From STALLION OILFIEL<br>2743072101PAYABLES 88500 | | 41,007.50 |
| Jan 26 | Electronic Deposit<br>REF=260260104174410N00 | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 55.00 |
| Jan 26 | Electronic Deposit<br>REF=260230152367340N00 | From Black Hills Truc<br>1830236354SINGLE | | 681.00 |
| Jan 27 | Electronic Deposit<br>REF=260270103011360N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 625.00 |
| Jan 27 | Electronic Deposit<br>REF=260260184813950N00 | From RITCHIE BROS AUC<br>4911830835PAYMENT 92894898 | | 1,981.00 |
| Jan 28 | Electronic Deposit<br>REF=260280075612190N00 | From SPOTTED HAWK DEV<br>1261853586VENDOR 1793 | | 593.25 |
| Jan 28 | Electronic Deposit<br>REF=260270133978110N00 | From TRUE OIL LLC<br>1830176199SINGLE | | 755.00 |
| Jan 28 | Electronic Deposit<br>REF=260270148391700N00 | From LARRY SOOKDEO WE<br>9215986202BILL_PAY LARRY SOOKDEO W | | 1,201.52 |
| Jan 29 | Electronic Deposit<br>REF=260270134609080N00 | From BIG DISP IRGENS<br>461117836 461117836 | | 346.00 |
| Jan 29 | Electronic Deposit<br>REF=260270134608920N00 | From BIG DISP CARTWRI<br>462332414 462332414 | | 405.00 |
| Jan 29 | Electronic Deposit<br>REF=260280166617360N00 | From TALLGRASS MLP OP<br>1900934239PAYABLES 153378 | | 502.60 |
| Jan 29 | Electronic Deposit<br>REF=260280164078190N00 | From TARGA RESOURCES<br>9741404594PAYMENTS 702063 | | 1,065.00 |
| Jan 29 | Electronic Deposit<br>REF=260290097259250N00SD | From LIME ROCK RESOUR<br>2261406213Payment MON026 | | 1,840.00 |
| Jan 29 | Electronic Deposit<br>REF=260280164078040N00 | From TARGA RESOURCES<br>9026670003PAYMENTS 701895 | | 6,580.00 |
| Jan 30 | Electronic Deposit<br>REF=260290113096520N00 | From ORMAT NEVADA<br>1880278853PAYMENTS | | 100.00 |



**Business Statement**

Account Number:
████████1472

Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 6 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

---

## U.S. BANK GOLD - BUSINESS CHECKING                    (CONTINUED)

U.S. Bank National Association                 **Account Number** ████████472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|-----------|--------|
| Jan 30 | Electronic Deposit | From ANDV Field SRVCS | | 478.75 |
| | REF=260290041577970N00 | 1343719528PAYMENTS 2000008708 | | |
| Jan 30 | Electronic Deposit | From STALLION OILFIEL | | 16,055.00 |
| | REF=260290113096550N00 | 2743072101PAYABLES 88746 | | |

| | | **Total Other Deposits** | **$** | **203,108.83** |
|--|--|--|--|--|

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|-----------|--------|
| Jan 2 | Electronic Withdrawal | To TOWNOF FAIRMOUNT | $ | 152.76- |
| | REF=260020084570500N00 | 0000063576UTILITY 0793405 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 200.00- |
| | REF=260020189523630N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To 2D VECTRENENERGY | | 211.41- |
| | REF=253650059642100N00 | 1350793669IGC ACH DR000013356413 | | |
| Jan 2 | Electronic Withdrawal | To 2D VECTRENENERGY | | 228.53- |
| | REF=253650059642110N00 | 1350793669IGC ACH DR000013356429 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 464.97- |
| | REF=260020189523670N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To SONS OF NORWAY | | 513.50- |
| | REF=260020177998060N00SD | 1410547795PAYMENT 0061591148238 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 540.00- |
| | REF=260020189523770N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To SONS OF NORWAY | | 541.50- |
| | REF=260020177998050N00SD | 1410547795PAYMENT 0061591148236 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 581.82- |
| | REF=260020189523780N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 608.28- |
| | REF=260020189523730N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 644.03- |
| | REF=260020189523640N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 777.68- |
| | REF=260020189523690N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 1,043.29- |
| | REF=260020189523750N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 1,159.59- |
| | REF=260020189523700N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 1,223.85- |
| | REF=260020189523720N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 1,375.80- |
| | REF=260020189523760N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 1,538.68- |
| | REF=260020189523710N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 1,853.06- |
| | REF=260020189523740N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 1,973.88- |
| | REF=260020189523680N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 2,009.44- |
| | REF=260020189523650N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Electronic Withdrawal | To INTUIT 80462033 | | 2,101.08- |
| | REF=260020189523660N00SD | 4462800242PAYROLL 1101169 | | |
| Jan 2 | Digital ACH Payment | REF ntegrity Auto and Diesel Re | | 2,379.12- |
| | | ID = 44B1BC9F63FCB73 | | |
| Jan 5 | Electronic Withdrawal | To LINDE GAS & EQUI | | 63.18- |
| | REF=260020236151370N00 | 5330903620533390447 2B83930FCAF34A7 | | |
| Jan 5 | Electronic Withdrawal | To COMCAST-XFINITY | | 179.86- |
| | REF=260050093591750N00 | 0000213249CABLE SVCS2004370 | | |



**Business Statement**

Account Number:
████████1472
Statement Period:
Jan 2, 2026
through
Jan 30, 2026
Page 7 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING                    (CONTINUED)
U.S. Bank National Association                    Account Number ████████1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jan 5 | Electronic Withdrawal | To COMCAST-XFINITY | | 193.81- |
| | REF=260050093591760N00 | 0000213249CABLE SVCS2004503 | | |
| Jan 5 | Digital ACH Payment | REF park Monkey Fab & Design LL | | 887.60- |
| | | ID = 7B430C954966F93 | | |
| Jan 5 | Electronic Withdrawal | To CapitalOne | | 2,293.49- |
| | REF=260050090560560N00 | 1202010130CAPITAL ON | | |
| Jan 5 | Electronic Withdrawal | To AMEX EPAYMENT | | 3,000.00- |
| | REF=260020234998200N00 | 0005000008ACH PMT  W8190 | | |
| Jan 5 | Digital ACH Payment | REF estlie Truck Center | | 10,880.14- |
| | | ID = 1A0D534023BA968 | | |
| Jan 6 | Electronic Withdrawal | To GATEWAY FEES | | 18.96- |
| | REF=260050275097240N00 | 4460522024PURCHASE MONDAK | | |
| | | PORTABLE | | |
| Jan 6 | Electronic Withdrawal | To Dpt Work Dev -Li | | 335.18- |
| | REF=260050186189800N00 | T356000158Payment  0-635134 | | |
| Jan 6 | Electronic Withdrawal | To INTUIT * | | 559.00- |
| | REF=260050181481580N00 | 0000756346QBooks Pay2372697 | | |
| Jan 6 | Electronic Withdrawal | To BCBSNDPREMIUM | | 5,273.27- |
| | REF=260050221498360N00 | R450173185EDI PYMNTS51641956 | | |
| Jan 7 | Electronic Withdrawal | To Deere Credit Ser | | 446.14- |
| | REF=260060195321570N00 | 7935336000PAYMENTS 7900008173249JF | | |
| Jan 7 | Electronic Withdrawal | To MERCHANT SVCS | | 2,951.42- |
| | REF=260060210241220N00 | 1999999991MEMX123125403903000148840 | | |
| Jan 7 | Electronic Withdrawal | To IRS | | 5,453.07- |
| | REF=260060123654910N00 | 3387702000USATAXPYMT270640760576914 | | |
| Jan 7 | Electronic Withdrawal | To Parkland USA Cor | | 28,798.39- |
| | REF=260060174914490N00 | 5450325753PAYMENT  N10021243 | | |
| Jan 8 | Electronic Withdrawal | To AMEX EPAYMENT | | 5,000.00- |
| | REF=260070111548910N00 | 0005000008ACH PMT  W2944 | | |
| Jan 9 | Electronic Withdrawal | To IN BIZ Conv Fee | | 1.50- |
| | REF=260080092829060N00 | T261233097Payment  0-E344683C6242 | | |
| Jan 9 | Electronic Withdrawal | To IN BIZ Conv Fee | | 1.50- |
| | REF=260080092829070N00 | T261233097Payment  0-828100EDFE35 | | |
| Jan 9 | Electronic Withdrawal | To IN SOS BOS | | 26.00- |
| | REF=260080092828640N00 | T356000158Payment  0-828100EDFE35 | | |
| Jan 9 | Electronic Withdrawal | To IN SOS BOS | | 26.00- |
| | REF=260080092828630N00 | T356000158Payment  0-E344683C6242 | | |
| Jan 9 | Electronic Withdrawal | To Unum Life | | 138.75- |
| | REF=260080069005950N00 | 9044595004Life Insur126830287266413 | | |
| Jan 12 | Electronic Withdrawal | To INTUIT 81130881 | | 200.00- |
| | REF=260090135614460N00 | 4462800242PAYROLL  1101169 | | |
| Jan 12 | Electronic Withdrawal | To INTUIT 81813803 | | 331.54- |
| | REF=260090135614260N00 | 4462800242PAYROLL  1101169 | | |
| Jan 12 | Electronic Withdrawal | To INTUIT 81130881 | | 432.84- |
| | REF=260090135614350N00 | 4462800242PAYROLL  1101169 | | |
| Jan 12 | Electronic Withdrawal | To INTUIT 81130881 | | 464.36- |
| | REF=260090135614440N00 | 4462800242PAYROLL  1101169 | | |
| Jan 12 | Electronic Withdrawal | To ERIEINSURANCEWEB | | 467.00- |
| | REF=260120087837450N00 | 7529175411BILL PAY 10209335361 | | |
| Jan 12 | Electronic Withdrawal | To INTUIT 81130881 | | 540.00- |
| | REF=260090135614390N00 | 4462800242PAYROLL  1101169 | | |
| Jan 12 | Electronic Withdrawal | To INTUIT 81130881 | | 543.82- |
| | REF=260090135614300N00 | 4462800242PAYROLL  1101169 | | |
| Jan 12 | Electronic Withdrawal | To INTUIT 81130881 | | 558.18- |
| | REF=260090135614410N00 | 4462800242PAYROLL  1101169 | | |
| Jan 12 | Electronic Withdrawal | To INTUIT 81130881 | | 705.70- |
| | REF=260090135614320N00 | 4462800242PAYROLL  1101169 | | |



**Business Statement**

Account Number:
1472
Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 8 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

# U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number 1472

## Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jan 12 | Electronic Withdrawal<br>REF=2600901356143 40N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 717.82- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356143 80N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 773.55- |
| Jan 12 | Electronic Withdrawal<br>REF=260120087837460N00 | To ERIEINSURANCEWEB<br>7529175411BILL PAY 10209349301 | | 901.00- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356143 60N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 1,043.30- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356144 20N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 1,405.30- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356144 50N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 1,430.25- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356143 10N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 1,742.08- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356143 70N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 1,853.06- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356144 00N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 1,973.90- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356143 30N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 2,077.38- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356144 70N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 2,204.44- |
| Jan 12 | Electronic Withdrawal<br>REF=2600901356144 30N00 | To INTUIT 81130881<br>4462800242PAYROLL 1101169 | | 2,348.09- |
| Jan 12 | Electronic Withdrawal<br>REF=260090133181720N00 | To BCBSNDPREMIUM<br>R450173185EDI PYMNTS51823184 | | 5,270.00- |
| Jan 13 | Digital ACH Payment | REF park Monkey Fab & Design LL<br>ID = D46082A94BEB260 | | 269.98- |
| Jan 13 | Electronic Withdrawal<br>REF=260120147795980N00 | To NORTHWEST COMMUN<br>0     TELE BILL 000001821800 | | 327.46- |
| Jan 13 | Electronic Withdrawal<br>REF=260130032045410N00 | To JUST AIR HEATING<br>9215986202SALE | | 639.36- |
| Jan 13 | Electronic Withdrawal<br>REF=260120163420600N00 | To MOUNTRAIL-WILLIA<br>450216732 MWEC BILL 0020302000 | | 2,663.22- |
| Jan 13 | Digital ACH Payment | REF ntegrity Auto and Diesel Re<br>ID = 87ED0E4E561A02C | | 6,137.47- |
| Jan 13 | Electronic Withdrawal<br>REF=260120211135230N00 | To ALLEGIANCE PREMI<br>1472319830PAYMENTS 28773215 | | 9,333.80- |
| Jan 14 | Electronic Withdrawal<br>REF=260140052554490N00 | To IRS<br>3387702000USATAXPYMT270641402040334 | | 46.86- |
| Jan 14 | Electronic Withdrawal<br>REF=260130063690350N00 | To IRS<br>3387702000USATAXPYMT270641400741346 | | 61.38- |
| Jan 14 | Electronic Withdrawal<br>REF=260130127728840N00 | To INTUIT 81816548<br>4462800242PAYROLL 1101169 | | 266.74- |
| Jan 14 | Electronic Withdrawal<br>REF=260130063783840N00 | To PAC-LIFE-LYN-INF<br>5238209435INSURANCE 2L92679290 | | 1,598.58- |
| Jan 14 | Electronic Withdrawal<br>REF=260130063690340N00 | To IRS<br>3387702000USATAXPYMT270641410481931 | | 6,322.66- |
| Jan 15 | Electronic Withdrawal<br>REF=260140068837200N00 | To INTUIT *<br>0000756346QBooks 1095270942 | | 20.00- |
| Jan 15 | Analysis Service Charge | | 1500000000 | 64.00- |
| Jan 16 | Electronic Withdrawal<br>REF=260150187310700Y00 | To MN DEPT OF REVEN<br>X416007162MN Rev pay000000117607479 | | 143.27- |
| Jan 16 | Electronic Withdrawal<br>REF=260150187310840Y00 | To MN DEPT OF REVEN<br>X416007162MN Rev pay000000117474878 | | 143.27- |
| Jan 16 | Electronic Withdrawal<br>REF=260150187311870Y00 | To MN DEPT OF REVEN<br>X416007162MN Rev pay000000117557752 | | 143.27- |



**Business Statement**

Account Number:
▇▇▇ 1472
Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 9 of 12

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING                    **(CONTINUED)**
U.S. Bank National Association                    **Account Number** ▇▇▇▇▇▇ **1472**

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|-----------|--------|
| Jan 16 | Electronic Withdrawal<br>REF=260160076620740N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 151.40- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620840N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 200.00- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620830N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 469.89- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620760N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 540.00- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620720N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 586.76- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620800N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 598.27- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620700N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 978.15- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620730N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 1,006.13- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620810N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 1,014.19- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620860N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 1,043.29- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620850N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 1,050.04- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620750N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 1,607.42- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620780N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 1,734.51- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620690N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 1,747.14- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620770N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 1,853.06- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620820N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 1,973.88- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620710N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 2,009.44- |
| Jan 16 | Electronic Withdrawal<br>REF=260160076620790N00SD | To INTUIT 82070533<br>4462800242PAYROLL  1101169 | | 2,829.85- |
| Jan 20 | Electronic Withdrawal<br>REF=260160046052270N00 | To COMCAST CORP<br>0000213249CABLE SVCS6061054 | | 314.70- |
| Jan 20 | Digital ACH Payment | REF ntegrity Auto and Diesel Re<br>ID = 30054415F2ED1ED | | 3,942.78- |
| Jan 20 | Digital ACH Payment | REF had or Katie Smith<br>ID = 2D0835A373C7F89 | | 5,000.00- |
| Jan 20 | Wire Debit REF003107<br>BNF=NORTH AVENUE CAPITAL | VERITEX COMMUNITY  260120B01R5R<br>LLC 816 A1A N SUITE 30 | | 25,000.00- |
| Jan 21 | Electronic Withdrawal<br>REF=260200260696030N00 | To LINDE GAS & EQUI<br>533090362053934257  F429D8921E3E408 | | 64.45- |
| Jan 21 | Electronic Withdrawal<br>REF=260200216069130N00 | To LSIC PREM<br>M231745172INS PREM  2217972071 | | 122.30- |
| Jan 21 | Electronic Withdrawal<br>REF=260200223970040N00 | To FRONTIER COMMUNI<br>7529252911BILL PAY  10234168341 | | 266.33- |
| Jan 21 | Proof Correction Debit | | 8653327580 | 820.00- |
| Jan 21 | Electronic Withdrawal<br>REF=260200254803500N00 | To DOR ITS PAYMENTS<br>9207000TAXINDORITS  12949510 | | 953.55- |
| Jan 21 | Electronic Withdrawal<br>REF=260200253591100N00 | To BCBSNDPREMIUM<br>R450173185EDI PYMNTS51855407 | | 5,270.00- |
| Jan 21 | Electronic Withdrawal<br>REF=260200160353240N00 | To IRS<br>3387702000USATAXPYMT270642144176192 | | 6,690.81- |



ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**

Account Number:
▮▮▮1472
Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 10 of 12

## U.S. BANK GOLD - BUSINESS CHECKING  (CONTINUED)

U.S. Bank National Association

Account Number ▮▮▮▮472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 22 | Electronic Withdrawal REF=260210166341050N00 | To INTUIT * 0000756346CHECKS / F7780432 | | 70.54- |
| Jan 22 | Electronic Withdrawal REF=260210211893430N00 | To Parkland USA Cor 5450325753PAYMENT  N10021243 | | 2,592.39- |
| Jan 23 | Electronic Withdrawal REF=260230107932190N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 1.04- |
| Jan 23 | Electronic Withdrawal REF=260220082878120N00 | To INTUIT * 0000756346CHECKS / F8038338 | | 66.54- |
| Jan 23 | Electronic Withdrawal REF=260230107932280N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 200.00- |
| Jan 23 | Electronic Withdrawal REF=260230107932260N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 275.83- |
| Jan 23 | Electronic Withdrawal REF=260220112951570N00 | To AMER ELECT PWR 1350410455CPPWDRAWAL0440479761 | | 294.99- |
| Jan 23 | Electronic Withdrawal REF=260220059201120N00 | To VERIZON WIRELESS 6223344794PAYMENTS  048636982700001 | | 370.55- |
| Jan 23 | Electronic Withdrawal REF=260230107932340N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 380.63- |
| Jan 23 | Electronic Withdrawal REF=260230107932240N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 465.57- |
| Jan 23 | Electronic Withdrawal REF=260220112951560N00 | To AMER ELECT PWR 1350410455CPPWDRAWAL0411279535 | | 507.22- |
| Jan 23 | Electronic Withdrawal REF=260230107932230N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 530.03- |
| Jan 23 | Electronic Withdrawal REF=260230107932250N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 540.00- |
| Jan 23 | Electronic Withdrawal REF=260230107932220N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 572.26- |
| Jan 23 | Electronic Withdrawal REF=260230107932160N00SD | To INTUIT 82979573 4462800242PAYROLL  1101169 | | 656.25- |
| Jan 23 | Electronic Withdrawal REF=260230107932300N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 707.30- |
| Jan 23 | Electronic Withdrawal REF=260230107932200N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 917.35- |
| Jan 23 | Electronic Withdrawal REF=260230107932180N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 1,043.30- |
| Jan 23 | Electronic Withdrawal REF=260230107932330N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 1,426.93- |
| Jan 23 | Electronic Withdrawal REF=260230107932210N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 1,567.82- |
| Jan 23 | Electronic Withdrawal REF=260230107932270N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 1,973.88- |
| Jan 23 | Electronic Withdrawal REF=260230107932290N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 2,103.06- |
| Jan 23 | Electronic Withdrawal REF=260230107932310N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 2,265.78- |
| Jan 23 | Electronic Withdrawal REF=260230107932320N00SD | To INTUIT 82452384 4462800242PAYROLL  1101169 | | 2,496.54- |
| Jan 27 | Internet Banking Transfer | To Account 263090948625 | | 12,000.00- |
| Jan 28 | Electronic Withdrawal REF=260270058494000N00 | To PAC-LIFE-LYN-INF 5238209435INSURANCE 2L92648520 | | 1,403.97- |
| Jan 28 | Electronic Withdrawal REF=260270072920470N00 | To IRS 3387702000USATAXPYMT270642821293266 | | 5,219.51- |
| Jan 29 | Electronic Withdrawal REF=260290026265090N00 | To AERIAL IMAGERY A 9215986202SALE | | 1,500.00- |
| Jan 29 | Electronic Withdrawal REF=260280195807590N00 | To Parkland USA Cor 5450325753PAYMENT  N10021243 | | 21,710.02- |



**Business Statement**

Account Number:

▇▇▇▇▇1472

Statement Period:

Jan 2, 2026

through

Jan 30, 2026

Page 11 of 12

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

Account Number ▇▇▇▇▇1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 30 | Electronic Withdrawal | To QUARTERLY FEE | | |
| | REF=260290114873510N00 | 1501000502PAYMENT 0000 | | 3,408.00- |
| Jan 30 | Electronic Withdrawal | To BCBSNDPREMIUM | | |
| | REF=260290133838400N00 | R450173185EDI PYMNTS51922468 | | 5,230.00- |

**Total Other Withdrawals**  $  **287,150.03-**

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1047 | Jan 21 | 8654188972 | 110.00 | 1113 | Jan 16 | 9251057999 | 3,000.00 |
| 1095* | Jan 15 | 8950942614 | 421.04 | 1114 | Jan 15 | 8951748395 | 110.40 |
| 1097* | Jan 9 | 9250605551 | 2,754.45 | 1115 | Jan 12 | 8050265959 | 159.10 |
| 1098 | Jan 14 | 8651057980 | 600.00 | 1116 | Jan 7 | 8652279359 | 8,321.33 |
| 1099 | Jan 2 | 9253422713 | 350.00 | 1117 | Jan 15 | 8952758832 | 2,500.00 |
| 1100 | Jan 6 | 8310376544 | 550.00 | 1118 | Jan 12 | 8055315604 | 3,000.00 |
| 1101 | Jan 21 | 8654693472 | 300.00 | 1121* | Jan 20 | 8351582940 | 250.00 |
| 1104* | Jan 5 | 8011396877 | 4,068.00 | 1122 | Jan 20 | 8351582941 | 167.37 |
| 1105 | Jan 2 | 9252034244 | 7,187.42 | 1123 | Jan 16 | 9253467761 | 100.00 |
| 1106 | Jan 2 | 9253691916 | 8,937.00 | 1124 | Jan 28 | 8652056147 | 1,071.30 |
| 1107 | Jan 6 | 8352658372 | 350.00 | 1125 | Jan 28 | 8650644236 | 80.00 |
| 1108 | Jan 7 | 8650855510 | 250.00 | 1126 | Jan 21 | 8654795283 | 532.92 |
| 1109 | Jan 7 | 8650855514 | 167.37 | 1127 | Jan 21 | 8654718272 | 180.06 |
| 1110 | Jan 9 | 9250849019 | 250.00 | 1128 | Jan 27 | 8351272751 | 250.00 |
| 1111 | Jan 9 | 9250849022 | 167.37 | 1129 | Jan 27 | 8351272754 | 167.37 |
| 1112 | Jan 23 | 9250845754 | 237.38 | 1132* | Jan 30 | 9250999249 | 167.37 |

* Gap in check sequence

**Conventional Checks Paid (32)**  $  **46,757.25-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan 2 | 84,922.19 | Jan 13 | 29,065.12 | Jan 23 | 81,978.81 |
| Jan 5 | 63,591.11 | Jan 14 | 53,454.44 | Jan 26 | 103,997.98 |
| Jan 6 | 82,664.61 | Jan 15 | 53,780.00 | Jan 27 | 94,186.61 |
| Jan 7 | 46,865.71 | Jan 16 | 54,950.57 | Jan 28 | 88,961.60 |
| Jan 8 | 53,513.54 | Jan 20 | 21,777.80 | Jan 29 | 85,252.51 |
| Jan 9 | 73,764.30 | Jan 21 | 28,806.25 | Jan 30 | 93,080.89 |
| Jan 12 | 46,881.12 | Jan 22 | 37,721.68 | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: December 2025

| | | | |
|---|---|---|---|
| Account Number: | 1-630-7180-1472 | $ | 64.00 |
| Account Number: | 1-630-7180-1464 | $ | 0.00 |
| Analysis Service Charge assessed to | 1-630-7180-1472 | $ | 64.00 |

### Service Activity Detail for Account Number ▇▇▇▇▇1464

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 4 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **Faster Payments** | | | |
| Inst Pmt-RTP Receipt | 1 | | No Charge |

 **bank.**

**Business Statement**

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

Account Number:
▓▓▓▓▓1472
Statement Period:
Jan 2, 2026
through
Jan 30, 2026
Page 12 of 12

## ANALYSIS SERVICE CHARGE DETAIL

**(CONTINUED)**

### Service Activity Detail for Account Number 1-630-7180-1464 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Subtotal: Faster Payments | | | 0.00 |
| Fee Based Service Charges for Account Number 1-630-7180-1464 | | $ | 0.00 |

### Service Activity Detail for Account Number ▓▓▓▓1472

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 336 | | No Charge |
| Returned Deposited Items | 1 | 16.00000 | 16.00 |
| Subtotal: Depository Services | | | 16.00 |
| **Wire Transfers** | | | |
| DIGITAL DOMESTIC WIRE PAYMENT | 1 | 30.00000 | 30.00 |
| Wire Advice Mail | 1 | 12.00000 | 12.00 |
| Subtotal: Wire Transfers | | | 42.00 |
| **ACH Services** | | | |
| Digital Domestic ACH Payment | 3 | 1.00000 | 3.00 |
| ACH Received Addenda Item | 80 | | No Charge |
| Small Business Same Day ACH | 1 | 3.00000 | 3.00 |
| Subtotal: ACH Services | | | 6.00 |
| **Branch Coin/Currency Services** | | | |
| Night Dep Processing-per Dep | 4 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number ▓▓▓▓472 | | $ | 64.00 |

2253354901

1047

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/14/2025

PAY TO THE
ORDER OF    Indiana State Central Collection Unit

$    **110.00

One hundred ten and 00/100********************************************************************************

DOLLARS

Indiana State Central Collection Unit
PO Box 6219
Indianapolis, IN  46206-6219

MEMO    Chad Southard 0007892146, 0001207651

AUTHORIZED SIGNATURE

1472

FOR DEPOSIT ONLY PNC BANK
ACCT #
AMT: 110.00
2253354901

1095

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/19/2025

PAY TO THE
ORDER OF    Big Sky Batteries                                    $ **421.04

Four hundred twenty-one and 04/100********************************************************    DOLLARS

Big Sky Batteries
324 26th Street East
Williston, ND 58801 US

MEMO

AUTHORIZED SIGNATURE

⑆091300515⑈ 20260114

AMERICAN STATE BANK & TRUST
Drawer#/Trans#: 02028/0001
RIN: 951039310000001

<0091300515>2028 01/14/26

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

Pay American State Bank
FOR DEPOSIT ONLY
Big Sky Battery
91053280

1/14/26, 4:48 PM

1097

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/19/2025

PAY TO THE
ORDER OF      Integrity Auto & Diesel Repair

$    **2,754.45

Two thousand seven hundred fifty-four and 45/100************************************************************************    DOLLARS

Integrity Auto & Diesel Repair
4989 140th Ave NW
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

1472

ISN# 000036105412
Date 1/8/2026

01/08/2026 First International Bank 091305031 2 2002

FIRST INTERNATIONAL BANK & TRUST
CHECK
CREDITED TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
AT
NAME OF FINANCIAL INSTITUTION
DATE

about:blank

1/1



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1098

US BANK
77-2/913

12/19/2025

PAY TO THE
ORDER OF    Prairie Welding, Inc.                    $ **600.00

Six hundred and 00/100*************************************************************************    DOLLARS

Prairie Welding, Inc.
615 East 20th Street
Williston, ND 58801

MEMO

AUTHORIZED SIGNATURE

>091300515< 20260113
**AMERICAN STATE BANK & TRUST**
Drawer#/Trans#: 04044/0032
HIN: 950939850000098

<0091300515>4044 32 01/13/26

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1099

**US BANK**
77-2/913

12/19/2025

PAY TO THE
ORDER OF          Team Professional Service

$ **350.00

Three hundred fifty and 00/100**************************************************************************************** DOLLARS

Team Professional Service
PO Box 649202
Dallas, TX 75264

MEMO

AUTHORIZED SIGNATURE

⑈472⑊

01/02/2026 GRB Wholesale 016914 5218

**Deposited to the credit of
the within named payee
Absence of Endorsement Guaranteed
GRAND BANK TULSA
>103912875<**

Pay to the Order of
Grand Bank – OK, Tulsa, OK
103912875
For Deposit Only
Team Professional Services Inc
400005377

1100

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/19/2025

PAY TO THE
ORDER OF    North Dakota Department of Environmental Quality

$  **550.00

Five hundred fifty and 00/100*********************************************************************************************

**DOLLARS**

North Dakota Department of Environmental Quality
Division of Water Quality, 3rd flior
4201 Normandy Street
Bismarck, ND  58503-1324

MEMO

AUTHORIZED SIGNATURE

MerchantCap =091300265< 1296365900320  01/05/2026

1101

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

12/23/2025

PAY TO THE
ORDER OF     Montana Department of Environmental Quality

$ **300.00

Three hundred and 00/100*********************************************************************************

DOLLARS

Montana Department of Environmental Quality

MEMO     Pumper License 2026

Baw Rogers
AUTHORIZED SIGNATURE

⑂472⑂

Credited to Acct
156041200021
Return Acct 156041200021
5100030

FOR DEPOSIT ONLY
TO THE DEMAND ACCOUNT
OF THE MONTANA STATE TREASURER
5301
STATE DEPARTMENT OF
ENVIRONMENTAL QUALITY

1104

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

Dec. 29, 2025

PAY TO THE
ORDER OF   ND Dept of Tras.

$ 4,068.⁰⁰

Four thousand sixty eight and 00/100

DOLLARS

MEMO

AUTHORIZED SIGNATURE

147 2

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1105

US BANK
77-2/913

01/02/2026

PAY TO THE
ORDER OF     Trailer & Truck Equipment

$  **7,187.42

Seven thousand one hundred eighty-seven and 42/100**************************************************************   DOLLARS

Trailer & Truck Equipment
13356 56th St NW
Williston, ND  58801

MEMO
    1005227                                         AUTHORIZED SIGNATURE

01022026 02:41 PM CST 000801475

00007681630715715390008 USB >091000022<

01022026 02:41 PM CST 305698808300005

ENDORSE HERE

For Deposit Only
Trailer & Truck Equipment of Williston
16307157559

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT ○ NAME OF FINANCIAL INSTITUTION

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1106

US BANK
77-2/913

01/02/2026

PAY TO THE
ORDER OF    Just Air Heating & Cooling

$ **8,937.00

Eight thousand nine hundred thirty-seven and 00/100********************************************************************    DOLLARS

Just Air Heating & Cooling
Just Air Heating & Cooling
5426 137th Ln NW
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

Gate City Bank 291370918
1/2/2026, 13:05:56
VMCCLURE
TMID 534290022647153



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1107

**US BANK**
77-2/913

Dec 17 2025

PAY TO THE ORDER OF Salty Dog Trash + Recycling     $350.00

Three hundred fifty and 00/100     DOLLARS

MEMO Inv 21112     Katherine Art
AUTHORIZED SIGNATURE

1108

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

12/26/2025

PAY TO THE
ORDER OF    DCI    **250.00

$

Two hundred fifty and 00/100********************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Chaz-Trowbridge-53-2022-GV-01308

AUTHORIZED SIGNATURE

2207821

14 7 2

>091310615< 20260106
Bravera Bank
Drawer#/Trans#: 00404/0043
HIN: 950210510000184

<0091310615> 404 43 01/06/26

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1109

**US BANK**
77-2/913

12/26/2025

PAY TO THE
ORDER OF        DCI

$        **167.37

One hundred sixty-seven and 37/100*************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Alysha Younker-53-2023-GV-00008

Baw Ragus
AUTHORIZED SIGNATURE

2204511

1472

>091310615< 20260106
Bravera Bank.
Drawer#/Trans#: 00404/0043
HIN: 950210510000183

<0091310615> 404 43 01/06/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620
NOTE DEPOSIT ONLY

CHECK HERE

AT
NAME OF FINANCIAL INSTITUTION
DATE

1110

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

01/02/2026

PAY TO THE
ORDER OF        DCI                                          $  **250.00

Two hundred fifty and 00/100***********************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO        Chaz Trowbridge 53-2022-CV-01308

AUTHORIZED SIGNATURE

2207821

1472

091310615< 20260108
Bravera Bank
Drawer#/Trans#: 00103/0041
HIN: 950410170000170

<0091310615> 103 41 01/08/26

**1111**

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

01/02/2026

PAY TO THE
ORDER OF        DCI

$        **167.37

One hundred sixty-seven and 37/100***********************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO     Alysha Younker 53-2023-CV-00008

AUTHORIZED SIGNATURE

2204511

0091310615 20200108
Bravera Bank
Drawer#/Trans#: 00103/0041
HIN: 950410170000169

<0091310615> 103 41 01/08/26

PAY TO THE ORDER OF
Bravera Bank
091310615
DEPOSIT ONLY
A/C-CREDIT
000620
CHECK HERE FOR CASH DEPOSIT ONLY

2/4/26, 4:10 PM

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1112

US BANK
77-2/913

01/02/2026

PAY TO THE
ORDER OF    Elkan, Inc.

$ **237.38

Two hundred thirty-seven and 38/100************************************************************

DOLLARS

Elkan, Inc.
PO Box 4062
Watford City, ND  58854

MEMO

AUTHORIZED SIGNATURE

⑂ ⑆ 7 2⑈

ISN# 000027088168
Date 1/22/2026

01/22/2026 First International Bank 091305031 1 2001

about:blank

1/1

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1113

US BANK
77-2/913

01/02/2026

PAY TO THE
ORDER OF    OK Tire Store

$ **3,000.00

Three thousand and 00/100****************************************************************************    DOLLARS

OK Tire Store
5010 138th Ave, NW
P.O. Box 2076
Williston, ND  58802

MEMO

AUTHORIZED SIGNATURE

ISN# 000036106014
Date 1/15/2026

01/15/2026 First International Bank 091305031 2 2002

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

DATE

1114

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

01/02/2026

PAY TO THE
ORDER OF    Vac-U-Jet Portables

$ **110.40

One hundred ten and 40/100*************************************************************************************

DOLLARS

Vac-U-Jet
PO Box 16748
Missoula, MT 59808

MEMO

*Katherine Sent*
AUTHORIZED SIGNATURE

7746618229

FOR DEPOSIT ONLY
Vac-U-Jet Septic
Acct#9318930262
NAME OF FINANCIAL INSTITUTION

1115

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

01/02/2026

PAY TO THE
ORDER OF        Western Area Water Supply Authority

$  **159.10

One hundred fifty-nine and 10/100***************************************************************************************************

DOLLARS

Western Area Water Supply Authority
PO Box 2343
Williston, ND  58802-2343

MEMO

AUTHORIZED SIGNATURE

⑈⑈⑈ ⑈⑈ ⑈

MerchantCap >091300285< 13028112000070  01/09/2026

For Deposit Only
Western Area Water Supply Authority
To the Account of Named Above
01/09/2026
AT
NAME OF FINANCIAL INSTITUTION
DATE
REMOTE DEPOSIT ONLY

**MONDAK PORTABLES LLC**
13008 80TH ST NW
EPPING, ND 58843-9720

1116

**US BANK**
77-2/913

01/02/2026

PAY TO THE
ORDER OF    Trailer & Truck Equipment

$  **8,321.33

Eight thousand three hundred twenty-one and 33/100**************************************************

**DOLLARS**

Trailer & Truck Equipment
13356 56th St NW
Williston, ND  58801

MEMO    1005227

AUTHORIZED SIGNATURE

01072026 02:19 PM CST 000600984

0000768163071571539006 USB >097000022<

01072026 02:19 PM CST 305737473680004

For Deposit Only
Trailer & Truck Equipment of Williston
16307157159

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

ENDORSE HERE

AT
NAME OF FINANCIAL INSTITUTION    DATE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1117

US BANK
77-2/913

01/05/2026

PAY TO THE
ORDER OF    Magic City Garage Door Company

$ **2,500.00

Two thousand five hundred and 00/100************************************************************************

DOLLARS

Magic City Garage Door Company
PO Box 3027
Minot, ND  58702-3027

MEMO

AUTHORIZED SIGNATURE

011526⑆  1931000030467⑈091400172< DB 0033

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1118

US BANK
77-2/913

01/09/2026

PAY TO THE
ORDER OF    Rick Rogers

$ **3,000.00

Three thousand and 00/100************************************************************************************

DOLLARS

Rick Rogers

MEMO

January

AUTHORIZED SIGNATURE

For Mobile Deposit Only

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1121

**US BANK**
77-2/913

01/09/2026

PAY TO THE
ORDER OF      DCI

$    **250.00

Two hundred fifty and 00/100**********************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO      Chaz Trowbridge 53-2022-CV-01308

_Baw Roges_
AUTHORIZED SIGNATURE

2207821

⑈47⑈

>091310615< 20260116
Bravera Bank
Drawer#/Trans#: 00108/0042
HIN: 951210420000178

<0091310615> 108 42 01/16/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
REMOTE DEPOSIT ONLY
000620

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1122

US BANK
77-2/913

01/09/2026

PAY TO THE
ORDER OF   DCI

$   **167.37

One hundred sixty-seven and 37/100*********************************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND 58602

MEMO   Alysha Younker 53-2023-CV-00008

AUTHORIZED SIGNATURE

2204511

>091310615< 20260116
Bravera Bank.
Drawer#/Trans#: 00108/0042
HIN: 95121042000017

<0091310615> 108 42 01/16/26

PAY TO THE ORDER OF
Bravera Bank
09131061615
DAKOTA CREDIT
CHECK HERE FOR DEPOSIT ONLY
FOR DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION
000620

DATE

1123

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

01/13/2026

PAY TO THE
ORDER OF        Chamley Pipe & Salvage LLC

$ **100.00

One hundred and 00/100*************************************************************************

DOLLARS

Chamley Pipe & Salvage LLC
P O Box 2537
Williston, ND 58802-2537

MEMO

000039

AUTHORIZED SIGNATURE

Gate City Bank 291370918
1/16/2026, 16:47:53
AWILT
TMID 501200162660466

**1124**

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

01/13/2026

PAY TO THE
ORDER OF    Enviro-Waste Solutions, LLC

$  **1,071.30

One thousand seventy-one and 30/100************************************************    DOLLARS

Enviro-Waste Solutions, LLC
PO Box 1263
Stanley, ND  58784

MEMO _____    _Catherine Hut_
AUTHORIZED SIGNATURE

⠿⠿⠿ 1472⠿

For Mobile Deposit Only - Enviro-Waste Solutions

☒ CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
AT Cornerstone Bank
NAME OF FINANCIAL INSTITUTION
DATE 1/13/26
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>091300719<
Acct# *****************2852
2026-01-28
0882790291
136441467
Business Mobile Deposit
For Deposit Only

1125

**MONDAK PORTABLES LLC**
13006 60TH ST NW
EPPING, ND 58843-9720

**US BANK**
77-2/913

01/13/2026

PAY TO THE
ORDER OF    Pro Safe Pest Control

$ **80.00

Eighty and 00/100************************************************************************************

DOLLARS

Pro Safe Pest Control
725 8th Ave E
Williston, ND  58801

MEMO

Katherine Tent
AUTHORIZED SIGNATURE

1472

ISN# 000037060598
Date 1/27/2026

01/27/2026 First International Bank 091305031 2 3002

AT

CHECK HERE FOR MOBILE/REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

DATE

FOR DEPOSIT ONLY
FIRST INT'L BANK AND TRUST,
ProSafe Pest Control, LLC
ENDORSE HERE PAY TO THE ORDER OF

RESERVED FOR FINANCIAL INSTITUTION USE

1126

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

01/13/2026

PAY TO THE
ORDER OF   Tifco Industries                                      $ **532.92

Five hundred thirty-two and 92/100***************************************************   DOLLARS

Tifco Industries
P. O. Box 40277
Huston, TX 77240-0277

MEMO
2029608

Katherine Nest
AUTHORIZED SIGNATURE

14 72

For Deposit only to
account 4944460299
Cust: TIFCO INDUSTRIES, INC.
Loc: Tifco Industries Inc
Seq: 70
Dep: 002103
Location Code: 1

IF DISHONOURED RETURN TO:
<0310-0005>
Date: 2026-01-21

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

ENDORSE HERE

AT
NAME OF FINANCIAL INSTITUTION
DATE
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

1127

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

11/20/2025

ELECTRONICALLY PROCESSED ON    012126

PAY TO THE
ORDER OF    United States Treasury

$    **180.06

One hundred eighty and 06/100******************************************************************************************************

DOLLARS

United States Treasury

UNITED STATES TREASURY

MEMO    CP161

AUTHORIZED SIGNATURE

FRB CLEVELAND
> 041036033 <
US Treas DG - OTCNET
01/21/2026

AT

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

DATE

2009290026

1128

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

01/16/2026

PAY TO THE
ORDER OF      DCI

$      **250.00

Two hundred fifty and 00/100**********************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO      Chaz-Trowbridge-58-2022-GV-01308

2207821

*AUTHORIZED SIGNATURE*

>091310615< 20260126
Bravera Bank
Drawer#/Trans#: 00405/0022
HIN: 95221051000010Z

<0091310615> 405 22 01/26/26

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

**1129**

01/16/2026

PAY TO THE
ORDER OF    DCI

$    **167.37

One hundred sixty-seven and 37/100***************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND 58602

MEMO    Alysha Younker 53-2023-CV-00000

_Baw Rogers_
AUTHORIZED SIGNATURE

2204511

>091310615< 20260126
Bravera Bank.
Drawer#/Trans#: 00405/0022
HIN: 952210510000106

<0091310615> 405 22 01/26/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620
CHECK HERE TO NOTE DEPOST ONLY

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1132

US BANK
77-2/913

01/23/2026

PAY TO THE
ORDER OF      DCI

$ **167.37

One hundred sixty-seven and 37/100************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO      Alysha Younker 53-2023-CV-00008

*Bau Rogers*
AUTHORIZED SIGNATURE

2204511

>091310615< 20260129
Bravera Bank
Drawer#/Trans#: 00102/0007
HIN: 952510390000030

<0091310615> 102 7 01/29/26

PAY TO THE ORDER OF
Bravera Bank
091310615
DAKOTA CREDIT
FOR DEPOSIT ONLY
CHECK HERE DA REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

DATE



**Business Statement**

Account Number:

████████1464

Statement Period:

Jan 2, 2026
through
Jan 30, 2026

Page 1 of 4

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

768        TRN              S            Y        ST01

106481716879175 EB



╟┧┧┧┧╟┧┧┧┧╟┧┧┧┧┧┧┧┧┧┧┧┧┧┧┧┧┧┧┧┧┧┧
ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

☎            ***To Contact U.S. Bank***

**24-Hour Business**
**Solutions:**                                    *800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                                      *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the *Business Pricing Information* document that may have an impact on your account. To obtain a current copy of the *Business Pricing Information* document, you can view it online at **usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised *Business Pricing Information* document**

All business checking and savings account types
- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  o Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  o Adding Business Online Banking
    ▪ Standard Plan - No Charge
    ▪ Pro Plan Monthly Subscription (up to 3 users) - $15.00
      • Additional Pro Plan users (per user, per month) - $15.00
    ▪ Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  o Currency Ordered (per strap) - $1.00 (increased from $0.85)
  o Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  o Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  o Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  o Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  o Coin Deposited (per roll) - $0.28 (increased from $0.25)
  o Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  o Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  o First Account - $15.00 (increased from $12.00)
  o Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  o Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires
  o Incoming Wires - $20.00 (increased from $16.00)
- Adding new section, Enhanced Payments
  o Enhanced Payment Monthly Maintenance - $25.00
    ▪ Standard ACH - $0.50
    ▪ Same-day ACH - $1.70
    ▪ Domestic Wire - $16.00
    ▪ International Wire - U.S. Dollars - $35.00
    ▪ Instant Payments - $0.75
- SinglePoint® Essentials Online Banking
  o ACH Transactions (per item) - $0.50 (increased from $0.45)

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**Business Statement**

Account Number:
█████████1464

Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 3 of 4

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## INFORMATION YOU SHOULD KNOW                    (CONTINUED)

Premium Business Money Market
- Monthly Maintenance Fee - $34.00 (increased from $30.00)
- Paper Statement (per statement cycle)
  o Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
- Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
- Cash and Coin Services
  o Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

**New Services Terms and Conditions will be effective for U.S. Bank business clients on March 1, 2026.** You can view current and new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2026". If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

For Business Essentials customers only, we wanted to make you aware that a new version of the U.S. Bank Business Essentials Payment Processing Terms of Service and Operating Agreement (February 2026) is available. You can review it here: https://www.usbank.com/dam/documents/pdf/business-banking/business-pricing-information/business-essentials-terms-of-service.pdf

## U.S. BANK SILVER - BUSINESS CHECKING                    *Member FDIC*
U.S. Bank National Association

Account Number  ████1464

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Jan 2 |  | $ | 12,284.23 |
| Customer Deposits | 1 |  | 11,000.00 |
| Other Deposits | 2 |  | 26,750.00 |
| Other Withdrawals | 5 |  | 12,994.18- |
| Checks Paid | 5 |  | 12,275.68- |
| **Ending Balance on  Jan 31, 2026** | $ |  | **24,764.37** |

| Number of Days in Statement Period | 31 |
|---|---|

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
|  | Jan 28 | 8651646858 | 11,000.00 |
|  |  | **Total Customer Deposits** $ | **11,000.00** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Jan 16 | Electronic Deposit | From Pacific Beach Te |  | $    12,000.00 |
|  | REF=260160068224750N00SD | 1294287528MDP560 | e77077515 |  |
| Jan 20 | Electronic Deposit | From Pacific Beach Te |  | 14,750.00 |
|  | REF=260200187386170N00SD | 1289133000MDP574 | e77178373 |  |
|  |  | **Total Other Deposits** | $ | **26,750.00** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Jan  9 | Electronic Withdrawal | To CapitalOne |  | $    548.47- |
|  | REF=260080117830850N00 | 1202010130CAPITAL ON |  |  |
| Jan  9 | Electronic Withdrawal | To AMEX EPAYMENT |  | 5,000.00- |
|  | REF=260080136718770N00 | 0005000008ACH PMT  W9700 |  |  |



**Business Statement**

Account Number:

█████1464

Statement Period:

Jan 2, 2026

through

Jan 30, 2026

Page 4 of 4

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK SILVER - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

Account Number █████1464

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jan 21 | Electronic Withdrawal REF=260200253403040N00 | To AMEX EPAYMENT 0005000008ACH PMT W9086 | | 1,445.71- |
| Jan 22 | Electronic Withdrawal REF=260210219538990N00 | To AMEX EPAYMENT 0005000008ACH PMT W4746 | | 1,685.39- |
| Jan 26 | Electronic Withdrawal REF=260230144914990N00 | To AMEX EPAYMENT 0005000008ACH PMT W1768 | | 4,314.61- |

| | | | | |
|---|---|---|---|---|
| | | **Total Other Withdrawals** | $ | **12,994.18-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 1003 | Jan 15 | 8952680316 | 1,278.00 | 1017 | Jan 23 | 9252020129 | 309.10 |
| 1012* | Jan 30 | 9253238740 | 150.00 | 1018 | Jan 29 | 8952953339 | 10,111.38 |
| 1016* | Jan 12 | 8052909361 | 427.20 | | | | |

* Gap in check sequence

| | | | |
|---|---|---|---|
| **Conventional Checks Paid (5)** | | $ | **12,275.68-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jan 9 | 6,735.76 | Jan 20 | 31,780.56 | Jan 26 | 24,025.75 |
| Jan 12 | 6,308.56 | Jan 21 | 30,334.85 | Jan 28 | 35,025.75 |
| Jan 15 | 5,030.56 | Jan 22 | 28,649.46 | Jan 29 | 24,914.37 |
| Jan 16 | 17,030.56 | Jan 23 | 28,340.36 | Jan 30 | 24,764.37 |

Balances only appear for days reflecting change.



1012

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE 01/29/26    77-2/913

PAY TO THE ORDER OF _SHARP Companies_    $ 150 00/xx

_One hundred Fifty And_ ————————— xx/100 DOLLARS

**us bank**

FOR _Snow Plowing_

1464

Beacon Credit Union
01/30/2026
16:11:30
NTIMMONS
TMID 25380302658286

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

SHARP Companies LLC /owner

NAME OF FINANCIAL INSTITUTION

1016

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE Jan 2 2026

77-2/913

PAY TO THE ORDER OF Sherwin Williams

$ 427.²⁰

Four hundred twenty seven and ²⁰/₁₀₀                                              DOLLARS

**US bank.**

FOR 04679, Inl. 32158112041225
3347711 2041225

Katherine Zert

⑈4⑃4⑉

20260112334972500311 07 0852

Regions Bank >062000019<

20260112334972500311 07 0852
Regions Bank >062000019<

Return Checks To
U.S. Bank
CLEVELAND, OHIO

1017

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE _Jan 13 2026_           77-2/913

PAY
TO THE
ORDER OF _Sherwin Williams_                    $ 309.10

_Three hundred nine al 10/100_                         DOLLARS

**US bank.**

FOR _7917 ov5.9_                _Katherin   1get_

BANK OF AMERICA
LACK END GTD
CR PAYEE ACCT
>111000025<

NAME OF FINANCIAL INSTITUTION

C-9343  8
20260123
4427316616
101

CHI-008820
CHECK HERE FOR MOBILE OR CORPORATE DEPOSIT ONLY

1018

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE Jan 20, 2026   77-2/913

PAY
TO THE
ORDER OF Mofab Inc.   $ 10,111 38

Ten thousand one hundred eleven and 28/100   DOLLARS

**us bank.**

FOR 316964; 316996   Katherine Art

1464

>074901672< 20260129
STAR FINANCIAL BANK
Drawer#/Trans#: 00102/0011
HIN: 952500530000047

<0074901672> 102 11 01/29/26

PAY TO THE ORDER OF
STAR FINANCIAL BANK
FOR DEPOSIT ONLY
MOFAB, INC.

# US bank.

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

768        TRN                S            Y        ST01

106481715867815 EB

ⅢᵦᵣᵣᵢⅢᵦⅢᵦⅡⅡⅢⅡⅡᵦᵣᵢⅡⅡⅡᵦᵣᵦⅼᵦᵣᵣⅢⅼᵢ ᵣₙₚⅱ
ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
▉▉▉▉▉▉▉8625

Statement Period:
Dec 24, 2025
through
Jan 27, 2026

Page 1 of 3



☎                    *To Contact U.S. Bank*

*24-Hour Business
Solutions:*                        *800-673-3555*

*U.S. Bank accepts Relay Calls
Internet:*                              *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the *Business Pricing Information* document that may have an impact on your account. To obtain a current copy of the *Business Pricing Information* document, you can view it online at **usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised *Business Pricing Information* document**

All business checking and savings account types
- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  - Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  - Adding Business Online Banking
    - Standard Plan - No Charge
    - Pro Plan Monthly Subscription (up to 3 users) - $15.00
      - Additional Pro Plan users (per user, per month) - $15.00
    - Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  - Currency Ordered (per strap) - $1.00 (increased from $0.85)
  - Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  - Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  - Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  - Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  - Coin Deposited (per roll) - $0.28 (increased from $0.25)
  - Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  - Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  - First Account - $15.00 (increased from $12.00)
  - Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  - Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires
  - Incoming Wires - $20.00 (increased from $16.00)
- Adding new section, Enhanced Payments
  - Enhanced Payment Monthly Maintenance - $25.00
    - Standard ACH - $0.50
    - Same-day ACH - $1.70
    - Domestic Wire - $16.00
    - International Wire - U.S. Dollars - $35.00
    - Instant Payments - $0.75
- SinglePoint® Essentials Online Banking
  - ACH Transactions (per item) - $0.50 (increased from $0.45)

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# US bank.

**Business Statement**

Account Number:
████████ 8625

Statement Period:
Dec 24, 2025
through
Jan 27, 2026

Page 3 of 3

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

---

## INFORMATION YOU SHOULD KNOW                               (CONTINUED)

Premium Business Money Market
- Monthly Maintenance Fee - $34.00 (increased from $30.00)
- Paper Statement (per statement cycle)
  - Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
- Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
- Cash and Coin Services
  - Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

---

Thank you for choosing U.S. Bank. We're committed to keeping you informed about your account. As a reminder, your Basic Business Savings account is a variable interest rate product. This means all rates and Annual Percentage Yields (APYs) are subject to change at any time. You can review your current rate or APY at any time by logging in to mobile or online banking or by calling us at the number below.

If you have questions, we're here to help. Please call your relationship banker or the U.S. Bank Business Service Center at 800-673-3555. Specialists are available Monday through Friday, 8 a.m. to 8 p.m. CT and Saturday from 8 a.m. to 6:30 p.m. CT. We accept relay calls.

---

**New Services Terms and Conditions will be effective for U.S. Bank business clients on March 1, 2026.** You can view current and new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2026". If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

---

## BASIC BUSINESS SAVINGS                                     *Member FDIC*

U.S. Bank National Association

Account Number ████████ 8625

### Account Summary

| | # Items | | | | | |
|---|---|---|---|---|---|---|
| Beginning Balance on Dec 24 | | $ | 14,257.69 | Annual Percentage Yield Earned | | 0.05% |
| Other Deposits | 2 | | 12,000.70 | Interest Earned this Period | $ | 0.70 |
| | | | | Interest Paid this Year | $ | 0.70 |
| **Ending Balance on  Jan 27, 2026** | | $ | **26,258.39** | Number of Days in Statement Period | | 35 |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan 27 | Interest Paid | | 2700009371 | $ | 0.70 |
| Jan 27 | Internet Banking Transfer | From Account 163071801472 | | | 12,000.00 |
| | | | **Total Other Deposits** | **$** | **12,000.70** |