# EXHIBIT B

**[Historical Pre–Petition Performance]**

MonDak Portables, LLC - Historical Pre-Petition Performance

|  | January 2025 | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 |
|---|---|---|---|---|---|---|
| Income | 333,645.87 | 211,224.91 | 288,528.39 | 374,059.70 | 343,121.37 | 250,377.30 |
| COGS | 113,068.59 | 47,241.16 | 62,032.40 | 81,255.89 | 126,610.07 | 83,503.94 |
| Gross Profit | 220,577.28 | 163,983.75 | 226,495.99 | 292,803.81 | 216,511.30 | 166,873.36 |
| Expenses | 183,958.38 | 166,535.29 | 196,116.39 | 170,321.10 | 204,129.70 | 184,180.89 |
| Net Operating Income | 36,618.90 | -2,551.54 | 30,379.60 | 122,482.71 | 12,381.60 | -17,307.53 |

|  | July 2025 | August 2025 | September 2025 | October 2025 | October - YTD |
|---|---|---|---|---|---|
| Income | 335,040.21 | 228,175.12 | 323,098.50 | 292,009.32 | 2,979,280.69 |
| COGS | 75,875.33 | 73,691.29 | 92,620.91 | 97,296.19 | 853,195.77 |
| Gross Profit | 259,164.88 | 154,483.83 | 230,477.59 | 194,713.13 | 2,126,084.92 |
| Expenses | 224,207.41 | 230,483.56 | 216,983.18 | 166,174.20 | 1,943,090.10 |
| Net Operating Income | 34,957.47 | -75,999.73 | 13,494.41 | 28,538.93 | 182,994.82 |