# EXHIBIT C

## [Projections]

**Mondak Portables, LLC**
**36 Month Projections**

| Line No. | Description | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1-year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Opening Cash | 100,000 | 99,250 | 106,901 | 114,551 | 118,802 | 126,452 | 119,603 | 128,853 | 141,504 | 149,154 | 164,305 | 179,455 | |
| 2 | Monthly Revenue | | | | | | | | | | | | | |
| 280 | Revenue | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 3,420,000 |
| | New Value Contribution | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 12,023 |
| 281 | Total Cash | 385,000 | 384,250 | 391,901 | 399,551 | 403,802 | 411,452 | 404,603 | 413,853 | 426,504 | 434,154 | 449,305 | 464,455 | 3,420,000 |
| 282 | Disbursements from Cash | | | | | | | | | | | | | |
| 283 | Payroll | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 1,170,000 |
| 284 | Benefits | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 195,331 |
| 285 | Insurance | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 318,000 |
| 286 | Supplies (COGs) | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 336,000 |
| 287 | Vehicle Repair | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 168,000 |
| 288 | Office Supplies / Postage | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| 289 | Merchant Processing Fees | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 23,040 |
| 290 | Advertising | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| 291 | Internet/Cable/Phones | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| 292 | Fuel | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 360,000 |
| 293 | Software | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 294 | Equipment | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| 295 | Utilities | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 |
| 296 | Indiana Property Taxes | - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| 297 | North Dakota Property Taxes | - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| 298 | Class 2 - NAC | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 414,300 |
| 299 | Class 8 - HYG Secured Claim | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 8,920 |
| 300 | Class 9 - Ascentium Secured Claim | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 8,203 |
| 301 | Class 10 - General Unsecured Claims | - | - | - | - | - | 7,500 | - | 7,500 | - | - | - | 7,500 | 22,500 |
| 302 | UST Fees | 3,400 | - | - | 3,400 | - | - | 3,400 | - | - | - | - | - | 10,200 |
| 303 | Professional Fees | 15,000 | 10,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 | 80,000 |
| 304 | Total Cash Disbursements | 285,750 | 277,350 | 277,350 | 280,750 | 277,350 | 291,850 | 275,750 | 272,350 | 277,350 | 269,850 | 269,850 | 289,350 | 3,344,894 |
| 305 | | | | | | | | | | | | | | |
| 306 | | | | | | | | | | | | | | |
| 307 | Ending Balance - Cash Balance | 99,250 | 106,901 | 114,551 | 118,802 | 126,452 | 119,603 | 128,853 | 141,504 | 149,154 | 164,305 | 179,455 | 175,106 | |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 2nd Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175,106 | 183,756 | 192,407 | 193,557 | 202,208 | 210,858 | 200,009 | 208,659 | 217,310 | 218,460 | 227,111 | 235,761 | |
| | | | | | | | | | | | | |
| 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 3,480,000 |
| 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 12,023 |
| **465,106** | **473,756** | **482,407** | **483,557** | **492,208** | **500,858** | **490,009** | **498,659** | **507,310** | **508,460** | **517,111** | **525,761** | **3,480,000** |
| | | | | | | | | | | | | |
| 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 1,260,000 |
| 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 195,331 |
| 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 330,000 |
| 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 360,000 |
| 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 168,000 |
| 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 23,040 |
| 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 372,000 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 |
| - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 414,300 |
| 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 8,920 |
| 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 8,203 |
| - | - | 7,500 | - | - | 7,500 | - | - | 7,500 | - | - | 7,500 | 30,000 |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| **281,350** | **281,350** | **288,850** | **281,350** | **281,350** | **300,850** | **281,350** | **281,350** | **288,850** | **281,350** | **281,350** | **300,850** | **3,430,194** |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **183,756** | **192,407** | **193,557** | **202,208** | **210,858** | **200,009** | **208,659** | **217,310** | **218,460** | **227,111** | **235,761** | **224,912** | **49,806** |

312000

| 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 3rd Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 224,912 | 228,941 | 232,971 | 229,500 | 233,530 | 237,559 | 222,089 | 226,118 | 230,148 | 226,677 | 230,707 | 234,736 | |
| | | | | | | | | | | | | |
| 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 3,600,000 |
| 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 12,023 |
| 524,912 | 528,941 | 532,971 | 529,500 | 533,530 | 537,559 | 522,089 | 526,118 | 530,148 | 526,677 | 530,707 | 534,736 | 3,600,000 |
| | | | | | | | | | | | | |
| 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 1,320,000 |
| 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 216,000 |
| 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 360,000 |
| 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 384,000 |
| 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 172,200 |
| 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 24,600 |
| 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 23,616 |
| 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 73,800 |
| 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 12,300 |
| 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 420,000 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 36,900 |
| 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 62,730 |
| - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 414,300 |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | 7,500 | - | - | 7,500 | - | - | 7,500 | - | - | 7,500 | 30,000 |
| 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| 295,971 | 295,971 | 303,471 | 295,971 | 295,971 | 315,471 | 295,971 | 295,971 | 303,471 | 295,971 | 295,971 | 315,471 | 3,605,646 |
| | | | | | | | | | | | | |
| 228,941 | 232,971 | 229,500 | 233,530 | 237,559 | 222,089 | 226,118 | 230,148 | 226,677 | 230,707 | 234,736 | 219,266 | |