# EXHIBIT D

# [Liquidation Analysis]

**MonDak Portables, LLC**
**LIQUIDATION ANALYSIS**

| | Notes | Book values (BV) | Forced Liquidation Value - Low | | Forced Liquidation Value - High | | Average Recovery Value |
|---|---|---|---|---|---|---|---|
| **Cash** | | 93,921 | 100% | 93,921 | 100% | 93,921 | 93,921 |
| **Accounts Receivable** | | | | | | | |
| Open Accounts Receivable | | 247,535 | 50% | 123,768 | 70% | 173,275 | 148,521 |
| Allowance for doubtful accounts | | - | 0% | - | | - | - |
| Total Accounts Receivable | | 247,535 | | 123,768 | | 173,275 | 148,521 |
| **Prepaid Expenses, Personal deposits** | | | | | | | |
| | | - | 0% | - | 100% | - | - |
| | | - | 0% | - | 100% | - | - |
| | | - | 0% | - | 100% | - | - |
| Total Prepaid Expenses and deposits | | 0 | | - | | - | - |
| **Other Assets** | | | | | | | |
| Class 2 - NAC Secured Claim - Collateral | | 3,424,829 | 50% | 1,712,414 | 65% | 2,226,138.73 | 1,969,277 |
| Class 8 - HYG Secured Claim - Collateral (Equipment) | | 16,312 | 50% | 8,156 | 65% | 10,602.80 | 9,379 |
| Class 9 - Ascentium Secured Claim - Collateral (Equipment) | | 15,000 | 50% | 7,500 | 65% | 9,750.00 | 8,625 |
| Total Other Assets | | 3,456,141 | | 1,728,070 | | 2,246,492 | 1,987,281 |
| **ASSETS AVAILABLE FOR DISTRIBUTION** | | | | | | | 2,229,723 |
| **Secured Claims** | | | | | | | |
| **Class 2 - NAC Secured Claim** | | 3,906,892 | | | | | |
| **Class 3 - USSBA Secured Claim** | | - | | | | | |
| **Class 4 - First Citizens Secured Claim** | | - | | | | | |
| **Class 5 - IRS Bank Secured Claim** | | - | | | | | |
| **Class 6 - Kapitus Secured Claim** | | - | | | | | |
| **Class 7 - FFBT Secured Claim** | | - | | | | | |
| **Class 8 - HYG Secured Claim** | | 16,312 | | | | | |
| **Class 9 - Ascentium Secured Claim** | | 15,000 | | | | | |
| **CHAPTER 7 EXPENSES AND ADMINISTRATIVE CLAIMS** | | | | | | | |
| **Chapter 7 Expenses** | | | | | | | |
| Chapter 7 Trustee fees and expenses | | [TBD] | | | | | [TBD] |
| Administrative Claims | | [TBD] | | | | | [TBD] |
| Post-Petition Taxes Payable | | [TBD] | | | | | [TBD] |
| Post-Petition Accounts Payable | | [TBD] | | | | | [TBD] |
| Payroll, taxes and beenfits | | [TBD] | | | | | [TBD] |
| Subtotal | | - | | | | | - |

**COMPARISON OF RETURN THROUGH LIQUIDATION ANALYSIS VS. PLAN FOR IMPAIRED CLASSES**

| | *Projected Percentage of Claims Which Holders of Allowed Claims Would Receive Or Retain in a Chapter 7 Liquidation* : | *Projected Percentage of Claims Which Holders of Allowed Claims Would Receive Under the Plan* |
|---|---|---|
| **Class 2 - NAC Secured Claim** | 57% | 100% |
| **Class 3 - USSBA Secured Claim** | 0% | Recharacterized as General Unsecured Claim |
| **Class 4 - First Citizens Secured Claim** | 0% | Recharacterized as General Unsecured Claim |
| **Class 5 - IRS Bank Secured Claim** | 0% | Recharacterized as General Unsecured Claim |
| **Class 6 - Kapitus Secured Claim** | 0% | Recharacterized as General Unsecured Claim |
| **Class 7 - FFBT Secured Claim** | 0% | Recharacterized as General Unsecured Claim |
| **Class 8 - HYG Secured Claim** | 57% | 100% |
| **Class 9 - Ascentium Secured Claim** | 58% | 100% |
| **Class 10 - General Unsecured Claims** | 0% | 1-2% |
| **Class 11 - Equity Interests** | 0% | - |