IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | Re: Docket No. 70 |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Amended Notice of the Hearing on Approval of the Disclosure (Docket #70), was sent on this 6th day of March, 2026 to all parties listed on the attached mailing list on Exhibit A via first class mail, postage prepaid.

I further certify that copies of the Disclosure Statement (Docket #67), and Plan of Reorganization (Docket #68) were sent to the parties listed on Exhibit B via first class mail, postage prepaid.

Date: March 9, 2026.                           Respectfully Submitted,

By: */s/ Gregory W. Hauswirth*

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.414.6996
Facsimile: 412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Counsel for Debtor*

Exhibit A

| | | |
|---|---|---|
| Department of the Treasury<br>15th & Pennsylvania<br>Washington, DC 20222-0001 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | |
| North Avenue Capital<br>816 A1A N<br>Ponte Vedra Beach, FL 32082-3219 | Securities & Exchange Commission<br>175 W. Jackson Blvd.<br>Chicago, IL 60604-2908 | |
| U.S. Attorney<br>655 First Avenue North, Suite 250<br>Fargo, ND 58102-4932 | U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | (p)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 |
| Bear Mountain, LLC<br>PO Box 1503<br>New Town, ND 58763-1503 | Byerly, Rex<br>PO Box 968<br>Williston, ND 58802-0968 | Byers Enterprise<br>9201 N. Raven Crest Lane<br>Byron, IL 61010-9173 |
| CapFirst<br>3266 Oak Ridge Loop E. West<br>Fargo, ND 58078 | CapFirst Equipment Finance, Inc.<br>3266 Oak Ridge Loop E. West<br>Fargo, ND 58078 | CapFirst Equipment Finance, Inc.<br>c/o Caren W. Stanley<br>Vogel Law Firm<br>P.O. Box 1389<br>Fargo, ND 58107-1389 |
| Chamley Pipe & Salvage LLC<br>5226 134th Ave. NW<br>Williston, ND 58801-8807 | (p)CLOUDFUND LLC<br>400 RELLA BOULEVARD SUITE 165-101<br>SUFFERN NY 10901-4241 | Eddie Neal<br>1931 Newton St.<br>Sidney, NE 69162-1841 |
| FT Union<br>726 4th St. E<br>Williston, ND 58801-5657 | First Farmers Bank & Trust<br>332 N Minnesota Ste160<br>St. Paul, MN 55101-1338 | Ford Motor Credit<br>Box 65074<br>885 East Collins Boulevard Suite 110<br>Richardson, TX 75081-2270 |
| Gary Nelsen<br>2015 6th Avenue East<br>Williston, ND 58801-3675 | Grant County Treasurer's Office<br>401 S. Adams Street<br>Attn: April Legare, Treasurer<br>Marion, IN 46953-2037 | HGY Financial Services<br>5000 Riverside Drive, Suite 300 East<br>Irving, TX 75039-4314 |
| HYG Financial Services, Inc.<br>801 Walnut Street MAC F0006-052<br>Des Moines, IA 50309-3606 | Indiana Department of Revenue<br>Payment Service Advocate's Office<br>PO Box 6155<br>Indianapolis, IN 46206-6155 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | John Baker, District Counsel<br>SBA Denver Colorado District Office<br>721 Denver, CO 80202 | Kapitus LLC<br>2500 Wilson Boulevard Suite 350<br>Arlington, VA 22201-3873 |

Kapitus Servicing, Inc.
120 West 45th Street
4th Floor
New York, NY 10036-4041

Kapitus(Colonial/Strategic)
2500 Wilson Boulevard Suite 350
Arlington, VA 22201-3873

Keith Smith Estate
c/o Kathy Zent PO Box 1966
Williston, ND 58801

Kent Rockstad
Office of the U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 655 First Ave. N., Suite 250
Fargo, ND 58102-4932

Kent Rockstad, AUSA
on behalf of SBA
United States Attorney's Office
655 1st Ave N, Ste 250
Fargo, ND 58102-4932

Lally Legal Group, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154-3537

Mac Schneider, US Attorney
US Attorney's Office, 655 First Ave
Fargo, ND 58102-4932

North Avenue Capital
818 A1A N
Ponte Vedra Beach, FL 32082-3298

North Avenue Capital, LLC
c/o Akerman LLP
Attn: Raye C. Elliott, Esq.
401 East Jackson St., Ste 1700
Tampa, FL 33602-5250

North Dakota Office of State Tax Commissione
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0602

Office of State Tax Commissioner
State Capital 600 E. Boulevard Dep'
Bismarck, ND 58505-0599

Regions Bank d/b/a Ascentium Capital
23970 US 59 North
Kingwood, TX 77339-1535

Rick Rogers
5704 Freedom Lane
Williston, ND 58801-8944

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Small Business Administration (US)
c/o Kent Rockstad, AUSA
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

Sons of Norway Life Insurance
1455 W. Lake Street
Minneapolis, MN 55408-2646

T&T Enterprises, LLC
2015 6th Avenue E
Williston, ND 58801-3675

Troy Maxwell
1306 Riverwood Drive
Bismarck, ND 58504-6244

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US SBA-Office of District Counsel
721 19th Street, Suite 426
Denver, CO 80202-2517

United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Williams County Treasurer
206 E. Broadway
Williston, ND 58801-6124

Zimney Foster P.C.
Attn: Ryan W. Ames
3100 S. Columbia Road, Suite 200
Grand Forks, ND 58201-6062

**Exhibit B**

Carothers & Hauswirth LLP
Foster Plaza 10, 680 Andersen Drive,
Suite 230
Attn: Kathy Zent
Pittsburgh, PA 15220

Zimney Foster P.C.
Attn: Ryan W. Ames
3100 S. Columbia Road, Suite 200
Grand Forks, ND 58201

Kent Rockstad
Assistant United States Attorney
ND Bar ID 05434
655 First Avenue North, Suite 250
Fargo, ND  58102-4932

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse,
300 South Fourth Street
Minneapolis, MN 55415

Akerman LLP
Attn: Raye C. Elliott
401 East Jackson Street, Suite 1700
Tampa, FL 33602