# UNITED STATES BANKRUPTCY COURT

### FOR THE   DISTRICT OF   NORTH DAKOTA

### FARGO DIVISION

In Re. MonDak Portables, LLC

§
§
§
§

_____
Debtor(s)

Case No.  25-30429

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2026            Petition Date: 09/29/2025

Months Pending: 5            Industry Classification: | 5 | 6 | 2 | 9 |

Reporting Method:            Accrual Basis ○            Cash Basis ⊙

Debtor's Full-Time Employees (current):            15

Debtor's Full-Time Employees (as of date of order for relief):            12

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Katherine M. Zent
_____
Signature of Responsible Party

03/23/2026
_____
Date

Katherine M. Zent
_____
Printed Name of Responsible Party

13008 60th St NW, Epping, ND 58843
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $297,463 | $1,185,178 |
| c. Total disbursements (net of transfers between accounts) | $323,001 | $1,181,778 |
| d. Cash balance end of month (a+b-c) | $-25,538 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $323,001 | $1,181,778 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $525,197 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $25,499 |
| c. Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d Total current assets | $525,197 |
| e. Total assets | $641,786 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $641,786 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $290,524 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $124,953 | |
| c. Gross profit (a-b) | $165,571 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $131,152 | |
| f. Other expenses | $7,359 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $27,060 | $135,435 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name  MonDak Portables, LLC                                         Case No.  25-30429

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

UST Form 11-MOR (12/01/2021)                          3

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                        4

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                           5

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                          6

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  MonDak Portables, LLC                                          Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $7,415 | $47,919 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $4,708 | $19,809 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ◯  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ◯  No ◉

c. Were any payments made to or on behalf of insiders?  Yes ◯  No ◉

d. Are you current on postpetition tax return filings?  Yes ◉  No ◯

e. Are you current on postpetition estimated tax payments?  Yes ◉  No ◯

f. Were all trust fund taxes remitted on a current basis?  Yes ◉  No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ◯  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ◯  No ◯  N/A ◉

i. Do you have:      Worker's compensation insurance?  Yes ◉  No ◯
   If yes, are your premiums current?  Yes ◉  No ◯  N/A ◯  (if no, see Instructions)
   Casualty/property insurance?  Yes ◉  No ◯
   If yes, are your premiums current?  Yes ◉  No ◯  N/A ◯  (if no, see Instructions)
   General liability insurance?  Yes ◉  No ◯
   If yes, are your premiums current?  Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ◯  No ◉

k. Has a disclosure statement been filed with the court?  Yes ◉  No ◯

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ◯

Debtor's Name  MonDak Portables, LLC                                      Case No.  25-30429

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?     Yes ○  No ⦿

m. If yes, have you made all Domestic Support Obligation payments?     Yes ○  No ○  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Katherine M. Zent
_____
Signature of Responsible Party

President
_____
Title

Katherine M. Zent
_____
Printed Name of Responsible Party

03/23/2026
_____
Date

Debtor's Name  MonDak Portables, LLC                                      Case No.  25-30429



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429



PageThree



PageFour

UST Form 11-MOR (12/01/2021)                         12

| A/R Agng Summary Report | | | | | |
| --- | --- | --- | --- | --- | --- |
| MonDak Portables, LLC | | | | | |
| As of February 28, 2026 | | | | | |
| Customer | Current | 1-30 Days | 31-60 | 61-90 | 91 and Over | TOTAL |
| ████████ | 308,893.33 | 60,072.10 | 433.91 | 54,277.83 | 19,100.98 | 442,778.15 |
| ████████ | | | | 37,500.00 | | 37,500.00 |
| ████████ | | | 11,000.00 | | | 11,000.00 |
| ████████ | 220.50 | | | | | 220.50 |
| ████████ | 27,300.00 | | | | | 27,300.00 |
| ████████ | | | | | 6,398.41 | 6,398.41 |
| **TOTAL** | **336,413.83** | **60,072.10** | **11,433.91** | **91,777.83** | **25,499.39** | **525,197.06** |



**u.s. bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768      TRN              S      Y      ST01

106481758934028 EB

ᵖᵖˡⁱˡⁱ...

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720



## Business Statement

Account Number:
████████1472

Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 1 of 10

☎

**To Contact U.S. Bank**

**24-Hour Business
Solutions:**                  800-673-3555

**U.S. Bank accepts Relay Calls
Internet:**                   usbank.com

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

**New Services Terms and Conditions will be effective for U.S. Bank business clients on March 1, 2026.** You can view current and new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2026". If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

For Business Essentials customers only, we wanted to make you aware that a new version of the U.S. Bank Business Essentials Payment Processing Terms of Service and Operating Agreement (February 2026) is available. You can review it here: https://www.usbank.com/dam/documents/pdf/business-banking/business-pricing-information/business-essentials-terms-of-service.pdf

## U.S. BANK GOLD - BUSINESS CHECKING

U.S. Bank National Association                                                                 *Member FDIC*

### Account Summary                                                            Account Number ████1472

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Feb 2 | | $ | 93,080.89 | Number of Days in Statement Period | 28 |
| Customer Deposits | 15 | | 118,481.61 | | |
| Other Deposits | 54 | | 153,041.33 | | |
| Other Withdrawals | 149 | | 308,338.91- | | |
| Checks Paid | 27 | | 28,796.68- | | |
| **Ending Balance on Feb 28, 2026** | | $ | **27,468.24** | | |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Feb 4 | 8652164489 | 31,928.82 | | Feb 17 | 8354756089 | 3,114.25 |
| | Feb 5 | 8951744076 | 8,743.92 | | Feb 17 | 8354798863 | 12,771.31 |
| | Feb 6 | 9251921118 | 2,821.15 | | Feb 18 | 8654671367 | 29,732.39 |
| | Feb 9 | 8053282160 | 763.00 | | Feb 23 | 8053154524 | 1,082.50 |
| | Feb 10 | 8354288781 | 927.90 | | Feb 24 | 8352659240 | 4,518.00 |
| | Feb 10 | 8353123104 | 1,341.50 | | Feb 25 | 8651862365 | 772.00 |
| | Feb 10 | 8354288779 | 9,800.00 | | Feb 27 | 9251724681 | 7,642.29 |
| | Feb 12 | 8951878836 | 2,522.58 | | | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

## US bank

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**
Account Number:
▮▮▮▮▮1472
Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 2 of 10

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

### Customer Deposits (continued)

Account Number ▮▮▮▮1472

| | Total Customer Deposits | $ | 118,481.61 |

**Other Deposits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 2 | Electronic Deposit REF=260300151306140N00 | From Parkland USA Cor 4450325753VENDPMT  MON001 | | $ | 166.00 |
| Feb 2 | Electronic Deposit REF=260300127154410N00 | From ANDERSON & WOOD 9542056001CONS PAY  MDPORT | | | 1,330.24 |
| Feb 2 | Electronic Deposit REF=260330145460790N00 | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | | 9,704.82 |
| Feb 3 | Electronic Deposit REF=260330297428000N00 | From ENVIROTECH SERVI 2841102950ACH PYMNTS32986/25931 | | | 225.00 |
| Feb 3 | Electronic Deposit REF=260340088354900N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | | 337.00 |
| Feb 3 | Electronic Deposit REF=260330299203690N00 | From TOP KNOT LLC 9215986202BILL_PAY  TOP KNOT LLC | | | 850.00 |
| Feb 3 | Electronic Deposit REF=260330194687890N00 | From DEAM TREAS 310 9071736170  DOD MISCZN9DVARQLJ34570 | | | 27,300.00 |
| Feb 4 | Electronic Deposit REF=260340130234240N00 | From TRUE OIL LLC 1830176199SINGLE | | | 495.00 |
| Feb 4 | Electronic Deposit REF=260350139899720N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | | 586.00 |
| Feb 5 | Electronic Deposit REF=260360079202910N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | | 1,431.66 |
| Feb 5 | Electronic Deposit REF=260360087421000N00SD | From STALLION OILFIEL 2743072101PAYABLES  89003 | | | 2,447.50 |
| Feb 6 | Electronic Deposit REF=260360103918230N00 | From ZAVANNAENERG5440 993377064DPAYMENT   MONDAK | | | 206.70 |
| Feb 6 | Electronic Deposit REF=260360102762150N00 | From RITCHIE BROS AUC 4911830835PAYMENT  92895419 | | | 212.00 |
| Feb 6 | Electronic Deposit REF=260360124240780N00 | From MMC POLAR 9791385001TRADE PAY 201722 | | | 1,098.00 |
| Feb 6 | Electronic Deposit REF=260360111987140N00 | From BAKER CONSULTING 1272929142AP | | | 1,275.00 |
| Feb 6 | Electronic Deposit REF=260360124240760N00 | From MMC DIVIDE 9792706001TRADE PAY 201722 | | | 1,953.80 |
| Feb 6 | Electronic Deposit REF=260370107366940N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | | 7,921.52 |
| Feb 9 | Electronic Deposit REF=260370149276600N00 | From Eighty-Eight Oil 1836002947SINGLE | | | 345.00 |
| Feb 9 | Electronic Deposit REF=260370114653390N00 | From TARGA RESOURCES 9026670003PAYMENTS  705349 | | | 468.75 |
| Feb 9 | Electronic Deposit REF=260370149276690N00 | From Black Hills Truc 1830236354SINGLE | | | 651.00 |
| Feb 10 | Electronic Deposit REF=260400209570690N00 | From C3 Energy Partne 2204895317ACCTVERIFY026YDUJXF1T05U V | | | 0.01 |
| Feb 10 | Electronic Deposit REF=260400209570470N00 | From LARRY SOOKDEO WE 9215986202BILL_PAY  LARRY SOOKDEO W | | | 1,110.88 |
| Feb 11 | Electronic Deposit REF=260420125542470N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | | 366.00 |
| Feb 11 | Electronic Deposit REF=260420069987370N00 | From WEST DAKOTA WATE 1455620059WDW021026 MOPORT | | | 571.00 |
| Feb 11 | Electronic Deposit REF=260410073567270Y00 | From Continental Reso 17307675490000567422000643777 | | | 981.00 |
| Feb 11 | Electronic Deposit REF=260410156606820N00 | From ASGARD RESOURCES 1831643098ASG021026 MOPORT | | | 1,097.26 |

# U.S. bank.

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**
Account Number:
████████1472
Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 3 of 10

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Numb████████1472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 11 | Electronic Deposit<br>REF=260420069985590N00 | From IHD LIQUIDS MANA<br>1352441450IHL0021026MOPORT | | 4,559.04 |
| Feb 11 | Electronic Deposit<br>REF=260410095712840N00 | From SON OILFIELD SER<br>453507368 EXPENSES  02/11/26 | | 7,626.35 |
| Feb 12 | Electronic Deposit<br>REF=260420158289720N00 | From ASWS LLC<br>2455106419Invoices  MonDak Portable | | 225.00 |
| Feb 12 | Electronic Deposit<br>REF=260420184414090N00 | From C3 Energy Partne<br>1204895317Bill.com  026EQATDP1T3WY6 | | 668.53 |
| Feb 12 | Electronic Deposit<br>REF=260430007002110N00 | From Savage Infrastru<br>1870387049EDI PYMNTS648946 | | 692.00 |
| Feb 12 | Electronic Deposit<br>REF=260430059870810N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 1,496.50 |
| Feb 13 | Electronic Deposit<br>REF=260430081225790N00 | From CNTTERM3172<br>1933133993PAYMENTS  MonDak Portable | | 615.00 |
| Feb 13 | Electronic Deposit<br>REF=260440083750410N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 940.00 |
| Feb 13 | Electronic Deposit<br>REF=260430058972510N00 | From DAKOTA CHEMICAL<br>1455280892Bill Pay | | 1,253.01 |
| Feb 17 | Electronic Deposit<br>REF=260480133977140N00 | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 388.50 |
| Feb 17 | Electronic Deposit<br>REF=260430064405770Y00 | From MUREX PETROLEUM<br>2841343864SPT ACH   1003739 | | 851.30 |
| Feb 18 | Electronic Deposit<br>REF=260490084222540N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 100.00 |
| Feb 19 | Electronic Deposit<br>REF=260490124787100N00 | From TTK ENTERPRISES<br>1842187547REMITTANCE | | 495.00 |
| Feb 19 | Electronic Deposit<br>REF=260500134186450N00SD | From STALLION OILFIEL<br>2743072101PAYABLES  89337 | | 5,598.40 |
| Feb 20 | Electronic Deposit<br>REF=260510152898670N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 1,200.00 |
| Feb 20 | Electronic Deposit<br>REF=260500150310020N00 | From ZAVANNAENERG5440<br>993377064DPAYMENT   MONDAK | | 38,479.45 |
| Feb 23 | Electronic Deposit<br>REF=260510135016460Y00 | From Continental Reso<br>17307675490000056892820006459 22 | | 625.00 |
| Feb 23 | Electronic Deposit<br>REF=260540060367310N00 | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 4,655.80 |
| Feb 25 | Electronic Deposit<br>REF=260550111746310N00 | From RITCHIE BROS AUC<br>4911830835PAYMENT  92896553 | | 900.31 |
| Feb 25 | Electronic Deposit<br>REF=260550147172860N00 | From GOODNIGHT MIDSTR<br>18414   ACH Batch 19655711 | | 1,586.00 |
| Feb 25 | Electronic Deposit<br>REF=260560128056550N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 9,173.00 |
| Feb 26 | Electronic Deposit<br>REF=260560171698830N00 | From BIG DISP CARTWRI<br>462332414 462332414 | | 345.00 |
| Feb 26 | Electronic Deposit<br>REF=260560171698780N00 | From BIG DISP IRGENS<br>461117836 461117836 | | 346.00 |
| Feb 26 | Electronic Deposit<br>REF=260570090678810N00SD | From STALLION OILFIEL<br>2743072101PAYABLES  89706 | | 975.00 |
| Feb 26 | Electronic Deposit<br>REF=260560159237170N00 | From TALLGRASS MLP OP<br>1900934239PAYABLES  156309 | | 3,021.00 |
| Feb 27 | Electronic Deposit<br>REF=260580134202720N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 415.00 |
| Feb 27 | Electronic Deposit<br>REF=260580133468740N00SD | From BAKER CONSULTING<br>1272929142AP | | 1,145.00 |

 **U.S. bank**

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
████ 1472

Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 4 of 10

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

Account Number ████ 1472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Feb 27 | Electronic Deposit<br>REF=260570121893880N00 | From LIME ROCK RESOUR<br>2261406213Payment  MON026 | | 1,535.00 |

| | | | Total Other Deposits | $ | 153,041.33 |
|--|--|--|--|--|--|

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Feb 2 | Electronic Withdrawal<br>REF=260330107760740N00 | To TOWNOF FAIRMOUNT<br>0000063576UTILITY  0686487 | $ | 68.54- |
| Feb 2 | Electronic Withdrawal<br>REF=260300136647750Y00 | To MN UI Fund<br>4411681137 MN UI TAX    14305784 | | 69.00- |
| Feb 2 | Electronic Withdrawal<br>REF=260300156259620N00 | To DOR ITS PAYMENTS<br>9207000TAXINDORITS  12790926 | | 76.57- |
| Feb 2 | Electronic Withdrawal<br>REF=260330107760730N00 | To TOWNOF FAIRMOUNT<br>0000063576UTILITY  0686487 | | 86.31- |
| Feb 2 | Electronic Withdrawal<br>REF=260330107340450N00 | To Unum Life<br>9044595004Life Insur128757902520375 | | 101.75- |
| Feb 2 | Electronic Withdrawal<br>REF=260300169741830N00 | To Job Service ND<br>1456002490UI Tax Pmt1111124 | | 123.96- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902590N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 200.00- |
| Feb 2 | Electronic Withdrawal<br>REF=260300083685930N00 | To 2D VECTRENENERGY<br>1350793669IGC ACH DR000013356429 | | 344.93- |
| Feb 2 | Electronic Withdrawal<br>REF=260300083685920N00 | To 2D VECTRENENERGY<br>1350793669IGC ACH DR000013356413 | | 354.91- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902600N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 508.04- |
| Feb 2 | Electronic Withdrawal<br>REF=260330200416900N00SD | To SONS OF NORWAY<br>1410547795PAYMENT  0061591148238 | | 513.50- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902610N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 523.48- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902570N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 540.00- |
| Feb 2 | Electronic Withdrawal<br>REF=260330200416890N00SD | To SONS OF NORWAY<br>1410547795PAYMENT  0061591148236 | | 541.50- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902500N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 556.52- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902650N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 638.51- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902530N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 662.93- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902540N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 677.42- |
| Feb 2 | Electronic Withdrawal<br>REF=260300116587100N00 | To Dpt Work Dev -Li<br>T356000158Payment  0-635134 | | 706.03- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902660N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 785.34- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902580N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 1,043.29- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902520N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 1,353.06- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902630N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 1,403.02- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902550N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 1,573.22- |
| Feb 2 | Electronic Withdrawal<br>REF=260300157902620N00 | To INTUIT 82980304<br>4462800242PAYROLL  1101169 | | 1,608.74- |

# US bank.

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**

Account Number:
███████ 1472
Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 5 of 10

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number ██████ 1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 2 | Electronic Withdrawal REF=260300101912340N00 | To NDTAX 1450309764TAX PYMT 920778240 | | 1,609.00- |
| Feb 2 | Electronic Withdrawal REF=260300157902510N00 | To INTUIT 82980304 4462800242PAYROLL 1101169 | | 1,973.90- |
| Feb 2 | Electronic Withdrawal REF=260300157902560N00 | To INTUIT 82980304 4462800242PAYROLL 1101169 | | 2,009.44- |
| Feb 2 | Electronic Withdrawal REF=260300157902640N00 | To INTUIT 82980304 4462800242PAYROLL 1101169 | | 2,181.80- |
| Feb 2 | Electronic Withdrawal REF=260300101912310N00 | To NDTAX 1450309764TAX PYMT 1428753920 | | 4,707.72- |
| Feb 4 | Electronic Withdrawal REF=260340163461370N00 | To GATEWAY FEES 4460522024PURCHASE MONDAK PORTABLE | | 21.84- |
| Feb 4 | Electronic Withdrawal REF=260340081113900N00 | To COMCAST-XFINITY 0000213249CABLE SVCS1912928 | | 179.86- |
| Feb 4 | Electronic Withdrawal REF=260340081113880N00 | To COMCAST-XFINITY 0000213249CABLE SVCS1911738 | | 193.81- |
| Feb 4 | Digital ACH Payment | REF uhn Industries LTD ID = B1D635A8080EE63 | | 574.79- |
| Feb 4 | Electronic Withdrawal REF=260350150973600N00SD | To JUST AIR HEATING 9215986202SALE | | 748.00- |
| Feb 4 | Digital ACH Payment | REF had or Katie Smith ID = 4CA1CA8A70CB579 | | 5,000.00- |
| Feb 4 | Electronic Withdrawal REF=260340067900580N00 | To IRS 3387702000USATAXPYMT270643591309662 | | 5,583.35- |
| Feb 4 | Electronic Withdrawal REF=260350150973580N00SD | To JUST AIR HEATING 9215986202SALE | | 5,958.00- |
| Feb 4 | Internet Banking Transfer | To Account 263090948625 | | 10,000.00- |
| Feb 4 | Digital ACH Payment | REF ooty Calls Septic Service ID = 5DA34CE20495663 | | 10,205.00- |
| Feb 4 | Internet Banking Transfer | To Account 263090948625 | | 25,000.00- |
| Feb 5 | Electronic Withdrawal REF=260350204943130N00 | To LINDE GAS & EQUI 5330903620ACH D96506CE382D4F5 | | 65.11- |
| Feb 5 | Electronic Withdrawal REF=260350171327850N00 | To AMEX EPAYMENT 0005000008ACH PMT W7410 | | 10,000.00- |
| Feb 6 | Electronic Withdrawal REF=260360109558140N00 | To INDIANA BMV 9540423001ACH SSIS 302073668 | | 110.00- |
| Feb 6 | Electronic Withdrawal REF=260360070241160N00 | To INTUIT * 0000756346QBooks Pay2639968 | | 570.00- |
| Feb 9 | Electronic Withdrawal REF=260370137701890N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 200.00- |
| Feb 9 | Electronic Withdrawal REF=260370137701770N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 278.21- |
| Feb 9 | Electronic Withdrawal REF=260370139000200N00 | To Deere Credit Ser 7935336000PAYMENTS 7900008740031JF | | 446.14- |
| Feb 9 | Electronic Withdrawal REF=260400094334760N00 | To ERIEINSURANCEWEB 7529175411BILL PAY 14596585641 | | 455.00- |
| Feb 9 | Electronic Withdrawal REF=260370137701850N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 540.00- |
| Feb 9 | Electronic Withdrawal REF=260370137701780N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 588.14- |
| Feb 9 | Electronic Withdrawal REF=260370137701790N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 741.28- |
| Feb 9 | Electronic Withdrawal REF=260370137701870N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 759.97- |
| Feb 9 | Electronic Withdrawal REF=260370137701810N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 800.07- |

# US bank.

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**
Account Number:
███████ 1472
Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 6 of 10

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

### Other Withdrawals (continued)

Account Number ███████ 1472

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Feb 9 | Electronic Withdrawal REF=260370137701860N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 842.88- |
| Feb 9 | Electronic Withdrawal REF=260400094334770N00 | To ERIEINSURANCEWEB 7529175411BILL PAY 14596577811 | | 866.33- |
| Feb 9 | Electronic Withdrawal REF=260370137701880N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 1,023.34- |
| Feb 9 | Electronic Withdrawal REF=260370137701840N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 1,043.30- |
| Feb 9 | Electronic Withdrawal REF=260370137701900N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 1,353.06- |
| Feb 9 | Electronic Withdrawal REF=260370137701910N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 1,375.81- |
| Feb 9 | Electronic Withdrawal REF=260370137701820N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 1,476.65- |
| Feb 9 | Electronic Withdrawal REF=260370137701760N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 1,614.22- |
| Feb 9 | Electronic Withdrawal REF=260370137701800N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 1,973.88- |
| Feb 9 | Electronic Withdrawal REF=260370149687910N00 | To MERCHANT SVCS 1999999991MEMX0131264039030000148840 | | 2,013.82- |
| Feb 9 | Electronic Withdrawal REF=260370137701750N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 2,288.90- |
| Feb 9 | Electronic Withdrawal REF=260370137701830N00 | To INTUIT 83676790 4462800242PAYROLL 1101169 | | 2,310.75- |
| Feb 9 | Electronic Withdrawal REF=260370135344010N00 | To BCBSNDPREMIUM R450173185EDI PYMNTS52209908 | | 4,595.99- |
| Feb 10 | Customer Withdrawal | | 8354288776 | 3,000.00- |
| Feb 11 | Electronic Withdrawal REF=260410108269150N00 | To MOUNTRAIL-WILLIA 450216732 MWEC BILL 0020302000 | | 3,280.31- |
| Feb 11 | Electronic Withdrawal REF=260410076388200N00 | To IRS 3387702000USATAXPYMT270644284248466 | | 5,913.72- |
| Feb 11 | Electronic Withdrawal REF=260410137766540N00 | To Parkland USA Cor 5450325753PAYMENT N10021243 | | 21,847.82- |
| Feb 12 | Electronic Withdrawal REF=260430005882040N00 | To ALLEGIANCE PREMI 1472319830PAYMENTS 29402327 | | 9,333.80- |
| Feb 13 | Analysis Service Charge | | 1300000000 | 49.00- |
| Feb 13 | Electronic Withdrawal REF=260430099524500Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000117875784 | | 143.27- |
| Feb 13 | Electronic Withdrawal REF=260430099523660Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000117944246 | | 143.27- |
| Feb 13 | Electronic Withdrawal REF=260430099524170Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000117957026 | | 143.27- |
| Feb 13 | Electronic Withdrawal REF=260440090524230N00SD | To DIRTY DIESEL SER 9215986202SALE | | 225.00- |
| Feb 13 | Electronic Withdrawal REF=260430058896610N00 | To NORTHWEST COMMUN 0    TELE BILL 000001821800 | | 331.21- |
| Feb 17 | Electronic Withdrawal REF=260440129906100N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 200.00- |
| Feb 17 | Electronic Withdrawal REF=260480080164550N00 | To AMEX EPAYMENT 0005000008ACH PMT W1720 | | 466.30- |
| Feb 17 | Electronic Withdrawal REF=260440129906130N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 540.00- |
| Feb 17 | Electronic Withdrawal REF=260440129906080N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 592.36- |
| Feb 17 | Electronic Withdrawal REF=260440129906090N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 671.79- |

# U.S. bank.

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**

Account Number:
███████1472

Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 7 of 10

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

Account Number ███████472

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 17 | Electronic Withdrawal REF=260440129906200N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 718.06- |
| Feb 17 | Electronic Withdrawal REF=260440129906150N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 764.37- |
| Feb 17 | Electronic Withdrawal REF=260440129906170N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 864.43- |
| Feb 17 | Electronic Withdrawal REF=260440129906110N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 965.67- |
| Feb 17 | Electronic Withdrawal REF=260440129906160N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 1,043.29- |
| Feb 17 | Electronic Withdrawal REF=260440129906060N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 1,354.06- |
| Feb 17 | Electronic Withdrawal REF=260440129906120N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 1,375.80- |
| Feb 17 | Electronic Withdrawal REF=260440129906190N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 1,522.15- |
| Feb 17 | Electronic Withdrawal REF=260440129906070N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 1,547.80- |
| Feb 17 | Electronic Withdrawal REF=260440065022740N00 | To PAC-LIFE-LYN-INF 5238209435INSURANCE 2L92679290 | | 1,598.58- |
| Feb 17 | Electronic Withdrawal REF=260440129906210N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 1,974.88- |
| Feb 17 | Electronic Withdrawal REF=260440129906140N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 2,010.26- |
| Feb 17 | Electronic Withdrawal REF=260440129906180N00 | To INTUIT 84315096 4462800242PAYROLL 1101169 | | 2,287.55- |
| Feb 17 | Electronic Withdrawal REF=260480080164540N00 | To AMEX EPAYMENT 0005000008ACH PMT W8464 | | 3,723.35- |
| Feb 18 | Electronic Withdrawal REF=260480273340000N00 | To CapitalOne 1202010130CAPITAL ON | | 157.93- |
| Feb 18 | Electronic Withdrawal REF=260480298523340N00 | To FRONTIER COMMUNI 7529252911BILL PAY 10314976341 | | 261.93- |
| Feb 18 | Electronic Withdrawal REF=260480181030650N00 | To IRS 3387702000USATAXPYMT270644941039956 | | 5,814.10- |
| Feb 19 | Electronic Withdrawal REF=260490118974980N00 | To LSIC PREM M231745172INS PREM 2217972071 | | 122.30- |
| Feb 19 | Electronic Withdrawal REF=260490139913960N00 | To DOR ITS PAYMENTS 9207000TAXINDORITS 13035524 | | 1,310.71- |
| Feb 19 | Electronic Withdrawal REF=260500132394190N00SD | To BLU JAX ACCOUNTI 9215986202SALE | | 5,000.00- |
| Feb 20 | Digital ACH Payment | REF ntegrity Auto and Diesel Re ID = C2B59DDEEAE1A93 | | 4,388.99- |
| Feb 20 | Electronic Withdrawal REF=260510161641710N00SD | To JUST AIR HEATING 9215986202SALE | | 5,281.20- |
| Feb 20 | Wire Debit REF001977 BNF=NORTH AVENUE CAPITAL | VERITEX COMMUNITY 260220B00YH7 LLC 816 A1A N SUITE 30 | | 25,000.00- |
| Feb 23 | Electronic Withdrawal REF=260510191130840N00 | To INTUIT 84970068 4462800242PAYROLL 1101169 | | 200.00- |
| Feb 23 | Electronic Withdrawal REF=260510186503770N00 | To AMER ELECT PWR 1350410455CPPWDRAWAL0440479761 | | 234.26- |
| Feb 23 | Electronic Withdrawal REF=260540040501870N00 | To VERIZON WIRELESS 6223344794PAYMENTS 048636982700001 | | 370.55- |
| Feb 23 | Electronic Withdrawal REF=260510186503760N00 | To AMER ELECT PWR 1350410455CPPWDRAWAL0411279535 | | 420.70- |
| Feb 23 | Electronic Withdrawal REF=260510191130860N00 | To INTUIT 84970068 4462800242PAYROLL 1101169 | | 491.88- |



ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
▮▮▮▮▮1472
Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 8 of 10

## U.S. BANK GOLD - BUSINESS CHECKING                     (CONTINUED)

U.S. Bank National Association                     Account Number ▮▮▮▮1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 23 | Digital ACH Payment | REF ndy Rogers<br>ID = 003F39E6DD403A2 | | 500.00- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130930N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 505.18- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130920N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 524.43- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130970N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 540.00- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130850N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 586.32- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130880N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 843.42- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130950N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 846.12- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130910N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 1,043.30- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130960N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 1,096.27- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130890N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 1,437.80- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130940N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 1,654.06- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130870N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 1,974.89- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130900N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 2,010.26- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130980N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 2,131.75- |
| Feb 23 | Electronic Withdrawal<br>REF=260510191130830N00 | To INTUIT 84970068<br>4462800242PAYROLL  1101169 | | 2,165.01- |
| Feb 23 | Electronic Withdrawal<br>REF=260510184278010N00 | To AMEX EPAYMENT<br>0005000008ACH PMT  W0152 | | 2,677.89- |
| Feb 23 | Electronic Withdrawal<br>REF=260510189622580N00 | To BCBSNDPREMIUM<br>R450173185EDI PYMNTS52249046 | | 9,190.00- |
| Feb 24 | Electronic Withdrawal<br>REF=260540120576080N00 | To QUARTERLY FEE<br>1501000502PAYMENT  0000 | | 52.00- |
| Feb 25 | Electronic Withdrawal<br>REF=260550044575390N00 | To IRS<br>3387702000USATAXPYMT270645654811432 | | 5,311.94- |
| Feb 26 | Electronic Withdrawal<br>REF=260570018817470N00 | To PAC-LIFE-LYN-INF<br>5238209435INSURANCE 2L92648520 | | 1,403.97- |
| Feb 26 | Electronic Withdrawal<br>REF=260560185546440N00 | To BCBSNDPREMIUM<br>R450173185EDI PYMNTS52291499 | | 4,594.00- |
| Feb 27 | Electronic Withdrawal<br>REF=260580119239800N00SD | To INTUIT 85507972<br>4462800242PAYROLL  1101169 | | 200.00- |
| Feb 27 | Electronic Withdrawal<br>REF=260580119239730N00SD | To INTUIT 85507972<br>4462800242PAYROLL  1101169 | | 540.00- |
| Feb 27 | Electronic Withdrawal<br>REF=260580119239820N00SD | To INTUIT 85507972<br>4462800242PAYROLL  1101169 | | 586.69- |
| Feb 27 | Electronic Withdrawal<br>REF=260580119239710N00SD | To INTUIT 85507972<br>4462800242PAYROLL  1101169 | | 590.15- |
| Feb 27 | Electronic Withdrawal<br>REF=260580119239700N00SD | To INTUIT 85507972<br>4462800242PAYROLL  1101169 | | 768.62- |
| Feb 27 | Electronic Withdrawal<br>REF=260580119239790N00SD | To INTUIT 85507972<br>4462800242PAYROLL  1101169 | | 774.64- |
| Feb 27 | Electronic Withdrawal<br>REF=260580119239690N00SD | To INTUIT 85507972<br>4462800242PAYROLL  1101169 | | 803.10- |



ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
████████1472

Statement Period:

Feb 2, 2026

through

Feb 27, 2026

Page 9 of 10

## U.S. BANK GOLD - BUSINESS CHECKING

U.S. Bank National Association

**(CONTINUED)**

Account Number ████████1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 27 | Electronic Withdrawal REF=260580119239750N00SD | To INTUIT 85507972 4462800242PAYROLL  1101169 | | 999.74- |
| Feb 27 | Electronic Withdrawal REF=260580119239670N00SD | To INTUIT 85507972 4462800242PAYROLL  1101169 | | 1,043.29- |
| Feb 27 | Digital ACH Payment | REF icole Ingebritson ID = 3F5CF91CDB4F11E | | 1,135.18- |
| Feb 27 | Electronic Withdrawal REF=260580119239780N00SD | To INTUIT 85507972 4462800242PAYROLL  1101169 | | 1,375.80- |
| Feb 27 | Electronic Withdrawal REF=260580119239760N00SD | To INTUIT 85507972 4462800242PAYROLL  1101169 | | 1,437.80- |
| Feb 27 | Electronic Withdrawal REF=260580119239720N00SD | To INTUIT 85507972 4462800242PAYROLL  1101169 | | 1,526.59- |
| Feb 27 | Electronic Withdrawal REF=260580119239740N00SD | To INTUIT 85507972 4462800242PAYROLL  1101169 | | 1,854.06- |
| Feb 27 | Electronic Withdrawal REF=260580119239680N00SD | To INTUIT 85507972 4462800242PAYROLL  1101169 | | 1,974.89- |
| Feb 27 | Electronic Withdrawal REF=260580119239810N00SD | To INTUIT 85507972 4462800242PAYROLL  1101169 | | 2,294.31- |
| Feb 27 | Electronic Withdrawal REF=260580119239770N00SD | To INTUIT 85507972 4462800242PAYROLL  1101169 | | 2,319.59- |

**Total Other Withdrawals** $ **308,338.91-**

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1094 | Feb  5 | 8952558073 | 110.00 | 1145 | Feb 13 | 9250548110 | 1,482.30 |
| 1130* | Feb  2 | 8055039571 | 601.40 | 1146 | Feb 10 | 8352217626 | 137.23 |
| 1133* | Feb  4 | 8653896824 | 1,431.00 | 1147 | Feb 13 | 9251222843 | 167.37 |
| 1134 | Feb  5 | 8953490027 | 350.00 | 1148 | Feb 13 | 9251222840 | 250.00 |
| 1135 | Feb  9 | 8051451977 | 250.00 | 1150* | Feb 13 | 9253695303 | 1,500.00 |
| 1136 | Feb  9 | 8051451978 | 167.37 | 1151 | Feb 23 | 8051306930 | 250.00 |
| 1137 | Feb  4 | 8653798985 | 3,000.00 | 1152 | Feb 23 | 8051306931 | 167.37 |
| 1138 | Feb 12 | 8950694215 | 5,695.10 | 1153 | Feb 19 | 8950387654 | 500.00 |
| 1139 | Feb  9 | 8050851133 | 4,679.09 | 1154 | Feb 20 | 9253525285 | 200.00 |
| 1140 | Feb 13 | 9250895881 | 4,744.88 | 1155 | Feb 25 | 8653486628 | 100.00 |
| 1141 | Feb 20 | 9250673664 | 415.00 | 1159* | Feb 26 | 8953352933 | 474.57 |
| 1142 | Feb 12 | 8951086982 | 1,217.41 | 1160 | Feb 27 | 9251087352 | 167.37 |
| 1143 | Feb 10 | 8351604782 | 325.00 | 1161 | Feb 27 | 9251087351 | 250.00 |
| 1144 | Feb 11 | 8653688376 | 164.22 | | | | |

\* Gap in check sequence

**Conventional Checks Paid (27)** $ **28,796.68-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb  2 | 76,138.12 | Feb 11 | 50,126.62 | Feb 20 | 53,171.10 |
| Feb  3 | 104,850.12 | Feb 12 | 39,484.92 | Feb 23 | 27,672.94 |
| Feb  4 | 69,964.29 | Feb 13 | 33,113.36 | Feb 24 | 32,138.94 |
| Feb  5 | 72,062.26 | Feb 17 | 26,018.02 | Feb 25 | 39,158.31 |
| Feb  6 | 86,870.43 | Feb 18 | 49,616.45 | Feb 26 | 37,372.77 |
| Feb  9 | 56,413.98 | Feb 19 | 48,776.84 | Feb 27 | 27,468.24 |
| Feb 10 | 66,132.04 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: January 2026

Account Number: ████████1472                    $           49.00

**us bank.**

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**
Account Number:
███████1472
Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 10 of 10

## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

| | | | |
|---|---|---|---:|
| Account Number: | ████1464 | $ | 0.00 |
| Analysis Service Charge assessed to | ████1472 | $ | 49.00 |

### Service Activity Detail for Account Number ████1464

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 14 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **ACH Services** | | | |
| ACH Received Addenda Item | 2 | | No Charge |
| Subtotal: ACH Services | | | 0.00 |
| **Branch Coin/Currency Services** | | | |
| Night Dep Processing-per Dep | 1 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-630-7180-1464 | | $ | 0.00 |

### Service Activity Detail for Account Number ████1472

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 306 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **Wire Transfers** | | | |
| DIGITAL DOMESTIC WIRE PAYMENT | 1 | 30.00000 | 30.00 |
| Wire Advice Mail | 1 | 12.00000 | 12.00 |
| Subtotal: Wire Transfers | | | 42.00 |
| **ACH Services** | | | |
| Digital Domestic ACH Payment | 7 | 1.00000 | 7.00 |
| ACH Received Addenda Item | 59 | | No Charge |
| Subtotal: ACH Services | | | 7.00 |
| **Branch Coin/Currency Services** | | | |
| Night Dep Processing-per Dep | 7 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-630-7180-1472 | | $ | 49.00 |

This page intentionally left blank

1253631730

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1094

US BANK
77-2/913

12/19/2025

PAY TO THE
ORDER OF    Indiana State Central Collection Unit

**110.00

One hundred ten and 00/100***************************************************************************************************

DOLLARS

Indiana State Central Collection Unit
PO Box 6219
Indianapolis, IN 46206-6219

MEMO    Chad Southard 0007892146, 0001207651

Baw Rogas
AUTHORIZED SIGNATURE

FOR DEPOSIT ONLY PNC BANK
ACCT # 4762410346
AMT: 110.00
1253631730

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1130

US BANK
77-2/913

01/20/2026

PAY TO THE
ORDER OF    Schaeffer Mfg. Company                        $ **601.40

Six hundred one and 40/100****************************************************************************************    DOLLARS

Schaeffer Mfg. Company
PO Box 87760
Carol Stream, IL  60188-7760
USA

MEMO

6020647

AUTHORIZED SIGNATURE

CREDIT TO ACCOUNT OF WITHIN NAMED
PAYEE ABSENCE OF ENDORSEMENT
GUARANTEED CASS COMMERCIAL BANK

NAME OF FINANCIAL INSTITUTION

CASS BANK FIS NEW
02/02/2026
>081000605<

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1133

US BANK
77-2/913

01/29/2026

PAY TO THE
ORDER OF   Leavitt Great West Insurance

$   **1,431.00

One thousand four hundred thirty-one and 00/100**********************************************************************************   DOLLARS

Leavitt Great West Insurance
Leavitt Great West Insurance
PO Box 2518
Billings, MT  59103

MEMO

Invoice 1127921

AUTHORIZED SIGNATURE

Credit to the account of
Leavitt Great West Insurance Services LLC
Billings Trust
230000014864
292970825
Glacier Family of Banks

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION
AT
DATE

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1134

US BANK
77-2/913

Jan 15. 2026

PAY TO THE ORDER OF  Salty Dog Trash

$350.00

Three hundred fifty and 00/100 — — — — — — DOLLARS

MEMO  Inv. 21119

Katherine Kat
AUTHORIZED SIGNATURE

⑆1472⑈

ENDORSE HERE
Salty Dog Trash
Becky Dick

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
AT German American
NAME OF FINANCIAL INSTITUTION
DATE 2-5-26

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1135

US BANK
77-2/913

01/30/2026

PAY TO THE
ORDER OF    DCI                                                    **250.00  $

Two hundred fifty and 00/100***********************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Chaz Trowbridge 53-2022-CV-01308

2207821

AUTHORIZED SIGNATURE

>091310615< 20260206
Bravera Bank
Drawer#/Trans#: 00107/0071
HIN: 95331017/0000319

<0091310615> 107 71 02/06/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
FOR DAKOTA
CREDITE DEPOSIT ONLY
0000620

AT _____
NAME OF FINANCIAL INSTITUTION
DATE _____

about:blank

1/1

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1136

US BANK
77-2/913

01/30/2026

PAY TO THE
ORDER OF     DCI

$     **167.37

One hundred sixty-seven and 37/100********************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO     Alysha Younker 53-2023-CV-00008

22045511

AUTHORIZED SIGNATURE

1472

>091310615< 20260206
Bravera Bank
Drawer#/Trans#: 00107/0071
HIN: 953310170000320

<0091310615> 107 71 02/06/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
CHECK HERE FOR 0000620 REMOTE DEPOSIT ONLY
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
AT
NAME OF FINANCIAL INSTITUTION
DATE
ENDORSE HERE

about:blank

1/1



Accounts Board - U.S. Bank

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1138

US BANK
77-2/913

02/04/2026

PAY TO THE
ORDER OF   O'Day Equipment, LLC

$ **5,695.10

Five thousand six hundred ninety-five and 10/100************************************************************************

DOLLARS

O'Day Equipment, LLC
PO Box 2706
Fargo, ND  58108

MEMO

AUTHORIZED SIGNATURE

XC04968521 2026-02-11 ELECTRONICALLY DEPOSITED

PAY TO THE ORDER OF
Bell Bank
Fargo, ND 58106
09131O521
CHECK HERE FOR FOR DEPOSIT ONLY DEPOSIT ONLY
NAME OF FINANCIAL INSTITUTION
O'Day Equipment LLC
For Deposit Only
>091310521<
Acct# *********2330
2026-02-11
0000466821
Gen - Equip

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1139

US BANK
77-2/913

02/04/2026

PAY TO THE
ORDER OF      OK Tire Store

$ **4,679.09

Four thousand six hundred seventy-nine and 09/100************************************************************************      DOLLARS

OK Tire Store
5010 138th Ave, NW
P.O. Box 2076
Williston, ND  58802

MEMO

AUTHORIZED SIGNATURE

ISN# 000003091053
Date 2/6/2026

02/06/2026 First International Bank 091305031 2 1002

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

1140

02/04/2026

PAY TO THE
ORDER OF    Integrity Auto & Diesel Repair

$ **4,744.88

Four thousand seven hundred forty-four and 88/100************************************************************************    DOLLARS

Integrity Auto & Diesel Repair
4989 140th Ave NW
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

ISN# 000036108018
Date 2/12/2026

02/12/2026 First International Bank 091305031 2 5002

FIRST INTERNATIONAL BANK &
CHECK HERE
CREDITED TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE
DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION
DATE

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1141

US BANK
77-2/913

02/04/2026

PAY TO THE
ORDER OF    Pro Safe Pest Control

$ **415.00

Four hundred fifteen and 00/100**************************************************************** DOLLARS

Pro Safe Pest Control
725 8th Ave E
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

ISN# 000037062936
Date 2/19/2026

02/19/2026 First International Bank 091305031-2-3002

FIRST INTERNATIONAL BANK & TRUST
CREDITED TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1142

US BANK
77-2/913

02/04/2026

PAY TO THE
ORDER OF   Randy's Handyman Service

$ **1,217.41

One thousand two hundred seventeen and 41/100********************************************************   DOLLARS

Randy's Handyman Service
910 17th Ave West
Williston, ND  58801

MEMO

AUTHORIZED SIGNATURE

ISN# 000058011056
Date 2/11/2026

02/11/2026 First International Bank 091305031 11 3011

FIRST INTERNATIONAL BANK & TRUST
CREDITED TO THE ACCOUNT
OF THE WITHIN NAMED PAY

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

DATE

AT

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1143

US BANK
77-2/913

02/04/2026

PAY TO THE
ORDER OF    Tri County Glass

$  **325.00

Three hundred twenty-five and 00/100********************************************************************    DOLLARS

Tri County Glass
1206- 2nd Ave West
P.O. Box 1111
Williston, ND  58802-1111 USA

MEMO

AUTHORIZED SIGNATURE

ISN# 000058010817
Date 2/9/2026

02/09/2026 First International Bank 091305031 11 3011

PAY TO THE ORDER OF
First International Bank & Trust
091305031
FOR DEPOSIT ONLY
Benth Enterprises LLC
CHECK HERE FF:201764372
REMOTE DEPOSIT ONLY

1144

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

02/04/2026

PAY TO THE
ORDER OF    Vac-U-Jet Portables                                        $  **164.22

One hundred sixty-four and 22/100*********************************************************************************  DOLLARS

Vac-U-Jet
PO Box 16748
Missoula, MT  59808

MEMO                                                              AUTHORIZED SIGNATURE

1472

7746615094

FOR DEPOSIT ONLY
Vac-U-Jet Septic
Acct# 3318650292
NAME OF FINANCIAL INSTITUTION

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1145

US BANK
77-2/913

02/04/2026

PAY TO THE
ORDER OF    Western Area Water Supply Authority

$ **1,482.30

One thousand four hundred eighty-two and 30/100**********************************************************************

DOLLARS

Western Area Water Supply Authority
PO Box 2343
Williston, ND 58802-2343

MEMO

AUTHORIZED SIGNATURE

⑂1472⑂

MerchantCap >091300285< 13390842000050   02/12/2026

For Deposit Only
Western Area Water Supply Authority
To the Account of 1262918

NAME OF FINANCIAL INSTITUTION

DATE

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1146

US BANK
77-2/913

02/04/2026

PAY TO THE
ORDER OF   Ft. Union Supply & Trading

$ **137.23

One hundred thirty-seven and 23/100******************************************************   DOLLARS

Ft. Union Supply & Trading
726 East 4th Street
Williston, ND 58801 USA

MEMO

AUTHORIZED SIGNATURE

**AMERICAN STATE BANK & TRUST**
Drawer#/Trans#: 03030/0016
HIN: 953439840000039

<0091300515>3030 16 02/09/26

PAY TO THE ORDER OF
AMERICAN ST. BANK & TRUST.
FOR DEPOSIT ONLY
FORT UNION SPLY & TRADING
9217209

FOR DEPOSIT ONLY OR REMOTE DEPOSIT ONLY

AT
NAME OF FINANCIAL INSTITUTION
DATE

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1147

US BANK
77-2/913

02/06/2026

PAY TO THE
ORDER OF    DCI

$ **167.37

One hundred sixty-seven and 37/100***********************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Alysha Younker 53-2023-CV-00008

2204511

AUTHORIZED SIGNATURE

>091310615< 20260212
Bravera Bank
Drawer#/Trans#: 00403/0017
HIN: 953910500000088

<0091310615> 403 17 02/12/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
FOR DEPOSIT ONLY
000620

CHECK HERE FOR DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

DATE

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1148

US BANK
77-2/913

02/06/2026

PAY TO THE
ORDER OF   DCI

$   **250.00

Two hundred fifty and 00/100****************************************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND 58602

MEMO   Chaz Trowbridge 53-2022-CV-01308

Baw Agms
AUTHORIZED SIGNATURE

2207821

147 2

<0091310615< 20260212
Bravera Bank
Drawer#/Trans#: 00403/0017
HIN: 953910500000087

<0091310615> 403 17 02/12/26

ENDORSE HERE
PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
CHECK HERE FOR !!000620 REMOTE DEPOSIT ONLY
AT
NAME OF FINANCIAL INSTITUTION   DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1150

US BANK
77-2/913

02/13/2026

PAY TO THE ORDER OF    Richard D. Rogers

$    **1,500.00

One thousand five hundred and 00/100************************************************************************************************

DOLLARS

Richard D Rogers
5704 Freedom Lane
Williston, ND  58801

MEMO    Chaz loan

AUTHORIZED SIGNATURE

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1151

02/13/2026

PAY TO THE ORDER OF ___ DCI ___  $ **250.00

Two hundred fifty and 00/100***************************************************************************************************** DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO   Chaz Trowbridge 53-2022-CV-01308

2207821

Baxx Rogers

>091310615< 20260220
Bravera Bank
Drawer#/Trans#: 00402/0017
HIN: 954710260000091

<0091310615> 402 17 02/20/26

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1152

02/13/2026

PAY TO THE ORDER OF    DCI                                               $    **167.37

One hundred sixty-seven and 37/100************************************************************************************ DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Alysha Younker 53-2023-CV-00008

2204511

Baw Rogers

>091310615< 20260220
Bravera Bank
Drawer#/Trans#: 00402/0017
HIN: 954710260000090

<0091310615> 402 17 02/20/26

PAY TO THE ORDER OF
Bravera Bank
09131061615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1153

02/13/2026

PAY TO THE
ORDER OF     Williston Band Boosters                                    $    **500.00

Five hundred and 00/100******************************************************************************

                                                                                    DOLLARS

Williston Band Boosters
Williston Band Boosters

MEMO     Band Donation- backpacks for WA

Baw Rogers

ISN# 001004008799
Date 2/18/2026

PAY TO THE ORDER OF
First State Bank & Trust
091310770
FOR DEPOSIT ONLY
WILLISTON BAND BOOSTERS INC
0108504342



**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1154

02/20/2026

PAY TO THE ORDER OF     Richard D. Rogers                                    $   **200.00

Two hundred and 00/100***************************************************************************** DOLLARS

Richard D Rogers
5704 Freedom Lane
Williston, ND  58801

MEMO     Chaz Savings for Destiny Band

For mobile Deposit only

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1155

02/20/2026

PAY TO THE
ORDER OF   Chamley Pipe & Salvage LLC

$ **100.00

One hundred and 00/100************************************************************************************** DOLLARS

Chamley Pipe & Salvage LLC
P O Box 2537
Williston, ND  58802-2537

MEMO    000039

Gate City Bank 291370918
2/25/2026, 14:55:09
EREYNOLDS
TMID 494440562653705

PAY TO THE ORDER OF
GATE CITY BANK
WILLISTON, ND  58802-0878
291370918
FOR DEPOSIT ONLY
CHAMLEY PIPE & SALVAGE LLC
683060

about:blank

1/1

CASH ONLY. THIS CHECKLOCK™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1159

02/20/2026

PAY TO THE ORDER OF   City of New Town    $ **474.57

Four hundred seventy-four and 57/100********************************************************************* DOLLARS

City of New Town
PO Box 309
New Town, ND 58763 -0309

MEMO   03-00000196-00-3

_Katherine Igot_

14721

091300719
2105
02/26/2026
37

PAY TO THE ORDER OF
Cornerstone Bank
091300719
FOR DEPOSIT ONLY
CITY AUDITOR
CITY OF NEW TOWN

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1160

02/20/2026

PAY TO THE ORDER OF    DCI

$ **167.37

One hundred sixty-seven and 37/100************************************************************************************ DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Alysha Younker 53-2023-CV-00008

2204511

>091310615< 20260226
Bravera Bank
Drawer#/Trans#: 00401/0022
HIN: 955310270000082

<0091310615> 401 22 02/26/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1161

02/20/2026

PAY TO THE
ORDER OF DCI

$ **250.00

Two hundred fifty and 00/100************************************************************************ DOLLARS

DCI
PO Box 1347
Dickinson, ND 58602

MEMO Chaz Trowbridge 53-2022-CV-01308

Katherin Zen

2207821

>091310615< 20260226
Bravera Bank
Drawer#/Trans#: 00401/0022
HIN: 955310270000081

<0091310615> 401 22 02/26/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
0006620

about:blank

1/1



# us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768　　TRN　　　　　S　　　Y　　ST01

106481758908239 EB

||·|·|··|·|··|¹|||·|·|·|··|¹|·|··|¹|||¹··|¹·¹|·||¹|·|¹·||¹|·||·||¹||

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## Business Statement

Account Number:
1464

Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 1 of 2

☎　　　　　　　　　**To Contact U.S. Bank**

**24-Hour Business
Solutions:**　　　　　　　　800-673-3555

**U.S. Bank accepts Relay Calls**

Internet:　　　　　　　　　*usbank.com*

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

**New Services Terms and Conditions will be effective for U.S. Bank business clients on March 1, 2026.** You can view current and new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2026". If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

For Business Essentials customers only, we wanted to make you aware that a new version of the U.S. Bank Business Essentials Payment Processing Terms of Service and Operating Agreement (February 2026) is available. You can review it here: https://www.usbank.com/dam/documents/pdf/business-banking/business-pricing-information/business-essentials-terms-of-service.pdf

## U.S. BANK SILVER - BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

Accou...1464

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Feb 2 | | $ | 24,764.37 | Number of Days in Statement Period | 28 |
| Other Deposits | 1 | | 28,287.50 | | |
| Other Withdrawals | 3 | | 6,173.49- | | |
| Checks Paid | 4 | | 17,971.92- | | |
| **Ending Balance on Feb 28, 2026** | | $ | **28,906.46** | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 11 | Electronic Deposit　From SPARTAN ALERT, L | | | $ | 28,287.50 |
| | REF=260400209571480N00　1722616653QUICKBOOKS163071801 | | | | |
| | **Total Other Deposits** | | | $ | **28,287.50** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 9 | Digital ACH Payment　REF apital Tape Co., Inc. | | | $ | 250.71- |
| | ID = C14921111A77181 | | | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# us bank.

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**
Account Number:
███████████ 1464
Statement Period:
Feb 2, 2026
through
Feb 27, 2026

Page 2 of 2

## U.S. BANK SILVER - BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                                    **Account Num**████████ **1464**

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 12 | Digital ACH Payment | REF aron Schmidt | | 2,154.28- |
| | | ID = D7F0A6E25A7F922 | | |
| Feb 20 | Digital ACH Payment | REF 7 Products | | 3,768.50- |
| | | ID = 81ED6B2EA729B2B | | |
| | | **Total Other Withdrawals** | $ | **6,173.49-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1015 | Feb 18 | 8654894662 | 300.00 | 1020 | Feb 11 | 8650533375 | 4,270.70 |
| 1019* | Feb 11 | 8653576788 | 13,260.64 | 1021 | Feb 24 | 8353866170 | 140.58 |

*\* Gap in check sequence*                         **Conventional Checks Paid (4)**      $      **17,971.92-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb  9 | 24,513.66 | Feb 12 | 33,115.54 | Feb 20 | 29,047.04 |
| Feb 11 | 35,269.82 | Feb 18 | 32,815.54 | Feb 24 | 28,906.46 |

Balances only appear for days reflecting change.

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

1015

77-2/913

DATE 02/02/26

PAY TO THE ORDER OF  Counter Tops Plus    | $ 300 00

Three hundred  And    Two DOLLARS

**US bank.**

FOR Counter Top Repair

>074910854< 20260218
FARMERS STATE BANK
Drawer#/Trans#: 06063/0066
HIN: 954568300000264

0074910854 6063 66 02/18/26

1019

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE Feb. 4 2026    77-2/913

PAY TO THE ORDER OF Mofab Inc.    $13,260.⁶⁴

Thirteen thousand two hundred sixty and 64/100 ——— DOLLARS

**us bank.**

FOR Inv. 317166, 317188, 317296, 317477, 317631

Katherine Zent

>074901672< 20260211
STAR FINANCIAL BANK
Drawer#/Trans#: 00102/0022
HIN: 953800530000137

<0074901672> 102 22 02/11/26

PAY TO THE ORDER OF
STAR FINANCIAL BANK
FOR DEPOSIT ONLY
MOFAB, INC.
FOR DEPOSIT ONLY

1020

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

77-2/913

DATE Feb 4, 2026

$ 4270.⁷⁰

PAY TO THE ORDER OF NTI Ltd.

Four thousand two hundred seventy and ⁷⁰/₁₀₀                    DOLLARS

**US bank.**

FOR Inv. 17...

1464

>073904036< 20260210
CLEAR LAKE BANK & TRUST CO
Drawer#/Trans#: 00010/0013
HIN: 953758420000183

073904036 10 13 2026 02 10 09:50

FOR DEPOSIT ONLY
NTI LTD.
CLEAR LAKE, IA 50428

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT ___
NAME OF FINANCIAL INSTITUTION ___
DATE ___

1021

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE _Feb. 13 2026_    77-2/913

PAY TO THE ORDER OF _Fairmount Pro Hardware_    $ 140.⁵⁸

_One hundred forty and 58/no_    DOLLARS

**us bank.**

FOR _MOND9999_    _Katherine Zet_

---

Fairmount State Bank 2026/02/24
<074904365> <000>

Fairmount State Bank 021
2026/02/24
074904365

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT
NAME OF FINANCIAL INSTITUTION
DATE
RESERVED FOR FINANCIAL INSTITUTION USE

Fairmount Hardware LLC
01-1283-4

# Profit and Loss

MonDak Portables, LLC

February 2026

| Distribution account | Total |
| --- | --- |
| **Income** | |
| 4005 Manufacturing Income | 28,287.50 |
| 4010 Toilet Rental & Service - Malmstrom AFB | 27,300.00 |
| 4015 Toilet Rental & Service Williston | 224,506.20 |
| 4020 Misc Operation Income | 630.00 |
| 4040 Sales of Product Income | 9,800.00 |
| **Total for Income** | **$290,523.70** |
| **Cost of Goods Sold** | |
| 5000 Cost of Goods Sold | |
| 5005 LABOR  - COG | |
| 5010 Labor - Operations | 53,142.26 |
| 5015 Labor - Sub Contractors | |
| 5017 Dooty Calls Septic Service | 10,205.00 |
| 5018 ALR Consulting | 500.00 |
| **Total for 5015 Labor - Sub Contractors** | **$10,705.00** |
| **Total for 5005 LABOR  - COG** | **$63,847.26** |
| 5020 MATERIAL - COG | |
| 5021 Manufacturing Materials | 26,349.46 |
| **Total for 5020 MATERIAL - COG** | **$26,349.46** |
| 6000 OVERHEAD - COGS | |
| 6005 Equipment/Truck Rental | 3,000.00 |
| 6010 Equipment Repairs | 1,217.41 |
| 6015 Fuel | 821.54 |
| 6020 Job Supplies | 574.79 |
| 6025 Methanol Expense | 21,847.82 |
| 6030 Sewer Dumping Expense | 5,337.44 |
| 6035 Water Purchase | 1,956.87 |
| **Total for 6000 OVERHEAD - COGS** | **$34,755.87** |

# Profit and Loss

MonDak Portables, LLC

February 2026

| Distribution account | Total |
|---|---:|
| **Total for 5000 Cost of Goods Sold** | **$124,952.59** |
| **Total for Cost of Goods Sold** | **$124,952.59** |
| **Gross Profit** | **$165,571.11** |
| Expenses | |
| 7005 Telephone Expense | 1,320.85 |
| 7010 Travel Expense | 1,365.64 |
| 7015 Utilities | 5,471.17 |
| 7020 Advertising | |
| 7021 Advertising- Ads, Toilet Signs, Coats, etc. | 2,154.28 |
| 7022 Advertising- Donation, Gifts, Flowers | 500.00 |
| **Total for 7020 Advertising** | **$2,654.28** |
| 7030 Employee Safety Requirements | 1,515.00 |
| 7031 Employee Expense | |
| 7030-2 Company Pd.- SS, Med, Fed Unemploy. | 7,569.67 |
| **Total for 7031 Employee Expense** | **$7,569.67** |
| 7035 Finance | |
| 7036 Service Charges | $49.00 |
| | 383.20 |
| **Total for 7035 Finance** | **$432.20** |
| 7060 Insurance | |
| 7050 Benefits | |
| 7051 BCBS Insurance | 16,031.99 |
| 7052 Unum Employee Life Ins | 101.75 |
| 7053 Owners Life Insurance | 4,057.55 |
| **Total for 7050 Benefits** | **$20,191.29** |
| 7070 Allegiance/Leavitt | 9,333.80 |
| 7074 Homesite Insurance 2 Mobile Homes | 122.30 |
| 7075 Indiana Buildings/Liability- Erie Insurance | 866.33 |
| **Total for 7060 Insurance** | **$30,513.72** |

Cash Basis  Wednesday, March 11, 2026 04:04 PM GMT-05:00

# Profit and Loss

MonDak Portables, LLC

February 2026

| Distribution account | Total |
|---|---:|
| 7080 License or Permit | 377.00 |
| 7085 Manufacturing Show | 2,181.61 |
| 7090 Meals | 206.72 |
| 7095 Merchant Processing fees | 2,035.66 |
| 7100 Office Expenses | 446.47 |
| 7105 Payroll Expenses | -129.50 |
| 7108 Workers Compensation | |
| 7108-01 Indiana Worker Comp- Erie Insurance | 455.00 |
| 7108-03 Workforce Safety Ins. North Dakota | -2,012.04 |
| **Total for 7108 Workers Compensation** | **-$1,557.04** |
| 7110 Postage & Freight | 116.20 |
| 7115 SALARIES /WAGES | |
| 7123 Salaries - Management | 30,688.16 |
| 7124 Salaries - Owners | 11,800.00 |
| **Total for 7115 SALARIES /WAGES** | **$42,488.16** |
| 7200 Shop Expense | 18,732.33 |
| 7270 Vehicle Repair | 17,912.22 |
| Unapplied Cash Bill Payment Expense | -2,500.00 |
| **Total for Expenses** | **$131,152.36** |
| **Net Operating Income** | **$34,418.75** |
| Other Income | |
| 9005 Non-Ops Income | 58.12 |
| 9065 Savings Interest | 2.09 |
| **Total for Other Income** | **$60.21** |
| Other Expenses | |
| 9105 Professional Fees | 5,052.00 |
| 9110 Bad Debt | 2,367.00 |
| **Total for Other Expenses** | **$7,419.00** |

Cash Basis  Wednesday, March 11, 2026 04:04 PM GMT-05:00

# Profit and Loss

MonDak Portables, LLC

February 2026

| Distribution account | Total |
|---|---|
| Net Other Income | -$7,358.79 |
| Net Income | $27,059.96 |

Cash Basis Wednesday, March 11, 2026 04:04 PM GMT-05:00



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768     TRN           S       Y     ST01

106481756067369 EB

ιΙιι∙ΙΙ∙ΙΙ∙ιι∙ΙιΙΙ∙Ιι∙∙ι∙ΙΙ∙∙ΙΙ∙Ι∙ι∙ΙΙΙ∙Ι∙ι∙∙ΙιΙ

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
█████████8625

Statement Period:
Jan 28, 2026
through
Feb 25, 2026

Page 1 of 1

  **To Contact U.S. Bank**

**24-Hour Business Solutions:**              *800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                              *usbank.com*

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you informed about your account. As a reminder, your Basic Business Savings account is a variable interest rate product. This means all rates and Annual Percentage Yields (APYs) are subject to change at any time. You can review your current rate or APY at any time by logging in to mobile or online banking or by calling us at the number below.

If you have questions, we're here to help. Please call your relationship banker or the U.S. Bank Business Service Center at 800-673-3555. Specialists are available Monday through Friday, 8 a.m. to 8 p.m. CT and Saturday from 8 a.m. to 6:30 p.m. CT. We accept relay calls.

**New Services Terms and Conditions will be effective for U.S. Bank business clients on March 1, 2026.** You can view current and new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2026". If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## BASIC BUSINESS SAVINGS

U.S. Bank National Association

**Member FDIC**

Account Number  ████████8625

### Account Summary

| | # Items | | | | | |
|---|---|---|---|---|---|---|
| Beginning Balance on Jan 28 | | $ | 26,258.39 | Annual Percentage Yield Earned | | 0.05% |
| Other Deposits | 3 | | 35,002.09 | Interest Earned this Period | $ | 2.09 |
| | | | | Interest Paid this Year | $ | 2.79 |
| **Ending Balance on Feb 25, 2026** | $ | | **61,260.48** | Number of Days in Statement Period | | 29 |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 4 | Internet Banking Transfer | From Account ████1472 | | $ 10,000.00 |
| Feb 4 | Internet Banking Transfer | From Account ████1472 | | 25,000.00 |
| Feb 25 | Interest Paid | | 2500009448 | 2.09 |
| | | **Total Other Deposits** | $ | **35,002.09** |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.