IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:                                    )          Case No. 25-30429
                                          )
MONDAK PORTABLES, LLC                     )
                                          )
          Debtor.                         )          Re: Docket No. 72

### NOTICE OF WITHDRAWAL OF MONTHLY OPERATING REPORT NO. 72

The undersigned hereby withdraws the Monthly Operating Report filed on March 23, 2026.

(Docket No.72). This withdrawal is requested because the document was filed in errata.

Date: March 24, 2026.                     Respectfully Submitted,


                                          By:/s/ Gregory W. Hauswirth

                                          CAROTHERS & HAUSWIRTH LLP
                                          Patrick W. Carothers (PA ID No. 85721)
                                          Gregory W. Hauswirth (PA ID No. 307482)
                                          Foster Plaza 10 680 Andersen Drive, Suite 230
                                          Pittsburgh, PA 15220
                                          Telephone: 412.414.6996
                                          Facsimile: 412.910.7510
                                          pcarothers@ch-legal.com
                                          ghauswirth@ch-legal.com

                                          *Counsel for Debtor*