IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | Re: Docket No. 73 |

**NOTICE OF WITHDRAWAL OF**
**AMENDED MONTHLY OPERATING REPORT NO. 73**

The undersigned hereby withdraws the Amended Monthly Operating Report filed on March 23, 2026. (Docket No.73). This withdrawal is requested because the document was filed in errata.

Date: March 24, 2026.

Respectfully Submitted,

By: /s/ Gregory W. Hauswirth

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10 680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.414.6996
Facsimile: 412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Counsel for Debtor*