**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Case No. 25-30429 |
| | ) | Chapter 11 |
| MonDak Portables, LLC, | ) | |
| | ) | **NOTICE OF WITHDRAWAL** |
| Debtor. | ) | **AND SUBSTITUTION OF** |
| | ) | **COUNSEL** |

**PLEASE TAKE NOTICE,** pursuant to Local Rule 9010-2(D) that John D. Schroeder of

Dakota Law Group, P.C. is hereby substituted as counsel of record for North Avenue Capital in

place of Attorney Ryan W. Ames.

Dated: 3/31/2026

/s/ *John D. Schroeder*
John D. Schroeder (ND ID #07147)
john@dakotalawgroup.com
DAKOTA LAW GROUP (formerly known as
Zimney Foster P.C.)
3770 South Washington Street, Suite B
Grand Forks ND 58201
Phone: (701) 772-8111  Fax: (701) 772-7328

Dated: 3/31/2026

/s/ *Ryan W. Ames*
Ryan W. Ames (ND ID #09643)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | Chapter 11 |
| MonDak Portables, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF SERVICE**

     **KAREN SYRSTAD,** a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on the 31st day of March, 2025, she served the following:

1. **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
2. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

**Patrick W. Carothers**
**Gregory Hauswirth**
pcarothers@ch-legal.com
ghauswirth@ch-legal.com
Carothers & Hauswirth LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh PA 15220
Attorney for Debtor

**Maurice VerStandig**
**Christianna A. Cathcart**
mac@mbvesq.com
christianna@dakotabankruptcy.com
The Dakota Bankruptcy Firm
1630 1st Avenue N, Suite B PMB 24
Fargo ND 58102-4246
Attorney for Debtor

**Sarah J. Wencil**
sarah.j.wencil@usdoj.gov
Office of U.S. Trustee
Suite 1015 US Courthouse
300 South Fourth St
Minneapolis MN 55415

**MonDak Portables, LLC**
13008 60th St NW
Epping ND 58843
Debtor

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 31, 2026 at Grand Forks, North Dakota.

/s/ Karen Syrstad
**KAREN SYRSTAD**