**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

MonDak Portables, LLC                                    Bankr. No. 25-30429

    Debtor.                                              Chapter 11

---

### MOTION TO APPEAR BY VIDEO CONFERENCE

---

1.      Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference at the hearing scheduled on April 2, 2026 at 10:00 a.m. on the disclosure statement (Docs. 67 (disclosure statement) and 68 (plan)).

2.      The UST has informally requested some additional language to the Disclosure Statement that the Debtor has agreed to include.   The changes are minimal and do not change the treatment of parties in the plan.  Disclosure statements do not require testimony or the submission of evidence,  Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: April 2, 2026                           MARY R. JENSEN
                                               ACTING U.S. TRUSTEE REGION 12

                                               /s/ Sarah J. Wencil
                                               Sarah J. Wencil
                                               Office of the U.S. Trustee
                                               Suite 1015 U.S. Courthouse
                                               300 South Fourth St.
                                               Minneapolis, MN 55415
                                               Telephone: (612) 334-1366
                                               Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**MonDak Portables, LLC**                                    **Bankr. No. 25-30429**

    **Debtor.**                                                **Chapter 11**

---

## CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the motion was electronically transmitted via CM/ECF.


Dated:   April 2, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil