IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:                                      )         Case No. 25-30429
                                            )         (Chapter 11)
MONDAK PORTABLES, LLC                       )
                                            )
        Debtor.                             )
_____ )

## MOTION TO APPEAR BY VIDEO CONFERENCE

Come now MonDak Portables, LLC ("MonDak" or the "Debtor"), by and through undersigned general reorganization counsel and local reorganization counsel (collectively, the "Movants"), pursuant to Local Rule 5001-2, and moves this Honorable Court for leave to appear by video conference at the hearing on Approval of Debtor's Disclosure Statement for the Chapter 11 Plan of Reorganization (DE #67), scheduled for April 7, 2026, at 2:00 pm, and states as follows:

In light of the limited scope of contested issues and the travel costs that would otherwise be incurred, Movants respectfully submit that video appearances will promote judicial economy, reduce travel-related expenses, and facilitate efficient presentation of argument without prejudicing any party or impairing the administration of justice.

WHEREFORE, the Movants respectfully request that this Court enter an order granting leave for Gregory Hauswirth, as general reorganization counsel, and Christianna Cathcart, as local reorganization counsel, to appear by video conference at the April 7, 2026 hearing, together with such other and further relief as the Court deems just and proper.

*[Signature on Following Page]*

Respectfully Submitted,

CAROTHERS & HAUSWIRTH LLP

Dated: April 2, 2026                    By:    /s/ Gregory W. Hauswirth
Gregory W. Hauswirth, Esq.
Patrick W. Carothers
Foster Plaza 10
680 Anderson Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412-414-6996
Facsimile: 412-910-7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com
*General Reorganization Counsel*

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue North
Suite B, PMB 24
Fargo, ND 58104-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Local Reorganization Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2026, a copy of the foregoing was

served electronically upon filing via the ECF system.

/s/ Christianna Cathcart
Christianna Cathcart