**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA (FARGO)**

|  |  |
|---|---|
| In Re:<br><br>MonDak Portables, LLC,<br><br>    Debtor. | Case No. 25-30429<br><br>Chapter 11 |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

Comes now Kapitus Servicing, Inc., as servicing agent for Kapitus LLC ("Kapitus"), by and through its undersigned counsel ("Movant"), pursuant to Local Rule 5001-2, and moves this Honorable Court for leave to appear by video conference at the hearing on Approval of Debtor's Disclosure Statement for the Chapter 11 Plan of Reorganization (Docket No. 67), scheduled for April 7, 2026, at 2:00 pm, and states as follows:

Kapitus has not objected to the proposed Disclosure Statement, and travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, the Movant respectfully request that this Court enter an order granting leave for Elizabeth M. Lally to appear by video conference at the April 7, 2026, hearing, together with such other and further relief as the Court deems just and proper.

Dated: April 3, 2026

                    Respectfully submitted,

                    **LALLY LEGAL GROUP, LLC**

                    */s/ Elizabeth M. Lally*
                    Elizabeth M. Lally
                    (Admission to the United States District Court for the
                    District of North Dakota granted 08/21/2023)
                    Nebraska Bar No. 26428

Lally Legal Group, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
E-mail: elally@lally-legal.com

**COUNSEL FOR KAPITUS SERVICING, INC.,
AS SERVICING AGENT FOR KAPITUS LLC**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 3, 2026, a true and correct copy of the foregoing Motion to Appear By Video Conference was electronically transmitted via CM/ECF.

*/s/ Elizabeth M. Lally*
Elizabeth M. Lally