**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA
FARGO DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-30429 |
| MonDak Portables, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | )  Re: Docket No. 67 |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING
DISCLOSURE STATEMENT FOR CHAPTER 11 PLAN OF
REORGANIZATION DATED FEBRUARY 26, 2026
[DOCKET NO. 67]**

In advance of the hearing set for March 7, 2026, the undersigned hereby certifies that, as of the date hereof, counsel for the Debtor has not received any objection or other responsive pleading to the Disclosure Statement or the Chapter 11 Plan of Reorganization Dated February 26, 2026 (the "Disclosure Statement", Docket No. 67). The undersigned further certifies that he has reviewed the Court's docket in this case and objection or other responsive pleading has been filed on the Court's docket.  Counsel for the Debtor did receive informal comments from counsel for the United States Trustee, and Debtor has consulted with counsel for the United States Trustee on the same and incorporated such comments into the Disclosure Statement.  A redline of the Disclosure Statement incorporating such comments is attached hereto as Exhibit A.  A clean, revised version incorporating the same is attached hereto as Exhibit B.

1

Dated: April 6, 2026

Respectfully submitted,

*/s/ Gregory W. Hauswirth*

The Dakota Bankruptcy Firm
Maurice B.  VerStandig, Esq.
Christianna A. Cathcart
1630 1st Avenue N Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
christianna@dakotabankruptcy.com

and

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA  15220
Telephone:  412-414-6996
Facsimile: 412 910-7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Attorneys for Debtor,*
*MonDak Portables, LLC*

2