**EXHIBIT C**

**[Projections]**

**Mondak Portables, LLC**
**36 Month Projections**

Period Ending:

| Line No. | Description | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1-year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Opening Cash** | 100,000 | 99,224 | 106,848 | 114,471 | 118,695 | 126,319 | 119,443 | 128,667 | 141,291 | 148,914 | 164,038 | 179,162 | |
| 2 | **Monthly Revenue** | | | | | | | | | | | | | |
| 280 | Revenue | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 3,420,000 |
| | New Value Contribution | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 12,023 |
| 281 | **Total Cash** | **385,000** | **384,224** | **391,848** | **399,471** | **403,695** | **411,319** | **404,443** | **413,667** | **426,291** | **433,914** | **449,038** | **464,162** | **3,420,000** |
| 282 | **Disbursements from Cash** | | | | | | | | | | | | | |
| 283 | Payroll | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 97,500 | 1,170,000 |
| 284 | Benefits | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 195,331 |
| 285 | Insurance | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 26,500 | 318,000 |
| 286 | Supplies (COGs) | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 336,000 |
| 287 | Vehicle Repair | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 168,000 |
| 288 | Office Supplies / Postage | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| 289 | Merchant Processing Fees | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 23,040 |
| 290 | Advertising | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| 291 | Internet/Cable/Phones | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| 292 | Fuel | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 360,000 |
| 293 | Software | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 294 | Equipment | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| 295 | Utilities | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 |
| 296 | Indiana Property Taxes | - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| 297 | North Dakota Property Taxes | - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| 298 | Priority Tax Claims | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 320 |
| 299 | Class 2 - NAC | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 414,300 |
| 300 | Class 8 - HYG Secured Claim | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 8,920 |
| 301 | Class 9 - Ascentium Secured Claim | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 8,203 |
| 302 | Class 10 - General Unsecured Claims | - | - | - | - | - | 7,500 | - | - | 7,500 | - | - | 7,500 | 22,500 |
| 303 | UST Fees | 3,400 | - | - | 3,400 | - | - | 3,400 | - | - | - | - | - | 10,200 |
| 304 | Professional Fees | 15,000 | 10,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 | 80,000 |
| 305 | **Total Cash Disbursements** | **285,776** | **277,376** | **277,376** | **280,776** | **277,376** | **291,876** | **275,776** | **272,376** | **277,376** | **269,876** | **269,876** | **289,376** | **3,345,214** |
| 306 | | | | | | | | | | | | | | |
| 307 | | | | | | | | | | | | | | |
| 308 | **Ending Balance - Cash Balance** | **99,224** | **106,848** | **114,471** | **118,695** | **126,319** | **119,443** | **128,667** | **141,291** | **148,914** | **164,038** | **179,162** | **174,786** | |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 2nd Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 174,786 | 183,410 | 192,033 | 193,157 | 201,781 | 210,405 | 199,529 | 208,153 | 216,776 | 217,900 | 226,524 | 235,148 | |
| | | | | | | | | | | | | |
| 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 290,000 | 3,480,000 |
| 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 12,023 |
| 464,786 | 473,410 | 482,033 | 483,157 | 491,781 | 500,405 | 489,529 | 498,153 | 506,776 | 507,900 | 516,524 | 525,148 | 3,480,000 |
| | | | | | | | | | | | | |
| 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 1,260,000 |
| 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 16,278 | 195,331 |
| 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 330,000 |
| 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 360,000 |
| 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 168,000 |
| 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 1,920 | 23,040 |
| 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 372,000 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 |
| - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 320 |
| 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 414,300 |
| 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 743 | 8,920 |
| 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 8,203 |
| - | - | 7,500 | - | - | 7,500 | - | - | 7,500 | - | - | 7,500 | 30,000 |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| 281,376 | 281,376 | 288,876 | 281,376 | 281,376 | 300,876 | 281,376 | 281,376 | 288,876 | 281,376 | 281,376 | 300,876 | 3,430,514 |
| | | | | | | | | | | | | |
| 183,410 | 192,033 | 193,157 | 201,781 | 210,405 | 199,529 | 208,153 | 216,776 | 217,900 | 226,524 | 235,148 | 224,272 | 49,486 |

312000

| 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 3rd Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 224,272 | 228,275 | 232,277 | 228,780 | 232,783 | 236,786 | 221,289 | 225,292 | 229,294 | 225,797 | 229,800 | 233,803 | |
| | | | | | | | | | | | | |
| 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 3,600,000 |
| 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 12,023 |
| 524,272 | 528,275 | 532,277 | 528,780 | 532,783 | 536,786 | 521,289 | 525,292 | 529,294 | 525,797 | 529,800 | 533,803 | 3,600,000 |
| | | | | | | | | | | | | |
| 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 1,320,000 |
| 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 216,000 |
| 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 360,000 |
| 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 384,000 |
| 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 172,200 |
| 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 2,050 | 24,600 |
| 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 1,968 | 23,616 |
| 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 6,150 | 73,800 |
| 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 12,300 |
| 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 420,000 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 3,075 | 36,900 |
| 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 5,228 | 62,730 |
| - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| - | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 | 12,000 |
| 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 320 |
| 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 34,525 | 414,300 |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | 7,500 | - | - | 7,500 | - | - | 7,500 | - | - | 7,500 | 30,000 |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| 295,997 | 295,997 | 303,497 | 295,997 | 295,997 | 315,497 | 295,997 | 295,997 | 303,497 | 295,997 | 295,997 | 315,497 | 3,605,966 |
| | | | | | | | | | | | | |
| 228,275 | 232,277 | 228,780 | 232,783 | 236,786 | 221,289 | 225,292 | 229,294 | 225,797 | 229,800 | 233,803 | 218,306 | |