UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 25-30429
                                                          Chapter 11
MonDak Portables, LLC,

                        Debtor.
_____/

ORDER APPROVING DISCLOSURE STATEMENT AND
SETTING DEADLINE FOR
RETURN OF BALLOTS AND OBJECTIONS TO CONFIRMATION
AND SCHEDULING CONFIRMATION HEARING

**A.      Disclosure Statement**

Debtor MonDak Portables, LLC filed its Disclosure Statement for the Chapter 11 Plan of Reorganization dated February 26, 2026.  Doc. 67. The Disclosure Statement referred to its Chapter 11 Plan of Reorganization dated February 26, 2026 [Doc. 68] and filed the same day.  The Court scheduled a hearing for April 7, 2026.

After end of business on April 6, 2026, Debtor filed a Certification of No Objection Regarding Disclosure Statement for Chapter 11 Plan of Reorganization dated February 26, 2026.  At the request of the United States Trustee, Debtor incorporated her suggested comments in its Disclosure Statement for the Chapter 11 Plan of Reorganization Dated April 6, 2026.

The Court held a hearing on the Disclosure Statement dated April 6, 2026.  It received no written or oral objections before or during the hearing.

Upon review of the Disclosure Statement dated April 6, 2026, and exhibits, the Court is satisfied that the Disclosure Statement provides "adequate information" as required by 11 U.S.C. § 1125. Therefore, **IT IS ORDERED** that the Disclosure Statement for the Chapter 11 Plan of Reorganization Dated April 6, 2026 [Doc. 89-2/Doc. 90], is **APPROVED**.

**B.      Deadlines**

**IT IS ORDERED** that ballots for acceptance or rejection of the Debtor's Chapter 11 Plan of Reorganization dated April 6, 2026 [Doc. 91], shall be mailed or electronically transmitted to

Debtor's attorney, Gregory Hauswirth, Carothers & Hauswirth LLP, 1007 N. Orange Street, 4th Floor, Wilmington, DE 19801 not later than **May 7, 2026.**

Not later than **May 7, 2026,** written objections to confirmation of Debtor's Plan of Reorganization shall be filed with the Clerk, United States Bankruptcy Court, Quentin N. Burdick United States Courthouse, 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932, and served pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure. If any objections are timely filed, Debtor may file a written response to the objections by **May 14, 2026.**

Pursuant to Rule 4004(a) of the Federal Rules of Bankruptcy Procedure, **IT IS ORDERED** that the deadline to file a complaint objecting to discharge is **May 7, 2026.**

**C.     Confirmation Hearing**

**IT IS FURTHER ORDERED** that the hearing on confirmation of Debtor's Plan of Reorganization [Doc. 91], shall be held on **Wednesday, May 19, 2026 at 10:00 a.m. (CST) in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse and Federal Building, 655 First Avenue North, Fargo, North Dakota** at which time the court shall also consider and act upon timely objections to confirmation. *If no objections are received by **May 7, 2026**, the Court may confirm the plan and cancel the hearing without further notice*.

Dated: May 7, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 25-30429
                                                          Chapter 11
MonDak Portables, LLC,

                       Debtor.

_____/

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION
## DATED APRIL 6, 2026

The undersigned, secured/unsecured creditor, having a claim in the amount of

$_____.

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(   ) ACCEPTS THE PLAN                    (   ) REJECTS THE PLAN

Dated:

                                           _____
                                           NAME OF CREDITOR
                                         (please print or type)

                    By:   _____
                                          (signature)

                                         _____
                                         ADDRESS

                                         _____

This ballot must be delivered to:
Attorney Gregory Hauswirth
Carothers & Hauswirth LLP
1007 N. Orange Street, 4th Street
Wilmington, DE 19801

on or before **May 7, 2026.**