# UNITED STATES BANKRUPTCY COURT

## FOR THE   DISTRICT OF   NORTH DAKOTA

### FARGO DIVISION

In Re. MonDak Portables, LLC    §    Case No.  25-30429
§
§
_____    §
Debtor(s)    §

☐ Jointly Administered

## Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 03/31/2026          Petition Date: 09/29/2025

Months Pending: 6                            Industry Classification: | 5 | 6 | 2 | 9 |

Reporting Method:          Accrual Basis ○       Cash Basis ◉

Debtor's Full-Time Employees (current):                    15

Debtor's Full-Time Employees (as of date of order for relief):    12

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☒   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Katherine M. Zent                          Katherine M. Zent
Signature of Responsible Party                  Printed Name of Responsible Party

04/21/2026
Date

13008 60th St NW, Epping, ND 58843
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  MonDak Portables, LLC                                      Case No.  25-30429

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $118,555 | |
| b. Total receipts (net of transfers between accounts) | $400,904 | $1,905,020 |
| c. Total disbursements (net of transfers between accounts) | $313,339 | $1,848,563 |
| d. Cash balance end of month (a+b-c) | $206,120 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $313,339 | $1,848,563 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $416,766 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $16,443 |
| c. Inventory   (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $416,766 |
| e. Total assets | $621,234 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $621,234 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $388,302 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $119,881 | |
| c. Gross profit (a-b) | $268,421 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $155,665 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $112,757 | $248,192 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

## Part 5: Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
|  | i | | | | | |
|  | ii | | | | | |
|  | iii | | | | | |
|  | iv | | | | | |
|  | v | | | | | |
|  | vi | | | | | |
|  | vii | | | | | |
|  | viii | | | | | |
|  | ix | | | | | |
|  | x | | | | | |
|  | xi | | | | | |
|  | xii | | | | | |
|  | xiii | | | | | |
|  | xiv | | | | | |
|  | xv | | | | | |
|  | xvi | | | | | |
|  | xvii | | | | | |
|  | xviii | | | | | |
|  | xix | | | | | |
|  | xx | | | | | |
|  | xxi | | | | | |
|  | xxii | | | | | |
|  | xxiii | | | | | |
|  | xxiv | | | | | |
|  | xxv | | | | | |
|  | xxvi | | | | | |
|  | xxvii | | | | | |
|  | xxviii | | | | | |
|  | xxix | | | | | |
|  | xxx | | | | | |
|  | xxxi | | | | | |
|  | xxxii | | | | | |
|  | xxxiii | | | | | |
|  | xxxiv | | | | | |
|  | xxxv | | | | | |
|  | xxxvi | | | | | |

UST Form 11-MOR (12/01/2021)                    3

Debtor's Name  MonDak Portables, LLC                                      Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                          5

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                      6

Debtor's Name  MonDak Portables, LLC                                                     Case No.  25-30429

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                           7

Debtor's Name  MonDak Portables, LLC                                      Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $5,472 | $12,887 |
| e.  Postpetition property taxes paid | $7,886 | $7,886 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $3,889 | $23,698 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ◯  No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ◯  No ⦿

c. Were any payments made to or on behalf of insiders?  Yes ◯  No ⦿

d. Are you current on postpetition tax return filings?  Yes ⦿  No ◯

e. Are you current on postpetition estimated tax payments?  Yes ⦿  No ◯

f. Were all trust fund taxes remitted on a current basis?  Yes ⦿  No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ◯  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ◯  No ◯  N/A ⦿

i. Do you have:  Worker's compensation insurance?  Yes ⦿  No ◯

   If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

   Casualty/property insurance?  Yes ⦿  No ◯

   If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

   General liability insurance?  Yes ⦿  No ◯

   If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ⦿  No ◯

k. Has a disclosure statement been filed with the court?  Yes ⦿  No ◯

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ◯

UST Form 11-MOR (12/01/2021)                                8

Debtor's Name  MonDak Portables, LLC                              Case No.  25-30429

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?     Yes ◯  No ⦿

m.  If yes, have you made all Domestic Support Obligation payments?     Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Katherine M. Zent

Signature of Responsible Party

President

Title

Katherine M. Zent

Printed Name of Responsible Party

04/21/2026

Date

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                           10

Debtor's Name  MonDak Portables, LLC                                                    Case No.  25-30429

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                                11

Debtor's Name  MonDak Portables, LLC                                        Case No.  25-30429



PageThree

PageFour

# Profit and Loss

MonDak Portables, LLC

March 2026

| | Total |
|---|---|
| **Income** | |
| 4005 Manufacturing Income | 37,000.00 |
| 4010 Toilet Rental & Service - Malmstrom AFB | 54,600.00 |
| 4015 Toilet Rental & Service Williston | 286,692.21 |
| 4020 Misc Operation Income | 210.00 |
| 4030 Unapplied Cash Payment Income | 0.00 |
| 4040 Sales of Product Income | 9,800.00 |
| **Total for Income** | **$388,302.21** |
| **Cost of Goods Sold** | |
| 5000 Cost of Goods Sold | |
| 5005 LABOR  - COG | |
| 5010 Labor - Operations | 52,746.71 |
| 5015 Labor - Sub Contractors | |
| 5017 Dooty Calls Septic Service | 9,500.00 |
| 5018 ALR Consulting | 700.00 |
| **Total for 5015 Labor - Sub Contractors** | **$10,200.00** |
| **Total for 5005 LABOR  - COG** | **$62,946.71** |
| 5020 MATERIAL - COG | |
| 5021 Manufacturing Materials | 38,703.56 |
| **Total for 5020 MATERIAL - COG** | **$38,703.56** |
| 6000 OVERHEAD - COGS | |
| 6005 Equipment/Truck Rental | 3,000.00 |
| 6010 Equipment Repairs | 970.20 |
| 6015 Fuel | 621.89 |
| 6020 Job Supplies | 7,738.13 |
| 6030 Sewer Dumping Expense | 5,289.02 |
| 6035 Water Purchase | 611.50 |
| **Total for 6000 OVERHEAD - COGS** | **$18,230.74** |
| **Total for 5000 Cost of Goods Sold** | **$119,881.01** |
| **Total for Cost of Goods Sold** | **$119,881.01** |
| **Gross Profit** | **$268,421.20** |
| **Expenses** | |
| 7005 Telephone Expense | 558.80 |
| 7010 Travel Expense | 11,145.97 |

Cash Basis  Monday, April 13, 2026 03:04 PM GMT-05:00

# Profit and Loss

MonDak Portables, LLC

March 2026

| | Total |
|---|---:|
| 7015 Utilities | 6,103.61 |
| 7020 Advertising | |
| 7021 Advertising- Ads, Toilet Signs, Coats, etc. | 173.98 |
| 7022 Advertising- Donation, Gifts, Flowers | 800.00 |
| **Total for 7020 Advertising** | **$973.98** |
| 7026 Property Taxes | 7,687.70 |
| 7030 Employee Safety Requirements | 3,962.88 |
| 7031 Employee Expense | |
| 7030-2 Company Pd.- SS, Med, Fed Unemploy. | 7,377.89 |
| **Total for 7031 Employee Expense** | **$7,377.89** |
| 7035 Finance | $48.00 |
| 7036 Service Charges | 9,612.63 |
| **Total for 7035 Finance** | **$9,660.63** |
| 7060 Insurance | |
| 7050 Benefits | |
| 7051 BCBS Insurance | 16,104.14 |
| 7052 Unum Employee Life Ins | 138.75 |
| 7053 Owners Life Insurance | 4,057.55 |
| **Total for 7050 Benefits** | **$20,300.44** |
| 7070 Allegiance/Leavitt | 9,333.80 |
| 7074 Homesite Insurance 2 Mobile Homes | 122.30 |
| 7075 Indiana Buildings/Liability- Erie Insurance | 883.67 |
| **Total for 7060 Insurance** | **$30,640.21** |
| 7080 License or Permit | 536.25 |
| 7085 Manufacturing Show | 1,598.70 |
| 7090 Meals | 56.76 |
| 7095 Merchant Processing fees | 1,276.08 |
| 7100 Office Expenses | 3,650.20 |
| 7105 Payroll Expenses | 0.00 |
| 7110 Postage & Freight | 782.86 |
| 7115 SALARIES /WAGES | |
| 7123 Salaries - Management | 31,627.41 |
| 7124 Salaries - Owners | 11,800.00 |
| **Total for 7115 SALARIES /WAGES** | **$43,427.41** |
| 7200 Shop Expense | 4,906.11 |

2/3

Cash Basis  Monday, April 13, 2026 03:04 PM GMT-05:00

# Profit and Loss

MonDak Portables, LLC

March 2026

| | Total |
|---|---|
| 7270 Vehicle Repair | 21,656.69 |
| **Total for Expenses** | **$156,002.73** |
| **Net Operating Income** | **$112,418.47** |
| Other Income | |
| 9005 Non-Ops Income | 335.76 |
| 9065 Savings Interest | 2.43 |
| **Total for Other Income** | **$338.19** |
| **Net Other Income** | **$338.19** |
| **Net Income** | **$112,756.66** |

3/3

Cash Basis  Monday, April 13, 2026 03:04 PM GMT-05:00

### A/R Agng Summary Report
### MonDak Portables, LLC
### As of February 28, 2026

| Customer | Current | 1-30 Days | 31-60 | 61-90 | 91 and Over | TOTAL |
|---|---|---|---|---|---|---|
| ███████ | 217,693.40 | 115,082.66 | 149.46 | 21,246.18 | 16,442.88 | 370,614.58 |
| | 441.00 | | | | | 441.00 |
| | | | | 11,000.00 | | 11,000.00 |
| | 220.50 | | | | | 220.50 |
| | 10,947.50 | | | | | 10,947.50 |
| | | 23,542.70 | | | | 23,542.70 |
| **TOTAL** | **229,302.40** | **115,082.66** | **149.46** | **32,246.18** | **16,442.88** | **416,766.28** |



**U.S. Bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768     TRN              S        Y     ST01

106481802744551 EB

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
████████1472

Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 1 of 10



☎                               **To Contact U.S. Bank**

**24-Hour Business Solutions:**                          *800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                                     *usbank.com*

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.

---

## INFORMATION YOU SHOULD KNOW

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/YDAA-upcoming-version**. If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

---

## U.S. BANK GOLD - BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number ████████1472

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Mar 2 | | $ | 27,468.24 | Number of Days in Statement Period | 31 |
| Customer Deposits | 18 | | 92,409.63 | | |
| Other Deposits | 64 | | 261,336.58 | | |
| Other Withdrawals | 134 | | 262,788.15- | | |
| Checks Paid | 27 | | 20,902.27- | | |
| **Ending Balance on Mar 31, 2026** | | **$** | **97,524.03** | | |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Mar 2 | 8053501441 | 6,817.74 | | Mar 12 | 8951840614 | 7,752.90 |
| | Mar 4 | 8652185505 | 4,251.99 | | Mar 12 | 8951840608 | 9,800.00 |
| | Mar 5 | 8951785783 | 2,810.70 | | Mar 13 | 9251807567 | 2,074.00 |
| | Mar 6 | 9251832461 | 859.03 | | Mar 16 | 8053263317 | 9,359.08 |
| | Mar 9 | 8053413982 | 321.37 | | Mar 17 | 8352599203 | 3,801.32 |
| | Mar 10 | 8352971765 | 428.00 | | Mar 17 | 8354065295 | 6,400.52 |
| | Mar 11 | 8652072393 | 1,867.21 | | Mar 19 | 8951755637 | 5,131.00 |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
███████1472

Statement Period:

Mar 2, 2026

through

Mar 31, 2026

Page 2 of 10

## U.S. BANK GOLD - BUSINESS CHECKING                    (CONTINUED)

U.S. Bank National Association                          Account Number ██████1472

### Customer Deposits (continued)

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Mar 23 | 8054210711 | 12,547.27 | | Mar 27 | 9251618328 | 390.00 |
| | Mar 25 | 8651908874 | 4,880.00 | | Mar 31 | 8352863418 | 12,917.50 |

**Total Customer Deposits**  $  **92,409.63**

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 2 | Electronic Deposit<br>REF=260610062845360N00 | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | $ | 365.00 |
| Mar 2 | Electronic Deposit<br>REF=260580088909330N00 | From ANDV Field SRVCS<br>1343719528PAYMENTS  2000017208 | | 478.75 |
| Mar 2 | Electronic Deposit<br>REF=260580183139310N00 | From Bridger Pipeline<br>1731682209SINGLE | | 721.00 |
| Mar 2 | Electronic Deposit<br>REF=260580132270960N00 | From TARGA RESOURCES<br>9741404594PAYMENTS  711420 | | 936.12 |
| Mar 2 | Electronic Deposit<br>REF=260580158750980N00 | From ANDERSON & WOOD<br>9542056001CONS PAY  MDPORT | | 971.00 |
| Mar 2 | Electronic Deposit<br>REF=260580132270810N00 | From TARGA RESOURCES<br>9026670003PAYMENTS  711182 | | 5,920.00 |
| Mar 2 | Electronic Deposit<br>REF=260580153738130N00 | From PETROSHALE (US),<br>9725525664ACHOUT    10279 | | 27,457.50 |
| Mar 3 | Electronic Deposit<br>REF=260610171651230N00 | From Parkland USA Cor<br>4450325753VENDPMT   MON001 | | 166.00 |
| Mar 3 | Electronic Deposit<br>REF=260620130749900N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 8,900.82 |
| Mar 5 | Electronic Deposit<br>REF=260630115073970N00 | From Savage Infrastru<br>1870387049EDI PYMNTS651400 | | 632.00 |
| Mar 5 | Electronic Deposit<br>REF=260630136338960N00 | From TOP KNOT LLC<br>9215986202BILL_PAY  TOP KNOT LLC | | 850.00 |
| Mar 5 | Electronic Deposit<br>REF=260620122738770N00 | From DEAM TREAS 310<br>9071736170  DOD MISCZN9DVARQLJ34570 | | 27,300.00 |
| Mar 6 | Electronic Deposit<br>REF=260640122150840N00 | From ORMAT NEVADA<br>1880278853PAYMENTS | | 230.00 |
| Mar 6 | Electronic Deposit<br>REF=260640139550370N00 | From CNTTERM3172<br>1933133993PAYMENTS  MonDak Portable | | 585.00 |
| Mar 6 | Electronic Deposit<br>REF=260640161740730N00 | From MMC POLAR<br>9791385001TRADE PAY 201722 | | 632.00 |
| Mar 6 | Electronic Deposit<br>REF=260640161740710N00 | From MMC DIVIDE<br>9792706001TRADE PAY 201722 | | 1,683.80 |
| Mar 6 | Electronic Deposit<br>REF=260640122729430N00 | From ZAVANNAENERG5440<br>993377064DPAYMENT   MONDAK | | 2,168.00 |
| Mar 6 | Electronic Deposit<br>REF=260650146651130N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 10,003.29 |
| Mar 9 | Electronic Deposit<br>REF=260680050082820N00 | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 342.03 |
| Mar 9 | Electronic Deposit<br>REF=260650175374750N00 | From RITCHIE BROS AUC<br>4911830835PAYMENT   92897848 | | 407.00 |
| Mar 9 | Electronic Deposit<br>REF=260650192098730N00 | From Black Hills Truc<br>1830236354SINGLE | | 696.00 |
| Mar 9 | Electronic Deposit<br>REF=260650146611700N00 | From SON OILFIELD SER<br>453507368 EXPENSES  03/09/26 | | 8,954.25 |
| Mar 10 | Electronic Deposit<br>REF=260680154942150N00 | From ENVIROTECH SERVI<br>2841102950ACH PYMNTS33226/25931 | | 225.00 |
| Mar 10 | Electronic Deposit<br>REF=260690143801610N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 1,735.53 |
| Mar 11 | Electronic Deposit<br>REF=260690136353880Y00 | From KNIFE RIVER - ND<br>1816048176PAYMENTS  00010917 | | 360.00 |



ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
███████1472

Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 3 of 10

## U.S. BANK GOLD - BUSINESS CHECKING

**(CONTINUED)**

U.S. Bank National Association

Account Number ████████1472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 11 | Electronic Deposit REF=260700021026430N00 | From WEST DAKOTA WATE 1455620059PURCHASE  MOPORT | | 511.00 |
| Mar 11 | Electronic Deposit REF=260690206801370N00 | From ASGARD RESOURCES 1831643098PURCHASE  MOPORT | | 720.00 |
| Mar 11 | Electronic Deposit REF=260700097554780N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 958.00 |
| Mar 11 | Electronic Deposit REF=260700021024380N00 | From IHD LIQUIDS MANA 1352441450PURCHASE  MOPORT | | 3,267.78 |
| Mar 11 | Electronic Deposit REF=260690132964030Y00 | From Continental Reso 1730767549570517   2000647963 | | 33,227.00 |
| Mar 12 | Electronic Deposit REF=260700111447520N00 | From ASWS LLC 2455106419Invoices  MonDak Portable | | 225.00 |
| Mar 12 | Electronic Deposit REF=260710117626060N00SD | From STALLION OILFIEL 2743072101PAYABLES  90181 | | 6,753.91 |
| Mar 12 | Electronic Deposit REF=260710122696760N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 10,968.78 |
| Mar 13 | Electronic Deposit REF=260720139568300N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 685.20 |
| Mar 13 | Electronic Deposit REF=260710106504390N00 | From DAKOTA CHEMICAL 1455280892Bill Pay | | 1,295.75 |
| Mar 16 | Electronic Deposit REF=260720191258410N00 | From Eighty-Eight Oil 1836002947SINGLE | | 345.00 |
| Mar 16 | Electronic Deposit REF=260750051898720N00 | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 4,940.00 |
| Mar 17 | Electronic Deposit REF=260750134217070N00 | From TALLGRASS MLP OP 1900934239PAYABLES  158006 | | 625.00 |
| Mar 17 | Electronic Deposit REF=260750168539050N00 | From Wheels Up Rental 1204895317Receivable016FSKUHY41HVBA | | 5,898.41 |
| Mar 17 | Electronic Deposit REF=260760057304080N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 13,165.00 |
| Mar 18 | Electronic Deposit REF=260760110306730N00 | From LARRY SOOKDEO WE 9215986202BILL_PAY  LARRY SOOKDEO W | | 1,843.93 |
| Mar 18 | Electronic Deposit REF=260770093063500N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 10,570.55 |
| Mar 19 | Electronic Deposit REF=260780128408270N00SD | From STALLION OILFIEL 2743072101PAYABLES  90373 | | 1,125.00 |
| Mar 19 | Electronic Deposit REF=260770121331510N00 | From TALLGRASS MLP OP 1900934239PAYABLES  158333 | | 3,016.00 |
| Mar 23 | Electronic Deposit REF=260790193356400N00 | From K8 ENERGY SVCS 1825322507MONDAK | | 1,135.00 |
| Mar 23 | Internet Banking Transfer | From Account 163071801464 | | 3,595.98 |
| Mar 23 | Electronic Deposit REF=260790176963860N00 | From ZAVANNAENERG5440 993377064DPAYMENT   MONDAK | | 5,440.95 |
| Mar 24 | Electronic Deposit REF=260820131301860N00 | From TALLGRASS MLP OP 1900934239PAYABLES  158523 | | 730.00 |
| Mar 24 | Electronic Deposit REF=260830158216550N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 1,741.78 |
| Mar 25 | Electronic Deposit REF=260830178084590N00 | From TRUE OIL LLC 1830176199SINGLE | | 625.00 |
| Mar 25 | Electronic Deposit REF=260830129283580N00 | From TOOZ CONSTRUCTIO 450345656 MonDak Por | | 1,900.00 |
| Mar 26 | Electronic Deposit REF=260840064016000Y00 | From KNIFE RIVER - ND 1816048176PAYMENTS  00010945 | | 360.00 |
| Mar 26 | Electronic Deposit REF=260850125890190N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 860.00 |
| Mar 27 | Electronic Deposit REF=260850150311100N00 | From ORMAT NEVADA 1880278853PAYMENTS | | 230.00 |



**Business Statement**

Account Number:
▐▐▐▐1472

Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 4 of 10

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING                    (CONTINUED)
U.S. Bank National Association                    **Account Number** ▐▐▐▐1472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 27 | Electronic Deposit REF=260840118678960N00 | From BIG DISP CARTWRI 462332414 462332414 | | 345.00 |
| Mar 27 | Electronic Deposit REF=260840118673390N00 | From BIG DISP IRGENS 461117836 461117836 | | 346.00 |
| Mar 27 | Electronic Deposit REF=260850125305740N00 | From BAKER CONSULTING 1272929142AP | | 1,145.00 |
| Mar 30 | Electronic Deposit REF=260890124944290N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 395.00 |
| Mar 30 | Electronic Deposit REF=260860115148840N00 | From ANDV Field SRVCS 1343719528PAYMENTS  2000025736 | | 478.75 |
| Mar 30 | Electronic Deposit REF=260860203988360N00 | From TTK ENTERPRISES 1842187547REMITTANCE | | 625.00 |
| Mar 30 | Electronic Deposit REF=260860203792690N00 | From Bridger Pipeline 1731682209SINGLE | | 851.00 |
| Mar 30 | Electronic Deposit REF=260860129289100N00 | From DEAM TREAS 310 9071736170  DOD MISCZN9DVARQLJ34570 | | 27,300.00 |
| Mar 31 | Electronic Deposit REF=260890155158150N00 | From ANDERSON & WOOD 9542056001CONS PAY  MDPORT | | 1,001.00 |
| Mar 31 | Electronic Deposit REF=260900069928450N00SD | From MERCHANT SVCS 1999999991IPSMXASETL403903000148840 | | 9,369.72 |
| | | **Total Other Deposits** | $ | 261,336.58 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 2 | Electronic Withdrawal REF=260610075432370N00 | To Unum Life 9044595004Life Insur131163874543244 | $ | 138.75- |
| Mar 2 | Electronic Withdrawal REF=260610117651360N00SD | To SONS OF NORWAY 1410547795PAYMENT   0061591148238 | | 513.50- |
| Mar 2 | Electronic Withdrawal REF=260610117651350N00SD | To SONS OF NORWAY 1410547795PAYMENT   0061591148236 | | 541.50- |
| Mar 2 | Electronic Withdrawal REF=260580105431240N00 | To NDTAX 1450309764TAX PYMT  38669824 | | 4,072.62- |
| Mar 4 | Electronic Withdrawal REF=260620188060840N00 | To GATEWAY FEES 4460522024PURCHASE  MONDAK PORTABLE | | 17.16- |
| Mar 4 | Electronic Withdrawal REF=260620126228570N00 | To IRS 3387702000USATAXPYMT270646315741259 | | 5,811.90- |
| Mar 6 | Electronic Withdrawal REF=260640081237600N00 | To TOWNOF FAIRMOUNT 0000063576UTILITY   2287630 | | 65.42- |
| Mar 6 | Electronic Withdrawal REF=260650141116310N00SD | To INTUIT 86185635 4462800242PAYROLL  1101169 | | 200.00- |
| Mar 6 | Electronic Withdrawal REF=260650141116220N00SD | To INTUIT 86185635 4462800242PAYROLL  1101169 | | 356.09- |
| Mar 6 | Electronic Withdrawal REF=260640079473930N00 | To 2D VECTRENENERGY 1350793669IGC ACH DR000013356413 | | 458.23- |
| Mar 6 | Electronic Withdrawal REF=260640079473940N00 | To 2D VECTRENENERGY 1350793669IGC ACH DR000013356429 | | 482.99- |
| Mar 6 | Electronic Withdrawal REF=260650141116350N00SD | To INTUIT 86185635 4462800242PAYROLL  1101169 | | 540.00- |
| Mar 6 | Electronic Withdrawal REF=260640090956820N00 | To INTUIT * 0000756346QBooks Onl2338881 | | 559.00- |
| Mar 6 | Electronic Withdrawal REF=260650141116280N00SD | To INTUIT 86185635 4462800242PAYROLL  1101169 | | 597.83- |
| Mar 6 | Electronic Withdrawal REF=260650141116290N00SD | To INTUIT 86185635 4462800242PAYROLL  1101169 | | 598.02- |



Business Statement
Account Number:
█████████ 1472
Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 5 of 10

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

Account Number ████████ 1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar  6 | Electronic Withdrawal<br>REF=260650141116300N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 669.30- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116330N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 723.53- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116270N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 1,043.30- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116200N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 1,147.44- |
| Mar  6 | Digital ACH Payment | REF aron Schmidt<br>ID = D824E799ADFBD32 | | 1,209.73- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116320N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 1,414.65- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116340N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 1,429.78- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116250N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 1,513.32- |
| Mar  6 | Digital ACH Payment | REF ntegrity Auto and Diesel Re<br>ID = E95340BD8D6A56B | | 1,761.75- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116230N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 1,974.89- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116210N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 2,010.26- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116260N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 2,104.06- |
| Mar  6 | Electronic Withdrawal<br>REF=260650141116240N00SD | To INTUIT 86185635<br>4462800242PAYROLL  1101169 | | 2,297.90- |
| Mar  6 | Digital ACH Payment | REF had or Katie Smith<br>ID = BA07B3A2BCFA16C | | 5,000.00- |
| Mar  6 | Digital ACH Payment | REF ooty Calls Septic Service<br>ID = A0CCC9F871A4D31 | | 9,500.00- |
| Mar  9 | Electronic Withdrawal<br>REF=260650167870280Y00 | To MN DEPT OF REVEN<br>X416007162MN Rev pay000000118315230 | | 142.45- |
| Mar  9 | Electronic Withdrawal<br>REF=260680017283440N00 | To Deere Credit Ser<br>7935336000PAYMENTS  7900009279306JF | | 446.14- |
| Mar  9 | Electronic Withdrawal<br>REF=260650178706830N00 | To CapitalOne<br>1202010130CAPITAL ON | | 1,009.39- |
| Mar  9 | Electronic Withdrawal<br>REF=260650192545750N00 | To MERCHANT SVCS<br>1999999991MEMX022826403903000148840 | | 1,258.92- |
| Mar  9 | Electronic Withdrawal<br>REF=260650178297040N00 | To BCBSNDPREMIUM<br>R450173185EDI PYMNTS52600492 | | 4,615.14- |
| Mar  9 | Electronic Withdrawal<br>REF=260650178707680N00 | To AMEX EPAYMENT<br>0005000008ACH PMT   W7382 | | 10,000.00- |
| Mar 10 | Electronic Withdrawal<br>REF=260680168585500N00 | To AUTOAGENT<br>3383693141WEBPAYMENT | | 1.50- |
| Mar 10 | Electronic Withdrawal<br>REF=260680168589670N00 | To WILLIAMSCOUNTYTR<br>3383693141WEBPAYMENT | | 6,687.15- |
| Mar 11 | Electronic Withdrawal<br>REF=260690174122930N00 | To MOUNTRAIL-WILLIA<br>450216732 MWEC BILL 0020302000 | | 3,813.54- |
| Mar 11 | Electronic Withdrawal<br>REF=260690124216000N00 | To IRS<br>3387702000USATAXPYMT270647022845249 | | 5,605.74- |
| Mar 12 | Electronic Withdrawal<br>REF=260710068257060N00 | To ERIEINSURANCEWEB<br>7529175411BILL PAY  10387325521 | | 883.67- |
| Mar 12 | Electronic Withdrawal<br>REF=260700139981470N00 | To ALLEGIANCE PREMI<br>1472319830PAYMENTS  29997286 | | 9,333.80- |
| Mar 13 | Analysis Service Charge | | 1300000000 | 48.00- |
| Mar 13 | Digital ACH Payment | REF arshal D Shively<br>ID = 8F3F7C6320F2137 | | 189.39- |



ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**

Account Number:
███████1472

Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 6 of 10

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number ███████1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 13 | Electronic Withdrawal REF=260720136339560N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 200.00- |
| Mar 13 | Electronic Withdrawal REF=260720136339590N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 540.00- |
| Mar 13 | Electronic Withdrawal REF=260710106857040N00 | To NORTHWEST COMMUN 0      TELE BILL 000001821800 | | 540.03- |
| Mar 13 | Electronic Withdrawal REF=260720136339490N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 664.73- |
| Mar 13 | Electronic Withdrawal REF=260720136339500N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 865.75- |
| Mar 13 | Electronic Withdrawal REF=260720136339600N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 931.51- |
| Mar 13 | Electronic Withdrawal REF=260720136339510N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 941.96- |
| Mar 13 | Electronic Withdrawal REF=260720136339570N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 1,043.29- |
| Mar 13 | Electronic Withdrawal REF=260720136339550N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 1,117.44- |
| Mar 13 | Electronic Withdrawal REF=260720136339530N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 1,242.94- |
| Mar 13 | Electronic Withdrawal REF=260720136339580N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 1,375.80- |
| Mar 13 | Electronic Withdrawal REF=260720136339610N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 1,437.80- |
| Mar 13 | Electronic Withdrawal REF=260720136339630N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 1,490.66- |
| Mar 13 | Digital ACH Payment | REF park Monkey Fab & Design LL ID = A8156775ED6F2A7 | | 1,926.56- |
| Mar 13 | Electronic Withdrawal REF=260720136339540N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 1,974.88- |
| Mar 13 | Electronic Withdrawal REF=260720136339640N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 2,010.27- |
| Mar 13 | Electronic Withdrawal REF=260720136339620N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 2,104.06- |
| Mar 13 | Electronic Withdrawal REF=260720136339520N00SD | To INTUIT 86813816 4462800242PAYROLL  1101169 | | 2,330.61- |
| Mar 13 | Digital ACH Payment | REF ear Mountain, LLC ID = A0A13486EB98661 | | 9,515.90- |
| Mar 13 | Digital ACH Payment | REF ntegrity Auto and Diesel Re ID = 316A7955996B549 | | 9,620.54- |
| Mar 13 | Internet Banking Transfer | To Account 263090948625 | | 10,000.00- |
| Mar 16 | Electronic Withdrawal REF=260750028347110N00 | To INVOICE CLOUD 0000063576WEBPAYMENT5344218 | | 1.95- |
| Mar 16 | Electronic Withdrawal REF=260720165220680Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000118477038 | | 142.45- |
| Mar 16 | Electronic Withdrawal REF=260720165221880Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000118425421 | | 142.45- |
| Mar 16 | Electronic Withdrawal REF=260720165190240Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000118452471 | | 143.27- |
| Mar 16 | Electronic Withdrawal REF=260750028347090N00 | To GRANT COUNTY TR 0000063576TAXES    5344218 | | 583.47- |
| Mar 16 | Electronic Withdrawal REF=260720104836820N00 | To PAC-LIFE-LYN-INF 5238209435INSURANCE 2L92679290 | | 1,598.58- |
| Mar 16 | Electronic Withdrawal REF=260750016174830N00 | To J AND R SERVICES 9215986202SALE | | 2,329.00- |
| Mar 16 | Electronic Withdrawal REF=260720176823290N00 | To BCBSNDPREMIUM R450173185EDI PYMNTS52610353 | | 4,615.00- |



**Business Statement**

Account Number:
████████1472

Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 7 of 10

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING

U.S. Bank National Association

**(CONTINUED)**

Account Number ████████1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|------------|------------|------------|--------|
| Mar 17 | Electronic Withdrawal REF=260750153161740Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000118581980 | | 143.27- |
| Mar 17 | Electronic Withdrawal REF=260750153162330Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000118522975 | | 143.27- |
| Mar 17 | Electronic Withdrawal REF=260750140429010N00 | To AMEX EPAYMENT 0005000008ACH PMT  W0610 | | 3,067.56- |
| Mar 18 | Digital ACH Payment | REF icole Ingebritson ID = 4336B6A81158DD5 | | 111.38- |
| Mar 18 | Electronic Withdrawal REF=260760040165560N00 | To IRS 3387702000USATAXPYMT270647783648816 | | 6,383.20- |
| Mar 19 | Electronic Withdrawal REF=260770148540690N00 | To AMEX EPAYMENT 0005000008ACH PMT  W7926 | | 595.98- |
| Mar 19 | Digital ACH Payment | REF aron Schmidt ID = B0B7A366DD7F141 | | 1,351.82- |
| Mar 19 | Electronic Withdrawal REF=260770120928450N00 | To AMEX EPAYMENT 0005000008ACH PMT  W4576 | | 3,000.00- |
| Mar 20 | Digital ACH Payment | REF arshal D Shively ID = A5725D4A85C1282 | | 72.77- |
| Mar 20 | Electronic Withdrawal REF=260790144797220N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 112.80- |
| Mar 20 | Electronic Withdrawal REF=260790144797210N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 200.00- |
| Mar 20 | Electronic Withdrawal REF=260790144797130N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 540.00- |
| Mar 20 | Electronic Withdrawal REF=260790144797150N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 673.40- |
| Mar 20 | Electronic Withdrawal REF=260790144797170N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 679.02- |
| Mar 20 | Electronic Withdrawal REF=260790144797230N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 693.55- |
| Mar 20 | Electronic Withdrawal REF=260790144797180N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 937.06- |
| Mar 20 | Electronic Withdrawal REF=260790144797200N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 1,043.30- |
| Mar 20 | Electronic Withdrawal REF=260790144797250N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 1,077.83- |
| Mar 20 | Electronic Withdrawal REF=260790144797110N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 1,275.05- |
| Mar 20 | Electronic Withdrawal REF=260790144797240N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 1,375.80- |
| Mar 20 | Electronic Withdrawal REF=260790144797140N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 1,437.80- |
| Mar 20 | Electronic Withdrawal REF=260790144797120N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 1,974.89- |
| Mar 20 | Electronic Withdrawal REF=260790144797160N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 2,010.26- |
| Mar 20 | Electronic Withdrawal REF=260790144797190N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 2,104.06- |
| Mar 20 | Electronic Withdrawal REF=260790144797100N00SD | To INTUIT 87433644 4462800242PAYROLL  1101169 | | 2,523.04- |
| Mar 20 | Wire Debit REF000481 BNF=NORTH AVENUE CAPITAL | VERITEX COMMUNITY  260320B008MT LLC 816 A1A N SUITE 30 | | 25,000.00- |
| Mar 23 | Electronic Withdrawal REF=260790177130110N00 | To LSIC PREM M231745172INS PREM  2217972071 | | 122.30- |
| Mar 23 | Electronic Withdrawal REF=260790193329070N00 | To FRONTIER COMMUNI 7529252911BILL PAY  10414995291 | | 261.93- |



**Business Statement**

Account Number:
▓▓▓▓1472

Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 8 of 10

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number ▓▓▓▓1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 23 | Electronic Withdrawal REF=260820025529540N00 | To VERIZON WIRELESS 6223344794PAYMENTS 048636982700001 | | 271.00- |
| Mar 23 | Electronic Withdrawal REF=260790176939020N00 | To AMER ELECT PWR 1350410455CPPWDRAWAL0440479761 | | 357.87- |
| Mar 23 | Electronic Withdrawal REF=260790176939010N00 | To AMER ELECT PWR 1350410455CPPWDRAWAL0411279535 | | 385.53- |
| Mar 23 | Electronic Withdrawal REF=260820114795010N00SD | To JUST AIR HEATING 9215986202SALE | | 389.00- |
| Mar 23 | Electronic Withdrawal REF=260790179093010N00 | To BCBSNDPREMIUM R450173185EDI PYMNTS52627550 | | 4,611.00- |
| Mar 24 | Electronic Withdrawal REF=260820131635440N00 | To AMEX EPAYMENT 0005000008ACH PMT W5388 | | 5,991.20- |
| Mar 25 | Digital ACH Payment | REF ntegrity Auto and Diesel Re ID = 803D666411C5BB2 | | 2,096.67- |
| Mar 25 | Electronic Withdrawal REF=260830124114100N00 | To IRS 3387702000USATAXPYMT270648485764173 | | 5,767.56- |
| Mar 26 | Electronic Withdrawal REF=260840134476890N00 | To LINDE GAS & EQUI 5330903620ACH 94034159CB6141F | | 65.11- |
| Mar 26 | Electronic Withdrawal REF=260850059684090N00 | To PAC-LIFE-LYN-INF 5238209435INSURANCE 2L92648520 | | 1,403.97- |
| Mar 26 | Electronic Withdrawal REF=260840135818830N00 | To BCBSNDPREMIUM R450173185EDI PYMNTS52654150 | | 4,611.00- |
| Mar 27 | Digital ACH Payment | REF icole Ingebritson ID = 0C07BC93CF55372 | | 114.75- |
| Mar 27 | Electronic Withdrawal REF=260860148591220N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 119.38- |
| Mar 27 | Digital ACH Payment | REF ichard Rogers ID = 2814CD2AED9E461 | | 233.97- |
| Mar 27 | Electronic Withdrawal REF=260860148591340N00SD | To INTUIT 88655188 4462800242PAYROLL 1101169 | | 353.20- |
| Mar 27 | Electronic Withdrawal REF=260860148591210N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 540.00- |
| Mar 27 | Electronic Withdrawal REF=260860148591300N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 581.29- |
| Mar 27 | Electronic Withdrawal REF=260860148591230N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 596.39- |
| Mar 27 | Electronic Withdrawal REF=260860148591180N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 671.42- |
| Mar 27 | Electronic Withdrawal REF=260860148591280N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 855.42- |
| Mar 27 | Electronic Withdrawal REF=260860148591190N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 860.10- |
| Mar 27 | Electronic Withdrawal REF=260860148591260N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 1,043.29- |
| Mar 27 | Electronic Withdrawal REF=260860148591290N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 1,366.02- |
| Mar 27 | Electronic Withdrawal REF=260860148591200N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 1,375.80- |
| Mar 27 | Electronic Withdrawal REF=260860148591250N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 1,437.80- |
| Mar 27 | Electronic Withdrawal REF=260860148591240N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 1,974.89- |
| Mar 27 | Electronic Withdrawal REF=260860148591310N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 2,010.26- |
| Mar 27 | Electronic Withdrawal REF=260860148591320N00SD | To INTUIT 88022805 4462800242PAYROLL 1101169 | | 2,042.93- |



**Business Statement**

Account Number:
████████ 1472

Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 9 of 10

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

## U.S. BANK GOLD - BUSINESS CHECKING                 (CONTINUED)
U.S. Bank National Association

Account Number ████ 1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Mar 27 | Electronic Withdrawal | To INTUIT 88022805 | | 2,104.06- |
| | REF=260860148591270N00SD | 4462800242PAYROLL 1101169 | | |
| Mar 30 | Electronic Withdrawal | To VERIFORCE, LLC | | 549.83- |
| | REF=260890036848160N00 | 0000441398PAYMENTS 0108299 | | |
| Mar 31 | Electronic Withdrawal | To MN DEPT OF REVEN | | 142.45- |
| | REF=260890168167520Y00 | X416007162MN Rev pay000000118788996 | | |
| Mar 31 | Electronic Withdrawal | To DOR ITS PAYMENTS | | 845.71- |
| | REF=260890184869860N00 | 9207000TAXINDORITS 13403603 | | |
| Mar 31 | Electronic Withdrawal | To NDTAX | | 3,889.29- |
| | REF=260890105624500N00 | 1450309764TAX PYMT 458749440 | | |

**Total Other Withdrawals          $          262,788.15-**

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 1131 | Mar 2 | 8056355828 | 1,235.00 | 1171 | Mar 13 | 9251211788 | 189.25 |
| 1149* | Mar 2 | 8056355827 | 1,385.00 | 1172 | Mar 12 | 8950568360 | 611.50 |
| 1156* | Mar 5 | 8952344617 | 173.22 | 1173 | Mar 13 | 9250726342 | 611.85 |
| 1157 | Mar 2 | 8050732139 | 1,077.40 | 1174 | Mar 20 | 9251081354 | 167.37 |
| 1158 | Mar 4 | 8651023629 | 1,151.25 | 1175 | Mar 19 | 8953259207 | 480.70 |
| 1162* | Mar 6 | 9251235762 | 250.00 | 1176 | Mar 20 | 9251084081 | 414.69 |
| 1163 | Mar 6 | 9251235767 | 167.37 | 1177 | Mar 26 | 8951087309 | 653.54 |
| 1164 | Mar 23 | 8054931687 | 350.00 | 1178 | Mar 26 | 8953065137 | 160.00 |
| 1165 | Mar 6 | 9253991589 | 3,000.00 | 1179 | Mar 26 | 8952923806 | 118.69 |
| 1166 | Mar 13 | 9251208352 | 167.37 | 1180 | Mar 24 | 8353169151 | 156.00 |
| 1167 | Mar 20 | 9251083753 | 3,980.70 | 1182* | Mar 31 | 8351856652 | 167.37 |
| 1168 | Mar 20 | 9251019260 | 780.95 | 1183 | Mar 25 | 8653505886 | 1,235.00 |
| 1169 | Mar 13 | 9251211548 | 80.00 | 1187* | Mar 30 | 8051313802 | 800.00 |
| 1170 | Mar 17 | 8354339568 | 1,338.05 | | | | |

\* Gap in check sequence

**Conventional Checks Paid (27)          $          20,902.27-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Mar 2 | 62,171.58 | Mar 12 | 120,127.64 | Mar 23 | 77,967.64 |
| Mar 3 | 71,238.40 | Mar 13 | 71,022.00 | Mar 24 | 74,292.22 |
| Mar 4 | 68,510.08 | Mar 16 | 76,109.91 | Mar 25 | 72,597.99 |
| Mar 5 | 99,929.56 | Mar 17 | 101,308.01 | Mar 26 | 66,805.68 |
| Mar 6 | 75,015.82 | Mar 18 | 107,227.91 | Mar 27 | 50,980.71 |
| Mar 9 | 68,264.43 | Mar 19 | 111,071.41 | Mar 30 | 79,280.63 |
| Mar 10 | 63,964.31 | Mar 20 | 61,997.07 | Mar 31 | 97,524.03 |
| Mar 11 | 95,456.02 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: February 2026

| | | | |
|---|---|---|---|
| Account Number: | ████ 1472 | $ | 46.00 |
| Account Number: | ████ 1464 | $ | 2.00 |
| Analysis Service Charge assessed to | ████ 1472 | $ | 48.00 |

### Service Activity Detail for Account Number ████ 1464

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|---------------|-------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 8 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |



ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**
Account Number:
████████ 1472
Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 10 of 10

## ANALYSIS SERVICE CHARGE DETAIL                                          (CONTINUED)

### Service Activity Detail for Account Number ████████ 1464 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **ACH Services** | | | |
| Digital Domestic ACH Payment | 2 | 1.00000 | 2.00 |
| Subtotal: ACH Services | | | 2.00 |
| Fee Based Service Charges for Account Number ████ 1464 | | | $        2.00 |

### Service Activity Detail for Account Number ████████ 1472

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 305 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **Wire Transfers** | | | |
| DIGITAL DOMESTIC WIRE PAYMENT | 1 | 30.00000 | 30.00 |
| Wire Advice Mail | 1 | 12.00000 | 12.00 |
| Subtotal: Wire Transfers | | | 42.00 |
| **ACH Services** | | | |
| Digital Domestic ACH Payment | 4 | 1.00000 | 4.00 |
| ACH Received Addenda Item | 25 | | No Charge |
| Subtotal: ACH Services | | | 4.00 |
| **Branch Coin/Currency Services** | | | |
| Night Dep Processing-per Dep | 9 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-630-7180-1472 | | | $       46.00 |



Back



Gate City Bank 291370918
3/2/2026, 08:27:51
MREAMES
TMID 501190612630467

View larger (PDF) ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

**Visit merchant website** ↗



**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

US BANK
77-2/913

1149

02/12/2026

PAY TO THE ORDER OF    WDH Enterprises, LLC                    $   **1,385.00

One thousand three hundred eighty-five and 00/100************************************************    DOLLARS

WDH Enterprises, LLC
2503 29th Ave W
Williston, ND  58801

MEMO                                                        AUTHORIZED SIGNATURE

Back



Gate City Bank 291370918
3/2/2026, 08:27:50
MREAMES
TMID 501190612630467

View larger (PDF) ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

Visit merchant website ↗

(CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING.)

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1156

02/20/2026

PAY TO THE ORDER OF    Enviro-Waste Solutions, LLC                    $ ··173.22

One hundred seventy-three and 22/100·················································· DOLLARS

Enviro-Waste Solutions, LLC
PO Box 1263
Stanley, ND 58784

MEMO

⑈0011156⑈                    ⑆1472⑈

Back

For Mobile Deposit Only
Enviro-Waste Solutions
Cornerstone Bank

>091300719<
Acct# ***************2852
2026-03-05
0882417465
137973338
Business Mobile Deposit
For Deposit Only

**View larger (PDF)** ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

**Visit merchant website** ↗

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1157

02/20/2026

PAY TO THE
ORDER OF    O'Day Equipment, LLC                                    $ **1,077.40

One thousand seventy-seven and 40/100********************************************************** DOLLARS

O'Day Equipment, LLC
PO Box 2706
Fargo, ND  58108

MEMO

⑈0011157⑈  ⬛⬛⬛⬛⬛⬛  1472⑈

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Back

J006242787 2026-02-27 ELECTRONICALLY DEPOSITED

PAY TO THE ORDER OF
Bell Bank
Fargo, ND 58108
091310521
For Deposit Only
O'Day Equipment LLC
FOR DEPOSIT ONLY
Acct# ***********2330
2026-02-27
0000242787
ODay Equipment Gen
>091310521<

# Money tracker

Uncategorized

**Check**

# Merchant info

Visit merchant website

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1158

02/20/2026

PAY TO THE ORDER OF ___ OK Tire Store ___    $ ***1,151.25

One thousand one hundred fifty-one and 25/100************************************************ DOLLARS

OK Tire Store
5010 138th Ave, NW
P.O. Box 2076
Williston, ND  58802

MEMO

⑈001158⑈        147 2⑈

Back

ISN# 000037063841
Date 3/3/2026

03/03/2026 First International Bank 091305031 2 3002

**View larger (PDF)** ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

**Visit merchant website** ↗



**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1162

02/27/2026

PAY TO THE ORDER OF        DCI        $  **250.00

Two hundred fifty and 00/100************************************************************        DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Chaz Trowbridge 53-2022-CV-01308

2207821    ⑈001162⑈        ⑈1472⑈

Back

>091310615< 20260305
Bravera Bank
Drawer#/Trans#: 00106/0024
HIN: 956010190000093

<0091310615> 106 24 03/05/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620

**View larger (PDF)**

# Money tracker

Uncategorized

**Check**

# Merchant info

**Visit merchant website**



**Back**

>091310615< 20260305
Bravera Bank
Drawer#/Trans#: 00106/0024
HIN: 956010190000094

<0091310615> 106 24 03/05/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620

View larger (PDF)

## Money tracker

Uncategorized

**Check**

## Merchant info

Visit merchant website



**Back**



View larger (PDF)

## Money tracker

Uncategorized

**Check**

## Merchant info

Visit merchant website



**CASH ONLY IF ALL** *CheckLock™* **SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING**

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1165

03/06/2026

PAY TO THE
ORDER OF ___ Richard Rogers ___                              $ **3,000.00

Three thousand and 00/100*********************************************************************************** ___ DOLLARS

Richard Rogers
5704 Freedom Lane
Williston, ND  58801

MEMO     March

⑂00⑆⑆65⑈          ⑆47 2⑈

Back



For Mobile Deposit Only

View larger (PDF) ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

**Visit merchant website** ↗



**Back**

```
>091310615< 20260312
Bravera Bank
Drawer#/Trans#: 00404/0008
HIN: 956710510000062
```

<0091310615> 404 8 03/12/26

PAY TO THE ORDER OF
Bravera Bank
091310615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620

View larger (PDF) ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

Visit merchant website ↗

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1167

03/06/2026

PAY TO THE
ORDER OF ___ OK Tire Store                                    $ **3,980.70

Three thousand nine hundred eighty and 70/100************************************************* DOLLARS

OK Tire Store
5010 138th Ave, NW
P.O. Box 2076
Williston, ND  58802

MEMO

⑆001167⑆ ■■■■■■ 472⑈

### Back

ISN# 000003095810
Date 3/19/2026

03/19/2026 First International Bank 091305031 2 1002

**View larger (PDF)** ↗

# Money tracker

Uncategorized

**Check**

# Merchant info

**Visit merchant website** ↗



**Back**

View larger (PDF) [↗]

# Money tracker

Uncategorized

**Check**

# Merchant info

Visit merchant website [↗]

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1169

03/06/2026

PAY TO THE
ORDER OF ___ Pro Safe Pest Control _____  $ **80.00

Eighty and 00/100************************************************************************************ DOLLARS

Pro Safe Pest Control
725 8th Ave E
Williston, ND  58801

MEMO

⑈001169⑈    ⑈1472⑈

Back

ISN# 000003095026
Date 3/12/2026

03/12/2026 First International Bank 091305031 2 1002

PAY TO THE ORDER OF
FIRST INTL BANK AND TRUST
FOR DEPOSIT ONLY
ProSafe Pest Control, LLC
1101773936

View larger (PDF) [↗]

## Money tracker

Uncategorized

**Check**

## Merchant info

Visit merchant website [↗]

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1170

03/06/2026

PAY TO THE
ORDER OF ___ Total Safety                                          $ **1,338.05

One thousand three hundred thirty-eight and 05/100******************************************************** DOLLARS

Total Safety
PO Box 654171
Dallas, TX  75265-4171

MEMO      24842

⑈001170⑈        ⑈1472⑈

---

Back

03/17/2026  076958  055  654171
DAL- Total Safety US Inc
Credit to the account of the within named payee without
prejudice absence of endorsement guaranteed
Citizens Bank, N.A.

---

**View larger (PDF)** ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

**Visit merchant website** ↗



**Back**



View larger (PDF) [↗]

## Money tracker

Uncategorized

**Check**

## Merchant info

Visit merchant website [↗]

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1172

03/06/2026

PAY TO THE
ORDER OF _____ Western Area Water Supply Authority _____  $ **611.50

Six hundred eleven and 50/100************************************************************* DOLLARS

Western Area Water Supply Authority
PO Box 2343
Williston, ND 58802-2343

MEMO

⑆001172⑆  ⬛⬛⬛⬛⬛⬛⬛⬛  1472⑆

Back

MerchantCap >091300285< 13702754000060  03/11/2026

For Deposit Only
Western Area Water Supply Authority
To the Account of 1262918
03/11/2026

**View larger (PDF)** ↗

# Money tracker

Uncategorized

**Check**

# Merchant info

**Visit merchant website** ↗

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1173

03/06/2026

PAY TO THE
ORDER OF _____ Williams County Treasurer _____    $ **611.85

Six hundred eleven and 85/100****************************************************************************** DOLLARS

Williams County Treasurer
PO Box 2047
Williston, ND  58802-2047

MEMO    40-155-00-00-02-053

⑈001173⑈                           1172⑈

PAY TO THE ORDER OF
AMERICAN STATE BANK & TRUST CO.
WILLIAMS COUNTY TREASURER/RECORDER
(911 033 9)

Back

[ View larger (PDF) ]

## Money tracker

Uncategorized

**Check**

## Merchant info

Visit merchant website



**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1174

03/13/2026

PAY TO THE ORDER OF    DCI    $ **167.37

One hundred sixty-seven and 37/100************************************************************** DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

ZZ04511

MEMO    Alysha Younker 53-2023-CV-00008

Back

>091310615< 20260319
Bravera Bank
Drawer#/Trans#: 00106/0030
HIN: 957410170000138

<0091310615> 106 30 03/19/26

PAY TO THE ORDER OF
Bravera Bank
09131061S
FOR DEPOSIT ONLY
DAKOTA\ CREDIT
0000620

**View larger (PDF)** ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

**Visit merchant website** ↗

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1175

03/13/2026

PAY TO THE
ORDER OF ____ Chamley Pipe & Salvage LLC _____    $ **480.70

Four hundred eighty and 70/100****************************************************** DOLLARS

Chamley Pipe & Salvage LLC
P O Box 2537
Williston, ND  58802-2537

MEMO    000039

⑈0011175⑈         ⑈1472⑈

**Back**

Gate City Bank 291370918
3/19/2026, 16:40:11
KGROSZ
TMID 501200782660003

PAY TO THE ORDER OF
GATE CITY BANK
WILLISTON, ID  202-0978
291370918
FOR DEPOSIT ONLY
CHAMLEY PIPE & SALVAGE LLC
663060

**View larger (PDF)** ↗

# Money tracker

Uncategorized

**Check**

# Merchant info

**Visit merchant website** ↗

MonDak Portables, LLC
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1176

03/13/2026

PAY TO THE
ORDER OF _____ Tri County Glass

$ **414.69

Four hundred fourteen and 69/100**************************************************** DOLLARS

Tri County Glass
1206- 2nd Ave West
P.O. Box 1111
Williston, ND  58802-1111 USA

MEMO

"00 1 1 7 6"    1 4 7 2"

**Back**

ISN# 000057016591
Date 3/19/2026

03/19/2026 First International Bank 091305031 11 2011

PAY TO THE ORDER OF
First International Bank & Trust
091305031
FOR DEPOSIT ONLY
Benth Enterprises LLC
1201764372

**View larger (PDF)** [↗]

# Money tracker

Uncategorized

**Check**

# Merchant info

**Visit merchant website** [↗]

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1177

03/13/2026

PAY TO THE
ORDER OF ___ OK Tire Store _____ $ **653.54

Six hundred fifty-three and 54/100***************************************************** DOLLARS

OK Tire Store
5010 138th Ave, NW
P.O. Box 2076
Williston, ND  58802

MEMO

⑈001177⑈ ▮▮▮▮▮▮▮▮ ⑆472⑈

Back

ISN# 000062047367
Date 3/25/2026

FOR DEPOSIT ONLY
OK TIRE

**View larger (PDF)** ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

**Visit merchant website** ↗

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1178

03/17/2026

PAY TO THE
ORDER OF _____ Orkin

$ **160.00

One hundred sixty and 00/100******************************************************************************** DOLLARS

Orkin
Box 740589
Cincinnati OH 45274

MEMO

⑈00⑈⑈78⑈            ⑈⑈472⑈

**Back**

```
00032626000006 180 313233Deposit Only
00000039291467   70289685 Credit to Account
00160.00  of within named payee without
086 Dyn Prejudice FifthThirdBankNA>042000314<
```

View larger (PDF) ↗

# Money tracker

Uncategorized

**Check**

# Merchant info

Visit merchant website ↗

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1179

3-17-26

PAY TO THE
ORDER OF   _Boss Office_                                      $ 118⁶⁹

_One Hundred Eighten + ⁶⁹_                                    DOLLARS

MEMO

_Ban Pogee_

⑆001179⑆ [REDACTED] ⑈1472⑈

Back

#48 20 320 20260326  14:06:25

SBM 092905249
20260326  14:06:23

FOR DEPOSIT ONLY
BOSS INC
GLENDIVE
201 0CJ 1079

View larger (PDF) ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

Visit merchant website ↗



**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1180

3-17-26

PAY TO THE
ORDER OF ___ U S Post Office _____ $ 156 00

One Hundrd + Fifty Six _____ DOLLARS

MEMO

⑊001180⑊ ▉▉▉▉▉▉▉▉▉▉ 1472⑊

Back

>091000022< U.S. Bank
St.Paul CV
20260324 00572 0230140701

For Deposit Only
USPS Fin#: 379312 UnitID: 0301
WILLISTON
WILLISTON, ND
Clerk#: 45
Account#: 000153910344339
Date: 2026-03-17 04:27 PM

View larger (PDF) ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

Visit merchant website ↗

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1183

03/25/2026

PAY TO THE
ORDER OF ___ WDH Enterprises, LLC

$ **1,235.00

One thousand two hundred thirty-five and 00/100************************************************** DOLLARS

WDH Enterprises, LLC
2503 29th Ave W
Williston, ND 58801

MEMO

⑈0011831⑈                    1472⑈

Back

Gate City Bank 291370918
3/25/2026, 13:47:43
MGREEN
TMID 501190842649659

WDH Enterprises
Dawn Halling
1182026

**View larger (PDF)** ↗

## Money tracker

Uncategorized

**Check**

## Merchant info

**Visit merchant website** ↗

Visit merchant website

**Merchant info**

Check
Uncategorized

**Money tracker**

View larger (PDF)

PAY TO THE ORDER OF
AMERICAN STATE BANK
WILLISTON, ND
▶ 09130051▲◀
FOR DEPOSIT ONLY
UNITED SPORTSMEN
OF WILLISTON
0105447910

813005115>2026 7 03/27/26

HIN: 95823986000018
Drawer#/Trans#: 02026/0007
AMERICAN STATE BANK & TRUST
>09130051<5< 2026037

Back

MonDak Portables, LLC                                    US Bank                    1187
13009- 60th Street NW                                    202 Main ST
Epping, ND 58843                                        Williston, ND 58801
(701) 859-4662                                          77-2/913

                                                                        03/25/2026

PAY TO THE
ORDER OF ___ United Sportsmen's of Williston _____ $ **800.00

___ Eight hundred and 00/100*************************************************************_____ DOLLARS

United Sportsmen's of Williston

MEMO _____                                    _Katherine Kent_

⑈00⑆⑆87⑈  ▆▆▆▆▆▆▆▆  ⑆⑆7 2⑈

Account dashboard | U.S. Bank

4/8/26, 12:55 PM



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

768       TRN              S          Y      ST01

106481802827087 EB

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

Account Number:
█████████1464
Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 1 of 2



*To Contact U.S. Bank*

**24-Hour Business Solutions:**                          *800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                            *usbank.com*

---

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

---

## INFORMATION YOU SHOULD KNOW

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/YDAA-upcoming-version**. If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

---

## U.S. BANK SILVER - BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number █████████1464

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Mar 2 | | $ | 28,906.46 | Number of Days in Statement Period | 31 |
| Other Deposits | 2 | | 41,200.00 | | |
| Other Withdrawals | 10 | | 47,523.06- | | |
| Checks Paid | 1 | | 3,700.00- | | |
| **Ending Balance on  Mar 31, 2026** | | **$** | **18,883.40** | | |

### Other Deposits

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Mar 19 | Wire Credit REF001078 | WELLS SF | 260319B003X1 | | $ | 37,500.00 |
| | ORG=GALPIN MOTORS INC | DBA GALPIN STUDIO RENTALS | | | | |
| Mar 30 | RETURN ALT/FICTIT | IOUS | | 1033000000 | | 3,700.00 |
| | | | **Total Other Deposits** | | **$** | **41,200.00** |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
███████1464

Statement Period:
Mar 2, 2026
through
Mar 31, 2026

Page 2 of 2

## U.S. BANK SILVER - BUSINESS CHECKING

U.S. Bank National Association

**(CONTINUED)**

Account Number ███████1464

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Mar 20 | Digital ACH Payment | REF 7 Products<br>ID = 87E6EC3D7A16097 | | $    3,768.50- |
| Mar 23 | Internet Banking Transfer | To Account 163071801472 | | 3,595.98- |
| Mar 24 | Electronic Withdrawal<br>REF=260820131635430N00 | To AMEX EPAYMENT<br>0005000008ACH PMT  W7702 | | 7,930.36- |
| Mar 24 | Electronic Withdrawal<br>REF=260820131635450N00 | To AMEX EPAYMENT<br>0005000008ACH PMT  W0632 | | 20,000.00- |
| Mar 27 | Digital ACH Payment | REF arshal D Shively<br>ID = B72DCB8C5B20919 | | 81.70- |
| Mar 27 | Digital ACH Payment | REF aron Schmidt<br>ID = 7A93746648B3C2A | | 670.78- |
| Mar 27 | Digital ACH Payment | REF ndy Rogers<br>ID = 35DE7C3A4AE7B71 | | 700.00- |
| Mar 27 | Digital ACH Payment | REF kaply Industries LTD<br>ID = 8DC2149F6A4AF0C | | 2,406.66- |
| Mar 27 | Digital ACH Payment | REF AO International Trading LL<br>ID = BDFBADEB97B4627 | | 6,500.00- |
| Mar 30 | Digital ACH Payment | REF aron Schmidt<br>ID = SCDA1DB741A310E | | 1,869.08- |

|  | **Total Other Withdrawals** | $    47,523.06- |
|--|----------------------------|-----------------|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 1149 | Mar 27 | 9253477952 | 3,700.00 |

*Was a fraudulant check*   **Conventional Checks Paid (1)**    $    3,700.00-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Mar 19 | 66,406.46 | Mar 23 | 59,041.98 | Mar 27 | 17,052.48 |
| Mar 20 | 62,637.96 | Mar 24 | 31,111.62 | Mar 30 | 18,883.40 |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768      TRN                    S        Y        ST01

106481796976040 EB

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
████████8625

Statement Period:
Feb 26, 2026
through
Mar 24, 2026

Page 1 of 2



**To Contact U.S. Bank**

**24-Hour Business Solutions:**                    800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:**                    usbank.com

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



---

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you informed about your account. As a reminder, your Basic Business Savings account is a variable interest rate product. This means all rates and Annual Percentage Yields (APYs) are subject to change at any time. You can review your current rate or APY at any time by logging in to mobile or online banking or by calling us at the number below.

If you have questions, we're here to help. Please call your relationship banker or the U.S. Bank Business Service Center at 800-673-3555. Specialists are available Monday through Friday, 8 a.m. to 8 p.m. CT and Saturday from 8 a.m. to 6:30 p.m. CT. We accept relay calls.

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at u**sbank.com/YDAA-upcoming-version**. If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

---

## BASIC BUSINESS SAVINGS                    *Member FDIC*

U.S. Bank National Association                    **Account Number** ████████8625

### Account Summary

| | # Items | | | | | |
|---|---|---|---|---|---|---|
| Beginning Balance on Feb 26 | | $ | 61,260.48 | Annual Percentage Yield Earned | | 0.05% |
| Other Deposits | 2 | | 10,002.43 | Interest Earned this Period | $ | 2.43 |
| | | | | Interest Paid this Year | $ | 5.22 |
| **Ending Balance on Mar 24, 2026** | | **$** | **71,262.91** | Number of Days in Statement Period | | 27 |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 13 | Internet Banking Transfer | From Account 163071801472 | | $ | 10,000.00 |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
████████3625

Statement Period:

Feb 26, 2026

through

Mar 24, 2026

Page 2 of 2

## BASIC BUSINESS SAVINGS

U.S. Bank National Association

**(CONTINUED)**

**Account Number** ████████3625

### Other Deposits (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| Mar 24 | Interest Paid | 2400012244 | 2.43 |
| | **Total Other Deposits** | **$** | **10,002.43** |