**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**FARGO DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-30429 |
| MonDak Portables, LLC, | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Re: Docket Nos. 90, 91, 93 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that:

1.      On April 20, 2026, true and correct copies of the following materials were served via United States Mail, first class postage prepaid on the parties reflected on the service list attached hereto as Exhibit A:

(a)      *MonDak Portables, LLC's Disclosure Statement for the Chapter 11 Plan of Reorganization Dated April 6, 2026 [Docket No. 90] (the "Disclosure Statement");*

(b)      *MonDak Portables, LLC's Chapter 11 Plan of Reorganization Dated April 6, 2026 [Docket No. 91] (the "Plan");*

(c)      *Order (A) Scheduling a Hearing on Confirmation of MonDak Portables, LLC's  Chapter 11 Plan of Reorganization; (B) Approving Debtor's Disclosure; and (C) Setting Related Deadlines [Docket No. 93] (the "Plan Procedures Order"); and*

(d)      *The approved form of Ballot.*

2.      On April 20, 2026, true and correct copies of (a), (b), and (c) above were served via United States Mail, first class postage prepaid on parties reflected on the service list attached as Exhibit B.

Dated: May 7, 2026

Respectfully submitted,

*/s/ Gregory W. Hauswirth*
Maurice B. VerStandig, Esq.
Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 1st Avenue N Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
christianna@dakotabankruptcy.com

and

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA  15220
Telephone:  412-414-6996
Facsimile:   412-910-7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Attorneys for Debtor,*
*MonDak Portables, LLC*