**Exhibit A**

Akerman LLP
Attn: Raye C. Elliott
401 E. Jackson Street,
Suite 1700
Tampa, FL 33602

North Avenue Capital
Attn: Officer or Director
816 A1A N
Ponte Vedra Beach, FL
32082-3219

North Avenue Capital,
LLC
Attn: Officer or Director
8214 Westchester Drive,
Suite 800
Dallas, TX 75225

U.S. Small Business
Administration/Office of
General Counsel
Attn: Officer or Director
721 19th Street
Denver, CO 80202

Attn: Civil Process Clerk
Office of the United States
Attorney
District of North Dakota
655 First Avenue North,
Suite 250
Fargo, ND 58102

Attn: Kent Rockstad
Assistant United States
Attorney
655 First Avenue North,
Suite 250
Fargo, ND 58102-4932

Attorney General of the
United States
U.S. Department of Justice
Attn: Civil Process Clerk
950 Pennsylvania Avenue,
N.W.
Washington, DC 20530-
0001

Lally Legal Group, LLC
Attn: Elizabeth Lally
12020 Shamrock Plaza,
Suite 200
Omaha, NE 68154

Kapitus Servicing, Inc.
Attn: Officer or Director
120 West 45th Street, 4th
Floor
New York, NY 10036

Internal Revenue Service
Attn: Officer or Director
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101-
7346

Vogel Law Firm
Attn: Caren W. Stanley
PO Box 1389
Fargo, ND 58107

CapFirst Equipment
Finance, Inc.
Attn: Officer or Director
3266 Oak Ridge Loop E
West Fargo, ND 58078

Chamley Pipe & Salvage
LLC
5226 134th Ave. NW
Williston, ND 58801-8807

First Farmers Bank &
Trust
Attn: Officer or Director
332 N. Minnesota Suite
160
St. Paul, MN 55101-1338

HYG Financial Services,
Inc.
Attn Officer or Director
801 Walnut Street MAC
F0006-052
Des Moines, IA 50309

Regions Bank d/b/a
Ascentium Capital
Attn: Officer or Director
23970 US 59 North
Kingwood, TX 77339

Ascentium Capital LLC
Attn: Officer or Director
23970 Hwy 59 N
Humble, TX 77339

Bear Mountain LLC
Attn: Officer or Director
PO Box 1503
New Town, ND 58763

Attn: Officer of Director
Byers Enterprise
9201 N. Raven Crest Lane
Byron, IL 61010-9173

CloudFund LLC
Attn: Officer or Director
400 Rella Blvd
Suite 165-101
Suffern, NY 10901

Eddie Neal
1931 Newton St.
Sidney, NE 69162

FT Union
Attn: Officer or Director
736 4th St. E
Williston, ND 58801

Integrity Auto & Diesel
Repair
Attn: Officer or Director
5301 Saddleridge Circle
Williston, ND 58801

Keith Smith Estate
Attn: Executor or Personal
Representative
PO Box 1966
Williston, ND 58801

Rex Byerly
PO Box 968
Williston, ND 58801

Rick Rogers
5704 Freedom Lane
Williston, ND 58801

Sons of Norway Life
Insurance
Attn: Officer or Director
1455 W. Lake Street
Minneapolis, MN 55408

Williams County Treasurer
Attn: Officer or Director
206 E. Broadway
Williston, ND 58801

Ford Motor Credit
Box 65074
885 East Collins Boulevard
Suite 110|Richardson, TX
75081-2270

Indiana Department of
Revenue
PO Box 6155
Indianapolis, IN 46206-
6155

Grant County Treasurer's
Office
401 S. Adams Street
Attn: April Legare,
Treasurer
Marion, IN 46953-2037

Attn: Officer or Director
T&T Enterprises, LLC
|2015 6th Avenue E
Williston, ND 58801-3675

Troy Maxwell
1306 Riverwood Drive
Bismarck, ND 58504-6244

North Dakota Office of State
Tax Commissioner
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0602| ||

U.S. Small Business
Administration
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155-224

Gary Nelsen
2015 6th Avenue East
Williston, ND 58801-3675