## **Exhibit B**

Mondak Portables LLC
Attn: Katherine Zent
Barbara Rogers
13008 60th St NW.
Epping, ND 58843

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse,
300 South Fourth Street
Minneapolis, MN 55415

Zimney Foster P.C.
Attn: Ryan W. Ames
3100 S. Columbia Road, Suite 200
Grand Forks, ND 58201

Akerman LLP
Attn: Raye C. Elliott
401 East Jackson Street, Suite 1700
Tampa, FL 33602

Vogel Law Firm
Attn: Caren Stanley
218 Northern Pacific Avenue
Fargo, ND 55102

Lally Legal Group, LLC
Attn: Elizabeth Lally
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154-3537