## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Case No. 25-30429 |
| | ) | |
| MonDak Portables, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### MOTION TO APPEAR BY VIDEOCONFERENCE

Raye C. Elliott, attorney for North Avenue Capital, LLC, moves this Court to enter an Order under Local Rule 5001-2 allowing Raye C. Elliott to appear by video conference at the hearing on confirmation of Debtor's Plan of Reorganization [Doc. 91] scheduled for Wednesday, May 19, 2026, at 10:00 a.m. (CST).

Raye C. Elliott is located in Tampa, Florida, and the video appearance will avoid increased fees for North Avenue Capital, LLC and will not prejudice opposing parties.

WHEREFORE, Counsel respectfully requests that Counsel be allowed to appear by video conference.

Dated: May 12, 2026                Respectfully Submitted,

AKERMAN LLP

By:*/s/ Raye C. Elliott*
Raye C. Elliott (admitted *pro hac vice*)
Florida Bar No. 018732
Email:  raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: 813-223-7333
Facsimile:  813-223-2837

Attorneys for North Avenue Capital, LLC

86623504;1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Case No. 25-30429 |
| | ) | |
| MonDak Portables, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Jennifer Meehan, declare under penalty of perjury that on May 12, 2026, the Motion to Appear by Video Conference was served electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

Executed on May 12, 2026

*/s/ Jennifer Meehan*
Paralegal
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202

86623504;1