IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | (Chapter 11) |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### MOTION TO APPEAR BY VIDEO CONFERENCE

Come now MonDak Portables, LLC ("MonDak" or the "Debtor"), by and through undersigned general reorganization counsel and local reorganization counsel (collectively, the "Movants"), pursuant to Local Rule 5001-2, and moves this Honorable Court for leave to appear by video conference at the hearing on Confirmation of Debtor's Chapter 11 Plan of Reorganization (DE #91), scheduled for Tuesday, May 19, 2026 at 10:00 am, and states as follows:

In light of the limited scope of contested issues and the travel costs that would otherwise be incurred, Movants respectfully submit that video appearances will promote judicial economy, reduce travel-related expenses, and facilitate efficient presentation of argument without prejudicing any party or impairing the administration of justice.

WHEREFORE, the Movants respectfully request that this Court enter an order granting leave for Gregory Hauswirth, as general reorganization counsel, Christianna Cathcart, as local reorganization counsel, and any witnesses who may be appearing and whose testimony may be proffered in any event, to appear by video conference at the Tuesday, May 19, 2026, hearing, together with such other and further relief as the Court deems just and proper.

*[Signature on Following Page]*

Respectfully Submitted,

CAROTHERS & HAUSWIRTH LLP

Dated: May 12, 2026                    By:      /s/ Gregory W. Hauswirth
                                                Gregory W. Hauswirth, Esq.
                                                Patrick W. Carothers
                                                Foster Plaza 10
                                                680 Anderson Drive, Suite 230
                                                Pittsburgh, PA 15220
                                                Telephone: 412-414-6996
                                                Facsimile: 412-910-7510
                                                pcarothers@ch-legal.com
                                                ghauswirth@ch-legal.com
                                                *General Reorganization Counsel*

                                                /s/ Christianna A. Cathcart
                                                Christianna A. Cathcart, Esq.
                                                The Dakota Bankruptcy Firm
                                                1630 1st Avenue North
                                                Suite B, PMB 24
                                                Fargo, ND 58104-4246
                                                Phone: (701) 970-2770
                                                christianna@dakotabankruptcy.com
                                                *Local Reorganization Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12nd day of May 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                /s/ Christianna Cathcart
                                                Christianna Cathcart