**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA
FARGO DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-30429 |
| MonDak Portables, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |
| | ) |

**TABULATION OF BALLOTS IN CONNECTION WITH CONFIRMATION OF
MONDAK PORTABLE, LLC'S CHAPTER 11 PLAN OF REORGANIZATION**

MonDak Portables, LLC ("Debtor"), as debtor in possession, files this Tabulation of Ballots in connection with confirmation of MonDak Portables, LLC's Chapter 11 Plan of Reorganization Dated April 6, 2026 [Docket No. 91] (the "Plan").

1.      Attached hereto as Exhibit A is the Declaration of Gregory W. Hauswirth (the "Balloting Agent") certifying the Ballots received prior to the voting deadline, which was May 7, 2026, 5:00 p.m. (Central Time) for or against Plan (the "Ballot Tabulation").

2.      The Balloting Agent for Debtor has tabulated the Ballots received as reflected in paragraph 3 below. In preparing the Ballot Tabulation, the following methodology was used:

a.      Claim amounts for each Ballot are based on amounts provided in Debtor's bankruptcy schedules, unless a Proof of Claim has been filed, in which case, the amount indicated in such creditors' Proof of Claim has been used.

1

b.      Classes with a single member whose votes were solicited to accept the

Plan were deemed to accept the Plan if no such Ballots were received from these class members.[*]

Claim amounts for these classes are based on the Plan's treatment of such Claims.

c.      If a Ballot was amended prior to the voting deadline, the amended Ballot

has been used for voting purposes.

d.      Ballots that are duplicates of prior Ballots or which were subsequently

amended prior to the voting deadline have been disregarded.

e.      If a timely Ballot was later changed to an accepting vote, the original

receipt date was used.

3.   As reflected in the Ballot Tabulation, the following is a summary of the Ballots cast

in each of the classes under the Plan:

| Class | Total Ballots Counted | | | |
| | Accepted | | Rejected | |
| | Amount | Number | Amount | Number |
| Class 2: North Avenue Capital, LLC | $3,906,891.66 100.00% | 1 100.00% | $0.00 0.00% | 0 0.00% |
| Class 3: U.S. Small Business Association* | $1,700,830.22 100.00% | 1 100.00% | $0.00 0.00% | 0 0.00% |
| Class 4: Kapitus Servicing, Inc. | $0.00 0.00% | 0 0.00% | $316,477.82 100.00% | 1 100.00% |

[*] The failure to vote in a Plan is not a rejection, and creditors that have not voted to accept or deny the plan, are deemed by inaction to have accepted the Plan. In re C. Bean Transp., Inc., No. 10-71360, 2011 Bankr. LEXIS 1892, at *6 (Bankr. W.D. Ark. Jan. 25, 2011).  Confirmation of a plan is permissible if at least one impaired class has accepted the plan, without insider voting or artificial creation of the impaired class accepting the plan. Heidelberg Print Fin. Am., Inc. v. Master Servs., 188 F. App'x 534, 535 (8th Cir. 2006).

| | | | | |
|---|---|---|---|---|
| Class 5:<br>Internal Revenue Service* | $52,538.18<br>100.00% | 1<br>100.00% | $0.00<br>0.00% | 0<br>0.00% |
| Class 6:<br>CapFirst Equipment Finance, Inc. | $0.00<br>0.00% | 0<br>0.00% | $119,005.40<br>100.00% | 1<br>100.00% |
| Class 7:<br>First Farmers Bank and Trust* | $212,205.14<br>100.00% | 1<br>100.00% | $0.00<br>0.00% | 0<br>0.00% |
| Class 8:<br>HYG Financial Services, Inc. | $16,312.61<br>100.00% | 1<br>100.00% | $0.00<br>0.00% | 0<br>0.00% |
| Class 9:<br>Ascentium Capital* | $ 44,881.73<br>100.00% | 1<br>100.00% | $0.00<br>0.00% | 0<br>0.00% |
| Class 10:<br>General Unsecured Claims | $116,004.69 | 2 | $0.00 | 0 |

*[Signature on following page]*

3

Dated: May 12, 2026                              Respectfully submitted,

*/s/ Gregory W. Hauswirth*

The Dakota Bankruptcy Firm
Maurice B. VerStandig, Esq.
Christianna A. Cathcart
1630 1st Avenue N Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
christianna@dakotabankruptcy.com

            and

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA  15220
Telephone:  412-414-6996
Facsimile: 412 910-7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Attorneys for Debtor,*
*MonDak Portables, LLC*

4