## **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA
FARGO DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-30429 |
| MonDak Portables, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |
| | ) |

**DECLARATION OF GREGORY W. HAUSWIRTH REGARDING
CHAPTER 11 PLAN OF REORGANIZATION DATED APRIL 6, 2026**

I, Gregory W. Hauswirth, hereby declare under penalty of perjury as follows:

1. My name is Gregory W. Hauswirth, I am over the age twenty-one (21), and I am competent to make this *Declaration* (the "Declaration") given my personal knowledge of the facts stated in this Declaration. I submit this Declaration in Support of Debtor's Tabulation of Ballots.

2. I am a partner at Carothers & Hauswirth, LLP. I am authorized to practice before this Court, among others. I am one of the attorneys for MonDak Portables, LLC (the "Debtor").

3. I am a partner of the law firm Carothers & Hauswirth LLP, Foster Plaza 10 680 Andersen Drive, Suite 230, Pittsburgh, PA 15220, which is currently employed as bankruptcy counsel for the above-captioned debtor and debtor in possession, MonDak Portables, LLC (the "Debtor").

4. Debtor is a company based in Epping, North Dakota. The company provided sanitation and toilet services to the personnel of various businesses and the general public.

1

5.      On February 26, Debtor filed the Disclosure Statement for the Chapter 11 Plan of Reorganization dated February 26, 2026 (the "Disclosure Statement") (Docket No. 67) and the Chapter 11 Plan of Reorganization dated February 26, 2026 (the "Plan") (Docket No. 68).

6.      The U.S. Trustee provided informal comment to the Debtor to make modifications to the Disclosure Statement and the Plan, which were both refiled on April 6, 2026 (Docket No. 90-91).

7.      In the scope of my duties, I acted as the Ballot Agent for the Ballots received from creditors of the bankruptcy estate of Debtor in connection with MonDak Portables, LLC's Plan (Docket No. 91) in the above-referenced chapter 11 proceeding.

8.      On April 7, 2026 the Court held a hearing on the Debtor's Disclosure Statement.

9.      Except as otherwise indicated, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the employees working under my supervision or by my colleagues. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

10.     I received each and every Ballot submitted by mail, fax, electronic mail, overnight delivery, or hand delivery, and each such Ballot has been in my care, custody, and control since its receipt. Upon my receipt of each Ballot, I numbered the Ballots and recorded them on a Schedule of Ballots Received. A summary of such Schedule of Ballots is set forth in the Ballot Tabulation filed contemporaneously with this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

*[Signature page to follow]*

2

Dated: May 12, 2026                           Respectfully submitted,

*/s/ Gregory W. Hauswirth*

The Dakota Bankruptcy Firm
Maurice B. VerStandig, Esq.
Christianna A. Cathcart
1630 1st Avenue N Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
christianna@dakotabankruptcy.com

        and

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412-414-6996
Facsimile: 412 910-7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Attorneys for Debtor,*
*MonDak Portables, LLC*

3