## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## FARGO DIVISION

In re:                                     )
                                           ) Case No. 25-30429
MonDak Portables, LLC,                     )
                                           )
                    Debtor.                ) Chapter 11
                                           )
                                           )
_____           )

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Gregory W. Hauswirth

The Dakota Bankruptcy Firm
Maurice B. VerStandig, Esq.
Christianna A. Cathcart
1630 1st Avenue N Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
christianna@dakotabankruptcy.com

and

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA  15220
Telephone: 412-414-6996
Facsimile: 412 910-7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Attorneys for Debtor,*
*MonDak Portables, LLC*