**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**FARGO DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-30429 |
| MonDak Portables, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |
| | ) |

## WITNESS LIST

MonDak Portables, LLC (the "Debtor") submits the following Witness List for the

confirmation hearing scheduled for May 19, 2026:

**WITNESSES**

1.  Dale Johnston: Partner, Ascend Business Services, LLC.

2.  Roger Ferrante: Director, Ascend Business Services, LLC.

3.  Barbara Rogers: Chief Financial Officer, MonDak Portables, LLC.

4.  Katherine Zent: President, MonDak Portables, LLC.

*[Signature page to follow]*

Dated: May 12, 2026

Respectfully submitted,
*/s/ Gregory W. Hauswirth*

The Dakota Bankruptcy Firm
Maurice B. VerStandig, Esq.
Christianna A. Cathcart
1630 1st Avenue N Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
christianna@dakotabankruptcy.com

and

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA  15220
Telephone:  412-414-6996
Facsimile: 412 910-7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Attorneys for Debtor,*
*MonDak Portables, LLC*