**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**FARGO DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-30429 |
| MonDak Portables, LLC, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |
| | ) |

## **EXHIBIT LIST**

MonDak Portables, LLC (the "Debtor") submits the following Exhibit List for the

confirmation hearing schedule on May 19, 2026:

1. Chapter 11 Plan of Reorganization Dated April 6, 2006 (Docket No. 91)

2. Disclosure Statement for the Chapter 11 Plan of Reorganization Dated April 6, 2026

   (Docket No. 90)

3. Certificates of Service (Docket No. 71)

4. Proof of Claim 1 (IRS)

5. Proof of Claim 2 (CapFirst)

6. Proof of Claim 3 (HYG)

7. Proof of Claim 4-5 (NAC)

8. Proof of Claim 6 (USSBA)

9. Proof of Claim 7 (Ascentium)

10. Proof of Claim 8 (Kapitus)

11. Proof of Claim 9 (IRS)

12. Ballots Tabulated

13. Monthly Operating Reports (Docket No. 58, 59, 61, 62, 66, 76, 95)

14. Amended Monthly Operating Reports (Docket No. 60, 77)

Dated: May 12, 2026                      Respectfully submitted,

*/s/ Gregory W. Hauswirth*

The Dakota Bankruptcy Firm
Maurice B. VerStandig, Esq.
Christianna A. Cathcart
1630 1st Avenue N Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
christianna@dakotabankruptcy.com

and

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA  15220
Telephone: 412-414-6996
Facsimile: 412 910-7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Attorneys for Debtor,*
*MonDak Portables, LLC*