IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | (Chapter 11) |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FIRST AND FINAL APPLICATION OF THE DAKOTA BANKRUPTCY FIRM
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Come now Christianna A. Cathcart and The Dakota Bankruptcy Firm (collectively "DBF"), local reorganization counsel for the above-captioned now-reorganized debtor (the "Debtor" or "MonDak"), pursuant to Section 330 of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2016, and apply to this Honorable Court for final allowance of compensation of (i) $5,975.00 in attorneys' fees and (ii) reimbursement of $2,027.78 in expenses, and in support thereof state as follows:

## I. Introduction

From the outset of this case, the Debtor proceeded in coordination with general reorganization counsel to move the matter forward in compliance with the requirements of this Honorable Court. Although the case proceeded without significant dispute, it required ongoing attention to procedural obligations, coordination among parties, and compliance with applicable rules and deadlines. As local reorganization counsel, DBF assisted in the administration of the case by preparing and filing pleadings, ensuring compliance with local rules, coordinating with general reorganization counsel, and appearing at hearings and the meeting of creditors, while also ensuring that required disclosures and reporting obligations were timely satisfied. For these services, compensation is respectfully sought.

1

## II. Recitations Pursuant to Applicable Law

1.       The services for which compensation is herein sought were performed between September 30, 2025, and May 18, 2026. Christianna A. Cathcart performed all billable work.

2.       No interim applications for compensation were filed by DBF in this case.

3.       Complete time records for attorney work are appended hereto as Exhibit A.

4.       Records of expenses incurred are included in the time records appended hereto as Exhibit A.

5.       The compensation sought hereunder, if approved, will be paid (i) first from a retainer in the sum of $3,500.00 being held in trust, and (ii) second, through payments in accord with the Debtor's confirmed plan of reorganization.

6.       There is no agreement for DBF to share compensation with any third party. DBF is operated by the same professionals and laypersons as The VerStandig Law Firm, LLC, a law firm wholly owned by Maurice VerStandig. Fees earned by DBF are paid to The VerStandig Law Firm, LLC and used to cover general overhead expenses, including salaries paid to non-attorney staff.

## III. Categorization of Time Entries

In accordance with guidelines promulgated by the United States Trustee, DBF recorded all time in this matter in project categories. The time recorded –and compensation requested –for each such category is as follows:

   a.  Case Administration – 19.7 Hours – $4,925.00

   b.  Fee and Employment Applications – 4.20 Hours – $1,050.00

## IV. Hourly Rate

Pursuant to DBF pre-petition agreement with the Debtor, time has been billed in this case at the partner rate of Four Hundred Fifty Dollars and No Cents ($450.00) per hour, and the attorney rate of Two Hundred Fifty Dollars and No Cents (250.00) per hour.

## V. Description of Services Rendered

The time records attached as Exhibit A reflect the services rendered by counsel in this matter. These services are also reflected in the docket through pleadings filed and hearings attended. In summary, counsel's services included the following:

a. Advising and coordinating with general reorganization counsel in connection with case-centric matters;

b. Assisting in the preparation, review, and filing of pleadings, including first day motions, motions to expedite, cash collateral materials, motions to appear by video conference, proposed orders, notices, and certificates of service;

d. Appearing as local reorganization counsel at hearings, including hearings on cash collateral, disclosure statement, and other case-centric matters;

e. Performing general case administration, including monitoring deadlines, reviewing filings, and addressing procedural matters.

## VI. Conclusion

WHEREFORE, Christianna A. Cathcart and the Dakota Bankruptcy Firm respectfully pray this Honorable Court (i) finally approve $5,975.00 in attorneys' fees; (ii) finally approve $2,027.78 in reimbursable expenses; (iii) permit DBF to draw $3,500.00, from funds being held as a retainer, in trust, toward payment of the foregoing fees and expenses; (iv) award The Dakota Bankruptcy

3

Firm an administrative claim of $4,502.78 to be paid by the Debtor in accord with the confirmed

plan of reorganization; and (v) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: May 29, 2026          By:     /s/Christianna A. Cathcart
                                     Christianna A. Cathcart, Esq.
                                     The Dakota Bankruptcy Firm
                                     1630 1st Avenue N
                                     Suite B PMB 24
                                     Fargo, North Dakota 58102-4246
                                     Phone: (701) 970-2770
                                     christianna@dakotabankruptcy.com
                                     *Local Reorganization Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May 2026, a copy of the foregoing was

served electronically upon filing via the Court's ECF system.

I FURTHER CERTIFY that, pursuant to Federal Rule of Bankruptcy Procedure

2002(a)(6), a copy of the notice of this Application, attached hereto as Exhibit B (but not the

Application or other exhibits), was sent on this 29th day of May, 2026, via First Class Mail, postage

prepaid, to all parties listed on the mailing matrix attached hereto as Exhibit C, *except* that no copy

was mailed to (i) this Honorable Court; or (ii) The Dakota Bankruptcy Firm.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

4