# The VerStandig Law Firm, LLC

# INVOICE

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 11135
Date: 05/20/2026
Due On: 06/19/2026

MonDak Portables, LLC

## 00563-MonDak Portables, LLC

## Bankruptcy

| Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|
| Expense | 09/30/2025 | 1.00 | $1,738.00 | $1,738.00 |

Filing Fee: Account Number: 8146200
Amount: $1,738.00
Tracking Id: A1653318
Approval Code: 181783
Card Number: ************7003
Date/Time: 09/29/2025 04:19:46 ET

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | Subtotal | $1,738.00 |

## 00588-MonDak Portables, LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/29/2025 | 0.20 | $250.00 | $50.00 |

Phone call with G. Hauswirth confirming that the skeleton petition was filed and discussing timing and strategy for filing first-day motions.

| Christianna Cathcart | Service | 09/29/2025 | 0.80 | $250.00 | $200.00 |

Draft and file Motion to Expedite along with supporting First Day Motions; ensure service on all parties.

| Christianna Cathcart | Service | 09/29/2025 | 2.60 | $250.00 | $650.00 |

Review and analyze First Day Cash Collateral Motion, including all accompanying exhibits, for filing readiness and

Invoice # 11135 - 05/20/2026

strategic considerations.

| Christianna Cathcart | Expense | 09/30/2025 | 1.00 | $44.08 | $44.08 |

Mailing: THIS JOB WAS PROCESSED BY: Lauren McKinley
Printing Subtotal: $14.44
- Credits Applied: $0.00
= Printing: $14.44
+ Postage: $29.64
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 44.08

Thank you for your business!

| Christianna Cathcart | Expense | 09/30/2025 | 1.00 | $245.70 | $245.70 |

Mailing: THIS JOB WAS PROCESSED BY: Lauren McKinley
Printing Subtotal: $192.66
- Credits Applied: $0.00
= Printing: $192.66
+ Postage: $53.04
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 245.70

| Christianna Cathcart | Service | 09/30/2025 | 1.50 | $250.00 | $375.00 |

Call with G. Hauswirth regarding scope and strategy of First Day Motions, including coordination of signatures and employment declarations (0.6);Draft and file motion to appear by video conference for first-day hearing, including supporting certification and service (0.5); Review and file pro hac vice motion for G. Hauswirth and co-counsel, ensuring compliance with local rules and format (0.4)

| Christianna Cathcart | Service | 10/01/2025 | 1.20 | $250.00 | $300.00 |

Draft motion to appear by video conference (.5); Call with G. Hauswirth discussing timing and procedural details of first-day motions (.4); Email to N. Atikson coordinating Initial Debtor Interview scheduling and confirming availability (.3)

| Christianna Cathcart | Service | 10/02/2025 | 0.40 | $250.00 | $100.00 |

Attend hearing on Debtor's Emergency Motion for Authority to Use Cash Collateral; appear on behalf of Debtor and note preliminary ruling and scheduling (.2); Call with G. Hauswirth to debrief cash collateral hearing and confirm next steps regarding interim order and follow-up filings.

| Christianna Cathcart | Service | 10/13/2025 | 0.70 | $250.00 | $175.00 |

Draft motion requesting leave for counsel to appear by video conference at first-day hearing; ensure compliance with Local Rule 5001-2, prepare supporting declaration, and file motion with court.

Invoice # 11135 - 05/20/2026

| Christianna Cathcart | Service | 10/14/2025 | 1.90 | $250.00 | $475.00 |

Call with G. Hauswirth regarding filing strategy, outstanding schedules, and final cash collateral order (.5); Call with chambers regarding procedural questions for upcoming hearing (.2); Email correspondence with S. Horsager re: timing and submission process for final cash collateral order (.3); Draft final order on cash collateral and review draft budget for inclusion (.4); Attend final cash collateral hearing as local counsel for Debtor (.2); Review and file motion to extend time to file schedules and related documents (.3).

| Christianna Cathcart | Service | 10/16/2025 | 0.10 | $250.00 | $25.00 |

Forward email from G. Hauswirth regarding creditor correspondence.

| Christianna Cathcart | Service | 10/21/2025 | 0.20 | $250.00 | $50.00 |

Send email to G. Hauswirth reminding him to provide outstanding IDI document (.1); Send update to N. Atkinson regarding status of IDI documents and next steps (.1)

| Christianna Cathcart | Service | 10/23/2025 | 0.10 | $250.00 | $25.00 |

Call with G. Mullen to discuss status of outstanding IDI documents and remaining schedules required for case completion.

| Christianna Cathcart | Service | 10/24/2025 | 0.10 | $250.00 | $25.00 |

Call with G. Hauswirth to discuss status of IDI documentation and outstanding schedules required for petition completion

| Christianna Cathcart | Service | 10/27/2025 | 0.50 | $250.00 | $125.00 |

Review docket entries to identify outstanding schedules and update internal Clio records (0.4); send email to G. Hauswirth and S. Jacobson regarding status of disclosure statement and outstanding filing requirements (0.1)

| Christianna Cathcart | Service | 10/27/2025 | 0.10 | $250.00 | $25.00 |

Call with G. Hauswirth to discuss attorney disclosure statement requirements and ensure accuracy and completeness of filing under Rule 2016(b)

| Christianna Cathcart | Service | 10/27/2025 | 0.50 | $250.00 | $125.00 |

Draft and file Disclosure of Compensation of Attorney for Debtor (Form 2030) as required for local reorganization counsel engagement.

| Christianna Cathcart | Service | 10/29/2025 | 0.10 | $250.00 | $25.00 |

Send email to G. Hauswirth inquiring about mailing addresses for R. Ferrante and Ascend Business Services for noticing and service purposes

| Christianna Cathcart | Service | 10/29/2025 | 0.10 | $250.00 | $25.00 |

Invoice # 11135 - 05/20/2026

Call with G. Hauswirth to discuss and confirm mailing addresses needed for service on R. Ferrante and Ascend Business Services

| Christianna Cathcart | Service | 11/05/2025 | 0.20 | $250.00 | $50.00 |
|---|---|---|---|---|---|

Call with G. Hauswirth to discuss upcoming § 341 meeting, preparation logistics, and expected scope of questioning

| Christianna Cathcart | Service | 11/06/2025 | 0.60 | $250.00 | $150.00 |
|---|---|---|---|---|---|

Appear as local reorganization counsel at § 341 meeting of creditors for MonDak Portables, LLC.

| Christianna Cathcart | Service | 11/21/2025 | 0.10 | $250.00 | $25.00 |
|---|---|---|---|---|---|

Send email to G. Hauswirth reminding that monthly operating report is due and requesting status update

| Christianna Cathcart | Service | 12/12/2025 | 0.10 | $250.00 | $25.00 |
|---|---|---|---|---|---|

Send email to G. Hauswirth regarding case status and outstanding documents.

| Christianna Cathcart | Service | 12/30/2025 | 0.40 | $250.00 | $100.00 |
|---|---|---|---|---|---|

Review monthly operating report and file supporting documents into Clio for trustee and internal tracking.

| Christianna Cathcart | Service | 12/31/2025 | 0.10 | $250.00 | $25.00 |
|---|---|---|---|---|---|

Send email to G. Hauswirth to schedule call regarding case updates and next steps.

| Christianna Cathcart | Service | 01/05/2026 | 0.10 | $250.00 | $25.00 |
|---|---|---|---|---|---|

Send email to G. Hauswirth to schedule call regarding case status and operating report review

| Christianna Cathcart | Service | 01/07/2026 | 0.10 | $250.00 | $25.00 |
|---|---|---|---|---|---|

Phone conversation with G. Hauswirth providing case status update and reviewing open items.

| Christianna Cathcart | Service | 01/27/2026 | 0.50 | $250.00 | $125.00 |
|---|---|---|---|---|---|

Phone call with G. Hauswirth discussing plan filing deadline and exclusivity period under Chapter 11 timeline.

| Christianna Cathcart | Service | 02/27/2026 | 3.30 | $250.00 | $825.00 |
|---|---|---|---|---|---|

Review disclosure statement re financial condition, projections, and liquidation analysis (.9); Review chapter 11 plan re classification of claims, treatment of secured and unsecured creditors, and plan structure (1.6); Analyze feasibility of proposed plan and consistency with disclosure statement (.8)

| Christianna Cathcart | Service | 03/02/2026 | 0.40 | $250.00 | $100.00 |
|---|---|---|---|---|---|

Phone call with G. Hauswirth regarding correction to scheduling order error and next filing steps (.3); Phone call with G. Hauswirth discussing interim employment applications and related filing requirements (0.1)

| Christianna Cathcart | Service | 03/05/2026 | 0.10 | $250.00 | $25.00 |

Send email to G. Hauswirth providing interim fee application template.

| Christianna Cathcart | Service | 03/06/2026 | 0.10 | $250.00 | $25.00 |

Send email to G. Hauswirth providing interim fee application templates for use in case filings

| Christianna Cathcart | Service | 03/31/2026 | 0.10 | $250.00 | $25.00 |

Phone call with G. Hauswirth discussing motion to appear by video conference.

| Christianna Cathcart | Service | 04/02/2026 | 0.60 | $250.00 | $150.00 |

Draft motion to appear by video conference on behalf of local and general counsel (.4); Send email to G. Hauswirth providing motion for review and consent (.1); File motion with the Bankruptcy Court and confirm docket entry (.1)

| Christianna Cathcart | Service | 04/06/2026 | 0.10 | $250.00 | $25.00 |

Send email to G. Hauswirth regarding preparation of fee application, including trust balance, fees, and administrative expense treatment.

| Christianna Cathcart | Service | 04/07/2026 | 0.40 | $250.00 | $100.00 |

Appear as local counsel via Zoom at hearing on approval of disclosure statement and address Court inquiries.

| Christianna Cathcart | Service | 04/10/2026 | 0.10 | $250.00 | $25.00 |

Send follow-up email to G. Hauswirth regarding fee application and treatment of outstanding fees as administrative expense.

| Christianna Cathcart | Service | 04/20/2026 | 0.20 | $250.00 | $50.00 |

Phone call with G. Hauswirth regarding ballot preparation and plan voting process.

| Christianna Cathcart | Service | 05/06/2026 | 0.20 | $250.00 | $50.00 |

Call with G. Hauswirth regarding updated confirmation order and proposed order language.

| Christianna Cathcart | Service | 05/07/2026 | 0.10 | $250.00 | $25.00 |

Send email to G. Hauswirth clarifying proposed orders.

| Christianna Cathcart | Service | 05/12/2026 | 0.20 | $250.00 | $50.00 |

Invoice # 11135 - 05/20/2026

Call with G. Hauswirth regarding motion to appear by video conference and appearance logistics.

| Christianna Cathcart | Service | 05/12/2026 | 0.40 | $250.00 | $100.00 |

Draft motion to appear by video conference on behalf of general counsel, local counsel, and witness, including factual basis and requested reli

| Christianna Cathcart | Service | 05/15/2026 | 0.10 | $250.00 | $25.00 |

Phone call with G. Hauswirth regarding confirmation order.

| Time Keeper | Quantity | Rate | Total |
| --- | --- | --- | --- |
| Christianna Cathcart | 19.7 | $250.00 | $4,925.00 |
| | | **Subtotal** | **$5,214.78** |

## 00667-MonDak Portables, LLC

## Fee and Employment Application

| Attorney | Type | Date | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Christianna Cathcart | Service | 09/29/2025 | 0.70 | $250.00 | $175.00 |

Begin preparing employment applications for Debtor's professionals, including drafting initial declarations and reviewing applicable retention standard.

| Christianna Cathcart | Service | 09/30/2025 | 2.10 | $250.00 | $525.00 |

Continue drafting employment application for Debtor's counsel and prepare corresponding notice for filing (0.8); Review and revise employment application for G. Hauswirth and law partner, draft and finalize notice of application (0.7); Review financial advisor engagement documents sent by G. Hauswirth; draft notice of employment application for financial advisor (0.6);

| Christianna Cathcart | Service | 05/18/2026 | 1.10 | $250.00 | $275.00 |

Draft final fee application, including review and compilation of billing records, summary of services rendered, expenses incurred, and supporting declaration and proposed order for approval of compensation

| Christianna Cathcart | Service | 05/18/2026 | 0.30 | $250.00 | $75.00 |

Draft notice and certificate of service for final fee application and prepare for filing

| Time Keeper | Quantity | Rate | Total |
| --- | --- | --- | --- |

Invoice # 11135 - 05/20/2026

| | | | | |
|---|---|---|---|---|
| Christianna Cathcart | | 4.2 | $250.00 | $1,050.00 |
| | | | **Subtotal** | **$1,050.00** |
| | | | **Total** | **$8,002.78** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11135 | 06/19/2026 | $8,002.78 | $0.00 | $8,002.78 |
| | | | **Outstanding Balance** | **$8,002.78** |
| | | | **Total Amount Outstanding** | **$8,002.78** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.