Label Matrix for local noticing
0868-3
Case 25-30429
District of North Dakota
Fargo
Fri May 29 09:25:44 CDT 2026

MonDak Portables, LLC
13008 60th St. NW
Epping, ND 58843-9720

North Avenue Capital
816 A1A N
Ponte Vedra Beach, FL 32082-3219

U.S. BANKRUPTCY COURT
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932

(p)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

Bear Mountain, LLC
PO Box 1503
New Town, ND 58763-1503

Byerly, Rex
PO Box 968
Williston, ND 58802-0968

Byers Enterprise
9201 N. Raven Crest Lane
Byron, IL 61010-9173

CapFirst
3266 Oak Ridge Loop E. West
Fargo, ND 58078

CapFirst Equipment Finance, Inc.
3266 Oak Ridge Loop E. West
Fargo, ND 58078

CapFirst Equipment Finance, Inc.
c/o Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

Chamley Pipe & Salvage LLC
5226 134th Ave. NW
Williston, ND 58801-8807

(p)CLOUDFUND LLC
400 RELLA BOULEVARD SUITE 165-101
SUFFERN NY 10901-4241

Eddie Neal
1931 Newton St.
Sidney, NE 69162-1841

FT Union
726 4th St. E
Williston, ND 58801-5657

First Farmers Bank & Trust
332 N Minnesota Ste160
St. Paul, MN 55101-1338

Ford Motor Credit
Box 65074
885 East Collins Boulevard Suite 110
Richardson, TX 75081-2270

Gary Nelsen
2015 6th Avenue East
Williston, ND 58801-3675

Grant County Treasurer's Office
401 S. Adams Street
Attn: April Legare, Treasurer
Marion, IN 46953-2037

HGY Financial Services
5000 Riverside Drive, Suite 300 East
Irving, TX 75039-4314

HYG Financial Services, Inc.
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

Indiana Department of Revenue
Payment Service Advocate's Office
PO Box 6155
Indianapolis, IN 46206-6155

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

John Baker, District Counsel
SBA Denver Colorado District Office
721 Denver, CO 80202

Kapitus LLC
2500 Wilson Boulevard Suite 350
Arlington, VA 22201-3873

Kapitus Servicing, Inc.
120 West 45th Street
4th Floor
New York, NY 10036-4041

Kapitus(Colonial/Strategic)
2500 Wilson Boulevard Suite 350
Arlington, VA 22201-3873

Keith Smith Estate
c/o Kathy Zent PO Box 1966
Williston, ND 58801

Kent Rockstad
Office of the U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 655 First Ave. N., Suite 250
Fargo, ND 58102-4932

Kent Rockstad, AUSA
on behalf of SBA
United States Attorney's Office
655 1st Ave N, Ste 250
Fargo, ND 58102-4932

Lally Legal Group, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154-3537

Mac Schneider, US Attorney
US Attorney's Office, 655 First Ave
Fargo, ND 58102-4932

North Avenue Capital
818 A1A N
Ponte Vedra Beach, FL 32082-3298

North Avenue Capital, LLC
c/o Akerman LLP
Attn: Raye C. Elliott, Esq.
401 East Jackson St., Ste 1700
Tampa, FL 33602-5250

North Dakota Office of State Tax Commissione
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0602

Office of State Tax Commissioner
State Capital 600 E. Boulevard Dep'
Bismarck, ND 58505-0599

Regions Bank d/b/a Ascentium Capital
23970 US 59 North
Kingwood, TX 77339-1535

Rick Rogers
5704 Freedom Lane
Williston, ND 58801-8944

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Small Business Administration (United States
c/o Kent Rockstad, AUSA
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

Sons of Norway Life Insurance
1455 W. Lake Street
Minneapolis, MN 55408-2646

T&T Enterprises, LLC
2015 6th Avenue E
Williston, ND 58801-3675

Troy Maxwell
1306 Riverwood Drive
Bismarck, ND 58504-6244

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US SBA-Office of District Counsel
721 19th Street, Suite 426
Denver, CO 80202-2517

United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Williams County Treasurer
206 E. Broadway
Williston, ND 58801-6124

Zimney Foster P.C.
Attn: Ryan W. Ames
3100 S. Columbia Road, Suite 200
Grand Forks, ND 58201-6062

Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246

Gregory Hauswirth
Carothers & Hauswirth LLP
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801-1242

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

Patrick W Carothers
Carothers & Hauswirth LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220-2759

Patrick W. Carothers
Carothers &Hauswirth LLP
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220-2759

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascentium Capital LLC
23970 Hwy 59 N
Humble, TX 77339

CloudFund LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901

Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CapFirst Equipment Finance, Inc.

(u)Kapitus Servicing Inc., as Servicing Agent

(u)USA/SBA

(d)North Avenue Capital
816 A1A N
Ponte Vedra Beach, FL 32082-3219

(u)Roger Ferrante

End of Label Matrix
Mailable recipients    53
Bypassed recipients     5
Total                  58