# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   North Dakota

In Re. MonDak Portables, LLC
§
§
§
§

_____
Debtor(s)

Case No.  25-30429

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2026

Petition Date: 09/29/2025

Months Pending: 7

Industry Classification: | 5 | 6 | 2 | 9 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          15

Debtor's Full-Time Employees (as of date of order for relief):          12

**Supporting Documentation**   (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Katherine M. Zent
Signature of Responsible Party

06/04/2026
Date

Katherine M. Zent
Printed Name of Responsible Party

13008 60th St NW, Epping, ND 58843
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $206,120 | |
| b. | Total receipts (net of transfers between accounts) | $341,882 | $2,246,902 |
| c. | Total disbursements (net of transfers between accounts) | $351,703 | $2,200,266 |
| d. | Cash balance end of month (a+b-c) | $196,299 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $351,703 | $2,200,266 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $448,416 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $16,443 |
| c. | Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d | Total current assets | $448,416 |
| e. | Total assets | $643,064 |
| f. | Postpetition payables (excluding taxes) | $48,848 |
| g. | Postpetition payables past due (excluding taxes) | $369 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $48,848 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $48,848 |
| o. | Ending equity/net worth (e-n) | $594,215 |

| Part 3:  Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $330,946 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $137,209 | |
| c. | Gross profit (a-b) | $193,738 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $140,154 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $53,584 | $301,776 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  MonDak Portables, LLC                                              Case No.  25-30429

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
|   | *Itemized Breakdown by Firm* | | | | | |
|   | Firm Name | Role | | | | |
|   | i | | | | | |
|   | ii | | | | | |
|   | iii | | | | | |
|   | iv | | | | | |
|   | v | | | | | |
|   | vi | | | | | |
|   | vii | | | | | |
|   | viii | | | | | |
|   | ix | | | | | |
|   | x | | | | | |
|   | xi | | | | | |
|   | xii | | | | | |
|   | xiii | | | | | |
|   | xiv | | | | | |
|   | xv | | | | | |
|   | xvi | | | | | |
|   | xvii | | | | | |
|   | xviii | | | | | |
|   | xix | | | | | |
|   | xx | | | | | |
|   | xxi | | | | | |
|   | xxii | | | | | |
|   | xxiii | | | | | |
|   | xxiv | | | | | |
|   | xxv | | | | | |
|   | xxvi | | | | | |
|   | xxvii | | | | | |
|   | xxviii | | | | | |
|   | xxix | | | | | |
|   | xxx | | | | | |
|   | xxxi | | | | | |
|   | xxxii | | | | | |
|   | xxxiii | | | | | |
|   | xxxiv | | | | | |
|   | xxxv | | | | | |
|   | xxxvi | | | | | |

UST Form 11-MOR (12/01/2021)                                3

Debtor's Name  MonDak Portables, LLC                                      Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                                     4

Debtor's Name  MonDak Portables, LLC                                                   Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                              5

Debtor's Name  MonDak Portables, LLC                                      Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                      6

Debtor's Name  MonDak Portables, LLC                                         Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                                    7

Debtor's Name  MonDak Portables, LLC                                                    Case No.  25-30429

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $8,707 | $21,594 |
| e.  Postpetition property taxes paid | $0 | $7,886 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $5,063 | $28,761 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ●

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)   Yes ○   No ●

c.  Were any payments made to or on behalf of insiders?   Yes ○   No ●

d.  Are you current on postpetition tax return filings?   Yes ●   No ○

e.  Are you current on postpetition estimated tax payments?   Yes ●   No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ●   No ○

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)   Yes ○   No ●

h.  Were all payments made to or on behalf of professionals approved by
the court?   Yes ○   No ○   N/A ●

i.  Do you have:          Worker's compensation insurance?   Yes ●   No ○

            If yes, are your premiums current?   Yes ●   No ○   N/A ○   (if no, see Instructions)

          Casualty/property insurance?   Yes ●   No ○

            If yes, are your premiums current?   Yes ●   No ○   N/A ○   (if no, see Instructions)

          General liability insurance?   Yes ●   No ○

            If yes, are your premiums current?   Yes ●   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ●   No ○

k.  Has a disclosure statement been filed with the court?   Yes ●   No ○

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?   Yes ●   No ○

Debtor's Name  MonDak Portables, LLC                                       Case No.  25-30429

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Katherine M. Zent

Signature of Responsible Party

President

Title

Katherine M. Zent

Printed Name of Responsible Party

06/04/2026

Date

UST Form 11-MOR (12/01/2021)                    9

Debtor's Name MonDak Portables, LLC                              Case No.  25-30429



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  MonDak Portables, LLC

Case No.  25-30429

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  MonDak Portables, LLC                                    Case No.  25-30429



PageThree



PageFour

# MonDak Portables, LLC

Profit and Loss

April 2026

| | Total |
|---|---:|
| **Income** | |
| 4005 Manufacturing Income | 11,000.00 |
| 4010 Toilet Rental & Service - Malmstrom AFB | 27,300.00 |
| 4015 Toilet Rental & Service Williston | 278,316.18 |
| 4020 Misc Operation Income | 2,130.00 |
| 4040 Sales of Product Income | 12,200.00 |
| **Total for Income** | **$330,946.18** |
| **Cost of Goods Sold** | |
| 5000 Cost of Goods Sold | |
| 5005 LABOR  - COG | |
| 5010 Labor - Operations | 51,172.19 |
| 5015 Labor - Sub Contractors | |
| 5017 Dooty Calls Septic Service | 19,000.00 |
| **Total for 5015 Labor - Sub Contractors** | **$19,000.00** |
| **Total for 5005 LABOR  - COG** | **$70,172.19** |
| 5020 MATERIAL - COG | |
| 5021 Manufacturing Materials | 46,608.59 |
| **Total for 5020 MATERIAL - COG** | **$46,608.59** |
| 6000 OVERHEAD - COGS | |
| 6005 Equipment/Truck Rental | 3,000.00 |
| 6015 Fuel | 8,792.99 |
| 6020 Job Supplies | 8,099.04 |
| 6030 Sewer Dumping Expense | 343.80 |
| 6035 Water Purchase | 191.90 |
| **Total for 6000 OVERHEAD - COGS** | **$20,427.73** |
| **Total for 5000 Cost of Goods Sold** | **$137,208.51** |
| **Total for Cost of Goods Sold** | **$137,208.51** |
| **Gross Profit** | **$193,737.67** |
| **Expenses** | |
| 7005 Telephone Expense | 532.78 |
| 7010 Travel Expense | 3,403.72 |
| 7015 Utilities | 5,652.77 |
| 7020 Advertising | |
| 7021 Advertising- Ads, Toilet Signs, Coats, etc. | 760.10 |
| **Total for 7020 Advertising** | **$760.10** |
| 7030 Employee Safety Requirements | 1,368.00 |

Cash Basis  Friday, May 15, 2026 05:10 PM GMT-05:00

# MonDak Portables, LLC

## Profit and Loss
### April 2026

|  | Total |
|---|---|
| 7031 Employee Expense | |
| 7030-2 Company Pd.- SS, Med, Fed Unemploy. | 7,050.45 |
| **Total for 7031 Employee Expense** | **$7,050.45** |
| 7035 Finance | $84.00 |
| 7036 Service Charges | 1,893.30 |
| **Total for 7035 Finance** | **$1,977.30** |
| 7060 Insurance | |
| 7050 Benefits | |
| 7051 BCBS Insurance | 16,031.99 |
| 7052 Unum Employee Life Ins | 111.00 |
| 7053 Owners Life Insurance | 4,057.55 |
| **Total for 7050 Benefits** | **$20,200.54** |
| 7070 Allegiance/Leavitt | 9,333.80 |
| 7074 Homesite Insurance 2 Mobile Homes | 122.30 |
| **Total for 7060 Insurance** | **$29,656.64** |
| 7080 License or Permit | 322.00 |
| 7095 Merchant Processing fees | 3,054.28 |
| 7100 Office Expenses | 1,161.26 |
| 7105 Payroll Expenses | 0.00 |
| 7110 Postage & Freight | 8,221.53 |
| 7115 SALARIES /WAGES | |
| 7123 Salaries - Management | 30,904.91 |
| 7124 Salaries - Owners | 11,800.00 |
| **Total for 7115 SALARIES /WAGES** | **$42,704.91** |
| 7200 Shop Expense | 10,776.86 |
| 7270 Vehicle Repair | 23,511.29 |
| **Total for Expenses** | **$140,153.89** |
| **Net Operating Income** | **$53,583.78** |
| Other Income | |
| 9065 Savings Interest | 2.67 |
| **Total for Other Income** | **$2.67** |
| Other Expenses | |
| 9105 Professional Fees | 3,934.00 |
| **Total for Other Expenses** | **$3,934.00** |
| **Net Other Income** | **-$3,931.33** |
| **Net Income** | **$49,652.45** |

2/2

Cash Basis  Friday, May 15, 2026 05:10 PM GMT-05:00

Case 25-30429   Doc 111   Filed 06/04/26   Entered 06/04/26 11:03:24   Desc Main
Document   Page 15 of 51

| A/R Agng Summary Report | | | | | |
|---|---|---|---|---|---|
| MonDak Portables, LLC | | | | | |
| As of April 30, 2026 | | | | | |
| Current | 1-30 Days | 31-60 | 61-90 | 91 and Over | TOTAL |
| 199,384.26 | 91,577.33 | 39,452.87 | 18,029.29 | 16,442.88 | 364,886.63 |
| 882.00 | | | | | 882.00 |
| 441.00 | | | | | 441.00 |
| 10,947.50 | | | | | 10,947.50 |
| 71,259.00 | | | | | 71,259.00 |
| **TOTAL** 282,913.76 | **91,577.33** | **39,452.87** | **18,029.29** | **16,442.88** | **448,416.13** |

# us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

768      TRN         S        Y    ST01

106481845875136 EB

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**

Account Number:
███████1472

Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 1 of 10



☎ _____                        *To Contact U.S. Bank*

**24-Hour Business Solutions:**                     *800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                     *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/YDAA-upcoming-version**. If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

For Business Essentials customers only, we wanted to make you aware that a new version of the U.S. Bank Business Essentials Payment Processing Terms of Service and Operating Agreement (April 2026) is available. You can review it here: https://www.usbank.com/dam/documents/pdf/business-banking/business-pricing-information/business-essentials-terms-of-service.pdf

## U.S. BANK GOLD - BUSINESS CHECKING

U.S. Bank National Association

**Member FDIC**

Account Number ███████1472

### Account Summary

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Apr 1 | | $ | 97,524.03 | |
| Customer Deposits | 16 | | 134,532.13 | |
| Other Deposits | 54 | | 223,184.96 | |
| Other Withdrawals | 140 | | 334,808.48- | |
| Checks Paid | 21 | | 23,357.41- | |
| **Ending Balance on Apr 30, 2026** | | $ | **97,075.23** | |

Number of Days in Statement Period                     30

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Apr 2 | 8951792790 | 20,489.06 | | Apr 14 | 8353158620 | 2,656.47 |
| | Apr 2 | 8951792788 | 23,542.70 | | Apr 15 | 8652054330 | 2,207.43 |
| | Apr 3 | 9253488689 | 950.55 | | Apr 20 | 8053179315 | 18,674.26 |
| | Apr 7 | 8352977758 | 2,796.09 | | Apr 22 | 8652166533 | 18,124.12 |
| | Apr 8 | 8652238153 | 670.75 | | Apr 27 | 8053151830 | 366.00 |
| | Apr 9 | 8951863729 | 12,200.00 | | Apr 28 | 8353341751 | 1,652.03 |
| | Apr 10 | 9251766612 | 416.73 | | Apr 28 | 8353517536 | 23,912.58 |
| | Apr 13 | 8053552659 | 2,536.16 | | Apr 30 | 8951579928 | 3,337.20 |
| | | | | | **Total Customer Deposits** | $ | **134,532.13** |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**US bank.**

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**
Account Number:
█████ 1472
Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 2 of 10

## U.S. BANK GOLD - BUSINESS CHECKING                                          (CONTINUED)

U.S. Bank National Association                                         Account Number █████ 1472

### Other Deposits

| Date | | Description of Transaction | | Ref Number | Amount |
|------|---|---|---|---|---|
| Apr | 1 | Electronic Deposit<br>REF=260900093843130N00 | From TARGA RESOURCES<br>9741404594PAYMENTS 721146 | $ | 690.00 |
| Apr | 1 | Electronic Deposit<br>REF=260900093842980N00 | From TARGA RESOURCES<br>9026670003PAYMENTS 720846 | | 5,145.00 |
| Apr | 2 | Electronic Deposit<br>REF=260910137965380N00 | From COMCAST-XFINITY<br>0000213249CABLE SVCS1297089 | | 8.28 |
| Apr | 2 | Electronic Deposit<br>REF=260910137965610N00 | From COMCAST-XFINITY<br>0000213249CABLE SVCS1316389 | | 11.59 |
| Apr | 2 | Electronic Deposit<br>REF=260910204087760N00 | From TOP KNOT LLC<br>9215986202BILL_PAY TOP KNOT LLC | | 1,080.00 |
| Apr | 2 | Electronic Deposit<br>REF=260920118432790N00SD | From LIME ROCK RESOUR<br>2261406213Payment MON026 | | 1,535.00 |
| Apr | 2 | Electronic Deposit<br>REF=260910171152150N00 | From PETROSHALE (US),<br>9725525664ACHOUT 10279 | | 7,885.00 |
| Apr | 2 | Electronic Deposit<br>REF=260910101015590Y00 | From Continental Reso<br>1730767549000005729232000651330 | | 8,356.00 |
| Apr | 3 | Electronic Deposit<br>REF=260930157262030N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 52.70 |
| Apr | 3 | Electronic Deposit<br>REF=260920157301400N00 | From MMC DIVIDE<br>9792706001TRADE PAY 201722 | | 698.80 |
| Apr | 3 | Electronic Deposit<br>REF=260920157301440N00 | From MMC POLAR<br>9791385001TRADE PAY 201722 | | 978.00 |
| Apr | 3 | Electronic Deposit<br>REF=260920155756710N00 | From TOP KNOT LLC<br>9215986202BILL_PAY TOP KNOT LLC | | 1,285.00 |
| Apr | 6 | Electronic Deposit<br>REF=260960069532500N00 | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 220.50 |
| Apr | 6 | Electronic Deposit<br>REF=260930166527980N00 | From CNTTERM3172<br>1933133993PAYMENTS MonDak Portable | | 675.00 |
| Apr | 6 | Internet Banking Transfer | From Account 263090948625 | | 5,400.00 |
| Apr | 7 | Electronic Deposit<br>REF=260960181086770N00 | From ENVIROTECH SERVI<br>2841102950ACH PYMNTS33408/25931 | | 285.00 |
| Apr | 7 | Electronic Deposit<br>REF=260970090654980N00SD | From WEST DAKOTA WATE<br>1455620059PURCHASE MOPORT | | 571.00 |
| Apr | 7 | Electronic Deposit<br>REF=260970076062180N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 9,830.16 |
| Apr | 7 | Electronic Deposit<br>REF=260960135226050N00 | From SON OILFIELD SER<br>453507368 EXPENSES 03/09/26 | | 12,424.25 |
| Apr | 8 | Electronic Deposit<br>REF=260970108660250N00 | From ASWS LLC<br>2455106419Invoices MonDak Portable | | 141.12 |
| Apr | 8 | Electronic Deposit<br>REF=260970112206080N00 | From Black Hills Truc<br>1830236354SINGLE | | 696.00 |
| Apr | 8 | Electronic Deposit<br>REF=260970142775310N00 | From ASGARD RESOURCES<br>1831643098PURCHASE MOPORT | | 940.00 |
| Apr | 8 | Electronic Deposit<br>REF=260970112115360N00 | From IHD LIQUIDS MANA<br>1352441450PURCHASE MOPORT | | 4,832.30 |
| Apr | 9 | Electronic Deposit<br>REF=260990140857680N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 495.00 |
| Apr | 9 | Electronic Deposit<br>REF=260980164032500N00 | From Savage Infrastru<br>1870387049EDI PYMNTS656272 | | 737.00 |
| Apr | 9 | Electronic Deposit<br>REF=260980168236410N00 | From LARRY SOOKDEO WE<br>9215986202BILL_PAY LARRY SOOKDEO W | | 1,836.03 |
| Apr | 10 | Electronic Deposit<br>REF=26099017820168 0N00 | From GOODNIGHT MIDSTR<br>18414 ACH Batch 20037666 | | 1,586.00 |
| Apr | 14 | Electronic Deposit<br>REF=261040104823610N00SD | From MERCHANT SVCS<br>1999999991IPSMXASETL403903000148840 | | 8,782.08 |
| Apr | 16 | Electronic Deposit<br>REF=261060104314930N00SD | From STALLION OILFIEL<br>2743072101PAYABLES 91406 | | 1,250.00 |

# us bank.

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**
Account Number:
███████1472
Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 3 of 10

## U.S. BANK GOLD - BUSINESS CHECKING                                      (CONTINUED)
U.S. Bank National Association                         **Account Number** ███████1472

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 16 | Electronic Deposit | From MERCHANT SVCS | | 5,830.00 |
| | REF=261060114333410N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Apr 17 | Wire Credit REF003615 | HUNT COL       260417B02KWK | | 25,000.00 |
| | ORG=ESTATE OF  MONDAK | PORTABLES LLC 13008 60TH | | |
| Apr 17 | Internet Banking Transfer | From Account 263090948625 | | 30,000.00 |
| Apr 20 | Electronic Deposit | From RITCHIE BROS AUC | | 807.00 |
| | REF=261070178137790N00 | 4911830835PAYMENT  92903633 | | |
| Apr 20 | Electronic Deposit | From ZAVANNAENERG5440 | | 10,187.60 |
| | REF=261070179526800N00 | 993377064GPAYMENT  MONDAK | | |
| Apr 20 | Electronic Deposit | From MERCHANT SVCS | | 16,629.65 |
| | REF=261100051750380N00 | 1999999991IPSMXASETL403903000148840 | | |
| Apr 21 | Electronic Deposit | From MERCHANT SVCS | | 50.00 |
| | REF=261110147874880N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Apr 22 | Electronic Deposit | From Eighty-Eight Oil | | 405.00 |
| | REF=261110186659400N00 | 1836002947SINGLE | | |
| Apr 23 | Electronic Deposit | From ZAVANNAENERG5440 | | 982.00 |
| | REF=261120123817180N00 | 993377064GPAYMENT  MONDAK | | |
| Apr 23 | Electronic Deposit | From MERCHANT SVCS | | 7,698.43 |
| | REF=261130136970750N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Apr 24 | Electronic Deposit | From DAKOTA CHEMICAL | | 1,064.00 |
| | REF=261130123839450N00 | 1455280892Bill Pay | | |
| Apr 24 | Electronic Deposit | From TOOZ CONSTRUCTIO | | 1,165.00 |
| | REF=261130107651750N00 | 450345656 MonDak Por | | |
| Apr 28 | Electronic Deposit | From MERCHANT SVCS | | 570.10 |
| | REF=261180186554230N00SD | 1999999991IPSMXASETL403903000148840 | | |
| Apr 28 | Electronic Deposit | From DEAM TREAS 310 | | 27,300.00 |
| | REF=261170094058180N00 | 9071736170  DOD MISCZN9DVARQLJ34570 | | |
| Apr 29 | Electronic Deposit | From KNIFE RIVER - ND | | 230.00 |
| | REF=261180194198540Y00 | 1816048176APACH34  00011052 | | |
| Apr 29 | Electronic Deposit | From TRUE OIL LLC | | 625.00 |
| | REF=261180230448710N00 | 1830176199SINGLE | | |
| Apr 29 | Electronic Deposit | From Bridger Pipeline | | 851.00 |
| | REF=261180230448950N00 | 1731682209SINGLE | | |
| Apr 29 | Electronic Deposit | From TARGA RESOURCES | | 1,340.50 |
| | REF=261180198195950N00 | 9741404594PAYMENTS  729274 | | |
| Apr 29 | Electronic Deposit | From TARGA RESOURCES | | 5,265.00 |
| | REF=261180198195800N00 | 9026670003PAYMENTS  729113 | | |
| Apr 30 | Electronic Deposit | From BIG DISP CARTWRI | | 345.00 |
| | REF=261180231375430N00 | 462332414 462332414 | | |
| Apr 30 | Electronic Deposit | From BIG DISP IRGENS | | 346.00 |
| | REF=261180231377250N00 | 461117836 461117836 | | |
| Apr 30 | Electronic Deposit | From ANDV Field SRVCS | | 401.87 |
| | REF=261190093349880N00 | 1343719528PAYMENTS  2000035183 | | |
| Apr 30 | Electronic Deposit | From RITCHIE BROS AUC | | 1,539.00 |
| | REF=261190185972650N00 | 4911830835PAYMENT  92904362 | | |
| Apr 30 | Electronic Deposit | From LIME ROCK RESOUR | | 1,900.00 |
| | REF=261200100833860N00SD | 2261406213Payment  MON026 | | |
| Apr 30 | Electronic Deposit | From TALLGRASS MLP OP | | 4,226.00 |
| | REF=261190183267130N00 | 1900934239PAYABLES  162037 | | |

|  | | **Total Other Deposits** | **$** | **223,184.96** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr  1 | Electronic Withdrawal | To IN BIZ Conv Fee | $ | 1.50- |
| | REF=260900051959360N00 | T261233097Payment  0-F97FD1787F60 | | |



ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**
Account Number:
█████████1472
Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 4 of 10

## U.S. BANK GOLD - BUSINESS CHECKING                                    (CONTINUED)
U.S. Bank National Association                                    Account Number █████████1472

### Other Withdrawals (continued)

| Date | | Description of Transaction | | Ref Number | Amount |
|------|--|---------------------------|--|-----------|-------:|
| Apr | 1 | Electronic Withdrawal<br>REF=260900051959320N00 | To IN SOS BOS<br>T356000158Payment  0-F97FD1787F60 | | 31.00- |
| Apr | 1 | Electronic Withdrawal<br>REF=260900032468420N00 | To INTUIT *<br>0000756346CHECKS / F0915270 | | 70.47- |
| Apr | 1 | Electronic Withdrawal<br>REF=260900033174130N00 | To Unum Life<br>9044595004Life Insur133933502248374 | | 111.00- |
| Apr | 1 | Electronic Withdrawal<br>REF=260910145603070N00SD | To TEAM PROFESSIONA<br>9215986202SALE | | 133.00- |
| Apr | 1 | Electronic Withdrawal<br>REF=260910123285550N00SD | To SONS OF NORWAY<br>1410547795PAYMENT   0061591148238 | | 513.50- |
| Apr | 1 | Electronic Withdrawal<br>REF=260910123285540N00SD | To SONS OF NORWAY<br>1410547795PAYMENT   0061591148236 | | 541.50- |
| Apr | 1 | Digital ACH Payment | REF park Monkey Fab & Design LL<br>ID = 4A235A5BF080EB8 | | 2,772.22- |
| Apr | 1 | Electronic Withdrawal<br>REF=260900046231910N00 | To IRS<br>3387702000USATAXPYMT270649125480728 | | 5,394.75- |
| Apr | 1 | Internet Banking Transfer | To Account 263090948625 | | 5,400.00- |
| Apr | 1 | Digital ACH Payment | REF ooty Calls Septic Service<br>ID = C8358647B5538BC | | 9,500.00- |
| Apr | 2 | Electronic Withdrawal<br>REF=260910205350990N00 | To LINDE GAS & EQUI<br>5330903620ACH       8CA5869AC01A4DE | | 517.06- |
| Apr | 2 | Electronic Withdrawal<br>REF=260920076347510N00SD | To AMEX EPAYMENT<br>0005000099ACH PMT  W1846 | | 11,172.46- |
| Apr | 3 | Electronic Withdrawal<br>REF=260920174335480N00 | To GATEWAY FEES<br>4460522024PURCHASE  MONDAK<br>PORTABLE | | 19.20- |
| Apr | 3 | Electronic Withdrawal<br>REF=260920061896850N00 | To TOWNOF FAIRMOUNT<br>0000063576UTILITY   1834066 | | 66.56- |
| Apr | 3 | Electronic Withdrawal<br>REF=260920061896840N00 | To TOWNOF FAIRMOUNT<br>0000063576UTILITY   1834066 | | 87.36- |
| Apr | 3 | Digital ACH Payment | REF arshal D Shively<br>ID = 477A13227D28752 | | 129.08- |
| Apr | 3 | Electronic Withdrawal<br>REF=260920060622820N00 | To 2D VECTRENENERGY<br>1350793669IGC ACH DR000013356413 | | 221.62- |
| Apr | 3 | Electronic Withdrawal<br>REF=260920060622830N00 | To 2D VECTRENENERGY<br>1350793669IGC ACH DR000013356429 | | 254.22- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302120N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 472.90- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302020N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 540.00- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302030N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 643.93- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302040N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 659.46- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302050N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 792.20- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302140N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 922.42- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302070N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 1,043.30- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302010N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 1,375.80- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302080N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 1,437.80- |
| Apr | 3 | Electronic Withdrawal<br>REF=260930148302090N00SD | To INTUIT 88656037<br>4462800242PAYROLL  1101169 | | 1,451.49- |

# us bank.

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**
Account Number:
███████1472
Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 5 of 10

## U.S. BANK GOLD - BUSINESS CHECKING                                    (CONTINUED)
U.S. Bank National Association                                  Account Number ███████1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------:|
| Apr 3 | Electronic Withdrawal | To INTUIT 88656037 | | 1,974.88- |
| | REF=260930148302130N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 3 | Electronic Withdrawal | To INTUIT 88656037 | | 2,010.26- |
| | REF=260930148302100N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 3 | Electronic Withdrawal | To INTUIT 88656037 | | 2,115.60- |
| | REF=260930148302060N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 3 | Electronic Withdrawal | To INTUIT 88656037 | | 2,285.84- |
| | REF=260930148302110N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 3 | Electronic Withdrawal | To J AND R SERVICES | | 20,966.00- |
| | REF=260930096142520N00 | 9215986202SALE | | |
| Apr 6 | Electronic Withdrawal | To SALTY DOG TRASH | | 350.00- |
| | REF=260930196497140N00 | 5330903620PURCHASE  317-660-5099 | | |
| Apr 6 | Electronic Withdrawal | To INTUIT * | | 559.00- |
| | REF=260960043283130N00 | 0000756346QBooks Onl2976210 | | |
| Apr 6 | Electronic Withdrawal | To Ritam Technologi | | 2,362.20- |
| | REF=260930209965500N00 | 0383913206PAYMENT  202719260806 | | |
| Apr 6 | Electronic Withdrawal | To BCBSNDPREMIUM | | 4,600.99- |
| | REF=260930190711530N00 | R450173185EDI PYMNTS52814068 | | |
| Apr 7 | Electronic Withdrawal | To Deere Credit Ser | | 446.14- |
| | REF=260960182993450N00 | 7935336000PAYMENTS  7900009827468JF | | |
| Apr 7 | Electronic Withdrawal | To MERCHANT SVCS | | 3,035.08- |
| | REF=260960169040850N00 | 1999999991MEMX033126403903000148840 | | |
| Apr 8 | Digital ACH Payment | REF ear Mountain, LLC | | 1,611.57- |
| | | ID = D41F3FEB06F00A9 | | |
| Apr 8 | Digital ACH Payment | REF park Monkey Fab & Design LL | | 5,102.09- |
| | | ID = 15F219F15B57B94 | | |
| Apr 8 | Electronic Withdrawal | To IRS | | 5,467.10- |
| | REF=260970054855210N00 | 3387702000USATAXPYMT270649884559399 | | |
| Apr 9 | Electronic Withdrawal | To CapitalOne | | 613.62- |
| | REF=260980164200050N00 | 1202010130CAPITAL ON | | |
| Apr 9 | Electronic Withdrawal | To BCBSNDPREMIUM | | 4,593.00- |
| | REF=260980164032440N00 | R450173185EDI PYMNTS53004479 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 140.64- |
| | REF=261000066479540N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 200.00- |
| | REF=261000066479530N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 535.35- |
| | REF=261000066479500N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 540.00- |
| | REF=261000066479580N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 556.10- |
| | REF=261000066479570N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 664.29- |
| | REF=261000066479610N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 693.55- |
| | REF=261000066479630N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 1,043.29- |
| | REF=261000066479600N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 1,098.12- |
| | REF=261000066479560N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 1,375.79- |
| | REF=261000066479590N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 1,384.94- |
| | REF=261000066479520N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 10 | Electronic Withdrawal | To INTUIT 89336704 | | 1,437.80- |
| | REF=261000066479550N00SD | 4462800242PAYROLL  1101169 | | |

**US bank**

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**

Account Number:
████████1472

Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 6 of 10

## U.S. BANK GOLD - BUSINESS CHECKING    (CONTINUED)
U.S. Bank National Association

Account Number ████████1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Apr 10 | Electronic Withdrawal REF=261000066479510N00SD | To INTUIT 89336704 4462800242PAYROLL 1101169 | | 1,974.89- |
| Apr 10 | Digital ACH Payment | REF aron Schmidt ID = AE4025408E6F28F | | 2,010.26- |
| Apr 10 | Electronic Withdrawal REF=261000066479620N00SD | To INTUIT 89336704 4462800242PAYROLL 1101169 | | 2,115.60- |
| Apr 10 | Electronic Withdrawal REF=261000066479640N00SD | To INTUIT 89336704 4462800242PAYROLL 1101169 | | 2,196.34- |
| Apr 13 | Electronic Withdrawal REF=261000117158590N00 | To MOUNTRAIL-WILLIA 450216732 MWEC BILL 0020302000 | | 3,282.16- |
| Apr 14 | Electronic Withdrawal REF=261040033359760N00 | To PMNTUS SVC FEE 0000408976SERVICEFEE5759112 | | 1.00- |
| Apr 14 | Electronic Withdrawal REF=261040033359740N00 | To ND DEPT OF 0000408976ENVIR QUAL5758875 | | 50.00- |
| Apr 14 | Electronic Withdrawal REF=261030137060070N00 | To NORTHWEST COMMUN 0    TELE BILL 000001821800 | | 83.32- |
| Apr 14 | Analysis Service Charge | | 1400000000 | 84.00- |
| Apr 14 | Electronic Withdrawal REF=261030179832480Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000119141994 | | 142.45- |
| Apr 14 | Electronic Withdrawal REF=261030179832870Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000119128463 | | 142.45- |
| Apr 14 | Electronic Withdrawal REF=261030179832430Y00 | To MN DEPT OF REVEN X416007162MN Rev pay000000119148062 | | 142.45- |
| Apr 14 | Electronic Withdrawal REF=261030207122790N00 | To ALLEGIANCE PREMI 1472319830PAYMENTS 30672893 | | 9,333.80- |
| Apr 15 | Electronic Withdrawal REF=261040063637250N00 | To IRS 3387702000USATAXPYMT270650554924576 | | 621.70- |
| Apr 15 | Electronic Withdrawal REF=261040052091210N00 | To PAC-LIFE-LYN-INF 5238209435INSURANCE 2L92679290 | | 1,598.58- |
| Apr 15 | Electronic Withdrawal REF=261040063637210N00 | To IRS 3387702000USATAXPYMT270650501498008 | | 4,847.28- |
| Apr 15 | Electronic Withdrawal REF=261040123824840N00 | To Parkland USA Cor 5450325753PAYMENT N10021243 | | 35,081.93- |
| Apr 16 | Digital ACH Payment | REF GT Trucking, Inc. ID = 7C764443CD57E5D | | 8,000.00- |
| Apr 17 | Digital ACH Payment | REF ichard Rogers ID = B769E9AD4CA9A4B | | 81.96- |
| Apr 17 | Digital ACH Payment | REF icole Ingebritson ID = 8C485CEAE73958C | | 86.83- |
| Apr 17 | Electronic Withdrawal REF=261070145589500N00SD | To INTUIT 90106610 4462800242PAYROLL 1101169 | | 200.00- |
| Apr 17 | Electronic Withdrawal REF=261070145589460N00SD | To INTUIT 90106610 4462800242PAYROLL 1101169 | | 486.94- |
| Apr 17 | Electronic Withdrawal REF=261070145589440N00SD | To INTUIT 90106610 4462800242PAYROLL 1101169 | | 540.00- |
| Apr 17 | Digital ACH Payment | REF ntegrity Auto and Diesel Re ID = 149A975E621574A | | 546.76- |
| Apr 17 | Electronic Withdrawal REF=261070145589380N00SD | To INTUIT 90106610 4462800242PAYROLL 1101169 | | 592.77- |
| Apr 17 | Electronic Withdrawal REF=261070145589490N00SD | To INTUIT 90106610 4462800242PAYROLL 1101169 | | 855.35- |
| Apr 17 | Electronic Withdrawal REF=261070145589370N00SD | To INTUIT 90106610 4462800242PAYROLL 1101169 | | 893.90- |
| Apr 17 | Electronic Withdrawal REF=261070145589470N00SD | To INTUIT 90106610 4462800242PAYROLL 1101169 | | 913.20- |
| Apr 17 | Electronic Withdrawal REF=261070145589390N00SD | To INTUIT 90106610 4462800242PAYROLL 1101169 | | 971.98- |

# us bank.

ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**
Account Number:
███████1472
Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 7 of 10

## U.S. BANK GOLD - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number ███████1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 17 | Electronic Withdrawal<br>REF=261070145589510N00SD | To INTUIT 90106610<br>4462800242PAYROLL 1101169 | | 1,043.30- |
| Apr 17 | Electronic Withdrawal<br>REF=261070145589480N00SD | To INTUIT 90106610<br>4462800242PAYROLL 1101169 | | 1,375.81- |
| Apr 17 | Electronic Withdrawal<br>REF=261070145589410N00SD | To INTUIT 90106610<br>4462800242PAYROLL 1101169 | | 1,437.80- |
| Apr 17 | Electronic Withdrawal<br>REF=261070145589430N00SD | To INTUIT 90106610<br>4462800242PAYROLL 1101169 | | 1,590.79- |
| Apr 17 | Electronic Withdrawal<br>REF=261070145589420N00SD | To INTUIT 90106610<br>4462800242PAYROLL 1101169 | | 1,974.89- |
| Apr 17 | Digital ACH Payment | REF aron Schmidt<br>ID = 979105A33EF6BA9 | | 2,010.26- |
| Apr 17 | Electronic Withdrawal<br>REF=261070145589450N00SD | To INTUIT 90106610<br>4462800242PAYROLL 1101169 | | 2,071.40- |
| Apr 17 | Electronic Withdrawal<br>REF=261070145589400N00SD | To INTUIT 90106610<br>4462800242PAYROLL 1101169 | | 2,198.33- |
| Apr 17 | Digital ACH Payment | REF park Monkey Fab & Design LL<br>ID = 271032830CBA784 | | 3,717.91- |
| Apr 17 | Wire Debit REF004592<br>BNF=NORTH AVENUE CAPITAL | HUNT COL        260417B01Y83<br>LLC 816 A1A N SUITE 30 | | 25,000.00- |
| Apr 20 | Electronic Withdrawal<br>REF=261070197522940N00 | To FRONTIER COMMUNI<br>7529252911BILL PAY 10493085671 | | 261.93- |
| Apr 20 | Wire Debit REF001077<br>BNF=NORTH AVENUE CAPITAL | HUNT COL        260420B00PCR<br>816 A1A NORTH SUITE 30 | | 25,000.00- |
| Apr 21 | Electronic Withdrawal<br>REF=261100143593870N00 | To LSIC PREM<br>M231745172INS PREM 2217972071 | | 122.30- |
| Apr 21 | Electronic Withdrawal<br>REF=261100179423960N00 | To SALTY DOG TRASH<br>5330903620PURCHASE 317-660-5099 | | 350.00- |
| Apr 22 | Electronic Withdrawal<br>REF=261110133815240N00 | To IRS<br>3387702000USATAXPYMT270651200767719 | | 5,917.59- |
| Apr 23 | Electronic Withdrawal<br>REF=261120041238000N00 | To VERIZON WIRELESS<br>6223344794PAYMENTS 048636982700001 | | 270.85- |
| Apr 23 | Electronic Withdrawal<br>REF=261120124213010N00 | To AMER ELECT PWR<br>1350410455CPPWDRAWAL0411279535 | | 370.38- |
| Apr 23 | Electronic Withdrawal<br>REF=261120124213020N00 | To AMER ELECT PWR<br>1350410455CPPWDRAWAL0440479761 | | 607.02- |
| Apr 23 | Electronic Withdrawal<br>REF=261120126511240N00 | To BCBSNDPREMIUM<br>R450173185EDI PYMNTS53047643 | | 4,593.00- |
| Apr 24 | Digital ACH Payment | REF ichard Rogers<br>ID = D7CDADEFB600870 | | 93.97- |
| Apr 24 | Electronic Withdrawal<br>REF=261140147228960N00SD | To INTUIT 90566844<br>4462800242PAYROLL 1101169 | | 135.00- |
| Apr 24 | Digital ACH Payment | REF arshal D Shively<br>ID = D438DE6832A2E55 | | 171.48- |
| Apr 24 | Electronic Withdrawal<br>REF=261140147229040N00SD | To INTUIT 90566844<br>4462800242PAYROLL 1101169 | | 200.00- |
| Apr 24 | Electronic Withdrawal<br>REF=261140147229110N00SD | To INTUIT 90566844<br>4462800242PAYROLL 1101169 | | 330.80- |
| Apr 24 | Electronic Withdrawal<br>REF=261140147229000N00SD | To INTUIT 90566844<br>4462800242PAYROLL 1101169 | | 511.62- |
| Apr 24 | Electronic Withdrawal<br>REF=261140147228980N00SD | To INTUIT 90566844<br>4462800242PAYROLL 1101169 | | 540.00- |
| Apr 24 | Electronic Withdrawal<br>REF=261140147229120N00SD | To INTUIT 90566844<br>4462800242PAYROLL 1101169 | | 672.16- |
| Apr 24 | Electronic Withdrawal<br>REF=261140147229020N00SD | To INTUIT 90566844<br>4462800242PAYROLL 1101169 | | 746.47- |

# US bank

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**
Account Number:
▉▉▉▉1472
Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 8 of 10

## U.S. BANK GOLD - BUSINESS CHECKING                            (CONTINUED)

U.S. Bank National Association                      **Account Number** ▉▉▉▉1472

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 950.37- |
| | REF=261140147229010N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 1,043.29- |
| | REF=261140147229030N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 1,045.17- |
| | REF=261140147228970N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 1,260.00- |
| | REF=261140147229090N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 1,375.80- |
| | REF=261140147229070N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 1,424.49- |
| | REF=261140147228990N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 1,899.27- |
| | REF=261140147229080N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 2,010.26- |
| | REF=261140147229050N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 2,074.00- |
| | REF=261140147229100N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Electronic Withdrawal | To INTUIT 90566844 | | 2,180.94- |
| | REF=261140147229060N00SD | 4462800242PAYROLL  1101169 | | |
| Apr 24 | Digital ACH Payment | REF park Monkey Fab & Design LL | | 7,776.11- |
| | | ID = EBEFFD6137FF3D4 | | |
| Apr 27 | Electronic Withdrawal | To LINDE GAS & EQUI | | 63.13- |
| | REF=261140186031080N00 | 5330903620ACH       D94D0D87D8EB458 | | |
| Apr 27 | Electronic Withdrawal | To INTUIT 91215293 | | 219.33- |
| | REF=261140183127340N00 | 4462800242PAYROLL  1101169 | | |
| Apr 27 | Digital ACH Payment | REF ichard Rogers | | 3,500.00- |
| | | ID = C343E9225478C3F | | |
| Apr 28 | Electronic Withdrawal | To 1ST BANKCARD CTR | | 592.26- |
| | REF=261170193708890N00 | 8104000010ONLINE PMT3D08D351A55187 | | |
| Apr 28 | Electronic Withdrawal | To BCBSNDPREMIUM | | 4,593.00- |
| | REF=261170146000600N00 | R450173185EDI PYMNTS53090047 | | |
| Apr 29 | Electronic Withdrawal | To IRS | | 28.00- |
| | REF=261180143918260N00 | 3387702000USATAXPYMT270651960102270 | | |
| Apr 29 | Electronic Withdrawal | To IRS | | 621.39- |
| | REF=261180143918140N00 | 3387702000USATAXPYMT270651993168705 | | |
| Apr 29 | Electronic Withdrawal | To PAC-LIFE-LYN-INF | | 1,403.97- |
| | REF=261180124581020N00 | 5238209435INSURANCE 2L92648520 | | |
| Apr 29 | Electronic Withdrawal | To IRS | | 5,699.59- |
| | REF=261180143918250N00 | 3387702000USATAXPYMT270651915212828 | | |
| Apr 29 | Digital ACH Payment | REF ooty Calls Septic Service | | 9,500.00- |
| | | ID = 6EC8C46B1B5CD48 | | |
| Apr 30 | Electronic Withdrawal | To Job Service ND | | 147.58- |
| | REF=261190198883660N00 | 1456002490UI Tax Pmt1111124 | | |
| Apr 30 | Electronic Withdrawal | To DOR ITS PAYMENTS | | 885.00- |
| | REF=261190210626950N00 | 9207000TAXINDORITS  13854245 | | |
| Apr 30 | Electronic Withdrawal | To NDTAX | | 1,491.00- |
| | REF=261190121323760N00 | 1450309764TAX PYMT  1301712384 | | |
| Apr 30 | Deposited Item Returned | | 1000100280 | 2,729.66- |
| Apr 30 | Electronic Withdrawal | To NDTAX | | 5,062.87- |
| | REF=261190121323790N00 | 1450309764TAX PYMT  794086912 | | |

|  | **Total Other Withdrawals** | **$** | **334,808.48-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1184 | Apr  2 | 8953585809 | 289.02 | 1185 | Apr  2 | 8953183498 | 77.11 |

# us bank.

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
█████████1472

Statement Period:

Apr 1, 2026

through

Apr 30, 2026

Page 9 of 10

## U.S. BANK GOLD - BUSINESS CHECKING

U.S. Bank National Association

**(CONTINUED)**

Account Number ████████1472

### Checks Presented Conventionally (continued)

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 1186 | Apr 1 | 8651498137 | 231.24 | 1197 | Apr 7 | 8352094076 | 2,996.09 |
| 1188* | Apr 3 | 9251046169 | 167.37 | 1198 | Apr 17 | 9251178747 | 167.37 |
| 1189 | Apr 6 | 8055282858 | 760.10 | 1199 | Apr 16 | 8950793897 | 3,133.93 |
| 1190 | Apr 9 | 8952825639 | 4,264.25 | 1200 | Apr 24 | 9251064775 | 167.37 |
| 1191 | Apr 13 | 8051450993 | 1,595.00 | 1201 | Apr 22 | 8653573375 | 100.00 |
| 1192 | Apr 13 | 8055864207 | 550.00 | 1203* | Apr 27 | 8050709667 | 729.40 |
| 1193 | Apr 13 | 8050824482 | 191.90 | 1204 | Apr 24 | 9251067246 | 80.00 |
| 1194 | Apr 3 | 9253940878 | 3,000.00 | 1205 | Apr 24 | 9253470997 | 1,235.00 |
| 1195 | Apr 9 | 8951151568 | 3,104.89 | 1208* | Apr 28 | 8351954178 | 350.00 |
| 1196 | Apr 10 | 9251219476 | 167.37 | | | | |

\* Gap in check sequence

**Conventional Checks Paid (21)**   $   **23,357.41-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Apr 1 | 78,658.85 | Apr 13 | 86,508.17 | Apr 22 | 83,339.52 |
| Apr 2 | 129,510.83 | Apr 14 | 87,967.25 | Apr 23 | 86,178.70 |
| Apr 3 | 90,838.59 | Apr 15 | 48,025.19 | Apr 24 | 60,484.13 |
| Apr 6 | 88,501.80 | Apr 16 | 43,971.26 | Apr 27 | 56,338.27 |
| Apr 7 | 107,930.99 | Apr 17 | 50,213.71 | Apr 28 | 104,237.72 |
| Apr 8 | 103,030.40 | Apr 20 | 71,250.29 | Apr 29 | 95,296.27 |
| Apr 9 | 105,722.67 | Apr 21 | 70,827.99 | Apr 30 | 97,075.23 |
| Apr 10 | 89,591.07 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: March 2026

| | | |
|---|---|---|
| Account Number: | █████████1472 | $    48.00 |
| Account Number: | █████████1464 | $    36.00 |
| Analysis Service Charge assessed to | █████████1472 | $    84.00 |

### Service Activity Detail for Account Number ████████1464

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|---------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 12 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **Wire Transfers** | | | |
| Incoming Fedwire | 1 | 14.00000 | 14.00 |
| Wire Advice Mail | 1 | 12.00000 | 12.00 |
| Subtotal: Wire Transfers | | | 26.00 |
| **ACH Services** | | | |
| Digital Domestic ACH Payment | 4 | 1.00000 | 4.00 |
| Small Business Same Day ACH | 2 | 3.00000 | 6.00 |
| Subtotal: ACH Services | | | 10.00 |
| Fee Based Service Charges for Account Number ████████1464 | | $ | 36.00 |

### Service Activity Detail for Account Number ████████1472

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|---------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 311 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |



ESTATE OF MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND 58843-9720

**Business Statement**

Account Number:
█████████1472

Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 10 of 10

**ANALYSIS SERVICE CHARGE DETAIL** **(CONTINUED)**

**Service Activity Detail for Account Number █████████472 (continued)**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Wire Transfers** | | | |
| DIGITAL DOMESTIC WIRE PAYMENT | 1 | 30.00000 | 30.00 |
| Wire Advice Mail | 1 | 12.00000 | 12.00 |
| Subtotal: Wire Transfers | | | 42.00 |
| **ACH Services** | | | |
| Digital Domestic ACH Payment | 6 | 1.00000 | 6.00 |
| ACH Received Addenda Item | 102 | | No Charge |
| Subtotal: ACH Services | | | 6.00 |
| **Branch Coin/Currency Services** | | | |
| Night Dep Processing-per Dep | 13 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number █████████1472 | | $ | 48.00 |

 Check #1184

# $289.02

Posted
Check #1184

## Transaction info

Date
**4/02/2026**

Time
**9:56 pm**

Last 4 digits of card used
**1472**

Type
**Check**

Reference number
**0000001184**

## Check images

Front



Back

View larger (PDF) [↗]

## Money tracker

Uncategorized
**Check**

 Check #1185

# $77.11

Posted
Check #1185

## Transaction info

Date
4/02/2026

Time
6:53 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001185

## Check images

Front

MonDak Portables, LLC
13008- 60th Street NW
Epping. ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1185

03/25/2026

PAY TO THE
ORDER OF ___ Tifco Industries

$ **77.11

Seventy-seven and 11/100••••••••••••••••••••••••••••••••••••••••••••••••••••••••• ___ DOLLARS

Tifco Industries
P. O. Box 40277
Huston, TX  77240-0277

MEMO        2029608

Katherine Kent

⑈0018185⑈            1472⑈

Back

For Deposit only to
account ▇▇▇ 0299
Cust: TIFCO INDUSTRIES, INC.
Loc: Tifco Industries Inc
Seq:  61
Dep:  002204
Location Code: 1

IF DISHONOURED RETURN TO:
<0310-0005>
Date: 2026-04-02

View larger (PDF) ☐

## Money tracker

Uncategorized
Check

 Check #1186

# $231.24

Posted
Check #1186

## Transaction info

Date
3/31/2026

Time
9:50 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001186

## Check images

Front

| | |
|---|---|
| **MonDak Portables, LLC**<br>13008- 60th Street NW<br>Epping, ND 58843<br>(701) 859-4662 | US Bank<br>202 Main ST<br>Williston, ND 58801<br>77-2/913    1186 |

03/25/2026

PAY TO THE ORDER OF ___ Trailer & Truck Equipment    $ **231.24

Two hundred thirty-one and 24/100************************************************************ DOLLARS

Trailer & Truck Equipment
13356 56th St NW
Williston, ND  58801

MEMO    1005227

⑈001186⑈ ███████████ 472⑈

Back

ISN# 000062047963
Date 3/31/2026

03/31/2026 First International Bank 091305031 11 6011

FOR DEPOSIT ONLY
FIRST INTERNATIONAL BANK & TRUST
CREDIT TO THE ACCOUNT OF
TRAILER & TRUCK EQUIP OF WILLISTON LLC
031

View larger (PDF)

## Money tracker

Uncategorized
Check

 Check #1188

# $167.37

Posted
Check #1188

## Transaction info

Date
4/02/2026

Time
9:12 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001188

## Check images

Front

| | |
|---|---|
| **MonDak Portables, LLC** | US Bank |
| 13008- 60th Street NW | 202 Main ST |
| Epping, ND 58843 | Williston, ND 58801 |
| (701) 859-4662 | 77-2/913 |

1188

03/27/2026

PAY TO THE ORDER OF    DCI                                                              $   **167.37

One hundred sixty-seven and 37/100************************************************************* DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO    Alysha Younker-53-2023-GV-00008

Bau Rogus

220451/

⑆001188⑆  ██████████  472⑆

Back

>091310615< 20260402
**Bravera Bank**
**Drawer#/Trans#: 00404/0030**
**HIN: 958810510000103**

<0091310615> 404 30 04/02/26

PAY TO THE ORDER OF
Bank
615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620

View larger (PDF) [↗]

## Money tracker

Uncategorized
Check

 Check #1189

# $760.10

Posted
Check #1189

## Transaction info

Date
**4/06/2026**

Time
**7:50 pm**

Last 4 digits of card used
**1472**

Type
**Check**

Reference number
**0000001189**

## Check images

Front

MonDak Portables, LLC
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1189

4-1-26

PAY TO THE
ORDER OF   Big Sky Butcher                          $ 760 10

Seven Hundred + Sixty + 1%                                DOLLARS

MEMO                              Baw Rogers

⑈001189⑈          ⑈472⑈

Back

#7 20 120 20260406   8:31:25

PAY TO THE ORDER OF
STOCKMAN BANK
FOR DEPOSIT ONLY
BIG SKY BUTCHER LLC
94

View larger (PDF) ⤢

## Money tracker

Uncategorized
**Check**

 Check #1190

# $4,264.25

Posted
Check #1190

## Transaction info

Date
**4/09/2026**

Time
**5:09 pm**

Last 4 digits of card used
**1472**

Type
**Check**

Reference number
**0000001190**

## Check images

Front

<<CASH ONLY IF ALL 'CheckLock ™' SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING >

| | | |
|---|---|---|
| **MonDak Portables, LLC**<br>13003· 60th Street NW<br>Epping, ND 58843<br>(701) 859-4662 | **US Bank**<br>202 Main ST<br>Williston, ND 58801<br>77-2/913 | **1190**<br><br>04/01/2026 |

PAY TO THE
ORDER OF ___ Magic City Garage Door Company ___ $ **4,264.25

Four thousand two hundred sixty-four and 25/100·················································· DOLLARS

Magic City Garage Door Company
PO Box 3027
Minot, ND 58702-3027

MEMO   #448654081

⑈001190⑈ ▉▉▉▉▉▉ 1472⑈

Back

Seq: 7
Dep: 219132
Date: 04/09/26

For Deposit Only to
APi Garage Door
Deposited by:

## View larger (PDF)

## Money tracker

Uncategorized
**Check**

 Check #1191

# $1,595.00

Posted
Check #1191

## Transaction info

Date
4/10/2026

Time
9:33 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001191

## Check images

Front

| | |
|---|---|
| **MonDak Portables, LLC**<br>13008- 60th Street NW<br>Epping, ND 58843<br>(701) 859-4662 | US Bank<br>202 Main ST<br>Williston, ND 58801<br>77-2/913       1191 |

04/01/2026

PAY TO THE ORDER OF ___ Randy's Handyman Service ___ $ **1,595.00

One thousand five hundred ninety-five and 00/100******************************************************** ___ DOLLARS

Randy's Handyman Service
910 17th Ave West
Williston, ND  58801

MEMO

⑈001191⑈          ⑆472⑈

Back

ISN# 000003098138
Date 4/10/2026

04/10/2026 First International Bank 091305031 2 5002

View larger (PDF) ↗

## Money tracker

Uncategorized
Check

 Check #1192

# $550.00

Posted
Check #1192

## Transaction info

Date
4/13/2026

Time
11:39 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001192

## Check images

Front

MonDak Portables, LLC
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1192

04/01/2026

PAY TO THE
ORDER OF ___ Syn-Tech Systems Inc                                   $ **550.00

Five hundred fifty and 00/100**************************************************** DOLLARS

Syn-Tech Systems Inc
100 Four Points Way
Tallahassee, FL 32305
United States

MEMO

⑈00ⅼⅼ92⑈        ⅼ472⑈

Back

>063100688< 20260413
CAPITAL CITY BANK
Drawer#/Trans#: 05201/0028
HIN: 959933290000128

FOR DEPOSIT ONLY
SYN-TECH
SYSTEMS INC.

View larger (PDF) ↗

## Money tracker

Uncategorized

Check



Check #1193

# $191.90

Posted
Check #1193

## Transaction info

Date
4/10/2026

Time
7:54 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001193

## Check images

Front

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1193

04/01/2026

PAY TO THE ORDER OF ___ Western Area Water Supply Authority ___ $ **191.90

One hundred ninety-one and 90/100******************************************************** DOLLARS

Western Area Water Supply Authority
PO Box 2343
Williston, ND 58802-2343

MEMO

⑈0011931⑈          ⑈1472⑈

Back

04/10/2026

For Deposit Only
Western Area Water Supply Authority
To the Account of 1262918
04/10/2026

View larger (PDF) ↗

## Money tracker

Uncategorized
Check

 Check #1194

# $3,000.00

Posted
Check #1194

## Transaction info

Date
4/03/2026

Time
10:07 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001194

## Check images

Front



Back



View larger (PDF) ↗

## Money tracker

Uncategorized
Check

Check #1195

# $3,104.89

Posted
Check #1195

## Transaction info

Date
4/08/2026

Time
9:24 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001195

## Check images

Front



MonDak Portables, LLC
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1195

04/01/2026

PAY TO THE
ORDER OF ___ Morelli Distributing Williston _____ $ **3,104.89

Three thousand one hundred four and 89/100************************************************* DOLLARS

Morelli Distributing Williston
PO Box 1513
Williston, ND  58802-1513

MEMO   Inv. 2018080

⑈001195⑈ [redacted] 1472⑈

Back

ISN# 000036112418
· Date 4/8/2026

04/08/2026 [redacted] 2002

FOR DEPOSIT ONLY
FIRST INTERNATIONAL BANK & TRUST
091305031
CREDIT TO THE ACCOUNT OF
MORELLIS DISTRIBUTING INC
901

View larger (PDF) [↗]

## Money tracker

Uncategorized

Check

Check #1196

# $167.37

Posted
Check #1196

## Transaction info

Date
4/09/2026

Time
9:35 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001196

## Check images

Front



Back

View larger (PDF) [↗]

## Money tracker

Uncategorized
Check



Check #1197

# $2,996.09

Posted
Check #1197

## Transaction info

Date
4/06/2026

Time
9:39 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001197

## Check images

Front

Back

View larger (PDF) [↗]

## Money tracker

Uncategorized
Check

■ Check #1198

# $167.37

Posted
Check #1198

## Transaction info

Date
4/16/2026

Time
9:25 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001198

## Check images

Front

MonDak Portables, LLC
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1198

04/10/2026

PAY TO THE
ORDER OF ___ DCI ___

$ **167.37

One hundred sixty-seven and 37/100**************************************************************

DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

MEMO ___ Alysha Younker 53-2023-GV-08008 ___

2204511    ⑆001198⑆    ⑈ 1472⑈

Back

>091310615< 20260416
Bravera Bank
Drawer#/Trans#: 00404/0026
HIN: 960210510000124

<0091310615> 404 26 04/16/26

PAY TO THE ORDER OF
Bravera Bank
0615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620

View larger (PDF) ↗

## Money tracker

Uncategorized
Check

■ Check #1199

# $3,133.93

Posted
Check #1199

## Transaction info

Date
**4/15/2026**

Time
**8:12 pm**

Last 4 digits of card used
**1472**

Type
**Check**

Reference number
**0000001199**

## Check images

Front

| | |
|---|---|
| **MonDak Portables, LLC** | **US Bank** |
| 13008- 60th Street NW | 202 Main ST |
| Epping, ND 58843 | Williston, ND 58801 |
| (701) 859-4662 | 77-2/913 |

1199

04/08/2026

PAY TO THE ORDER OF ___ OK Tire Store                                    $ **3,133.93

Three thousand one hundred thirty-three and 93/100************************************************************** DOLLARS

OK Tire Store
5010 138th Ave, NW
P.O. Box 2076
Williston, ND 58802

MEMO

⑆001199⑆ ████████████ 1472⑈

Back

ISN# 000039022618
Date 4/15/2026

04/15/2026 ████████████ 002

View larger (PDF) ↗

## Money tracker

Uncategorized
**Check**

 Check #1200

# $167.37

Posted
Check #1200

## Transaction info

Date
4/23/2026

Time
9:18 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001200

## Balance snapshot

When you made this transaction, there were **$4,152.09** of **other adjustments**. This created an available balance of **$57,647.04**. To avoid future fees, set up an overdraft protection option. You can learn more about how holds work in Your Deposit Account Agreement.

## Check images

Front

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1200

04/17/2026

PAY TO THE ORDER OF ___ DCI ___    $  **167.37

One hundred sixty-seven and 37/100******************************************************************************  DOLLARS

DCI
PO Box 1347
Dickinson, ND  58602

Barb Agus

MEMO ___ Alysha Younker-58-2023-GV-00008 ___

22045711

⑈001200⑈                  ⑈472⑈

Back

>091310615< 20260423
Bravera Bank
Drawer#/Trans#: 00404/0008
HIN: 960910510000056

<0091310615> 404 8 04/23/26

PAY TO THE ORDER OF
Bravera Bank
0615
FOR DEPOSIT ONLY
DAKOTA CREDIT
000620

View larger (PDF) ↗

 Check #1201

# $100.00

Posted
Check #1201

## Transaction info

Date
**4/22/2026**

Time
**10:01 pm**

Last 4 digits of card used
**1472**

Type
**Check**

Reference number
**0000001201**

## Balance snapshot

When you made this transaction, there were **$4,152.09** of **other adjustments**. This created an available balance of **$79,187.43**. To avoid future fees, set up an overdraft protection option. You can learn more about how holds work in Your Deposit Account Agreement.

## Check images

Front

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1201

04/17/2026

PAY TO THE
ORDER OF   Chamley Pipe & Salvage LLC                                  $  **100.00

One hundred and 00/100********************************************************************************** DOLLARS

Chamley Pipe & Salvage LLC
P O Box 2537
Williston, ND  58802-2537

MEMO
000039

⑈001201⑈          [redacted]          1472⑈

Back

PAY TO THE ORDER OF
GATE CITY BANK
WILLISTON, ND 58802-0878
FOR DEPOSIT ONLY
CHAMLEY PIPE & SALVAGE LLC

>291370918<
CP Operating Checking
2026-04-22
0886534758

View larger (PDF)

## Money tracker

 Check #1203

# $729.40

Posted
Check #1203

## Transaction info

Date
**4/24/2026**

Time
**7:40 pm**

Last 4 digits of card used
**1472**

Type
**Check**

Reference number
**0000001203**

## Balance snapshot

When you made this transaction, there were **$4,152.09** of **other adjustments**. This created an available balance of **$52,186.18**. To avoid future fees, set up an overdraft protection option. You can learn more about how holds work in Your Deposit Account Agreement.

## Check images

Front

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**MonDak Portables, LLC**
13008- 60th Street NW
Epping, ND 58843
(701) 859-4662

US Bank
202 Main ST
Williston, ND 58801
77-2/913

1203

04/17/2026

PAY TO THE
ORDER OF _____ O'Day Equipment, LLC _____   $ **729.40

Seven hundred twenty-nine and 40/100************************************************************************************ DOLLARS

O'Day Equipment, LLC
PO Box 2706
Fargo, ND  58108

MEMO

�串0012034�串          14724⑱

Back

//#0179015 2026-04 24 ELECTRONICALLY DEPOSITED

For Deposit Only
>091310521<
Acct#**********
2026-04-24
0000170015
Gen I - Equip

FOR DEPOSIT ONLY
O'Day Equipment LLC
6620882330

PAY TO THE ORDER OF
Bell Bank
Fargo MD 58106
0521

View larger (PDF) ↗

Money tracker

  Check #1204

## $80.00

Posted
Check #1204

### Transaction info

Date
4/23/2026

Time
9:18 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001204

### Balance snapshot

When you made this transaction, there were **$4,152.09** of **other adjustments**. This created an available balance of **$57,567.04**. To avoid future fees, set up an overdraft protection option. You can learn more about how holds work in Your Deposit Account Agreement.

### Check images

Front

| | |
|---|---|
| **MonDak Portables, LLC**<br>13008- 60th Street NW<br>Epping, ND 58843<br>(701) 859-4662 | **US Bank**<br>202 Main ST<br>Williston, ND 58801<br>77-2/913 |

1204

04/17/2026

PAY TO THE ORDER OF ___ Pro Safe Pest Control ___ $ **80.00

Eighty and 00/100************************************************************************************* ___ DOLLARS

Pro Safe Pest Control
725 8th Ave E
Williston, ND 58801

MEMO

ıı⁣0012041ıı    ⬛⬛⬛    1472ıı

Back

ISN# 000003099512
Date 4/23/2026

04/23/2026 First International Bank 091305031 2 1002

PAY TO THE ORDER OF
FIRST INTL BANK AND TRUST
FOR DEPOSIT ONLY
ProSafe Pest Control, LLC
3936

View larger (PDF) ↗

### Money tracker

 Check #1205

# $1,235.00

Posted
Check #1205

## Transaction info

Date
4/24/2026

Time
9:58 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001205

## Balance snapshot

When you made this transaction, there were **$4,152.09** of **other adjustments**. This created an available balance of **$56,332.04**. To avoid future fees, set up an overdraft protection option. You can learn more about how holds work in Your Deposit Account Agreement.

## Check images

Front

| | | |
|---|---|---|
| **MonDak Portables, LLC** | **US Bank** | **1205** |
| 13008- 60th Street NW | 202 Main ST | |
| Epping, ND 58843 | Williston, ND 58801 | |
| (701) 859-4662 | 77-2/913 | |

04/17/2026

PAY TO THE
ORDER OF _____ WDH Enterprises, LLC                                     $ **1,235.00

One thousand two hundred thirty-five and 00/100********************************************************DOLLARS

WDH Enterprises, LLC
2503 29th Ave W
Williston, ND  58801

MEMO

Katherine Jgt

⑈001205⑈           147 2⑈

Back

Gate City Bank 291370918
4/24/2026, 13:27:34
HBARKER
TMID          8451

WDH Enterprises LLC
DawnR (illegible)
1182062

View larger (PDF) ↗

## Money tracker

 Check #1208

# $350.00

Posted
Check #1208

## Transaction info

Date
4/27/2026

Time
9:35 pm

Last 4 digits of card used
1472

Type
Check

Reference number
0000001208

## Balance snapshot

When you made this transaction, there were **$4,152.09** of **other adjustments**. This created an available balance of **$100,085.63**. To avoid future fees, set up an overdraft protection option. You can learn more about how holds work in Your Deposit Account Agreement.

## Check images

Front

| | |
|---|---|
| **MonDak Portables, LLC**<br>13008- 60th Street NW<br>Epping, ND 58843<br>(701) 859-4662 | **US Bank**<br>202 Main ST<br>Williston, ND 58801<br>77-2/913 **1208**<br>04/27/2026 |

PAY TO THE ORDER OF ___ Fort Union Supply & Trading _____ $ **350.00**

Three hundred fifty and 00/100************************************************************ DOLLARS

Fort Union Supply & Trading

MEMO    Standing Desk                                 *Bau Rogers*

⑈001208⑈ ▓▓▓▓▓▓▓▓▓  1472⑈

Back

>091300515< 20260427
AMERICAN STATE BANK & TRUST
Drawer#/Trans#: 02020/0029
HIN: 961339830000157

<0091300515>2020 29 04/27/26

*For Deposit Only
Ft Union Supply Trading Co*

View larger (PDF)

## Money tracker

# us bank.

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

768      TRN           S         Y      ST01

106481845862580 EB

||·|·||··||·||·|·|·||·||·||·||·|·|·||·|·||·|·||·||··|·||||||

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720



**Business Statement**

Account Number:
1464

Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 1 of 2

☎                    **To Contact U.S. Bank**

**24-Hour Business**
**Solutions:**                               **800-673-3555**

**U.S. Bank accepts Relay Calls**
**Internet:**                                 *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at u**sbank.com/YDAA-upcoming-version**. If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

For Business Essentials customers only, we wanted to make you aware that a new version of the U.S. Bank Business Essentials Payment Processing Terms of Service and Operating Agreement (April 2026) is available. You can review it here: https://www.usbank.com/dam/documents/pdf/business-banking/business-pricing-information/business-essentials-terms-of-service.pdf

## U.S. BANK SILVER - BUSINESS CHECKING                                              *Member FDIC*

U.S. Bank National Association                                           **Account Number** 1464

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Apr 1 | | $ | 18,883.40 | Number of Days in Statement Period | 30 |
| Customer Deposits | 1 | | 11,000.00 | | |
| Other Withdrawals | 5 | | 23,811.71- | | |
| Checks Paid | 2 | | 760.04- | | |
| **Ending Balance on  Apr 30, 2026** | | $ | **5,311.65** | | |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Apr 8 | 8652238161 | 11,000.00 |
| | | **Total Customer Deposits** | **$ 11,000.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr  2 | Electronic Withdrawal | To AMEX EPAYMENT | | $ 4,697.12- |
| | REF=260910178048700N00 | 0005000008ACH PMT   W6442 | | |
| Apr  9 | Electronic Withdrawal | To CapitalOne | | 1,972.46- |
| | REF=260980164200060N00 | 1202010130CAPITAL ON | | |
| Apr 10 | Digital ACH Payment | REF T Ryerson & Son Inc | | 2,849.77- |
| | | ID = ADAFB3C6AC9AF31 | | |
| Apr 20 | Electronic Withdrawal | To AMEX EPAYMENT | | 10,251.31- |
| | REF=261070181503850N00 | 0005000008ACH PMT   W7664 | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# us bank.

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:

████████1464

Statement Period:

Apr 1, 2026

through

Apr 30, 2026

Page 2 of 2

## U.S. BANK SILVER - BUSINESS CHECKING                          (CONTINUED)

U.S. Bank National Association                                    **Account Number** ████1464

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|------------|--------|
| Apr 30 | Digital ACH Payment | REF anders Metal Products Inc ID = B2D3192A857F81C | | 4,041.05- |
| | | **Total Other Withdrawals** | $ | **23,811.71-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 1031 | Apr  1 | 8653829350 | 475.97 | 1032 | Apr  6 | 8053220820 | 284.07 |
| | | | | **Conventional Checks Paid (2)** | | $ | **760.04-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Apr  1 | 18,407.43 | Apr  8 | 24,426.24 | Apr 20 | 9,352.70 |
| Apr  2 | 13,710.31 | Apr  9 | 22,453.78 | Apr 30 | 5,311.65 |
| Apr  6 | 13,426.24 | Apr 10 | 19,604.01 | | |

Balances only appear for days reflecting change.

● Check #1031

# $475.97

Posted
Check #1031

## Transaction info

Date
4/01/2026

Time
8:48 pm

Last 4 digits of card used
1464

Type
Check

Reference number
0000001031

## Check images

Front

MONDAK PORTABLES LLC
13308 60TH ST NW
EPPING, ND 58843-9720

1031

77-2513

DATE May 25, 2024

PAY TO THE ORDER OF _Mofab Inc._   $475.97

_Four hundred seventy five 00/100_   DOLLARS

US bank

FOR _Inv 318743, 318743_

Katherine Dyrdt

⑈0010 31⑈ ⑆⑆⑆

Back

Where available, security features
exceed industry guidelines

RS-100

PAY TO THE ORDER OF
Credit to the account of
within named payee
STAR FINANCIAL BANK
FOR DEPOSIT ONLY
MOFAB, INC.
313-0129-6

☐ CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT _____   DATE _____
NAME OF FINANCIAL INSTITUTION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

View larger (PDF) ☐

## Money tracker

Uncategorized

Check

## Merchant info

Visit merchant website ☐

Check #1032

# $284.07

Posted
Check #1032

## Transaction info

Date
4/06/2026

Time
11:16 am

Last 4 digits of card used
1464

Type
Check

Reference number
0000001032

## Check images

Front

1032

**MONDAK PORTABLES LLC**
13008 60TH ST NW
EPPING, ND 58843-9720

DATE Mar. 25, 2026    77-2/913

PAY TO THE ORDER OF _Sherwin Williams_    $ 284.07

_Two hundred eighty four and 07/100_    DOLLARS

us bank

FOR _Inv. 9274 0135720226_    _Katherine Nest_

⑆001032⑆  ████████████  1464⑆

Back
20260406334973000062 05  0914

Regions Bank >062000019<

20260406334973000062 05  0914
Regions Bank >062000019<

View larger (PDF) ↗

## Money tracker

Uncategorized
Check

## Merchant info

Visit merchant website ↗

# us bank.

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

768          TRN                    S            Y        ST01

106481839277311 EB

ESTATE OF  MONDAK PORTABLES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-30429
13008 60TH ST NW
EPPING ND  58843-9720

**Business Statement**

Account Number:
8625

Statement Period:
Mar 25, 2026
through
Apr 23, 2026

Page 1 of 1



☎                          **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                    800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:**                    usbank.com

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you informed about your account. As a reminder, your Basic Business Savings account is a variable interest rate product. This means all rates and Annual Percentage Yields (APYs) are subject to change at any time. You can review your current rate or APY at any time by logging in to mobile or online banking or by calling us at the number below.

If you have questions, we're here to help. Please call your relationship banker or the U.S. Bank Business Service Center at 800-673-3555. Specialists are available Monday through Friday, 8 a.m. to 8 p.m. CT and Saturday from 8 a.m. to 6:30 p.m. CT. We accept relay calls.

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

• Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/YDAA-upcoming-version**. If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## BASIC BUSINESS SAVINGS
U.S. Bank National Association                                                                                    **Member FDIC**

### Account Summary                                                                            Account Number 8625

| | # Items | | | | | |
|---|---|---|---|---|---|---|
| Beginning Balance on Mar 25 | | $ | 71,262.91 | Annual Percentage Yield Earned | | 0.05% |
| Other Deposits | 2 | | 5,402.67 | Interest Earned this Period | $ | 2.67 |
| Other Withdrawals | 2 | | 35,400.00- | Interest Paid this Year | $ | 7.89 |
| | | | | Number of Days in Statement Period | | 30 |
| **Ending Balance on  Apr 23, 2026** | | $ | **41,265.58** | | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr  1 | Internet Banking Transfer | From Account ████472 | | $ | 5,400.00 |
| Apr 23 | Interest Paid | | 2300009645 | | 2.67 |
| | | **Total Other Deposits** | | $ | **5,402.67** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr  6 | Internet Banking Transfer | To Account ████472 | | $ | 5,400.00- |
| Apr 17 | Internet Banking Transfer | To Account ████472 | | | 30,000.00- |
| | | **Total Other Withdrawals** | | $ | **35,400.00-** |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.