**Exhibit A**

Case 25-30429   Doc 115-1   Filed 07/30/26   Entered 07/30/26 21:14:10   Desc invoices   Page 1 of 2

**ASCEND BUSINESS SERVICES**

Secured Mailing Address:
PO Box 7803
St Petersburg, FL 33734
Attn: Vicki
Telephone: 630-519-1511
Fax: 847-594-6061

Mondak Portables, LLC
13008 60th St NW
Epping, ND 58843

July 28, 2026

For professional services rendered (Bankruptcy Case No 25-30429):

| Date | Professional | Time | Rate | Description | Total |
|---|---|---|---|---|---|
| 10/1/2025 | D. Johnston | 3.00 | 325.00 | Prepare for First Day Hearings, meetings for client and counsel re: next steps under interim budget | 975.00 |
| 10/8/2025 | D. Johnston | 0.50 | 325.00 | Meetings with client re: preparation of retention application | 162.50 |
| 10/20/2025 | D. Johnston | 1.00 | 325.00 | Attention to preparation of schedules and statements with counsel | 325.00 |
| 11/20/2025 | R. Ferrante | 1.00 | 325.00 | Meetings with counsel re: strategy discussions on plan; go forward adjustments forward projections and adjustments to | 325.00 |
| 12/15/2025 | D. Johnston | 2.50 | 325.00 | Preparation and meetings with team regarding budget and operating report | 812.50 |
| 1/7/2026 | R. Ferrante | 3.00 | 325.00 | Preparation and meetings with team re: cash flow projections and company operations | 975.00 |
| 1/19/2026 | D. Johnston | 2.00 | 325.00 | Meetings with team re plan projections, valuation of secured claims; update to G. Hauswirth re: same. | 650.00 |
| 1/22/2026 | R. Ferrante | 1.00 | 325.00 | Preparation and meetings with team re: cash flow projections and company operations | 325.00 |
| 2/19/2026 | D. Johnston | 1.00 | 325.00 | Preparation and meetings with team re: cash flow projections and company operations | 325.00 |
| 4/1/2026 | R. Ferrante | 1.00 | 325.00 | Preparation and meeting with counsel for disclosure statement hearing and potential testimony for same. | 325.00 |
| 5/10/2026 | R. Ferrante | 1.00 | 325.00 | Preparation and meeting with counsel for confirmation hearing and potential testimony for same. | 325.00 |

Total Professional Time $5,525.00

**Total Invoice Amount Due** **$5,525.00**

**Current Invoice Amount Due** **$5,525.00**