**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:                                   )                  Case No. 25-30429

                                        )

MONDAK PORTABLES, LLC        )

                                        )

        Debtor.                  )

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF ASCEND
BUSINESS SERVICES, LLC, FINANCIAL ADVISOR FOR DEBTOR, FOR THE
<u>ALLOWANCE OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES</u>**

Came on for consideration the *First and Final Fee Application of Ascend Business Services, LLC, Financial Advisor for Debtor, for the Allowance of Professional Fees and Reimbursement of Expenses* (the "<u>Application</u>") [Docket No. 115] filed by Ascend Business Services, LLC (the "<u>Applicant</u>"), financial advisor for the above-captioned debtor ("<u>Debtor</u>"), seeking entry of an order allowing, on a final basis, fees and reimbursement of expenses incurred during the period from September 30, 2025 through May 15, 2026 (the "<u>Application Period</u>"). The Court finds that (a) it has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; (b) due notice of the Application was given and is sufficient under the circumstances, and that no other or further notice need be provided; (c) no objections were filed to the Application, or such objection have been withdrawn, resolved, or overruled; and (d) the Application establishes Applicant's entitlement to the relief requested therein.

ACCORDINGLY, it is hereby **ORDERED** that:

1.      The Application is hereby GRANTED.

2.      Applicant is hereby allowed, on a final basis, fees in the amount of $5,525.00 for professional services rendered during the Application Period (the "<u>Allowed Fees</u>"), and

reimbursement of expenses of $0.00 (the "Allowed Expenses") incurred during the Application

Period, for a total final award of $5,525.00.

3.      The Allowed Fees are reasonable compensation for services rendered by

Applicant during the Application Period, and the Allowed Expenses are reasonable for expenses

incurred during the Application Period.

4.      Debtor is hereby authorized and direct to pay to Applicant the balance of the

Allowed Fees and Allowed Expenses after application of the Retainer.

5.      This Court shall retain jurisdiction over all matters arising from or related to this

Order.

**### End of Order ###**

ORDER SUBMITTED BY:

*/s/ Gregory W. Hauswirth*

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10 680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.414.6996
Facsimile: 412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Counsel for Debtor MonDak Portables, LLC*