**Exhibit A**



680 Andersen Drive
Suite 230
Pittsburgh, PA 15220

Main Tel: 412.910.7500

pcarothers@ch-legal.com

# INVOICE

**Date:** 07/28/2026
**Invoice #:** 3598
**Matter:** Chapter 11 Proceeding
**File #:** 0462-002

**Bill To:**
Kathy Zent
MonDak Portables LLC
13008 60th Street NW
Epping, ND 58843

**Due Date:** Due Upon Receipt*
*Please note that a $100.00 late fee will be assessed for each month
a balance remains unpaid past its due date.*

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|------|------|---------|-------|------|--------|
| 09/29/2025 | PWC | Case Administration.<br>Attention to first day filings and internal meetings regarding the same and meetings with client regarding business operations and walk through daily procedures now that chapter 11 is commenced. | 1.50 | $525.00 | $787.50 |
| 09/29/2025 | GWH | Case Administration<br>Attention to commencement of case and first day matters; meetings with Debtor re: case procedures and next steps re: same. | 3.30 | $395.00 | $1,303.50 |
| 09/29/2025 | GWH | Case Administration<br>Attention to calls with creditors re: commencement of case and posture of cash flow going forward. | 3.00 | $395.00 | $1,185.00 |
| 09/30/2025 | PWC | Case Administration<br>Internal meeting to discuss client issues, game plan, strategy and initial steps throughout October. | 4.00 | $525.00 | $2,100.00 |
| 09/30/2025 | GWH | Case Administration<br>Attention to meetings with Debtor re: case management procedures, IDI preparation and hearing on first day motions; next steps re: same. | 3.00 | $395.00 | $1,185.00 |
| 10/01/2025 | PWC | Case Administration<br>Preparation for and meetings with Lenders and UST re cash collateral and first day motions and internal meetings re same. | 1.00 | $525.00 | $525.00 |
| 10/01/2025 | PWC | Case Administration<br>Meeting with financial advisor and client to prepare for | 1.50 | $525.00 | $787.50 |

68 Andersen Drive
Suite 230
Pittsburgh, PA 15220

Main Tel: 412.910.7500

pcarothers@ch-legal.com

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | cash collateral motion. | | | |
| 10/01/2025 | GWH | Case Administration<br>Preparation for First Day Hearings and meetings with clients/creditors re: same. | 3.60 | $395.00 | $1,422.00 |
| 10/01/2025 | GWH | Case Administration<br>Preparation with Debtor and appearance at First Day Hearings re: Interim relief / Cash Collateral. | 3.20 | $395.00 | $1,264.00 |
| 10/02/2025 | PWC | Case Administration<br>Prepare for first day hearings and potential trial issues. | 1.00 | $525.00 | $525.00 |
| 10/02/2025 | PWC | Case Administration<br>Review of court orders and internal meeting re same. | 0.75 | $525.00 | $393.75 |
| 10/08/2025 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposed plan, status of AR and general. | 1.00 | $525.00 | $525.00 |
| 10/09/2025 | PWC | Case Administration<br>Review final cash collateral order and meeting with financial advisor re same. | 0.75 | $525.00 | $393.75 |
| 10/13/2025 | GWH | Case Administration<br>Preparation for final hearing on cash collateral and meeting with clients/creditors re: same. | 2.70 | $395.00 | $1,066.50 |
| 10/13/2025 | GWH | Case Administration<br>Appearance at Hearing on Cash Collateral and meetings with client/creditors re: same. | 2.80 | $395.00 | $1,106.00 |
| 10/13/2025 | GWH | Case Administration<br>Attention to schedules/statements with client and next steps re: same. Preparation of Motion to extend deadline. | 3.80 | $395.00 | $1,501.00 |
| 10/20/2025 | PWC | Case Administration<br>Review of schedules and identify issues and meeting internally to discuss. | 1.50 | $525.00 | $787.50 |
| 10/20/2025 | GWH | Case Administration<br>Attention to preparation of schedules and statements and meetings with client re: same. | 4.30 | $395.00 | $1,698.50 |
| 10/21/2025 | GWH | Case Administration<br>Attention to creditor inquiries and open issues; Updates to client re: same. | 2.40 | $395.00 | $948.00 |
| 10/22/2025 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposed plan, status of AR and general. | 0.75 | $525.00 | $393.75 |
| 10/22/2025 | GWH | Case Administration<br>Attention to schedules and statements with client. | 2.70 | $395.00 | $1,066.50 |

680 Andersen Drive
Suite 230
Pittsburgh, PA 15220

Main Tel: 412.910.7500

pcarothers@ch-legal.com

| 10/23/2025 | GWH | Case Administration<br>Attention to preparation of schedules and statements and meetings with client team re: same. | 3.20 | $395.00 | $1,264.00 |
|---|---|---|---|---|---|
| 10/24/2025 | GWH | Case Administration<br>Attention to schedules and statements, meetings with client to finalize same and comments for filing. | 6.20 | $395.00 | $2,449.00 |
| 10/29/2025 | GWH | Case Administration<br>Preparation for IDI and meetings with Client re same. | 3.00 | $395.00 | $1,185.00 |
| 10/30/2025 | GWH | Case Administration<br>Preparation for and appearance at IDI with Debtor. | 3.00 | $395.00 | $1,185.00 |
| 11/02/2025 | GWH | Case Administration<br>Follow up from IDI; review of projections and follow up for adjustments to Plan. | 2.20 | $395.00 | $869.00 |
| 11/03/2025 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposed plan, status of AR and general. | 2.20 | $525.00 | $1,155.00 |
| 11/11/2025 | GWH | Case Administration<br>Attention to creditor inquiries and open issues; Updates to client re: same. | 1.00 | $395.00 | $395.00 |
| 11/17/2025 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposes plan, status of AR and general. | 1.00 | $525.00 | $525.00 |
| 11/19/2025 | PWC | Operations<br>Review of monthly operating report and internal meeting with financial advisor and team re same. | 1.00 | $525.00 | $525.00 |
| 11/19/2025 | GWH | Case Administration<br>Attention to preparation of monthly operating report with client and comments for same in advance of filing. | 2.00 | $395.00 | $790.00 |
| 11/20/2025 | GWH | Case Administration<br>Attention to preparation of monthly operating report with client and comments for same in advance of filing. | 2.00 | $395.00 | $790.00 |
| 11/20/2025 | GWH | Case Administration<br>Attention to creditor issues and operations; meetings with client/creditors re: same. | 1.60 | $395.00 | $632.00 |
| 11/24/2025 | GWH | Case Administration<br>Attention to creditor inquiries and open issues; Updates to client re: same. | 0.60 | $395.00 | $237.00 |
| 12/04/2025 | PWC | Operations.<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposed plan, status of AR and general. | 0.75 | $525.00 | $393.75 |

680 Andersen Drive
Suite 230
Pittsburgh, PA 15220

Main Tel: 412.910.7500

pcarothers@ch-legal.com

| Date | | | | | | |
|------|------|---|---|---|---|---|
| 12/10/2025 | GWH | Case Administration<br>Attention to creditor inquiries and open issues;<br>Updates to client re: same. | 1.00 | $395.00 | $395.00 |
| 12/19/2025 | PWC | Operations<br>Review of client's performance and meeting to discuss<br>key performance indicators, ability to perform under<br>the proposed plan, status of AR and general. | 1.00 | $525.00 | $525.00 |
| 12/19/2025 | GWH | Case Administration<br>Attention to creditor inquiries and open issues;<br>Updates to client re: same. | 1.00 | $395.00 | $395.00 |
| 12/22/2025 | GWH | Case Administration<br>Attention to preparation of monthly operating report<br>with client and comments for same in advance of<br>filing. | 2.00 | $395.00 | $790.00 |
| 12/22/2025 | GWH | Case Administration<br>Meetings to discuss status of case, including review<br>of operating detail, disclosure and plan status;<br>monthly goals and objectives. | 2.40 | $395.00 | $948.00 |
| 12/23/2025 | PWC | Operations<br>Review of monthly operating report and internal<br>meeting with financial advisor and team re same. | 1.00 | $525.00 | $525.00 |
| 01/05/2026 | PWC | Plan and Disclosure Statement<br>Review draft of disclosure statement and plan and<br>edits to same and compile list of issues to discuss. | 2.50 | $525.00 | $1,312.50 |
| 01/05/2026 | GWH | Plan and Disclosure Statement<br>Attention to preparation/adjustments of disclosure<br>statement and plan. | 3.70 | $395.00 | $1,461.50 |
| 01/07/2026 | PWC | Operations<br>Review of client's performance and meeting to discuss<br>key performance indicators, ability to perform under<br>the proposes plan, status of AR and general. | 1.25 | $525.00 | $656.25 |
| 01/08/2026 | PWC | Plan and Disclosure Statement<br>Meeting to discuss disclosure statement and plan<br>issues. | 1.50 | $525.00 | $787.50 |
| 01/08/2026 | GWH | Plan and Disclosure Statement<br>Meeting with team on Plan/Disclosure Statement;<br>open considerations/concerns/feedback; Attention to<br>preparation of adjustments to same. | 4.40 | $395.00 | $1,738.00 |
| 01/12/2026 | GWH | Case Administration<br>Meetings to discuss status of case, including review<br>of operating details, monthly goals and objectives. | 2.30 | $395.00 | $908.50 |
| 01/12/2026 | GWH | Case Administration<br>Attention to creditor inquiries and open issues;<br>Updates to client re: same. | 0.80 | $395.00 | $316.00 |
| 01/18/2026 | PWC | Operations | 1.00 | $525.00 | $525.00 |

**CAROTHERS**
**&HAUSWIRTH**
attorneys at law

Suite 230
Pittsburgh, PA 15220

Main Tel: 412.910.7500

pcarothers@ch-legal.com

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review of monthly operating report and internal meeting with financial advisor and team re same. | | | |
| 01/19/2026 | GWH | Case Administration<br>Attention to preparation of monthly operating report with client and comments for same in advance of filing. | 2.00 | $395.00 | $790.00 |
| 01/22/2026 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposes plan, status of AR and general. | 0.75 | $525.00 | $393.75 |
| 01/22/2026 | GWH | Case Administration<br>Attention to creditor inquiries and open issues; Updates to client re: same. | 0.50 | $395.00 | $197.50 |
| 01/23/2026 | GWH | Case Administration<br>Attn to email from US Treasury regarding bank statements. Review November MOR filing and follow up re: same. | 0.50 | $395.00 | $197.50 |
| 01/26/2026 | GWH | Case Administration<br>Preparation of Motion to Extend Exclusivity Period; comments for filing of same. | 2.00 | $395.00 | $790.00 |
| 01/29/2026 | GWH | Plan and Disclosure Statement<br>Attention to preparation/adjustments of disclosure statement and plan. | 3.70 | $395.00 | $1,461.50 |
| 02/04/2026 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposes plan, status of AR and general. | 0.75 | $525.00 | $393.75 |
| 02/10/2026 | PWC | Plan and Disclosure Statement<br>Review of revised disclosure statement and plan and edits. | 1.50 | $525.00 | $787.50 |
| 02/11/2026 | GWH | Plan and Disclosure Statement<br>Attention to revisions to Disclosure Statement and Plan; follow up with interested parties re: same. | 3.30 | $395.00 | $1,303.50 |
| 02/16/2026 | PWC | Plan and Disclosure Statement.<br>Meeting to discuss plan and various issues regarding feasibility and budget . | 1.50 | $525.00 | $787.50 |
| 02/18/2026 | GWH | Case Administration<br>Attention to preparation of monthly operating report with client and comments for same in advance of filing. | 2.00 | $395.00 | $790.00 |
| 02/19/2026 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposed plan, status of AR and general. | 0.75 | $525.00 | $393.75 |
| 02/20/2026 | GWH | Plan and Disclosure Statement | 2.50 | $395.00 | $987.50 |

680 Andersen Drive
Suite 230
Pittsburgh, PA 15220

Main Tel: 412.910.7500

pcarothers@ch-legal.com

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Attention to preparation/adjustments of disclosure statement and plan. | | | |
| 02/22/2026 | PWC | Operations<br>Review of monthly operating report and internal discussions with financial advisor and team re same. | 1.00 | $525.00 | $525.00 |
| 02/25/2026 | GWH | Plan and Disclosure Statement<br>Attention to Plan Filings and Notices / comments to same for filing/service. | 4.80 | $395.00 | $1,896.00 |
| 03/02/2026 | GWH | Case Administration<br>Attention to amended notices and comments for filing/service. | 1.00 | $395.00 | $395.00 |
| 03/12/2026 | PWC | Operations.<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposes plan, status of AR and general. | 1.00 | $525.00 | $525.00 |
| 03/19/2026 | GWH | Case Administration<br>Attention to preparation of monthly operating report with client and comments for same in advance of filing. | 2.00 | $395.00 | $790.00 |
| 03/20/2026 | PWC | Operations<br>Review of monthly operating report and internal discussions with financial advisor and team re same. | 1.00 | $525.00 | $525.00 |
| 03/25/2026 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposes plan, status of AR and general. | 0.75 | $525.00 | $393.75 |
| 03/25/2026 | GWH | Case Administration<br>Attention to review of overall case posture, meetings re: same; calls on Plan/Disclosure Statement. | 2.80 | $395.00 | $1,106.00 |
| 03/25/2026 | GWH | Case Administration<br>Attention to creditor inquiries; updates to client re: same. | 1.50 | $395.00 | $592.50 |
| 03/27/2026 | PWC | Plan and Disclosure Statement<br>Meeting to discuss revisions to plan and various issues and possible changes. | 1.50 | $525.00 | $787.50 |
| 03/31/2026 | GWH | Plan and Disclosure Statement<br>Attention to creditor inquiries; updates to client re: same. | 1.00 | $395.00 | $395.00 |
| 04/03/2026 | PWC | Plan and Disclosure Statement<br>Attention to disclosure statement and plan service. Meeting with G. Hauswirth re: same. | 1.25 | $525.00 | $656.25 |
| 04/03/2026 | GWH | Plan and Disclosure Statement<br>Attention to creditor inquiries; updates to client re: same. | 0.70 | $395.00 | $276.50 |

Suite 230
Pittsburgh, PA 15220

Main Tel: 412.910.7500

pcarothers@ch-legal.com

| Date | | Description | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 04/06/2026 | GWH | Plan and Disclosure Statement<br>Preparation for hearing on Disclosure Statement. | 2.30 | $395.00 | $908.50 |
| 04/06/2026 | GWH | Plan and Disclosure Statement<br>Preparation and appearance at hearing on Disclosure Statement. | 2.50 | $395.00 | $987.50 |
| 04/08/2026 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposes plan, status of AR and general. | 0.75 | $525.00 | $393.75 |
| 04/10/2026 | PWC | Plan and Disclosure Statement<br>Attention to disclosure statement and plan service issues. | 1.00 | $525.00 | $525.00 |
| 04/16/2026 | GWH | Plan and Disclosure Statement<br>Attention to Plan inquiries | 2.20 | $395.00 | $869.00 |
| 04/17/2026 | GWH | Case Administration<br>Attention to preparation of monthly operating report with client and comments for same in advance of filing. | 2.70 | $395.00 | $1,066.50 |
| 04/18/2026 | PWC | Operations<br>Review of monthly operating report and internal meeting with financial advisor and team re same. | 1.00 | $525.00 | $525.00 |
| 04/21/2026 | GWH | Case Administration<br>Attention to creditor inquiries and open issues; Updates to client re: same. | 0.40 | $395.00 | $158.00 |
| 04/22/2026 | GWH | Plan and Disclosure Statement<br>Attention to Plan inquiries and updates to team re: same. | 0.80 | $395.00 | $316.00 |
| 04/23/2026 | PWC | Operations.<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposed plan, status of AR and general. | 0.75 | $525.00 | $393.75 |
| 05/04/2026 | PWC | Case Administration<br>Preparation for plan hearing. Attention to plan voting, procedure for plan hearing on successful vote and various issue. Review of revised disclosure statement and plan and edits. | 1.25 | $525.00 | $656.25 |
| 05/06/2026 | PWC | Operations<br>Review of client's performance and meeting to discuss key performance indicators, ability to perform under the proposes plan, status of AR and general. | 0.75 | $525.00 | $393.75 |
| 05/08/2026 | GWH | Case Administration<br>Attention to computation of Ballots; preparation for confirmation hearing witnesses and exhibits; comments for filings in support of same. | 4.00 | $395.00 | $1,580.00 |
| 05/13/2026 | PWC | Case Administration | 1.00 | $525.00 | $525.00 |

680 Andersen Drive
Suite 230
Pittsburgh, PA 15220

Main Tel: 412.910.7500

pcarothers@ch-legal.com

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Preparation for plan hearing. Attention to plan voting, procedure for plan hearing on successful vote and various issue. Review of revised disclosure statement and plan. |  |  |  |
| 05/13/2026 | GWH | Case Administration<br>Review and comments for corrective filing of Exhibit List | 0.50 | $395.00 | $197.50 |
| 05/13/2026 | GWH | Plan and Disclosure Statement<br>Preparation for confirmation hearing and meetings with interested parties re same. | 4.30 | $395.00 | $1,698.50 |

|  |  |
|---|---|
| **For professional services rendered** | **172.40** | **$73,974.00** |

## Additional Charges

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/2026 | GWH | Postage<br>Postage - Service of Plan, Disclosure Statement and Order Approving the Disclosure Statement. | 1 | $350.00 | $350.00 |

|  |  |
|---|---|
| **Total additional charges** | **$350.00** |

|  |  |
|---|---|
| **Invoice Amount** | **$74,324.00** |
| **Remaining Balance** | **$74,324.00** |
| **Balance Due** | **$74,324.00** |

### Timekeeper Summary

| | | | | |
|---|---|---|---|---|
| Gregory Hauswirth | Attorney | 127.20 | $395.00 | $50,244.00 |
| Patrick Carothers | Attorney | 45.20 | $525.00 | $23,730.00 |

Invoice # 3598                                    www.ch-legal.com