**<u>Exhibit B</u>**

| Category | Hours | Amount |
|---|---|---|
| Case Administration | 105.25 | 43,426.25 |
| Operations | 20.20 | 10,605.00 |
| Plan and Disclosure Statement | 46.95 | 19,942.75 |
| Expenses | - | 350.00 |
| | **172.40** | **74,324.00** |