IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that:

1.      On July 30, 2026, true and correct copies of the following materials were served via United States Mail, first class postage prepaid on the parties reflected on the service list attached hereto as Exhibit A:

      a. *MonDak Portables, LLC's First and Final Fee Application of Ascend Business Services, LLC, Financial Advisor for Debtor, For the Allowance of Compensation for Ascend Business Services, LLC Dated July 30, 2026 [Docket No. 115];*

Dated: July 30, 2026

Respectfully submitted,

*/s/ Gregory W. Hauswirth*

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10 680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.414.6996
Facsimile: 412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Counsel for Debtor MonDak Portables, LLC*