**<u>Exhibit A</u>**

Label Matrix for local noticing
0868-3
Case 25-30429
District of North Dakota
Fargo
Thu Jul 30 19:51:08 CDT 2026

(p)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

Bear Mountain, LLC
PO Box 1503
New Town, ND 58763-1503

Byerly, Rex
PO Box 968
Williston, ND 58802-0968

Byers Enterprise
9201 N. Raven Crest Lane
Byron, IL 61010-9173

CapFirst
3266 Oak Ridge Loop E. West
Fargo, ND 58078

CapFirst Equipment Finance, Inc.
3266 Oak Ridge Loop E. West
Fargo, ND 58078

CapFirst Equipment Finance, Inc.
c/o Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

Patrick W Carothers
Carothers & Hauswirth LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220-2759

Patrick W. Carothers
Carothers &Hauswirth LLP
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220-2759

Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246

Chamley Pipe & Salvage LLC
5226 134th Ave. NW
Williston, ND 58801-8807

(p)CLOUDFUND LLC
400 RELLA BOULEVARD SUITE 165-101
SUFFERN NY 10901-4241

Department of the Treasury
15th & Pennsylvania
Washington, DC 20222-0001

Eddie Neal
1931 Newton St.
Sidney, NE 69162-1841

Raye Curry Elliott
Akerman LLP
401 East Jackson Street
Suite 1700
Tampa, FL 33602-5250

FT Union
726 4th St. E
Williston, ND 58801-5657

First Farmers Bank & Trust
332 N Minnesota Ste160
St. Paul, MN 55101-1338

Ford Motor Credit
Box 65074
885 East Collins Boulevard Suite 110
Richardson, TX 75081-2270

Gary Nelsen
2015 6th Avenue East
Williston, ND 58801-3675

Grant County Treasurer's Office
401 S. Adams Street
Attn: April Legare, Treasurer
Marion, IN 46953-2037

HGY Financial Services
5000 Riverside Drive, Suite 300 East
Irving, TX 75039-4314

HYG Financial Services, Inc.
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

Gregory Hauswirth
Carothers & Hauswirth LLP
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801-1242

Indiana Department of Revenue
Payment Service Advocate's Office
PO Box 6155
Indianapolis, IN 46206-6155

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

John Baker, District Counsel
SBA Denver Colorado District Office
721 Denver, CO 80202

Kapitus LLC
2500 Wilson Boulevard Suite 350
Arlington, VA 22201-3873

Kapitus Servicing, Inc.
120 West 45th Street
4th Floor
New York, NY 10036-4041

Kapitus(Colonial/Strategic)
2500 Wilson Boulevard Suite 350
Arlington, VA 22201-3873

Keith Smith Estate
c/o Kathy Zent PO Box 1966
Williston, ND 58801

Kent Rockstad
Office of the U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 655 First Ave. N., Suite 250
Fargo, ND 58102-4932

Kent Rockstad, AUSA
on behalf of SBA
United States Attorney's Office
655 1st Ave N, Ste 250
Fargo, ND 58102-4932

Elizabeth Lally
Lally Legal Group, LLC
12020 Shamrock Plaza
Suite 200
Omaha, NE 68154-3537

Lally Legal Group, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154-3537

Mac Schneider, US Attorney
US Attorney's Office, 655 First Avenue N
Fargo, ND 58102-4932

MonDak Portables, LLC
13008 60th St. NW
Epping, ND 58843-9720

North Avenue Capital
816 A1A N
Ponte Vedra Beach, FL 32082-3219

North Avenue Capital
818 A1A N
Ponte Vedra Beach, FL 32082-3298

North Avenue Capital, LLC
c/o Akerman LLP
Attn: Raye C. Elliott, Esq.
401 East Jackson St., Ste 1700
Tampa, FL 33602-5250

North Dakota Office of State Tax Commissione
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0602

Office of State Tax Commissioner
State Capital 600 E. Boulevard Dep't 127
Bismarck, ND 58505-0599

Regions Bank d/b/a Ascentium Capital
23970 US 59 North
Kingwood, TX 77339-1535

Rick Rogers
5704 Freedom Lane
Williston, ND 58801-8944

Kent Rockstad
Assistant U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 250
Fargo, ND 58102-4932

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

John D. Schroeder
Dakota Law Group P.C.
3770 South Washington Street
Suite B
Grand Forks, ND 58201-7824

Securities & Exchange Commission
175 W. Jackson Blvd.
Chicago, IL 60604-2908

Small Business Administration (United States
c/o Kent Rockstad, AUSA
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

Sons of Norway Life Insurance
1455 W. Lake Street
Minneapolis, MN 55408-2646

Caren Stanley
Vogel Law Firm
218 Northern Pacific Avenue
Fargo, ND 58102-4834

T&T Enterprises, LLC
2015 6th Avenue E
Williston, ND 58801-3675

Troy Maxwell
1306 Riverwood Drive
Bismarck, ND 58504-6244

U.S. Attorney
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US SBA-Office of District Counsel
721 19th Street, Suite 426
Denver, CO 80202-2517

United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

Williams County Treasurer
206 E. Broadway
Williston, ND 58801-6124

Zimney Foster P.C.
Attn: Ryan W. Ames
3100 S. Columbia Road, Suite 200
Grand Forks, ND 58201-6062

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascentium Capital LLC
23970 Hwy 59 N
Humble, TX 77339

CloudFund LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901

Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CapFirst Equipment Finance, Inc.

(u)Roger Ferrante

(u)Kapitus Servicing Inc., as Servicing Agent

(d)North Avenue Capital
816 A1A N
Ponte Vedra Beach, FL 32082-3219

(u)USA/SBA

(d)Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

End of Label Matrix
Mailable recipients    61
Bypassed recipients     6
Total                  67