IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING OF FIRST AND FINAL FEE APPLICATION OF ASCEND
BUSINESS SERVICES, LLC, FINANCIAL ADVISOR FOR THE DEBTOR, FOR THE
ALLOWANCE OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES**

NOTICE IS HEREBY GIVEN that the First and Final Fee Application of Ascend

Business Services, LLC, Financial Advisor for the Debtor, for the Allowance of Professional

Fees and Reimbursement of Expenses [Docket No. 115] was filed on July 30, 2026. The

applicants seek (i) final ratification of fees of $5,525.00; and (ii) final ratification of expenses of

$0.00.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be

filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655

1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the

mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature Page to Follow]*

Date: July 30, 2026.                    Respectfully Submitted,

                                        */s/ Gregory W. Hauswirth*

                                        CAROTHERS & HAUSWIRTH LLP
                                        Patrick W. Carothers (PA ID No. 85721)
                                        Gregory W. Hauswirth (PA ID No. 307482)
                                        Foster Plaza 10 680 Andersen Drive, Suite 230
                                        Pittsburgh, PA 15220
                                        Telephone: 412.414.6996
                                        Facsimile: 412.910.7510
                                        pcarothers@ch-legal.com
                                        ghauswirth@ch-legal.com

                                        *Counsel for Debtor MonDak Portables, LLC*