IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:                                    )          Case No. 25-30429
                                          )
MONDAK PORTABLES, LLC                     )
                                          )
            Debtor.                       )

**NOTICE OF FILING OF FIRST AND FINAL FEE APPLICATION OF CAROTHERS &
HAUSWIRTH LLP, ATTORNEYS FOR THE DEBTOR, FOR THE ALLOWANCE OF
PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES**

NOTICE IS HEREBY GIVEN that the First and Final Fee Application of Carothers &

Hauswirth LLP, Attorneys for the Debtor, for the Allowance of Professional Fees and

Reimbursement of Expenses [Docket No. 116] was filed by Carothers & Hauswirth LLP on July

30, 2026. The applicants seek (i) final ratification of fees of $73,974.00; and (ii) final ratification

of expenses of $350.00.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be

filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655

1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the

mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature Page to Follow]*

Date: July 30, 2026.

Respectfully Submitted,

*/s/ Gregory W. Hauswirth*

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10 680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.414.6996
Facsimile: 412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Counsel for Debtor MonDak Portables, LLC*