IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2026, true and correct copies of the

*Notice of Filing of First and Final Fee Application of Carothers & Hauswirth LLP, Attorneys for Debtor, For the Allowance of Professional Fees and Reimbursement of Expenses Dated July 30, 2026* was served via United States Mail, first class postage prepaid on the parties reflected on the service list attached hereto as <u>Exhibit A</u>.

Dated: July 30, 2026

Respectfully submitted,

*/s/ Gregory W. Hauswirth*

CAROTHERS & HAUSWIRTH LLP
Patrick W. Carothers (PA ID No. 85721)
Gregory W. Hauswirth (PA ID No. 307482)
Foster Plaza 10 680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.414.6996
Facsimile: 412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Counsel for Debtor MonDak Portables, LLC*