IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 25-30429<br>Chapter 11 |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES FOR ASCEND BUSINESS SERVICES, LLC, FINANCIAL ADVISOR FOR DEBTOR,**

Applicant filed its First and Final Fee Application of Ascend Business Services, LLC, Financial Advisor for Debtor, for the Allowance of Professional Fees and Reimbursement of Expenses. Docket No. 115. Ascend Business Services seeks an order allowing, on a final basis, fees and reimbursement of expenses incurred during the period from September 30, 2025, through May 15, 2026. The Court received no objections to the application. Upon review of the application, the Court finds cause for approving the fees requested.

IT IS ORDERED that:

1. The Application is approved.

2. Applicant is allowed, on a final basis, fees in the sum of $5,525.00 for professional services rendered. These fees are approved under 11 U.S.C. § 330 and allowed as an administrative expense under 11 U.S.C. § 503(b)(2).

3. Applicant is authorized to apply its retainer, if any, to these fees. The balance shall be paid through the Chapter 11 plan.

Dated this 25th day of August, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court