IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR THE ALLOWANCE OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES FILED BY CAROTHERS & HAUSWIRTH LLP, ATTORNEYS FOR DEBTOR,**

Applicant filed its First and Final Fee Application of Carothers & Hauswirth LLP, Attorneys for Debtor, for the Allowance of Professional Fees and Reimbursement of Expenses. Docket No. 116. Applicant seeks an order allowing, on a final basis, attorneys' fees and reimbursement of expenses incurred during the period from September 30, 2025, through May 15, 2026. The Court received no objections to the application. Upon review of the application, the Court finds cause for granting the relief applicant seeks.

IT IS ORDERED that:

1. The Application is approved.

2. Applicant is allowed, on a final basis, fees in the sum of $73,974.00 and reimbursement of expenses in the sum of $350.00. These fees and expenses are approved under 11 U.S.C. § 330 and allowed as an administrative expense under 11 U.S.C. § 503(b)(2).

3. Applicant is authorized to apply its retainer, if any, to these fees. The balance shall be paid through the Chapter 11 plan.

Dated this 25th day of August, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court