United States Bankruptcy Court
District of North Dakota

In re:
MonDak Portables, LLC
Debtor

Case No. 25-30429-skh
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 2
Date Rcvd: Aug 25, 2026 Form ID: pdf2some Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | MonDak Portables, LLC, 13008 60th St. NW, Epping, ND 58843-9720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Caren Stanley | on behalf of Creditor CapFirst Equipment Finance Inc. cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor MonDak Portables LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Elizabeth Lally | on behalf of Creditor Kapitus Servicing Inc. as Servicing Agent for Kapitus, LLC elally@lally-legal.com |
| Gregory Hauswirth | on behalf of Debtor MonDak Portables LLC ghauswirth@ch-legal.com |
| John D. Schroeder | on behalf of Creditor North Avenue Capital john@dakotalawgroup.com karensyrstad@northdakotalaw.net |

| | |
|---|---|
| Kent Rockstad | on behalf of Creditor USA/SBA Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Maurice VerStandig | on behalf of Debtor MonDak Portables LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Patrick W Carothers | on behalf of Debtor MonDak Portables LLC pcarothers@ch-legal.com |
| Raye Curry Elliott | on behalf of Creditor North Avenue Capital raye.elliott@akerman.com jennifer.meehan@akerman.com |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30429 |
| | ) | |
| MONDAK PORTABLES, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR THE ALLOWANCE OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES FILED BY CAROTHERS & HAUSWIRTH LLP, ATTORNEYS FOR DEBTOR,**

Applicant filed its First and Final Fee Application of Carothers & Hauswirth LLP, Attorneys for Debtor, for the Allowance of Professional Fees and Reimbursement of Expenses. Docket No. 116. Applicant seeks an order allowing, on a final basis, attorneys' fees and reimbursement of expenses incurred during the period from September 30, 2025, through May 15, 2026. The Court received no objections to the application. Upon review of the application, the Court finds cause for granting the relief applicant seeks.

IT IS ORDERED that:

1. The Application is approved.

2. Applicant is allowed, on a final basis, fees in the sum of $73,974.00 and reimbursement of expenses in the sum of $350.00. These fees and expenses are approved under 11 U.S.C. § 330 and allowed as an administrative expense under 11 U.S.C. § 503(b)(2).

3. Applicant is authorized to apply its retainer, if any, to these fees. The balance shall be paid through the Chapter 11 plan.

Dated this 25th day of August, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court